THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
MELISSA PHAN (SBN 266880)
mphan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; appearance *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8234
Facsimile: 202.530.9691

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD R. CAMERON, a California resident; and PURE SWEAT BASKETBALL, INC., an Illinois corporation, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 3:19-cv-03074-WHA<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT APPLE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)**<br><br>The Honorable William Alsup |

Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc. ("Plaintiffs") and Defendant Apple Inc. ("Apple"), through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation pursuant to Civil Local Rule 6-1(a), with reference to the following circumstances:

WHEREAS, Plaintiffs filed their Complaint on June 4, 2019;

WHEREAS, Apple was served with the Complaint on June 13, 2019;

WHEREAS, Apple believes that this case is "related" to *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.) ("*Pepper*"), which is pending before Judge Gonzalez Rogers.  On June 21, 2019, Apple filed an Administrative Motion to Consider Whether Cases Should Be Related;

WHEREAS, Plaintiffs disagree with Apple's position and filed their opposition to Apple's motion on June 25, 2019;

WHEREAS, on June 27, 2019, Judge Gonzalez Rogers issued an Order Allowing Additional Submissions Regarding Pending Motion to Relate, expressing that "the Court is inclined to grant [Apple's] motion" to relate this case to the *Pepper* case and ordered "supplemental briefing" due by July 8, 2019, *see* Dkt. 150, *Pepper*, 4:11-cv-06714-YGR;

WHEREAS, Apple's response to the Complaint is currently due on July 5, 2019;

WHEREAS, the parties met and conferred by telephone on June 25, 2019, June 29, 2019, and July 2, 2019 and agree to extend Apple's time to respond to the Complaint by 60 days (August 12, 2019);

WHEREAS, in the event any other application developer files a putative class action against Apple, alleging substantially similar claims to those asserted in Plaintiffs' Complaint, Apple agrees that it will respond to Plaintiffs' Complaint before responding to any such substantially similar application developer Complaint, unless otherwise ordered by the Court;

WHEREAS, no other time modifications have been requested with respect to the briefing of any motion to dismiss;

WHEREAS, this extension will not alter or otherwise impact the date of any event or any deadline already fixed by Court order;

1     THEREFORE, the parties, through their counsel, hereby stipulate as follows:

2     1.    Apple's deadline to respond to the Complaint is August 12, 2019.

3     2.    Apple shall not respond to any application developer complaint that is substantially similar to Plaintiffs' Complaint before responding to Plaintiffs' Complaint.

6     **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: July 3, 2019 | Respectfully submitted, |
| 2 | | GIBSON, DUNN & CRUTCHER LLP |
| | | Theodore J. Boutrous Jr. |
| 3 | | Richard J. Doren |
| | | Daniel G. Swanson |
| 4 | | Cynthia E. Richman |
| | | Melissa Phan |
| 5 | | |
| | | By: /s/ Richard J. Doren |
| 6 | | Richard J. Doren |
| | | 333 South Grand Avenue |
| 7 | | Los Angeles, CA 90071-3197 |
| | | Telephone: 213.229.7000 |
| 8 | | |
| | | *Attorneys for Defendant Apple Inc.* |
| 9 | | |
| 10 | | |
| 11 | Dated: July 3, 2019 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | | Steve W. Berman |
| 12 | | Robert F. Lopez |
| | | Shana E. Scarlett |
| 13 | | |
| | | By: /s/ Steve W. Berman |
| 14 | | Steve W. Berman |
| | | 1301 Second Avenue, Suite 2000 |
| 15 | | Seattle, WA 98101 |
| | | Telephone: 206.623.0594 |
| 16 | | |
| 17 | | *Attorneys for Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc.* |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

Dated: July 3, 2019              GIBSON, DUNN & CRUTCHER LLP

By: /s/ Richard J. Doren
    Richard J. Doren

*Attorney for Defendant Apple Inc.*