THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
MELISSA PHAN (SBN 266880)
mphan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; appearance *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8234
Facsimile: 202.530.9691

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD R. CAMERON, a California resident; and PURE SWEAT BASKETBALL, INC., an Illinois corporation, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 3:19-cv-03074-WHA<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT APPLE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)**<br><br>The Honorable William Alsup |

1    Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc. ("Plaintiffs") and Defendant
2 Apple Inc. ("Apple"), through their respective attorneys of record herein and without waiving any
3 rights, claims, or defenses they have in this action, enter into this Stipulation pursuant to Civil Local
4 Rule 6-1(a), with reference to the following circumstances:

5    WHEREAS, Plaintiffs filed their Complaint on June 4, 2019;

6    WHEREAS, Apple was served with the Complaint on June 13, 2019;

7    WHEREAS, Apple believes that this case is "related" to *In re Apple iPhone Antitrust*
8 *Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.) ("*Pepper*"), which is pending before Judge
9 Gonzalez Rogers.  On June 21, 2019, Apple filed in *Pepper* an Administrative Motion to Consider
10 Whether Cases Should Be Related;

11    WHEREAS, the *Cameron* and *Pepper* plaintiffs disagree with Apple's position and filed
12 their oppositions to Apple's motion on June 25, 2019 and June 26, 2019, respectively;

13    WHEREAS, on June 27, 2019, Judge Gonzalez Rogers issued an Order Allowing
14 Additional Submissions Regarding Pending Motion to Relate, expressing that "the Court is inclined
15 to grant [Apple's] motion" to relate this case to the *Pepper* case and ordered "supplemental
16 briefing" due by July 8, 2019, *see* Dkt. 150, *Pepper*, 4:11-cv-06714-YGR;

17    WHEREAS, on July 22, 2019, Apple also filed in *Pepper* an Administrative Motion to
18 Consider Whether Case Should Be Related, seeking to relate *Sermons v. Apple Inc.*, No. 3:19-CV-
19 03796-WHA (N.D. Cal.) ("*Sermons*") to *Pepper*;

20    WHEREAS, *Pepper* and *Sermons* plaintiffs disagree with Apple's position and filed their
21 oppositions to Apple's motion on July 26, 2019;

22    WHEREAS, Judge Gonzalez Rogers has yet to rule on Apple's June 21, 2019 and July 22,
23 2019 motions;

24    WHEREAS, Judge Gonzalez Rogers's "weekly court calendar schedule" indicates that the
25 "following dates are unavailable":  Monday, July 22, 2019 through Thursday, July 25, 2019, and
26 Friday, July 26, 2019 through Monday August 12, 2019
27 (https://www.cand.uscourts.gov/CEO/cfd.aspx?7145);

28    WHEREAS, the parties previously agreed at Apple's request to extend Apple's time to

respond to the Complaint to August 12, 2019;

WHEREAS, the parties have met and conferred by telephone, and agree at Apple's request to further extend Apple's time to respond to the Complaint to September 12, 2019;

WHEREAS, Apple agrees that it will respond to Plaintiffs' Complaint before responding to any such substantially similar application developer Complaint, unless otherwise ordered by the Court;

WHEREAS, this extension will not alter or otherwise impact the date of any event or any deadline already fixed by Court order;

THEREFORE, the parties, through their counsel, hereby stipulate as follows:

1. Apple's deadline to respond to the Complaint is September 12, 2019.

2. Apple shall not respond to any application developer complaint that is substantially similar to Plaintiffs' Complaint before responding to Plaintiffs' Complaint, unless otherwise ordered by the Court.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated:  August 5, 2019 | Respectfully submitted, |
| 2 | | GIBSON, DUNN & CRUTCHER LLP |
| | | Theodore J. Boutrous Jr. |
| 3 | | Richard J. Doren |
| | | Daniel G. Swanson |
| 4 | | Cynthia E. Richman |
| | | Melissa Phan |
| 5 | | |
| | | By: /s/ Richard J. Doren |
| 6 | | Richard J. Doren |
| | | 333 South Grand Avenue |
| 7 | | Los Angeles, CA 90071-3197 |
| | | Telephone:  213.229.7000 |
| 8 | | |
| | | *Attorneys for Defendant Apple Inc.* |
| 9 | | |
| 10 | | |
| 11 | Dated:  August 5, 2019 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | | Steve W. Berman |
| 12 | | Robert F. Lopez |
| | | Shana E. Scarlett |
| 13 | | |
| | | By: /s/ Steve W. Berman |
| 14 | | Steve W. Berman |
| | | 1301 Second Avenue, Suite 2000 |
| 15 | | Seattle, WA 98101 |
| | | Telephone:  206.623.7292 |
| 16 | | |
| 17 | | *Attorneys for Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc.* |
| 18 | | |

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

Dated: August 5, 2019                                  GIBSON, DUNN & CRUTCHER LLP

By: /s/ Richard J. Doren
    Richard J. Doren

*Attorney for Defendant Apple Inc.*