THEODORE J. BOUTROUS, JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
MELISSA PHAN (SBN 266880)
mphan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; appearance *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Defendant,
APPLE INC.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
9/16/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, California resident; and PURE SWEAT BASKETBALL, INC., an Illinois corporation, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>APPLE INC., a California corporation.<br><br>    Defendant. | CASE NO. 4:19-cv-03074-YGR<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT APPLE INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)**<br><br>---<br><br>The Honorable Yvonne Gonzalez Rogers |

Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc. ("Plaintiffs") and Defendant Apple Inc. ("Apple"), through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation pursuant to Civil Local Rule 6-1(a), with reference to the following circumstances:

WHEREAS, Plaintiffs filed their Complaint on June 4, 2019;

WHEREAS, Apple was served with the Complaint on June 13, 2019;

WHEREAS, on June 21, 2019 Apple filed an Administrative Motion to Consider Whether Case Should Be Related, seeking to relate this action to *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR ("*Pepper* Action"), and on July 22, 2019 Apple filed an Administrative Motion to Consider Whether Case Should Be Related, seeking to relate *Sermons et al. v. Apple, Inc.*, Case No. 4:19-cv-03796-YGR ("*Sermons* Action") to the *Pepper* Action ("Motions to Relate");

WHEREAS, the parties previously stipulated to extend Apple's deadline to respond to the Complaint from July 5, 2019 to August 12, 2019 (Dkt. 28), and again from August 12, 2019 to September 12, 2019 (Dkt. 29);

WHEREAS, on August 22, 2019, Judge Gonzalez Rogers ordered this case and the *Sermons* Action related to the *Pepper* Action;

WHEREAS, Plaintiffs intend to consolidate this action with the *Sermons* Action and file a consolidated complaint with plaintiffs in the *Sermons* Action;

WHEREAS, the parties agree that the consolidation of this action with the *Sermons* Action and the filing of the consolidated class action complaint does not waive or exhaust Plaintiffs' right to amend the consolidated class action complaint once at their option as a matter of course pursuant to Federal Rules of Civil Procedure Rule 15(a)(1);

WHEREAS, in light of the foregoing, the parties have agreed to establish the due-date for the consolidated class action complaint, and Apple's response thereto;

WHEREAS, this stipulation will not alter or otherwise impact the date of any event or any deadline already fixed by Court order;

| | |
|---|---|
| 1 | THEREFORE, the parties, through their counsel, hereby stipulate: |
| 2 | 1. Plaintiffs will file the consolidated complaint by the agreed date to be submitted |
| 3 | to the Court no later than September 30, 2019, the date for the parties to file their case |
| 4 | management statement; |
| 5 | 2. The consolidation of this action with *Sermons et al. v. Apple, Inc.*, Case No. 4:19- |
| 6 | cv-03796-YGR, and the filing of the consolidated class action complaint, will not waive or |
| 7 | exhaust plaintiffs' right to amend the complaint once at their option as a matter of course |
| 8 | pursuant to Federal Rules of Civil Procedure Rule 15(a)(1); |
| 9 | 3. Apple will have 30 days to respond to the consolidated complaint from the date |
| 10 | the complaint is filed; |
| 11 | 4. Plaintiffs will have 30 days to oppose Apple's response to the consolidated |
| 12 | complaint; |
| 13 | 5. Apple will have 14 days to reply to plaintiffs' opposition; and |
| 14 | 6. In the event that plaintiffs opt to amend the Consolidated Complaint in lieu of |
| 15 | filing an opposition to a motion to dismiss: |
| 16 | (a) Apple will have 30 days to respond after filing of the Amended |
| 17 | Consolidated Complaint; |
| 18 | (b) Plaintiffs will have 30 days to oppose Apple's response to the Amended |
| 19 | Consolidated Complaint; and |
| 20 | (c) Apple will have 14 days to reply to plaintiffs' opposition. |
| 21 | |
| 22 | **IT IS SO STIPULATED.** |

| | | |
|---|---|---|
| 1 | Dated: September 11, 2019 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | Theodore J. Boutrous Jr. |
| | | Richard J. Doren |
| 3 | | Daniel G. Swanson |
| | | Cynthia E. Richman |
| 4 | | Melissa Phan |

By: */s/ Richard J. Doren*
Richard J. Doren
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant Apple Inc.*

Dated: September 11, 2019         HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
Robert F. Lopez
Shana E. Scarlett

By: */s/ Steve W. Berman*
Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206.623.0594

*Attorneys for Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc.*

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1, the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatories hereto.

Dated: September 11, 2019          GIBSON, DUNN & CRUTCHER LLP

                                   By: */s/ Richard J. Doren*
                                       Richard J. Doren
                                       Attorneys for Defendant Apple Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2019, I caused to be electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: September 11, 2019 GIBSON, DUNN & CRUTCHER LLP

By: */s/ Richard J. Doren*
Richard J. Doren

*Attorneys for Defendant Apple Inc.*