UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. CAMERON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 19-cv-03074-YGR (TSH) <br><br> **DISCOVERY ORDER** |

This case has been referred to the undersigned for discovery purposes. The parties shall follow the undersigned's Discovery Standing Order, which is available at https://cand.uscourts.gov/tsh/standing-orders. Any questions should be directed to Courtroom Deputy Rose Maher, (415) 522-4708.

**IT IS SO ORDERED.**

Dated: October 10, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge