THEODORE J. BOUTROUS, JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
MELISSA PHAN (SBN 266880)
mphan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CYNTHIA E. RICHMAN (D.C. Bar No. 492089; appearance *pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Attorneys for Defendant,
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, a California resident; PURE SWEAT BASKETBALL, INC., an Illinois corporation; and BARRY SERMONS, a Georgia resident, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation.<br><br>Defendant. | CASE NO. 4:19-cv-03074-YGR<br>**ORDER GRANTING STIPULATION ~~AND [PROPOSED]~~ ~~ORDER~~ FOR EXTENSION OF TIME FOR DEFENDANT APPLE INC. TO ANSWER COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1**<br><br>The Honorable Yvonne Gonzalez Rogers |

Plaintiffs Donald R. Cameron, Pure Sweat Basketball, Inc., and Barry Sermons ("Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation pursuant to Civil Local Rule 6-2, with reference to the following circumstances:

WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint ("Consolidated Complaint") on September 30, 2019;

WHEREAS, on October 7, 2019, the Court ordered Apple to file any motion to dismiss the Consolidated Complaint by October 28, 2019 (Tr. 18:11-12);

WHEREAS, although Apple believes that it has meritorious arguments for dismissal under Fed. R. Civ. P. 12(b)(6), in order to avoid burdening the Court, it has decided not to file a motion to dismiss the Consolidated Complaint and instead will file an Answer that sets forth its defense;

WHEREAS, the parties have agreed to extend the October 28, 2019 deadline for Apple's response to the Consolidated Complaint to allow time for Apple to file its Answer;

THEREFORE, the parties, through their counsel, hereby stipulate:

1. The deadline for Apple to file its Answer to the Consolidated Complaint shall be November 11, 2019.

**IT IS SO STIPULATED.**

Dated: October 28, 2019

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous Jr.
Richard J. Doren
Daniel G. Swanson
Cynthia E. Richman
Melissa Phan

By: */s/ Daniel G. Swanson*
Daniel G. Swanson
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

*Attorneys for Defendant Apple Inc.*

1

ORDER GRANTING STIPULATION ~~AND [PROPOSED ORDER]~~ FOR EXTENSION OF TIME FOR APPLE TO ANSWER COMPLAINT
CASE NO 4:19-CV-03074-YGR

Dated: October 28, 2019

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
Robert F. Lopez
Shana E. Scarlett

By: */s/ Steve W. Berman*
Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206.623.7292

*Interim Lead Class Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __October 29, 2019__

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

2

ORDER GRANTING STIPULATION ~~AND [PROPOSED ORDER]~~ FOR EXTENSION OF TIME FOR APPLE TO ANSWER COMPLAINT
CASE NO 4:19-CV-03074-YGR