UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | Case No. 11-cv-06714-YGR<br><br>**REVISED CASE MANAGEMENT AND PRETRIAL ORDER** |
| **DONALD R. CAMERON, ET. AL.**,<br>        Plaintiffs,<br>        v.<br>**APPLE INC.**,<br>        Defendant. | Case No. 19-cv-03074-YGR |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby revises the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| FURTHER CASE MANAGEMENT CONFERENCE: | Monday, August 3, 2020 at 2:00 p.m. |
| UPDATED JOINT CASE MANAGEMENT STATEMENT DUE | July 27, 2020 |
| PRIVATE MEDIATION TO BE COMPLETED BY | May 1, 2020 |
| COMMENCEMENT OF DISCOVERY | October 7, 2019 |
| EXCHANGE OF INITIAL DISCLOSURES | October 14, 2019 |
| DEADLINE TO COMPLETE FACT DISCOVERY | 60 days after decision on class certification |
| LAST DISCOVERY MOTIONS FILED BY | 30 days prior to close of discovery |
| CLASS CERTIFICATION MOTION AND SUPPORTING EXPERT REPORTS DUE | September 30, 2020 |
| CLASS CERTIFICATION OPPOSITION AND SUPPORTING EXPERT REPORTS DUE | December 7, 2020 |

| | |
|---|---|
| CLASS CERTIFICATION REPLY | January 8, 2021 |
| HEARING ON CLASS CERTIFICATION | February 1, 2021 at 10:00 a.m. |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B) | |
| PARTIES' EXPERT REPORTS FILED BY | 60 days after decision on class certification |
| REBUTTAL EXPERT REPORTS FILED BY | 45 days after submission of initial expert reports |
| EXPERT DISCOVERY CUTOFF: | 30 days after submission of rebuttal expert reports |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE FILED BY | 45 days after close of expert discovery |
| DISPOSITIVE MOTION / DAUBERT MOTION OPPOSITION BRIEF FILED BY | 45 days after opening brief is filed |
| DISPOSITIVE MOTION / DAUBERT MOTION REPLY BRIEF FILED BY | 30 days after opposition brief is filed |
| COMPLIANCE HEARING (*See* BELOW) | Friday, January 28, 2022 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT DUE | February 4, 2022 |
| PRETRIAL CONFERENCE | Friday, February 18, 2022 at 9:00 a.m. |
| TRIAL DATE | Monday, March 7, 2022 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, January 28, 2022 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

2

confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: January 9, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge