UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURE SWEAT BASKETBALL, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> GOOGLE LLC, et al., <br><br>   Defendants. | Case No. 20-cv-05792-EMC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge James Donato and Judge Gonzalez Rogers to determine whether it is related to *Epic Games, Inc. v. Google LLC et al*, Case No. C-20-5671-JD; *Cameron et al v. Apple Inc.*, Case No. C-19-3074-YGR; *Epic Games, Inc. v. Apple Inc.*, Case No. C-20-5640-YGR.

**IT IS SO ORDERED**.

Dated: 8/31/2020

_____
EDWARD M. CHEN
United States District Judge