# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | Case No.: 4:11-cv-06714-YGR  **ORDER RE: CASE MANAGEMENT CONFERENCE** |
| **DONALD R. CAMERON, ET. AL.,**<br>　　Plaintiffs,<br>　　v.<br>**APPLE INC.,**<br>　　Defendant. | Case No.: 4:19-cv-03074-YGR |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

The Court has set a case management conference for October 19, 2020 in these matters to be held with the related matter, *Epic Games, Inc. v. Apple Inc.*, 4:20-cv-05640-YGR (N.D. Cal.).

In preparation for the case management conference scheduled for October 19, 2020, the parties should meet and confer to discuss any potential overlap with the *Epic Games* matter. The parties are also instructed to meet and confer with counsel in the *Epic Games* matter to discuss any potential overlap.

By October 15, 2020, the parties shall jointly file one proposed agenda to inform the combined case management conference, even if it includes matters unique to a particular action

**IT IS SO ORDERED**.

Date: October 6, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**