RACHELE R. BYRD (190634)
BRITTANY N. DEJONG (258766)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
byrd@whafh.com
dejong@whafh.com

MARK C. RIFKIN (*pro hac vice*)
MATTHEW M. GUINEY (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545-4677
rifkin@whafh.com
guiney@whafh.com

*Interim Class Counsel for the*
*Consumer Plaintiffs*

STEVE W. BERMAN (*pro hac vice*)
ROBERT F. LOPEZ (*pro hac vice*)
**HAGENS BERMAN SOBOL**
**SHAPIRO LLP**
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

SHANA E. SCARLETT (SBN 217895)
BENJAMIN J. SIEGEL (SBN 256260)
**HAGENS BERMAN SOBOL**
**SHAPIRO LLP**
715 Hearst Avenue, Suite 202C
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com

*Interim Class Counsel for the*
*Developer Plaintiffs*

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE &**
**REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
KATHERINE B. FORREST (*pro hac vice*)
kforrest@cravarth.com
GARY A. BORNSTEIN (*pro hac vice*)
gbornstein@cravarth.com
YONATAN EVEN (*pro hac vice*)
yeven@cravath.com
LAUREN A. MOSKOWITZ (*pro hac vice*)
lmoskowitz@cravath.com
M. BRENT BYARS (*pro hac vice*)
mbyars@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Plaintiff Epic Games, Inc.*

THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JAY P. SRINIVASAN (SBN 181471)
jsrinivasan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant Apple Inc.*

[Additional counsel appear on signature page]

JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY
STORED INFORMATION
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

Error! Unknown document property name.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., *Plaintiff, Counter-defendant,* v. APPLE INC., *Defendant, Counterclaimant.* | Case No. 4:20-cv-05640-YGR |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, *et al.*, *Plaintiffs*, v. APPLE INC., *Defendant*. | Case No. 4:19-cv-03074-YGR  **JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION**  Judge: Hon. Yvonne Gonzalez Rogers |

-1-
JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY
STORED INFORMATION
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

Error! Unknown document property name.

**Joint Statement:** Plaintiffs and Defendant Apple Inc. ("Apple") (collectively, "the Parties") have been working diligently to reach agreement on a protocol to govern discovery of electronically stored information ("ESI") in the above-captioned actions ("ESI Protocol"). The Parties were able to reach agreement on every aspect of the ESI Protocol except for one section (Section 5.I, "Redactions"). Enclosed is a copy of the draft ESI Protocol as otherwise agreed by the Parties. The Parties are continuing to discuss a potential resolution to the Redactions provision, and have agreed that they will either reach agreement on the provision by close of business on October 28, 2020 and resubmit an agreed ESI Protocol to the Court, or, if the Parties cannot reach agreement, will submit competing ESI Protocols and a joint statement reflecting the Parties' respective positions at that time.

Separately, the Parties are also continuing to meet and confer regarding validation procedures to test the sufficiency and accuracy of the Parties' productions. The Parties have agreed that they will either (i) reach agreement on validation procedures by November 9, 2020, or (ii) if the Parties cannot reach agreement, submit any outstanding issues in a joint statement to Magistrate Judge Hixson by November 9, 2020.

-2-
JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

Error! Unknown document property name.

Dated:  October 26, 2020         CRAVATH, SWAINE & MOORE LLP
                Christine Varney
                Katherine B. Forrest
                Gary A. Bornstein
                Yonatan Even
                Lauren A. Moskowitz
                M. Brent Byars

Respectfully submitted,

By:   /s/  Yonatan Even
   Yonatan Even

*Attorneys for Plaintiff Epic Games, Inc.*

Dated:  October 26, 2020         WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
                Mark C. Rifkin
                Rachele R. Byrd
                Matthew M. Guiney
                Brittany N. DeJong

Respectfully submitted,

By:   /s/  Rachele R. Byrd
   Rachele R. Byrd

*Interim Class Counsel for Consumer Plaintiffs*

Dated:  October 26, 2020         HAGENS BERMAN SOBOL SHAPIRO LLP
                Steve W. Berman
                Robert F. Lopez
                Shana E. Scarlett
                Benjamin J. Siegel

Respectfully submitted,

By:   /s/  Robert F. Lopez
   Robert F. Lopez

*Interim Class Counsel for Developer Plaintiffs*

-3-
JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

Error! Unknown document property name.

| | |
|---|---|
| Dated: October 26, 2020 | GIBSON, DUNN & CRUTCHER LLP<br>Theodore J. Boutrous Jr.<br>Richard J. Doren<br>Daniel G. Swanson<br>Mark A. Perry<br>Veronica S. Lewis<br>Cynthia E. Richman<br>Jay P. Srinivasan<br>Ethan D. Dettmer<br>Eli M. Lazarus<br>Harry Phillips |

Respectfully submitted,

By:   /s/   Jay P. Srinivasan
             Jay P. Srinivasan

*Attorneys for Defendant Apple Inc.*

**E-FILING ATTESTATION**

I, Jay P. Srinivasan, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/   Jay P. Srinivasan
Yonatan Even

-4-
JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

Error! Unknown document property name.