| | |
|---|---|
| RACHELE R. BYRD (190634)<br>BRITTANY N. DEJONG (258766)<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>750 B Street, Suite 1820<br>San Diego, CA 92101<br>Telephone: 619/239-4599<br>Facsimile: 619/234-4599<br>byrd@whafh.com<br>dejong@whafh.com<br><br>MARK C. RIFKIN (*pro hac vice*)<br>MATTHEW M. GUINEY (*pro hac vice*)<br>**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: 212/545-4600<br>Facsimile: 212/545-4677<br>rifkin@whafh.com<br>guiney@whafh.com<br><br>*Interim Class Counsel for the Consumer Plaintiffs*<br><br>STEVE W. BERMAN (*pro hac vice*)<br>ROBERT F. LOPEZ (*pro hac vice*)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>robl@hbsslaw.com<br><br>SHANA E. SCARLETT (SBN 217895)<br>BENJAMIN J. SIEGEL (SBN 256260)<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>715 Hearst Avenue, Suite 202C<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com<br>bens@hbsslaw.com<br><br>*Interim Class Counsel for the Developer Plaintiffs*<br><br>[Additional counsel appear on signature page] | PAUL J. RIEHLE (SBN 115199)<br>paul.riehle@faegredrinker.com<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br><br>CHRISTINE A. VARNEY (*pro hac vice*)<br>cvarney@cravath.com<br>KATHERINE B. FORREST (*pro hac vice*)<br>kforrest@cravarth.com<br>GARY A. BORNSTEIN (*pro hac vice*)<br>gbornstein@cravarth.com<br>YONATAN EVEN (*pro hac vice*)<br>yeven@cravath.com<br>LAUREN A. MOSKOWITZ (*pro hac vice*)<br>lmoskowitz@cravath.com<br>M. BRENT BYARS (*pro hac vice*)<br>mbyars@cravath.com<br>**CRAVATH, SWAINE & MOORE LLP**<br>825 Eighth Avenue<br>New York, New York 10019<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Plaintiff Epic Games, Inc.*<br><br>THEODORE J. BOUTROUS JR. (SBN 132099)<br>tboutrous@gibsondunn.com<br>RICHARD J. DOREN (SBN 124666)<br>rdoren@gibsondunn.com<br>DANIEL G. SWANSON (SBN 116556)<br>dswanson@gibsondunn.com<br>JAY P. SRINIVASAN (SBN 181471)<br>jsrinivasan@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>*Attorneys for Defendant Apple Inc.* |

FURTHER JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF
ELECTRONICALLY STORED INFORMATION
Case Nos.: 4:20-cv-05640-YGR; 4:11-cv-06714-YGR; 4:19-cv-03074-YGR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR |
| *Plaintiff, Counter-defendant,* | |
| v. | |
| APPLE INC., | |
| *Defendant, Counterclaimant.* | |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 4:11-cv-06714-YGR |
| DONALD R. CAMERON, *et al.*, | Case No. 4:19-cv-03074-YGR |
| *Plaintiffs,* | |
| v. | **FURTHER JOINT STATEMENT REGARDING ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |
| APPLE INC., | Judge: Hon. Yvonne Gonzalez Rogers |
| *Defendant.* | |

1        **Joint Statement:**  Earlier this week, Plaintiffs and Defendant Apple Inc. ("Apple")
2    (collectively, "the Parties") filed with the Court a joint statement appending a draft protocol to
3    govern discovery of electronically stored information ("ESI") in the above-captioned actions
4    ("ESI Protocol"), but reported that they had not yet come to agreement on one section of that draft
5    (Section 5.I, "Redactions").  *See* Consumer ECF No. 255; Developer ECF No. 133; Epic ECF No.
6    136 (in each action, the "Joint Statement").  The Parties represented to the Court that they would
7    continue to discuss a potential resolution to the Redactions provision, and agreed that they would
8    either reach agreement on the provision by close of business on October 28, 2020 and resubmit an
9    agreed ESI Protocol to the Court, or, if the Parties could not reach agreement, would submit
10   competing ESI Protocols and a joint statement reflecting the Parties' respective positions at that
11   time.
12          Following further negotiations, the Parties have now reached agreement on all
13   sections of a proposed ESI Protocol, which is enclosed herewith.  Except for the change to Section
14   5.I and other minor edits to which the Parties have agreed, this proposed ESI Protocol is identical
15   to the draft that the Parties submitted to the Court earlier this week.  The Parties continue to meet
16   and confer regarding production validation procedures in accordance with their agreement
17   reflected in the Joint Statement.

| | | |
|---|---|---|
| Dated: October 28, 2020 | | CRAVATH, SWAINE & MOORE LLP<br>    Christine Varney<br>    Katherine B. Forrest<br>    Gary A. Bornstein<br>    Yonatan Even<br>    Lauren A. Moskowitz<br>    M. Brent Byars |

Respectfully submitted,

By:   <u>/s/ Yonatan Even</u>
       Yonatan Even

*Attorneys for Plaintiff Epic Games, Inc.*

Dated: October 28, 2020
        WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
    Mark C. Rifkin
    Rachele R. Byrd
    Matthew M. Guiney
    Brittany N. DeJong

Respectfully submitted,

By:   <u>/s/ Brittany N. DeJong</u>
       Brittany N. DeJong

*Interim Class Counsel for Consumer Plaintiffs*

Dated: October 28, 2020
        HAGENS BERMAN SOBOL SHAPIRO LLP
    Steve W. Berman
    Robert F. Lopez
    Shana E. Scarlett
    Benjamin J. Siegel

Respectfully submitted,

By:   <u>/s/ Robert F. Lopez</u>
       Robert F. Lopez

*Interim Class Counsel for Developer Plaintiffs*

| | |
|---|---|
| Dated:  October 28, 2020 | GIBSON, DUNN & CRUTCHER LLP<br>Theodore J. Boutrous Jr.<br>Richard J. Doren<br>Daniel G. Swanson<br>Mark A. Perry<br>Veronica S. Lewis<br>Cynthia E. Richman<br>Jay P. Srinivasan<br>Ethan D. Dettmer<br>Eli M. Lazarus<br>Harry Phillips |

Respectfully submitted,

By:   */s/   Jay P. Srinivasan*
             Jay P. Srinivasan

*Attorneys for Defendant Apple Inc.*

### E-FILING ATTESTATION

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/  Steve W. Berman*
Steve W. Berman