1  Steve W. Berman (*pro hac vice*)
   Robert F. Lopez (*pro hac vice*)
2  Theodore Wojcik (*pro hac vice*)
   HAGENS BERMAN SOBOL
3  SHAPIRO LLP
   1301 Second Ave., Suite 2000
4  Seattle, WA 98101
   Telephone: (206) 623-7292
5  Facsimile:  (206) 623-0594
   steve@hbsslaw.com
6  robl@hbsslaw.com
   tedw@hbsslaw.com
7
   Shana E. Scarlett (SBN 217895)
8  Benjamin J. Siegel (SBN 256260)
   715 Hearst Avenue, Suite 202
9  Berkeley, CA 94710
   Telephone: (510) 725-3000
10 Facsimile:  (510) 725-3001
   shanas@hbsslaw.com
11 bens@hbsslaw.com

12 *Interim Lead Class Counsel in Cameron, et. al
   v. Apple Inc., Case No. 4:19-cv-03074-YGR*
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                            OAKLAND DIVISION

| | |
|---|---|
| 17 IN RE APPLE IPHONE ANTITRUST LITIGATION | No. 4:11-cv-06714-YGR (TSH) |
| 18 | |
| 19 | **PLAINTIFFS' RESPONSE TO DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTION OF TRANSCRIPT** |
| 20 | |
| 21 | |
| 22 DONALD R. CAMERON, et al., | No. 4:19-cv-03074-YGR (TSH) |
| 23         Plaintiffs, | |
| 24    v. | |
| 25 APPLE INC. | |
| 26 | |
| 27         Defendant. | |
| 28 | |

Developer Plaintiffs ("Plaintiffs") respectfully submit this Response to Defendant Apple Inc.'s Administrative Motion to Seal Portion of Transcript.[1] In the Administrative Motion, Apple seeks to redact a statement made by Plaintiffs' counsel at lines 19 through 21 on page 79 of the transcript of the hearing held before the Court on December 15, 2020, on the basis that the redaction is necessary "to protect Apple's confidential trade secrets and to remedy a partial violation of the Protective Order."[2] Plaintiffs believe the factual information at these lines has been publicly reported.[3] We understand that Apple takes a different view. To avoid unnecessary disputes, and in good faith, Plaintiffs do not oppose redaction of lines 19 through 21 on page 79 of the transcript of the December 15, 2020 hearing, or the other sealing requests made by Apple on page 2 of its Administrative Motion.

DATED: December 28, 2020

HAGENS BERMAN SOBOL SHAPIRO LLP

By   /s/ Steve W. Berman
    STEVE W. BERMAN (*pro hac vice*)

Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 260260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com

---

[1] *See* Defendant Apple Inc.'s Administrative Motion to Seal Portion of Transcript, *Cameron et al. v. Apple Inc.*, No. 4:19-cv-03074-YGR (N.D. Cal. Dec. 24, 2020), ECF No. 211.

[2] *Id.* at 1:4-5.

[3] *See id.*, Dettmer Decl., Ex. B at n. 1.