UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD R. CAMERON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 19-cv-03074-YGR   (TSH)<br><br>**ORDER RE: SANCTIONS MOTION**<br><br>Re: Dkt. No. 223 |

The Court apologizes if it made any comments that caused confusion.  However, a sanctions motion must be raised in a motion under Civil Local Rule 7 and cannot be raised in a joint letter brief.  *See* Civil Local Rule 37-4(a).  The motion should be directed to the undersigned's attention but should be a regular motion, not a letter brief.  The parties' Joint Discovery Letter Brief Regarding Motion for Sanctions at ECF No. 223-3 is therefore denied without prejudice to Apple filing a sanctions motion under Rule 7.

**IT IS SO ORDERED.**

Dated: January 7, 2021

THOMAS S. HIXSON
United States Magistrate Judge