# Exhibit J

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 1

1                UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                     OAKLAND DIVISION

4

5

6                              )

    IN RE:  APPLE IPHONE      )

7   ANTI-TRUST LITIGATION      )

                               )

8                              )

    AND RELATED ACTIONS.       ) Civil Action No.

9                              ) 4:11-cv-06715YGR

                               )

10  _____)

11

12

13   HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

14

15

16   DEPOSITION OF:

17                    C.K. HAUN, VOLUME I

18                    WEDNESDAY, JANUARY 13, 2021

19                    9:00 A.M.

20

21

22

23

24   Reported by:   GINA M. CLOUD

25                  CSR No. 6315

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 2

```
 1          Deposition of C.K. HAUN, the witness, taken
 2    on behalf of the Plaintiffs, on Wednesday, January
 3    13, 2021, at 9:00 a.m., via Virtual Zoom, pursuant
 4    to NOTICE.
 5
 6    APPEARANCES OF COUNSEL:
 7
 8    FOR PLAINTIFF EPIC GAMES, INC:
 9                    CRAVATH SWAINE & MOORE
                      BY:  BRENT BYARS, ESQ.
10                         MONICA COSCIA, ESQ.
                           ALEJANDRO CARVAJAL, ESQ.
11                    825 Eight Avenue
                      Suite 4043B
12                    New York, New York 10019
                      bmaida@cravath.com
13                    lkloss@cravath.com
14
      FOR APPLE AND THE WITNESS:
15
                      GIBSON DUNN & CRUTCHER LLP
16                    BY:  CYNTHIA RICHMAN, ESQ.
                           SARAH AKHTAR, ESQ.
17                    1881 Page Mill Road
                      Palo Alto, California 94303
18                    dli2@gibsondunn.com
19
      FOR CONSUMER CLASS PLAINTIFFS:
20
                      WOLF HALDENSTEIN ADLER FREEMAN & HERZ
21                    LLP
                      BY:  MARK RIFKIN, ESQ.
22                         JENNIFER DUPONT, ESQ.
                      270 Madison Avenue
23                    10th Floor
                      New York, New York 10016
24                    (212) 545-4600
                      dupont@whafh.com
25                    rifkin@whafh.com
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 3

```
 1   APPEARANCES: (CONTINUED)
 2
 3   FOR THE DEVELOPER CLASS:
 4                    SPERLING & SLATER
                      BY:  EAMON KELLY, ESQ.
 5                         MARTIN AMARO, ESQ.
                      55 West Monroe Street
 6                    Suite 3200
                      Chicago, Illinois 60603-5072
 7                    (312) 641-3200
                      Arodriguez@sperling-law.com
 8
 9   ALSO PRESENT:
10                    Kiego Painter, Videographer
                      Matthew Riesdorph
11                    Judah Weinerman
                      Jennifer Fine, Esq.
12                    Stephanie Brown, Esq.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER



Page 13

 REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

**Page 14**



24    Q.   What do you enjoy about providing developer

25    technical support?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 64

1    intended for use by any third-party application who

2    uses them within the criteria of the documentation,

3    our guidelines and the program license agreement.

4            Private APIs are application interfaces in

5    the operating system that are not available for

6    third-party use.

7    Q.   Do third-party developers know of the

8    existence of the private APIs?

9    A.   I do not know if all third parties are aware

10   of a particular private API.

11   Q.   Can you give me an example of a particular

12   private API just in application?

13   A.   Would you like the specific name or would

14   you like a characterization of what it may do?

15   Q.   A characterization is fine.

16   A.   Our graphics subsystem relays on designating

17   certain portions of the screen on a customer's device

18   into areas that we call views.

19           At a very high level, you can consider them

20   rectangles that cover the entire screen and each

21   rectangle may be drawn differently or be interacted

22   with by the user in different methodologies.

