# Exhibit K

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 1

1   ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **

2

3           UNITED STATES DISTRICT COURT

4       FOR THE NORTHERN DISTRICT OF CALIFORNIA

5               OAKLAND DIVISION

6

7   _____

                                    )

8                                   )

    IN RE APPLE iPHONE TRUST        )Civil Action No.

9   LITIGATION                      )4:11-cv-06715YGR

                                    )

10                                  )

11

12

13           ZOOM VIDEOTAPED DEPOSITION OF

14               RON OKAMOTO, VOLUME I

15               Carmel, California

16         Wednesday, December 16, 2020

17

18

19

20

21

22

23

    Reported by:

24  LORI M. BARKLEY, CSR No. 6426

25  PAGES 1 - 203

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 2

1                    UNITED STATES DISTRICT COURT

2               FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                          OAKLAND DIVISION

4

5

    _____

6                                          )

                                           )

7    IN RE APPLE iPHONE TRUST              )Civil Action No.

     LITIGATION                            )4:11-cv-06715YGR

8                                          )

                                           )

9

10

11          Zoom Videotaped deposition of RON OKAMOTO,

12    Volume I, taken on behalf, at Carmel, California,

13    beginning at 9:11 a.m., and ending at 4:11 p.m., on

14    Wednesday, December 16, 2020, before LORI M. BARKLEY,

15    Certified Shorthand Reporter No. 6426.

16

17

18

19

20

21

22

23

24

25

 REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 3

```
 1   APPEARANCES:

 2

 3   FOR THE DEVELOPER CLASS:

 4       SPERLING & SLATER

 5       BY:  ALBERTO RODRIGUEZ

 6       Attorney at Law

 7       55 West Monroe Street, Suite 3200

 8       Chicago, Illinois 60603-5072

 9       (312) 641-3200

10       arodriguez@sperling-law.com

11

12

13   FOR DEVELOPER PLAINTIFF:

14       HAGENS BERMAN SOBOL SHAPIRO LLP

15       BY:  BENJAMIN J. SIEGEL

16       Attorney at Law

17       715 Hearst Avenue, Suite 202

18       Berkeley, California 94710-1948

19       (510) 725-3000

20       bens@hbsslaw.com

21

22

23

24

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 4

1    APPEARANCES (CONTINUED):

2

3    FOR CONSUMER CLASS PLAINTIFFS:

4        WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

5        BY:  BETSY C. MANIFOLD

6        Attorney at Law

7        750 B Street, Symphony Towers, Suite 1820

8        San Diego, California 92101

9        (619) 239-4599

10       manifold@whafh.com

11

12   FOR DEFENDANT APPLE:

13       GIBSON DUNN & CRUTCHER LLP

14       BY:  CYNTHIA RICHMAN

15       BY:  SARAH AKHTAR

16       BY:  VERONICA LEWIS

17       Attorneys at Law

18       1050 Connecticut Avenue, NW

19       Washington, DC 20036

20       (202) 955-8234

21       crichman@gibsondunn.com

22       sakhtar@gibsondunn.com

23       vlewis@gibsondunn.com

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 5

1    APPEARANCES (CONTINUED):

2

3    FOR PLAINTIFF EPIC GAMES, INC.:

4        CRAVATH SWAINE & MOORE

5        BY:  G. ALEJANDRO CARVAJAL

6        BY:  M. BRENT BYARS

7        BY:  MONICA COSCIA

8        Attorneys at Law

9        825 Eighth Avenue, Suite 4043B

10       New York, New York 10019

11       acarvajal@cravath.com

12       mbyars@cravath.com

13       mcoscia@cravath.com

14

15   FOR APPLE INC. (In-House):

16       KATE KASO-HOWARD

17       Attorney at Law

18       One Apple Parkway MS 169-2NYJ

19       Cupertino, California 95104

20       (408) 974-5527

21       kkasohoward@apple.com

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 6

```
 1    APPEARANCES (CONTINUED):

 2

 3    FOR CONSUMER CLASS PLAINTIFFS:

 4        WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

 5        BY:  KATE MCGUIRE

 6        BY:  MARK RIFKIN

 7        Attorneys at Law

 8        Attorney at Law

 9        270 Madison Avenue, 10th Floor

10        New York, New York 10016

11        mcguire@whafh.com

12        Rifkin@whafh.com

13

14    FOR PURE SWEAT BASKETBALL AND THE APP DEVELOPER CLASS

15    PLAINTIFFS:

16        SPERLING & SLATER

17        BY:  MARTIN AMARO

18        Attorney at Law

19        55 West Monroe Street, Suite 3200

20        Chicago, Illinois 60603-5072

21        mamaro@sperling-law.com

22

23    Also present:

24        Matthew Hausle, Videographer

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 107



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 203

1    STATE OF CALIFORNIA       ) ss.

2    COUNTY OF LOS ANGELES     )

3

4            I, Lori M. Barkley, CSR No. 6426, do hereby

5    certify:

6            That the foregoing deposition testimony

7    taken before me at the time and place therein set

8    forth and at which time the witness was administered

9    the oath;

10           That the testimony of the witness and all

11   objections made by counsel at the time of the

12   examination were recorded stenographically by me, and

13   were thereafter transcribed under my direction and

14   supervision, and that the foregoing pages contain a

15   full, true and accurate record of all proceedings and

16   testimony to the best of my skill and ability.

17           I further certify that I am neither counsel

18   for any party to said action, nor am I related to any

19   party to said action, nor am I in any way interested

20   in the outcome thereof.

21           IN WITNESS WHEREOF, I have subscribed my

22   name this 17th day of December, 2020.

23

24   _____

25           LORI M. BARKLEY, CSR No. 6426

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 204

1    ** HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER **

2

3               UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                    OAKLAND DIVISION

6

7    _____

                                       )
8                                      )
     IN RE APPLE iPHONE TRUST          )Civil Action No.
9    LITIGATION                        )4:11-cv-06715YGR
                                       )
10                                     )

11

12

13            ZOOM VIDEOTAPED DEPOSITION OF

14              RON OKAMOTO, VOLUME II

15                Carmel, California

16          Thursday, December 17, 2020

17

18

19

20

21

22

23

     Reported by:

24   LORI M. BARKLEY, CSR No. 6426

25   PAGES 204 - 435

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 205

1                UNITED STATES DISTRICT COURT

2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                     OAKLAND DIVISION

4

5

   _____

6                                        )

                                         )

7    IN RE APPLE iPHONE TRUST            )Civil Action No.

     LITIGATION                          )4:11-cv-06715YGR

8                                        )

                                         )

9

10

11           Zoom Videotaped deposition of RON OKAMOTO,

12   Volume II, taken on behalf Plaintiff, at Carmel,

13   California, beginning at 9:03 a.m., and ending at

14   4:12 p.m., on Thursday, December 17, 2020, before

15   LORI M. BARKLEY, Certified Shorthand Reporter

16   No. 6426.

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 206

1   APPEARANCES:

2

3   FOR THE DEVELOPER CLASS:

4       SPERLING & SLATER

5       BY:  ALBERTO RODRIGUEZ

6       Attorney at Law

7       55 West Monroe Street, Suite 3200

8       Chicago, Illinois 60603-5072

9       (312) 641-3200

10      arodriguez@sperling-law.com

11

12

13  FOR DEVELOPER PLAINTIFF:

14      HAGENS BERMAN SOBOL SHAPIRO LLP

15      BY:  BENJAMIN J. SIEGEL

16      Attorney at Law

17      715 Hearst Avenue, Suite 202

18      Berkeley, California 94710-1948

19      (510) 725-3000

20      bens@hbsslaw.com

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 207

```
 1   APPEARANCES (CONTINUED):

 2

 3   FOR CONSUMER CLASS PLAINTIFFS:

 4       WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

 5       BY:  BETSY C. MANIFOLD

 6       Attorney at Law

 7       750 B Street, Symphony Towers, Suite 1820

 8       San Diego, California 92101

 9       (619) 239-4599

10       manifold@whafh.com

11

12   FOR DEFENDANT APPLE:

13       GIBSON DUNN & CRUTCHER LLP

14       BY:  CYNTHIA RICHMAN

15       BY:  SARAH AKHTAR

16       BY:  VERONICA LEWIS

17       Attorneys at Law

18       1050 Connecticut Avenue, NW

19       Washington, DC 20036

20       (202) 955-8234

21       crichman@gibsondunn.com

22       sakhtar@gibsondunn.com

23       vlewis@gibsondunn.com

24

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 208

```
 1    APPEARANCES (CONTINUED):

 2

 3    FOR PLAINTIFF EPIC GAMES, INC.:

 4       CRAVATH SWAINE & MOORE

 5       BY:  G. ALEJANDRO CARVAJAL

 6       BY:  M. BRENT BYARS

 7       BY:  MONICA COSCIA

 8       Attorneys at Law

 9       825 Eighth Avenue, Suite 4043B

10       New York, New York 10019

11       acarvajal@cravath.com

12       mbyars@cravath.com

13       mcoscia@cravath.com

14

15    FOR APPLE INC. (In-House):

16       KATE KASO-HOWARD

17       Attorney at Law

18       One Apple Parkway MS 169-2NYJ

19       Cupertino, California 95104

20       (408) 974-5527

21       kkasohoward@apple.com

22

23

24

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 209

```
 1    APPEARANCES (CONTINUED):

 2

 3    FOR CONSUMER CLASS PLAINTIFFS:

 4        WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

 5        BY:  KATE MCGUIRE

 6        BY:  MARK RIFKIN

 7        Attorneys at Law

 8        Attorney at Law

 9        270 Madison Avenue, 10th Floor

10        New York, New York 10016

11        mcguire@whafh.com

12        Rifkin@whafh.com

13

14    FOR PURE SWEAT BASKETBALL AND THE APP DEVELOPER CLASS

15    PLAINTIFFS:

16        SPERLING & SLATER

17        BY:  MARTIN AMARO

18        Attorney at Law

19        55 West Monroe Street, Suite 3200

20        Chicago, Illinois 60603-5072

21        mamaro@sperling-law.com

22

23    Also present:

24        Matthew Hausle, Videographer

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 369



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 404



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 405



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL UNDER THE PROTECTIVE ORDER

Page 435

1   STATE OF CALIFORNIA       ) ss.

2   COUNTY OF LOS ANGELES     )

3

4          I, Lori M. Barkley, CSR No. 6426, do hereby

5   certify:

6          That the foregoing deposition testimony

7   taken before me at the time and place therein set

8   forth and at which time the witness was administered

9   the oath;

10          That the testimony of the witness and all

11   objections made by counsel at the time of the

12   examination were recorded stenographically by me, and

13   were thereafter transcribed under my direction and

14   supervision, and that the foregoing pages contain a

15   full, true and accurate record of all proceedings and

16   testimony to the best of my skill and ability.

17          I further certify that I am neither counsel

18   for any party to said action, nor am I related to any

19   party to said action, nor am I in any way interested

20   in the outcome thereof.

21          IN WITNESS WHEREOF, I have subscribed my

22   name this 18th day of December, 2020.

23

24

25          LORI M. BARKLEY, CSR No. 6426

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED