# Exhibit G

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1       UNITED STATES DISTRICT COURT
2     FOR THE NORTHERN DISTRICT OF CALIFORNIA
3                OAKLAND DIVISION
4
5    _____
                                              )
6                                             )
     IN RE APPLE iPHONE TRUST                 ) CIVIL ACTION NO.
7    LITIGATION                               ) 4:11-cv-06715YGR
                                              )
8    _____)
9
10
11       ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
12                  REMOTE PROCEEDINGS OF
13       VIDEOTAPED DEPOSITION OF PHILLIP B. SHOEMAKER
14                TUESDAY, JANUARY 12, 2021
15
16
17
18
19
20
21
22   REPORTED BY:   REAGAN EVANS, RPR, RMR, CRR, CCRR,
23               CLR, CRC, CA CSR NO. 8176
24
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

1  VIDEOTAPED DEPOSITION OF PHILLIP B. SHOEMAKER, TAKEN
2  REMOTELY ON BEHALF OF THE PLAINTIFF AT 9:04 A.M.,
3  TUESDAY, JANUARY 12, 2021, AT SAN DIEGO, CALIFORNIA,
4  BEFORE REAGAN EVANS, CA CSR NO. 8176, RPR, RMR, CRR,
5  CCRR, CLR, CRC.
6
7  APPEARANCES OF COUNSEL
8
9  FOR PLAINTIFF EPIC GAMES, INC.:
10     CRAVATH SWAINE & MOORE
11     BY:  YONATAN EVEN, ESQ.
12     BY:  AMAL EL BAKHAR, ESQ.
13     BY:  LAUREN KLOSS, ESQ.
14         (ALL APPEARING REMOTELY)
15     825 EIGHTH AVENUE, SUITE 4043B
16     NEW YORK, NEW YORK 10019
17     YEVEN@CRAVATH.COM
18     AELBAKHAR@CRAVATH.COM
19     LKLOSS@CRAVATH.COM
20
21
22
23
24
25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 3

1  APPEARANCES OF COUNSEL (CONTINUED)
2
3  FOR CONSUMER CLASS PLAINTIFFS:
4      WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
5      BY:  BETSY C. MANIFOLD, ESQ.
6           (APPEARING REMOTELY)
7      750 B STREET SYMPHONY TOWER, SUITE 1820
8      SAN DIEGO, CALIFORNIA 92101
9      (619) 239-4599
10     MANIFOLD@WHAFH.COM
11          - AND -
12     BY:  AMANDA SALAS, ESQ.
13     270 MADISON AVENUE, 10TH FLOOR
14     NEW YORK, NEW YORK 10016
15     (212) 545-4600
16     SALAS@WHAFH.COM
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 4

```
 1   APPEARANCES OF COUNSEL (CONTINUED)

 2

 3   FOR DEVELOPER PLAINTIFFS:

 4       HAGENS BERMAN SOBOL SHAPIRO LLP

 5       BY:   BENJAMIN J. SIEGEL, ESQ.

 6             (APPEARING REMOTELY)

 7       715 HEARST AVENUE, SUITE 202

 8       BERKELEY, CALIFORNIA 94710-1948

 9       (510) 725-3000

10       BENS@HBSSLAW.COM

11             - AND -

12       CARLSON LYNCH LLP

13       BY:   ELIZABETH POLLOCK-AVERY, ESQ.

14             (APPEARING REMOTELY)

15       1133 PENN AVENUE, 5TH FLOOR

16       PITTSBURGH, PENNSYLVANIA 15222

17       (412) 322-9243

18       EAVERY@CARLSONLYNCH.COM

19

20

21

22

23

24

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 5

1  APPEARANCES OF COUNSEL (CONTINUED)
2
3  FOR APPLE:
4      GIBSON DUNN & CRUTCHER LLP
5      BY:   ZAINAB N. AHMAD, ESQ.
6            (APPEARING REMOTELY)
7      200 PARK AVENUE, 47TH FLOOR
8      NEW YORK, NEW YORK 10166
9      (212) 351-4000
10     ZAHMAD@GIBSONDUNN.COM
11           - AND -
12     BY:   HARRY R.S. PHILLIPS, ESQ.
13           (APPEARING REMOTELY)
14     1050 CONNECTICUT AVENUE NW
15     WASHINGTON, DC 20036
16     (202) 887-3706
17     HPHILLIPS@GIBSONDUNN.COM
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 6

```
 1   APPEARANCES OF COUNSEL (CONTINUED)
 2
 3   FOR APPLE INC.:
 4       BY:  KATE KASO-HOWARD, ESQ.
 5       BY:  NOREEN KRALL, ESQ.
 6            (APPEARING REMOTELY)
 7       ONE APPLE PARKWAY MS 169-2NYJ
 8       CUPERTINO, CALIFORNIA 95104
 9       (408) 783-8369
10       KKASOHOWARD@APPLE.COM
11       NKRALL@APPLE.COM
12
13
14   ALSO PRESENT:  NEIL GEORGE, VIDEOGRAPHER
15                  MATTHEW REISDORPH, REMOTE TECH
16                  TED WOJCIK, APPLE
17                  (ALL APPEARING REMOTELY)
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 25

```
1    your profile on LinkedIn?
2         A    Yes, it does look accurate.
3         Q    And is your LinkedIn profile generally
4    accurate and current?
5         A    Generally, yes.
6         Q    And so if I look at the first page, it says
7    (as read and/or reflected:)
8               I'm available to help
9               developers get their apps onto the
10              App Store, and have been advising
11              numerous entities on the issues
12              they face when getting removed from
13              the App Store.
14              Do you see that?
15        A    Yes, I do.
16        Q    And in what way do you help developers get
17   their apps into the App Store?
18        A    That's -- there's a variety of ways.  Most
19   developers have issues in just getting Apple to
20   re-review their apps.
21              And I developed a technique that allows
22   those apps to get re-reviewed relatively quickly.
23        Q    And at a high level, can you explain what
24   that technique is?
25        A    To accurately describe the problems that
```

Page 26

1  they're facing and to send those -- send an e-mail
2  to the highest authorities at Apple that manage the
3  App Store.
4       Q    And who would those authorities be?
5       A    ████████████████████████████████████.
6       Q    And when you say accurately describe the
7  problems that the app developer is facing, how does
8  the app developer know what exactly is the problem
9  that it's facing?
10      A    Because they get rejection notices from the
11 Apple -- the App Store Review team that tells them
12 what issues they are facing.
13      Q    Okay.
14           And how often do you help developers with
15 issues with getting approved onto the App Store?
16      A    Could be once a month.  Could be once a
17 week.  It depends on -- just on people getting in
18 touch.  I helped someone last week, but nobody
19 recently has contacted me.
20      Q    Okay.
21           And is there a difference in the way to
22 approach the issue if you're dealing with somebody
23 who is trying to get onto the App Store as opposed
24 to somebody who has been removed from the App Store?
25      A    Each one is different.  Each one is

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 118

```
1           Do you see that?
2      A    Yes, I do.
3      Q    ███████████████████████████████████
       ████████████████████?
5      A    I'm not sure.  I don't remember what -- I
6  mean, there could be numerous contexts here, but I'm
7  not sure what they are.
8      Q    If you turn to page 32.
9      A    Okay.
10     Q    You see there are ██████████████?
11     A    Yes.
12     Q    And what does this list represent?
```

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████████
██████████████████████████████
███████████████████████████████████████████
████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████
███████████████████████████████████████████

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Page 119



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 120



REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1  STATE OF CALIFORNIA       )
2  COUNTY OF LOS ANGELES )      ss.
3
4       I, Reagan Evans, RPR, RMR, CRR, CCRR, CLR, CRC,
5  CSR No. 8176, in and for the State of California, do
6  hereby certify:
7       That prior to being examined, the witness named
8  in the foregoing deposition was by me duly sworn to
9  testify to the truth, the whole truth, and nothing
10 but the truth;
11      That said remote deposition was taken down by me
12 in shorthand at the time and place therein named and
13 thereafter reduced to typewriting under my
14 direction, and the same is a true, correct, and
15 complete transcript of said proceedings;
16      That if the foregoing pertains to the original
17 transcript of a deposition in a federal case, before
18 completion of the proceedings, review of the
19 transcript { } was { } was not required.
20      I further certify that I am not interested in
21 the event of the action.
22      Witness my hand this 13th day of January, 2021.
23
                                    _____
24
                                    Certified Shorthand Reporter
25                                  for the State of California