QUINN EMANUEL URQUHART & SULLIVAN, LLP
Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
Kyle Batter (Bar No. 301803)
  kylebatter@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Non-Party
Samsung Electronics America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>    Plaintiff, Counter-Defendant,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant, Counterclaimant. | CASE NO. 4:20-cv-05640-YGR<br>CASE NO. 4:11-cv-06714-YGR<br>CASE NO. 4:19-cv-03074-YGR<br><br>**REQUEST TO REDACT COURT ORDER** |
| IN RE APPLE iPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | |

**REQUEST TO REDACT COURT ORDER**

On January 26, 2021, the Honorable Thomas S. Hixson issued a "Discovery Order Filed Under Seal" and noted that non-party Samsung Electronics America, Inc. ("SEA") may file proposed redactions to the Order. Pursuant to the Court's Order, SEA respectfully requests that the Court redact the following pages and lines from its Order, which are consistent with the Court's January 26, 2021 Order (*Epic v. Apple* ECF No. 290) sealing the letter brief that is at issue in the Discovery Order Filed Under Seal:

- **Page 3 Line 1 through Line 2** (after "suggests that" through the end of the sentence)
- **Page 3 Line 5 through Line 7** (starting "Samsung's internal" and ending "products")

Dated: January 28, 2021         Respectfully submitted,

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis

*Attorneys for Non-Party Samsung Electronics America, Inc.*

**ATTESTATION**

I, Kyle K. Batter, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Victoria Maroulis has concurred in this filing.

DATED: January 28, 2021          QUINN EMANUEL URQUHART & SULLIVAN, LLP

*/s/ Kyle K. Batter*
Kyle K. Batter