FILED

Feb 12 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, *et al.*,<br><br>            Plaintiffs<br><br>    v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No. 4:19-cv-03074-YGR-TSH<br><br>[~~PROPOSED~~] ORDER RE: MOTION TO SEAL<br><br>Hon. Thomas S. Hixson |

       Apple's January 6, 2021 motion to seal (Dkt. 223) is granted.  The following documents will be partially or entirely sealed

| **Document** | **Redacted Material** |
|---|---|
| Joint Discovery Letter Brief Regarding Motion for Sanctions | Page 3, second full paragraph<br>Page 5, third full paragraph, footnote 2<br>Page 6, first and fourth full paragraphs<br>Page 7, first full paragraph |
| Exhibits A–F | Sealed in their entirety |

Dated:  February 12    , 2021

*[signature]*
THOMAS S. HIXSON
United States Magistrate Judge