UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE IPHONE ANTITRUST LITIGATION | Case No. 11-cv-06714-YGR (TSH) <br><br> **STATUS ORDER** <br><br> Re: Dkt. Nos. 391, 398 |
| DONALD R. CAMERON, et al., <br>   Plaintiffs, <br> v. <br> APPLE INC., <br>   Defendant. | Case No. 19-cv-03074-YGR (TSH) <br><br> Re: Dkt. Nos. 268, 272 |
| EPIC GAMES, INC., <br>   Plaintiff and Counter-defendant, <br> v. <br> APPLE INC., <br>   Defendant and Counterclaimant. | Case No. 20-cv-05640-YGR (TSH) <br><br> Re: Dkt. Nos. 290, 309 |

The Court's January 26, 2021 order stated in part:

> 11-cv-6714 ECF No. 371; 19-3074 ECF No. 241; 20-5640 ECF No. 261. These motions to seal are granted in and denied in part. Apple's proposed redactions to the joint discovery letter brief concerning the Cue and Federighi depositions are acceptable. As Apple has already filed in the public record the redacted letter brief, no further action is

necessary as to that document. Apple's proposed redactions to exhibit 1 are not acceptable, so the motions to seal are denied as to that document without prejudice to Apple filing a narrowly tailored motion. The motions are denied as to exhibits 2-7 because Apple, the designating party, does not seek to seal them. Accordingly, no earlier than four days from today, and no later than ten days, Plaintiffs may file those exhibits in the public record.

The Court's February 2, 2021 order stated in part:

> The Court's January 26, 2021 order concerning the motions to seal denied some of Apple's motions to seal in part without prejudice to Apple filing a narrowly tailored motion. Apple's deadline to file those narrowly tailored motions is February 5, 2021. If Apple does not file narrowly tailored motions to seal by that deadline, the Court's denial in part of Apple's motions to seal will become with prejudice.

The Court has reviewed the dockets in these related actions and does not believe that Apple filed a narrowly tailored motion concerning exhibit 1 by February 5, 2021. However, there are now hundreds of docket entries in each of these actions, and the Court wants to be sure it did not miss something. Accordingly, the Court orders Apple to file a notice by February 17, 2021 stating whether it filed a narrowly tailored motion for exhibit 1, and if so, what ECF number it is at.

**IT IS SO ORDERED.**

Dated: February 12, 2021

THOMAS S. HIXSON
United States Magistrate Judge

2