FILED
Feb 12 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br>     Plaintiff, Counter-defendant <br> v. <br> APPLE INC., <br>     Defendant, Counter-claimant | Case No. 4:20-cv-05640-YGR <br> Case No. 4:11-cv-06714-YGR <br> Case No. 4:19-cv-03074-YGR <br><br> [~~PROPOSED~~] ORDER RE: MOTION TO SEAL |
| IN RE APPLE IPHONE ANTITRUST LITIGATION | |
| DONALD R. CAMERON, *et al.*, <br>     Plaintiffs <br> v. <br> APPLE INC., <br>     Defendant. | Hon. Thomas S. Hixson |

Plaintiff's January 21, 2021 motion to seal is granted. The following document will be partially or entirely sealed:

| **Document** | **Redacted Material** |
|---|---|
| Exhibit J to Joint Discovery Letter Brief Regarding Cue and Federighi Depositions | Page 14, lines 21–23 <br> Page 64, lines 16–25 <br> Page 65, lines 1–6, 20–25 <br> Page 112, lines 22–25 <br> Page 113 <br> Page 114, lines 1–17 <br> Page 138, lines 22–23 <br> Page 139, lines 1–23 <br> Page 140, lines 2–25 <br> Page 141 <br> Page 178, lines 2–15, 25 <br> Page 196–97 <br> Page 292 <br> Page 293, lines 1-16, 20–25 <br> Page 302, lines 1–10 <br> Page 303, lines 4–25 |

1 | Dated:  February 12 , 2021

THOMAS S. HIXSON
United States Magistrate Judge