# Exhibit A

# Exhibit A

| | |
|---|---|
| **From:** | Ben Harrington <benh@hbsslaw.com> |
| **Sent:** | Thursday, February 4, 2021 7:22 PM |
| **To:** | Wesneski, Joshua; Moyé, Veronica S.; Dettmer, Ethan |
| **Cc:** | bens@hbsslaw.com |
| **Subject:** | Apple -  2/11 Hearing |

[External Email]
Joshua—We anticipate that next Thursday's hearing will touch on information that Apple believes is Highly Confidential, as reflected in the written submissions.  We thus provide notice under Sec. 5.2(b) of the Protective Order so that you can take the steps Apple believes necessary to "ensure that only authorized individuals who have signed the 'Acknowledgement and Agreement to Be Bound' (Exhibit A) are present at those proceedings."  Protective Order Sec. 5.2(b).

Please reach out if you have any questions.

Best,

Ben


**Ben Harrington** | Partner
**Hagens Berman Sobol Shapiro LLP**

Direct: (510) 725-3034
BenH@hbsslaw.com | www.hbsslaw.com

Firm News | Cases | Twitter | Facebook



Named 2019 Mass Tort Elite Trial Lawyers by the *National Law Journal* and honored by the American Antitrust Institute for Outstanding Antitrust Litigation also in 2019

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.