STEVE W. BERMAN (*pro hac vice*)
  steve@hbsslaw.com
ROBERT F. LOPEZ (*pro hac vice*)
  robl@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone:  (206) 623-0594
Facsimile:  (206) 623-0594

SHANA E. SCARLETT (SBN 217895)
  shanas@hbsslaw.com
Benjamin J. Siegel (SBN 256260)
  bens@hbsslaw.com
Ben M. Harrington (SBN 313877)
  benh@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001

Interim Class Counsel for Developer Plaintiffs

THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.229.7000
Facsimile:  213.229.7520

VERONICA S. MOYÉ (Texas Bar No.
24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone:  214.698.3100
Facsimile:  214.571.2900

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, *et al.*,<br><br>              Plaintiffs<br><br>    v.<br><br>APPLE INC.,<br><br>              Defendant. | Case No. 4:19-cv-03074-YGR-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: PARTIAL SEALING OF THE COURTROOM FOR HEARING ON MOTION FOR SANCTIONS**<br><br>Hon. Thomas S. Hixson |

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER RE: PARTIAL SEALING OF THE COURTROOM FOR
HEARING ON MOTION FOR SANCTIONS, 4:19-cv-03074-YGR-TSH

WHEREAS, the Court has set Defendant Apple Inc.'s motion for sanctions for hearing on February 18, 2021 at 8:30 A.M.,

WHEREAS, the parties anticipate that the hearing will include discussion of information designated by Apple in discovery as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY;

WHEREAS, the parties disagree as to the confidentiality of the information;

WHEREAS, Apple submits that the information implicates its sensitive business relationships with key partners;

WHEREAS, Plaintiffs submit that the information is in the public domain and thus not confidential;

WHEREAS, notwithstanding the foregoing, the Parties agree that partial sealing of the hearing is appropriate to ensure that no confidential information is disclosed to the public;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties:

The portions of the hearing on Apple's motion for sanctions discussing information designated by Apple in discovery as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY should be sealed.  A party intending to discuss such information should advise the Court before doing so to permit the Court to seal the hearing as appropriate.

Dated:  February 15, 2021

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:     */s/ Ben M. Harrington*
                Ben M. Harrington

Interim Class Counsel for the Developer Plaintiffs

GIBSON, DUNN & CRUTCHER LLP

By:     */s/ Ethan Dettmer*
                Ethan Dettmer

Attorney for Defendant Apple Inc.

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER RE: PARTIAL SEALING OF THE COURTROOM FOR HEARING ON MOTION FOR SANCTIONS, 4:19-CV-03074-YGR-TSH

1

## [PROPOSED] ORDER

2
      Pursuant to the above stipulation,

3
**IT IS SO ORDERED.**

4
DATED: _____

5
                                                _____
Honorable Thomas S. Hixson
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

JOINT STIPULATION AND [PROPOSED] ORDER RE: PARTIAL SEALING OF THE COURTROOM FOR
HEARING ON MOTION FOR SANCTIONS, 4:19-CV-03074-YGR-TSH

1

**<u>FILING ATTESTATION</u>**

2

I, Ethan Dettmer, am the ECF user whose ID and password are being used to file this Joint

3

Stipulation.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all parties have

4

concurred in this filing.

5

6

DATED: February 15, 2021

7

By:    */s/ Ethan Dettmer* _____
Ethan Dettmer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn & Crutcher LLP

3

JOINT STIPULATION AND [PROPOSED] ORDER RE: PARTIAL SEALING OF THE COURTROOM FOR
HEARING ON MOTION FOR SANCTIONS, 4:19-CV-03074-YGR-TSH