United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE APPLE IPHONE ANTITRUST LITIGATION** | Case No.:  4:11-cv-06714-YGR |
| | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| **DONALD R. CAMERON, ET. AL.,** | Case No.:  4:19-cv-03074-YGR |
| Plaintiffs, | |
| v. | |
| **APPLE INC.,** | |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court has reviewed the parties' updated case management conference statement filed in both *In Re Apple iPhone Antitrust Litigation*, 4:11-cv-06714-YGR, and *Donald. R. Cameron, et. al. v. Apple Inc.*, 4:19-cv-03074-YGR, and is satisfied that the above cases are proceeding as scheduled. Accordingly, the case management conference currently set for March 1, 2021 is **VACATED**.

**IT IS SO ORDERED**.

Date: February 23, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**