UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD R. CAMERON, ET. AL.**,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**APPLE INC.**,<br><br>　　　　Defendant. | Case No. 4:19-cv-03074-YGR<br><br>**ORDER REGARDING NOTICE OF AUDIO STREAMING PILOT PROJECT** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court **HEREBY PROVIDES NOTICE** of a new audio streaming pilot program, which provides a real-time broadcast of live audio streaming of proceedings made available to the public via the United States District Court for the Northern District of California's YouTube channel. Audio of a livestreamed proceeding will not be recorded or otherwise available for playback or download after the proceedings has ended. Further, audio from proceedings may not be recorded, broadcasted, posted or reproduced in any form or duration. Parties are encouraged to review the program webpage, *available at* https://www.uscourts.gov/about-federal-courts/judicial-administration/district-court-audio-streaming-pilot. Participation in the program would provide the United States District Courts with information which may later lead to policy changes.

　To the extent that the parties are interested, they may file a joint stipulation indicating both their interest and consent to the pilot program.

**IT IS SO ORDERED.**

Dated: February 25, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**