1    THEODORE J. BOUTROUS JR., SBN 132099          MARK A. PERRY, SBN 212532
       tboutrous@gibsondunn.com                      mperry@gibsondunn.com
2    RICHARD J. DOREN, SBN 124666                  CYNTHIA E. RICHMAN (D.C. Bar No.
       rdoren@gibsondunn.com                        492089; *pro hac vice*)
3    DANIEL G. SWANSON, SBN 116556                   crichman@gibsondunn.com
       dswanson@gibsondunn.com                     GIBSON, DUNN & CRUTCHER LLP
4    JAY P. SRINIVASAN, SBN 181471                 1050 Connecticut Avenue, N.W.
       jsrinivasan@gibsondunn.com                  Washington, DC 20036
5    GIBSON, DUNN & CRUTCHER LLP                   Telephone:  202.955.8500
     333 South Grand Avenue                        Facsimile:  202.467.0539
6    Los Angeles, CA 90071
     Telephone:  213.229.7000                      ETHAN DETTMER, SBN 196046
7    Facsimile:  213.229.7520                        edettmer@gibsondunn.com
                                                   ELI M. LAZARUS, SBN 284082
8    VERONICA S. MOYÉ (Texas Bar No.                 elazarus@gibsondunn.com
     24000092; *pro hac vice*)                     GIBSON, DUNN & CRUTCHER LLP
9      vmoye@gibsondunn.com                        555 Mission Street
     GIBSON, DUNN & CRUTCHER LLP                   San Francisco, CA 94105
10   2100 McKinney Avenue, Suite 1100              Telephone:  415.393.8200
     Dallas, TX 75201                              Facsimile:  415.393.8306
11   Telephone:  214.698.3100
     Facsimile:  214.571.2900                      Attorneys for Defendant APPLE INC.

12

13

14

15                       UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                            OAKLAND DIVISION

18

19   DONALD R. CAMERON, *et al.*,            Case No. 4:19-cv-03074-YGR-TSH

20                      Plaintiffs           **DEFENDANT APPLE INC.'S NOTICE OF
                                             INTENT TO REQUEST REDACTION OF
21        v.                                 TRANSCRIPT**

22   APPLE INC.,                             Hon. Thomas S. Hixson

23                      Defendant.

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

DEFENDANT APPLE INC.'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT, 4:19-cv-03074-
YGR-TSH

1    Notice is hereby given that a statement of redaction will be submitted to the court reporter

2   within 21 days from the filing of the transcript with the Clerk of Court.  The proceeding occurred on

3   March 4, 2021 and was reported by Marla F. Knox, the official court reporter.

4

5   Dated:  March 12, 2021                        Respectfully submitted,

6                                                 GIBSON, DUNN & CRUTCHER LLP

7

8                                                 By:    */s/ Jay P. Srinivasan*
                                                            Jay P. Srinivasan

9

10                                                Attorney for Defendant Apple Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
DEFENDANT APPLE INC.'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT, 4:19-CV-
03074-YGR-TSH