# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

—

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1138

WRITER'S EMAIL ADDRESS
WEarnhardt@cravath.com

JOHN W. WHITE
EVAN R. CHESLER
STEPHEN L. GORDON
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
PHILIP J. BOECKMAN
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
DAVID S. FINKELSTEIN
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA

STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
DAVID M. STUART
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
DAVID L. PORTILLA
RORY A. LERARIS
KARA L. MUNGOVAN
MARGARET T. SEGALL
NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI
LAUREN R. KENNEDY
SASHA ROSENTHAL-LARREA
ALLISON M. WEIN
MICHAEL P. ADDIS

JUSTIN C. CLARKE
SHARONMOYEE GOSWAMI
C. DANIEL HAAREN
EVAN MEHRAN NORRIS
LAUREN M. ROSENBERG
MICHAEL L. ARNOLD
HEATHER A. BENJAMIN
MATTHEW J. BOBBY
DANIEL J. CERQUEIRA
ALEXANDRA C. DENNING
HELAM GEBREMARIAM
MATTHEW G. JONES
MATTHEW M. KELLY
DAVID H. KORN
BRITTANY L. SUKIENNIK
ANDREW M. WARK

————

PARTNER EMERITUS
SAMUEL C. BUTLER

————

OF COUNSEL
MICHAEL L. SCHLER
CHRISTOPHER J. KELLY

April 5, 2021

<u>Epic Games, Inc. v. Apple Inc., Case No. 4:20-cv-05640-YGR-TSH</u>
<u>In re Apple iPhone Antitrust Litigation, Case No. 4:11-cv-06714-YGR-TSH</u>
<u>Cameron v. Apple Inc., Case No. 4:19-cv-03074-YGR-TSH</u>

Dear Magistrate Judge Hixson:

    Epic Games, Inc. ("Epic") respectfully submits this letter in response to the joint letter filed by Apple Inc. ("Apple") and Facebook Inc. ("Facebook") earlier today. (Dkt. No. 395.) Epic does not take a position on the substance of the discovery dispute addressed in the letter. Epic does, however, wish to correct the factual record in a limited respect.

    In its portion of the letter, Apple asserts that "Epic did not . . . list in its Rule 26(a) disclosures any Facebook employee." (*Id.* at 3.) That is an incomplete statement of the record, as Epic disclosed Facebook and its employees in its amended Rule 26(a)(1) initial disclosures on January 13, 2021, more than one month before the close of fact discovery. In its amended initial disclosures, Epic identified "Facebook, Inc. . . . and the employees of the foregoing", as well as other third parties, on a company-wide basis. Apple did not object to that approach. To the contrary, when Apple amended its initial disclosures a few weeks later on February 10, 2021, it, too, identified third parties at a company level. Accordingly, any suggestion that Epic's witness disclosures were somehow deficient or untimely as to disclosure of third parties, including Facebook, would be inaccurate.

    It also bears noting that Epic and Apple specifically agreed that if any undeposed witnesses from a third party (such as Facebook) were identified as trial witnesses, such witnesses would be deposed after the discovery deadline and before trial. The agreement did not extend to document discovery after the fact discovery cutoff.

Respectfully submitted,

*/s/ J. Wes Earnhardt*
J. Wes Earnhardt

The Honorable Magistrate Judge Hixson
San Francisco Courthouse
    Courtroom G, 15th Floor
        450 Golden Gate Avenue
           San Francisco, CA 94102

Copies to:

All Counsel of Record

BY ECF