IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Cameron et al. v. Apple Inc. | Case No. 4:19-cv-03074-YGR |

**Expert Class Certification Report of**

**Professor Nicholas Economides**

**HIGHLY CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

*** DOCUMENT FILED UNDER SEAL ***