# EXHIBIT 2

# INVESTIGATION OF COMPETITION IN DIGITAL MARKETS

---

## MAJORITY STAFF REPORT AND RECOMMENDATIONS

## SUBCOMMITTEE ON ANTITRUST, COMMERCIAL AND ADMINISTRATIVE LAW OF THE COMMITTEE ON THE JUDICIARY

---

Jerrold Nadler, Chairman, Committee on the Judiciary

David N. Cicilline, Chairman, Subcommittee on Antitrust, Commercial and Administrative Law



UNITED STATES
2020

## MAJORITY STAFF

### SUBCOMMITTEE ON ANTITRUST, COMMERCIAL AND ADMINISTRATIVE LAW

**SLADE BOND**
Chief Counsel

| | |
|---|---|
| **LINA KHAN** | **AMANDA LEWIS** |
| Counsel | Counsel on Detail, Federal Trade Commission |
| **PHILLIP BERENBROICK** | **ANNA LENHART** |
| Counsel | Technologist |
| **JOSEPH EHRENKRANTZ** | **CATHERINE LARSEN** |
| Special Assistant | Special Assistant |

**JOSEPH VAN WYE**
Professional Staff Member

### COMMITTEE ON THE JUDICIARY

| | | |
|---|---|---|
| **PERRY APELBAUM** | **AMY RUTKIN** | **JOHN DOTY** |
| Staff Director and Chief Counsel | Chief of Staff | Senior Advisor |
| **AARON HILLER** | **JOHN WILLIAMS** | **DAVID GREENGRASS** |
| Deputy Chief Counsel | Parliamentarian | Senior Counsel |
| **SHADAWN REDDICK-SMITH** | **DANIEL SCHWARZ** | **ARYA HARIHARAN** |
| Communications Director | Director of Strategic Communications | Deputy Chief Oversight Counsel |
| **JESSICA PRESLEY** | **MOH SHARMA** | **MATTHEW ROBINSON** |
| Director of Digital Strategy | Director of Member Services and Outreach & Policy Advisor | Counsel |
| **MADELINE STRASSER** | | **KAYLA HAMEDI** |
| Chief Clerk | | Deputy Press Secretary |

| | | |
|---|---|---|
| **NATHAN ADAL** | **BENJAMIN FEIS** | **ARMAN RAMNATH** |
| Legal Fellow | Legal Fellow | Legal Fellow |
| **KARNA ADAM** | **CORY GORDON** | **REED SHOWALTER** |
| Legal Fellow | Legal Fellow | Legal Fellow |
| **WILLIAM BEKKER** | **ETHAN GURWITZ** | **JÖEL THOMPSON** |
| Legal Fellow | Legal Fellow | Legal Fellow |
| **KYLE BIGLEY** | **DOMENIC POWELL** | **KURT WALTERS** |
| Legal Fellow | Legal Fellow | Legal Fellow |
| **MICHAEL ENSEKI-FRANK** | | **KRYSTALYN WEAVER** |
| Legal Fellow | | Legal Fellow |

**TABLE OF CONTENTS**

I.  INTRODUCTION ................................................................................................................... 6
   A.  Chairs' Foreword ............................................................................................................. 6
   B.  Executive Summary ........................................................................................................ 9
      1.  Subcommittee's Investigation ..................................................................................... 9
      2.  Findings ..................................................................................................................... 10
      3.  Recommendations ..................................................................................................... 19
II. THE INVESTIGATION OF COMPETITION IN DIGITAL MARKETS ................................... 21
   A.  Requests for Information and Submissions ................................................................... 21
      1.  First-Party Requests for Information ........................................................................ 21
      2.  Process for Obtaining Responses to First-Party Requests ........................................ 25
      3.  Third-party Requests for Information ...................................................................... 26
      4.  Antitrust Agencies Requests for Information .......................................................... 28
   B.  Hearings ........................................................................................................................ 29
   C.  Roundtables ................................................................................................................... 31
   D.  Prior Investigations ....................................................................................................... 32
III. BACKGROUND ................................................................................................................ 36
   A.  Overview of Competition in Digital Markets ............................................................... 36
      1.  The Role of Competition Online ............................................................................... 36
      2.  Market Structure ....................................................................................................... 37
      3.  Barriers to Entry ....................................................................................................... 40
   B.  Effects of Platform Market Power ................................................................................ 46
      1.  Innovation and Entrepreneurship .............................................................................. 46
      2.  Privacy and Data Protection ..................................................................................... 51
      3.  The Free and Diverse Press ...................................................................................... 57
      4.  Political and Economic Liberty ................................................................................ 73
IV. MARKETS INVESTIGATED .............................................................................................. 77
   A.  Online Search ................................................................................................................ 77
   B.  Online Commerce ......................................................................................................... 84
   C.  Social Networks and Social Media ............................................................................... 88
      1.  Social Networks are Distinguishable from Social Media ........................................ 90
      2.  Market Concentration ............................................................................................... 92
   D.  Mobile App Stores ........................................................................................................ 93
   E.  Mobile Operating Systems .......................................................................................... 100

    F.    Digital Mapping .................................................................................................................. 107

    G.    Cloud Computing ............................................................................................................... 109

    H.    Voice Assistant .................................................................................................................. 120

    I.    Web Browsers .................................................................................................................... 126

    J.    Digital Advertising ............................................................................................................ 129

V.    DOMINANT ONLINE PLATFORMS ...................................................................................... 132

    A.    Facebook ............................................................................................................................ 132

        1.    Overview ...................................................................................................................... 132

        2.    Social Networking ....................................................................................................... 133

        3.    Digital Advertising ...................................................................................................... 170

    B.    Google ................................................................................................................................ 174

        1.    Overview ...................................................................................................................... 174

        2.    Search ........................................................................................................................... 176

        3.    Digital Advertisements ................................................................................................ 206

        4.    Android and Google Play Store ................................................................................... 211

        5.    Chrome ......................................................................................................................... 223

        6.    Maps ............................................................................................................................. 230

        7.    Cloud ............................................................................................................................ 245

    C.    Amazon .............................................................................................................................. 247

        1.    Overview ...................................................................................................................... 247

        2.    Amazon.com ................................................................................................................ 254

        3.    Fulfillment and Delivery ............................................................................................. 302

        4.    Alexa's Internet of Things Ecosystem ........................................................................ 305

        5.    Amazon Web Services ................................................................................................ 316

    D.    Apple .................................................................................................................................. 330

        1.    Overview ...................................................................................................................... 330

        2.    iOS and the App Store ................................................................................................. 334

        3.    Siri Intelligent Voice Assistant .................................................................................... 373

VI.    RECOMMENDATIONS ............................................................................................................ 376

    A.    Restoring Competition in the Digital Economy ............................................................... 377

        1.    Reduce Conflicts of Interest Thorough Structural Separations and Line of Business Restrictions ................................................................................................................... 378

        2.    Implement Rules to Prevent Discrimination, Favoritism, and Self-Preferencing .............. 382

        3.    Promote Innovation Through Interoperability and Open Access ............................... 384

        4.    Reduce Market Power Through Merger Presumptions .............................................. 387

  5.  Create an Even Playing Field for the Free and Diverse Press ............................................ 388

  6.  Prohibit Abuse of Superior Bargaining Power and Require Due Process ......................... 389

 B.  Strengthening the Antitrust Laws ................................................................................................ 391

  1.  Restore the Antimonopoly Goals of the Antitrust Laws ..................................................... 391

  2.  Invigorate Merger Enforcement .......................................................................................... 392

  3.  Rehabilitate Monopolization Law ....................................................................................... 395

  4.  Additional Measures to Strengthen the Antitrust Laws ...................................................... 398

 C.  Strengthening Antitrust Enforcement ......................................................................................... 399

  1.  Congressional Oversight ..................................................................................................... 399

  2.  Agency Enforcement ........................................................................................................... 401

  3.  Private Enforcement ............................................................................................................ 403

VII. APPENDIX: MERGERS AND ACQUISITIONS BY DOMINANT PLATFORMS ................. 406

 A.  Amazon ........................................................................................................................................ 406

 B.  Apple ............................................................................................................................................ 414

 C.  Facebook ..................................................................................................................................... 423

 D.  Google .......................................................................................................................................... 431

intended, and will not violate user privacy.[489] App stores also reduce customer acquisition costs for app developers by allowing developers to reach an extraordinarily large consumer base—every mobile device user in the U.S. is addressable by developing for the Apple App Store and the Google Play Store. By reducing the costs of app developers, app stores help make software applications more affordable for consumers.[490]

Deloitte has explained that app stores provide developers with various benefits, including providing a consistent interface and experience for users on a mobile operating system, a secure platform for apps, storage systems for hosting apps and managing downloads and updates, and billing and payment management systems that can reduce overhead for developers.[491] Apple and Google also provide developers with software-development tools to create, test, and publish apps; technical support and analytics tools; and tutorials.[492]

The mobile operating system on a device determines which app stores the user can access. The provider of the mobile operating system determines which app stores may be pre-installed on devices running the operating system, and whether and how additional app stores may be installed. As discussed elsewhere in the Report, both Apple and Google have durable and persistent market power in the mobile operating system market; iOS and Android run on more than 99% of mobile devices in the U.S. and globally.[493] There are high switching costs in the mobile operating system market and high barriers to entry. Due to their dominance in the mobile operating system market, Apple and Google have the power to dictate the terms and extent of competition for distributing software on to mobile devices running their respective mobile operating systems.[494]

The Google Play Store is the primary app store installed on all Android devices. The Apple App Store is the only app store available on iOS devices.[495] Apps are not interoperable between operating systems—native apps developed for iOS only work on iOS devices, and native apps

---

[489] *See* CEO Hearing Transcript at 3 (response to Questions for the Record of Tim Cook, CEO, Apple Inc.) https://docs.house.gov/meetings/JU/JU05/20200729/110883/HHRG-116-JU05-20200729-QFR054.pdf; *See also* JOHN BERGMAYER, PUBLIC KNOWLEDGE, TENDING THE GARDEN: HOW TO ENSURE THAT APP STORES PUT USERS FIRST 1, 5, 18 (2020), https://www.publicknowledge.org/wp-content/uploads/2020/06/Tending_the_Garden.pdf.

[490] Production of Apple, to H. Comm. on the Judiciary, HJC_APPLE_000003 (Oct. 14, 2019) (on file with Comm.); Neth. Auth. for Consumers & Mkts. Study at 108.

[491] DELOITTE, THE APP ECONOMY IN THE UNITED STATES 8 (2018), https://www.ftc.gov/system/files/documents/public_comments/2018/08/ftc-2018-0048-d-0121-155299.pdf

[492] Neth. Auth. for Consumers & Mkts. Study at 29.

[493] *Id.* at 15.

[494] *See* Data and Privacy Hearing at 15 (statement of Maurice E. Stucke, Prof. of Law, Univ. of Tennessee, and Ariel Ezrachi, Slaughter and May Prof. of Competition Law, Univ. of Oxford, Fellow, Pembroke Coll., Dir., Oxford Ctr. For Competition Law and Pol'y), https://docs.house.gov/meetings/JU/JU05/20191018/110098/HHRG-116-JU05-20191018-SD010.pdf.

[495] Neth. Auth. for Consumers & Mkts. Study at 4, 21.

developed for Android only work on Android devices.[496] The App Store and the Play Store do not compete against one another. Android users cannot access the Apple App Store, and iOS users cannot access the Google Play Store, so the dominance of the Play Store is not constrained by the App Store and vice versa.[497]

Statista reports that in the first quarter of 2020 there were approximately 2.56 million apps available in the Google Play Store and 1.847 million apps available in Apple's App Store.[498] Apple's App Store is the only means to distribute software on iOS devices.[499] The Google Play Store is the dominant app store on Android devices; however, Google does permit users to sideload alternative app stores. Some Android device partners, such as Samsung, pre-install their own app stores on their devices.[500] Leading alternative Android app stores include Amazon's Appstore, Aptoide, F-Droid, and the Samsung Galaxy Store.[501] App developers who want to reach the entire addressable market of U.S. or global smartphone users must have an app in both the App Store and the Play Store.[502] Apple and Google also determine the terms and conditions app developers must agree to in order to distribute software through the App Store and Play Store, respectively. As a result, app developers and industry observers agree that Apple and Google control the app distribution market on mobile devices.[503]

---

[496] *See* Interview with Source 407 (Sept. 10, 2020); Interview with Source 143 (Aug. 27, 2020); Neth. Auth. for Consumers & Mkts. Study at 51–52, 67, 73.

[497] *See* Press Release, Eur. Comm'n, Antitrust: Commission Fines Google €4.34 Billion for Illegal Practices Regarding Android Mobile Devices to Strengthen Dominance of Google's Search Engine (July 18, 2018) https://ec.europa.eu/commission/presscorner/detail/en/IP_18_4581; Letter from Executive at Source 181, to Members of the Subcomm.on Antitrust, Commercial and Admin. Law, 4 (Oct. 31, 2019) (on file with Comm.); Submission from Source 301, to H. Comm. on the Judiciary, 5, 7 (Oct. 15, 2019) (on file with Comm.).

[498] *Number of Apps Available in Leading App Stores as of 1st Quarter 2020,* STATISTA, https://www.statista.com/statistics/276623/number-of-apps-available-in-leading-app-stores/ (last visited Oct. 5, 2020).

[499] Neth. Auth. for Consumers & Mkts. Study at 50; Interview with Source 766 (July 2, 2020).

[500] Neth. Auth. for Consumers & Mkts. Study at 50. *See* Press Release, Eur. Comm'n, Antitrust: Commission Fines Google €4.34 Billion for Illegal Practices Regarding Android Mobile Devices to Strengthen Dominance of Google's Search Engine (July 18, 2018), https://ec.europa.eu/commission/presscorner/detail/en/IP_18_4581 (explaining that worldwide, excluding China, "the Play Store accounts for more than 90% apps downloaded on Android devices").

[501] Joe Hindy, *10 Best Third Party App Stores for Android and Other Options Too*, Android Authority (Aug. 28, 2020), https://www.androidauthority.com/best-app-stores-936652/.

[502] Neth. Auth. for Consumers & Mkts. Study at 15.

[503] *See e.g.*, Interview with Source 143 (Aug. 27, 2020); Production of Facebook, to H. Comm. on the Judiciary, FB-HJC-ACAL-00045377 (Feb. 14, 2014) (on file with Comm.) (demonstrating that Facebook COO Sheryl Sandberg explained to Facebook's Board of Directors that Apple and Google's positions as dominant mobile operating system and app store operators posted a "significant strategic threat" to Facebook's business and adding another popular mobile app to Facebook's suite of apps "would make it more difficult for operating system providers to exclude the Company's mobile applications from mobile platforms."); Letter from Executive at Source 181, to Members of the Subcomm. on Antitrust, Commercial and Admin. Law, 4 (Oct. 31, 2019) (on file with Comm.); Kara Swisher, *Is It Finally Hammer Time for Apple and Its App Store*, N.Y. TIMES (June 19, 2020), https://www.nytimes.com/2020/06/19/opinion/apple-app-store-hey.html?referringSource=articleShare.