*** REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED ***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Cameron et al. v. Apple Inc. | Case No. 4:19-cv-03074-YGR |

**Errata Regarding Expert Class Certification Report of**

**Professor Nicholas Economides**

**HIGHLY CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

*** REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED ***

Professor Nicholas Economides has corrected the below listed items in the Expert Class Certification Report of Professor Nicholas Economides dated June 1, 2021 (hereinafter "Economides Report"). The changes set forth herein should be incorporated in the Economides Report where indicated. These changes do not impact Professor Economides' damages methodology, or the data and materials relied upon by Professor Economides and produced for the Economides Report.

| Location in the Economides Report | Reason for Change | Change |
|---|---|---|
| [redacted] | [redacted] | [redacted] |