IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

Cameron et al. v. Apple Inc.

Case No. 4:19-cv-03074-YGR

**Further Errata Regarding Expert Class Certification Report of**

**Professor Nicholas Economides**

Professor Nicholas Economides has corrected the below listed items in the Expert Class Certification Report of Professor Nicholas Economides dated June 1, 2021 (hereinafter "Economides Report"). The changes set forth herein should be incorporated in the Economides Report where indicated. These changes do not impact Professor Economides' damages methodology, or the data and materials relied upon by Professor Economides and produced for the Economides Report.

1) **Page 22, Footnote 76.** Add the following sentence at the end of Footnote 76: "The Microsoft Store figures in Table 4 are based on 2018 data because 2019 Microsoft data are not available."

2) **Page 34, Paragraph 65.** Replace the graphical representation in Figure 3 with the following:



Dated: August 3, 2021

Nicholas Economides