UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORONAVIRUS REPORTER, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>APPLE INC., et al.,<br><br>   Defendants. | Case No. 21-cv-05567-EMC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OR CASES**<br><br>Docket No. 18 |

   Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Gonzales Rogers to determine whether it is related to *Cameron v. Apple, Inc.*, Case No. C19-3074 YGR.

   **IT IS SO ORDERED**.

Dated: August 5, 2021

_____
EDWARD M. CHEN
United States District Judge