# EXHIBIT 7

*PUBLIC - REDACTED VERSION*