1   THEODORE J. BOUTROUS JR., SBN 132099
        tboutrous@gibsondunn.com
2   RICHARD J. DOREN, SBN 124666
        rdoren@gibsondunn.com
3   DANIEL G. SWANSON, SBN 116556
        dswanson@gibsondunn.com
4   JAY P. SRINIVASAN, SBN 181471
        jsrinivasan@gibsondunn.com
5   GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue Los Angeles, CA 90071
6   Telephone: 213.229.7000
    Facsimile: 213.229.7520

7   VERONICA S. MOYÉ (Texas Bar No.
8   24000092; *pro hac vice*)
        vmoye@gibsondunn.com
9   GIBSON, DUNN & CRUTCHER LLP
    2100 McKinney Avenue, Suite 1100
10  Dallas, TX 75201
    Telephone: 214.698.3100
11  Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
    mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
    crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
    edettmer@gibsondunn.com
RACHEL S. BRASS, SBN 219301
    rbrass@gibsondunn.com
CAELI A. HIGNEY, SBN 268644
    chigney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant APPLE INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, *et al.*<br><br>                Plaintiffs<br><br>    v.<br><br>APPLE INC.,<br>                Defendant. | Case No. 4:19-cv-03074-YGR<br><br>**EXHIBITS TO DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO DEVELOPER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANT APPLE INC.'S MOTION TO EXCLUDE TESTIMONY OF PROFESSOR EINER ELHAUGE, PROFESSOR NICHOLAS ECONOMIDES, AND CHRISTIAN TREGILLIS**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>Date:      Nov. 16, 2021<br>Time:     10:00 a.m.<br>Courtroom: 1, 4th Floor |

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO DEVELOPER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANT APPLE INC.'S MOTION TO EXCLUDE TESTIMONY OF PROFESSOR EINER ELHAUGE, PROFESSOR NICHOLAS ECONOMIDES, AND CHRISTIAN TREGILLIS, CASE NO. 4:19-CV-03074-YGR

Gibson, Dunn & Crutcher LLP