THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
 rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
 dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
 jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No.
24000092; pro hac vice)
 vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
 mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; pro hac vice)
 crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
 edettmer@gibsondunn.com
RACHEL S. BRASS, SBN 219301
 rbrass@gibsondunn.com
CAELI A. HIGNEY, SBN 268644
 chigney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | Case No. 4:19-cv-03074-YGR |
| | **[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF PROFESSOR EINER ELHAUGE, PROFESSOR NICHOLAS ECONOMIDES, AND CHRISTIAN TREGILLIS** |
| | The Honorable Yvonne Gonzalez Rogers |
| | Date:        Nov. 16, 2021<br>Time:        10:00 a.m.<br>Courtroom: 1, 4th Floor |

Gibson, Dunn &
Crutcher LLP

1    This matter is before the Court on Defendant Apple Inc.'s *Daubert* Motion To Exclude

2    Testimony of Professor Einer Elhauge, Professor Nicholas Economides, and Christian Tregillis.  The

3    Court, having considered all of the papers submitted by the parties, the arguments presented at the

4    evidentiary hearing on Apple's motion, and the relevant authorities, finds that the challenged testimony

5    of Professor Einer Elhauge, Professor Nicholas Economides, and Christian Tregillis is inadmissible

6    under Federal Rules of Evidence 401, 402, and 702 as well as *Daubert v. Merrell Dow*

7    *Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and related precedents.

8    For these reasons, the Court hereby GRANTS Defendant's Motion.  The reports and testimony

9    of Professor Einer Elhauge, Professor Nicholas Economides, and Christian Tregillis are excluded in

10   their entirety.

11

12   **IT IS SO ORDERED.**

13

14   Dated: _____              _____

15                                        HON. YVONNE GONZALEZ ROGERS

16                                        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING APPLE'S *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF PROFESSOR EINER ELHAUGE, PROFESSOR NICHOLAS ECONOMIDES, AND CHRISTIAN TREGILLIS
Nos. 4:11-cv-06714-YGR; 4:19-cv-03074-YGR