23           Third-party developers have public APIs

24   which allow them to define, create, manipulate, draw

25   into and move views on an iOS device screen.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 65

7      Q.    How does a developer know, third-party

8    developer, is it able to use the private APIs?

9      A.    No.

10      Q.    So how is that relevant to a review of the

11    application?

12      A.    The use of private APIs is prohibited by the

13    Apple Developer Program license agreement and The App

14    Review Guidelines;

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 112



1    A.    Correct.

2    Q.    How does an iOS device recognize an app

3  that it can launch?

4    A.    How technical do you want to get into this?

5    Q.    Let's start functionally and then we'll

6  drill down.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 113



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 114



18      Q.    Other than the App Store and other than the

19   enterprise program, are there other ways that an iOS

20   app can be loaded onto -- launched -- are there

21   other sources by which an iOS app can get -- native

22   iOS app can get to a phone?

23      A.    Yes.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 138

```
 9       Q.   Can we pull up tab 18.  And this will be --
10    I'll give you the Exhibit Number.  It takes a little
11    bit to come over to you.  This will be Exhibit 130.
12            (The document referred to was marked as
13    Exhibit 130 for identification and is attached
14    hereto.)
15    BY MR. KELLY:
16       Q.   We'll wait until you get that on your
17    screen.
18       A.   And I see it and I'm opening it.  Yes, I see
19    this e-mail.
20       Q.    Mr. Haun, you recognize Exhibit 130 as an
21    e-mail you sent to the group of individuals in
22    November of 2015 with the subject
         
24            Do you see that?
25       A.    Yes.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER



Page 139

1      Q.    In this e-mail you stated:

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER



Page 140

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

**Page 141**



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 177



11      Q.    We referred to private APIs that Apple has;

12   do you remember that?

13      A.    Yes.

14      Q.    What is a private API?

15      A.    A private API is a connection point to

16   system functionality which is not available to a

17   third-party developer.

18      Q.    What are the reasons Apple would choose to

19   make those APIs not available to third-party

20   developers?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 178



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER



Page 196

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 197



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 249

1          I, GINA M. CLOUD, a certified shorthand

2     reporter for the State of California, do hereby

3     certify:

4                that prior to being examined, the

5     witness named in the foregoing deposition, was by me

6     duly sworn to testify the truth, the whole truth,

7     and nothing but the truth pursuant to Section No.

8     2093 of the Code of Civil Procedure;

9                That said deposition was taken before

10    me pursuant to notice, at the time and place therein

11    set forth, and was taken down by me in shorthand and

12    thereafter reduced to typewriting via computer-aided

13    transcription under my direction;

14                I further certify that I am neither

15    counsel for, nor related to, any party to said

16    action, nor in anywise interested in the outcome

17    thereof.

18                IN WITNESS WHEREOF, I have hereunto

19    subscribed my name this 14th day of January,

20    2021.

21

22

23

                 GINA M. CLOUD

24               CSR No. 6315

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 250

1    ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **

2

3              UNITED STATES DISTRICT COURT

4         FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                  OAKLAND DIVISION

6

7    _____

                                        )

8                                       )

     IN RE APPLE iPHONE ANTITRUST    )Civil Action No.

9    LITIGATION                       )4:11-cv-06715YGR

                                        )

10                                      )

11

12

13        ZOOM VIDEOTAPED DEPOSITION OF C.K. HAUN

14                     VOLUME II

15               Palo Alto, California

16             Thursday, January 14, 2021

17

18

19

20

21

22

23

     Reported by:

24   LORI M. BARKLEY, CSR No. 6426

25   PAGES 250 - 348

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 251

1               UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                     OAKLAND DIVISION

4

5

   _____

6                                    )

                                     )

7   IN RE APPLE iPHONE ANTITRUST     )Civil Action No.

    LITIGATION                       )4:11-cv-06715YGR

8                                    )

                                     )

9

10

11          Zoom Videotaped deposition of C.K. HAUN,

12   Volume II, taken on behalf, at Palo Alto, California,

13   beginning at 9:08 a.m., and ending at 11:41 a.m., on

14   Thursday, January 14, 2021, before LORI M. BARKLEY,

15   Certified Shorthand Reporter No. 6426.

16

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 252

1   APPEARANCES:

2

3   FOR PURE SWEAT BASKETBALL AND THE APP DEVELOPER CLASS

4   PLAINTIFFS:

5       SPERLING & SLATER

6       BY:  EAMON KELLY

7       BY:  MARTIN AMARO

8       Attorneys at Law

9       55 West Monroe Street, Suite 3200

10      Chicago, Illinois 60603-5072

11      (312) 641-3200

12      ekelly@sperling-law.com

13      mamaro@sperling-law.com

14

15

16  FOR DEVELOPER PLAINTIFF:

17      HAGENS BERMAN SOBOL SHAPIRO LLP

18      (Not present)

19      Attorney at Law

20      715 Hearst Avenue, Suite 202

21      Berkeley, California 94710-1948

22      (510) 725-3000

23      bens@hbsslaw.com

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 253

1    APPEARANCES (CONTINUED):

2

3    FOR DEFENDANT APPLE:

4        GIBSON DUNN & CRUTCHER LLP

5        BY:  CYNTHIA RICHMAN

6        BY:  SARAH AKHTAR

7        Attorneys at Law

8        1050 Connecticut Avenue, NW

9        Washington, DC 20036

10       (202) 955-8234

11       crichman@gibsondunn.com

12       sakhtar@gibsondunn.com

13

14

15

16

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 254

1    APPEARANCES (CONTINUED):

2

3    FOR PLAINTIFF EPIC GAMES, INC.:

4        CRAVATH SWAINE & MOORE

5        BY:  G. ALEJANDRO CARVAJAL

6        BY:  M. BRENT BYARS

7        BY:  MONICA COSCIA

8        Attorneys at Law

9        825 Eighth Avenue, Suite 4043B

10       New York, New York 10019

11       acarvajal@cravath.com

12       mbyars@cravath.com

13       mcoscia@cravath.com

14

15

16

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 255

1    APPEARANCES (CONTINUED):

2

3    FOR CONSUMER CLASS PLAINTIFFS:

4        WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

5        BY:  MARK RIFKIN

6        BY:  JANE DUPONT

7        BY:  JUDAH WEIDERMAN

8        Attorneys at Law

9        270 Madison Avenue, 10th Floor

10       New York, New York 10016

11       rifkin@whafh.com

12

13

14   Also present:

15       Curt Norris, Videographer

16       Jennifer Brown; Stephanie Fine (Apple)

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 292

1          Do you see where I'm referring?

2      A.   Yes.



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
www.veritext.com

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 293



17      Q.    I will represent to you that according to

18   Mr. Lawson's LinkedIn page, he joined Apple sometime

19   in 2016 after XcodeGhost.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 302



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 303



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 348

1    STATE OF CALIFORNIA      ) ss.

2    COUNTY OF LOS ANGELES    )

3

4         I, Lori M. Barkley, CSR No. 6426, do hereby

5    certify:

6         That the foregoing deposition testimony

7    taken before me at the time and place therein set

8    forth and at which time the witness was administered

9    the oath;

10        That the testimony of the witness and all

11   objections made by counsel at the time of the

12   examination were recorded stenographically by me, and

13   were thereafter transcribed under my direction and

14   supervision, and that the foregoing pages contain a

15   full, true and accurate record of all proceedings and

16   testimony to the best of my skill and ability.

17        I further certify that I am neither counsel

18   for any party to said action, nor am I related to any

19   party to said action, nor am I in any way interested

20   in the outcome thereof.

21        IN WITNESS WHEREOF, I have subscribed my

22   name this 14th day of January, 2021.

23

24

25        LORI M. BARKLEY, CSR No. 6426

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED