THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)
  vmoye@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
RACHEL BRASS, SBN 219301
  rbrass@gibsondunn.com
CAELI A. HIGNEY, SBN 268644
  chigney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation | CASE NOS. 4:11-cv-06714-YGR<br>4:19-cv-03074-YGR<br><br>**DECLARATION OF MARK ROLLINS IN SUPPORT OF APPLE INC.'S *DAUBERT* MOTIONS & BRIEFS IN OPPOSITION TO CLASS CERTIFICATION**<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>Date:   Nov. 16, 2021<br>Time:   10:00 a.m.<br>Courtroom:   1, 4th Floor |

### *PUBLIC REDACTED VERSION*

Pursuant to Civil Local Rule 7-5, I, Mark Rollins, declare as follows:

1. I am employed as a Finance Manager at Apple Inc. ("Apple") and, among other duties, work with the teams of engineers responsible for all of Apple's identity and access management. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Defendant Apple Inc.'s *Daubert* Motions and Oppositions to Class Certification.

2. People or entities use and make purchases on the App Store through "Apple IDs," which are unique, password-protected accounts. To obtain an Apple ID, a person or entity provides a first and last name, email address, birthdate, and telephone number of their choosing. Only one email address, birthdate, and telephone number are required to obtain an Apple ID; users are not required to provide or list all of their email addresses and/or telephone numbers to obtain an Apple ID. The provided email address becomes the Apple ID identifier. Apple does not require other identifying information—such as confirmation of a legal name, confirmation of a legal birthdate, or a mailing address—to obtain an Apple ID.

3. People or entities obtain multiple Apple IDs to use the App Store—for example, using different email addresses and phone numbers of their choosing. Such accounts need not be "linked" together by the user, nor, again, is a user required to provide a list of all of their email addresses, telephone numbers, or other required information for a given Apple ID.

4. Payment methods for purchases from the App Store can include but are not limited to credit cards and gift cards, which can be "linked" to a person's or entity's Apple ID(s). A person or entity can use or "link" different payment methods for different Apple ID accounts, can use or "link" multiple payment methods to a single Apple ID account, and use or "link" different payment methods to an Apple ID account over different time periods. A person or entity is not required to provide a list of all of their credit cards or possible payment methods for a given Apple ID. Apple does not identify or validate payment methods across Apple IDs to establish that they belong to the same person or entity. A person or entity may enter or use a payment method, like a credit card, by verifying numbers and other security information. Apple does not own third-party information related to, for example, credit cards, so Apple does not have a way to validate ownership of a particular method of payment.

5. Because the information a person or entity provides to obtain an Apple ID is self-reported and can differ as set forth in Paragraphs 2-4, above, Apple does not have the ability to establish or verify each or every Apple ID for a particular person or entity based on email, birthdate, phone number, payment method, or other information a person or entity provides for an Apple ID. Apple likewise cannot determine how many Apple IDs any particular person or entity has, and, for the same reasons, cannot calculate any "average" number of Apple IDs for a person or entity or across Apple IDs.

6. To sign into the App Store, a person or entity need only provide an Apple ID and password. One Apple ID may be used by multiple people or entities if, for example, a person or entity shares their Apple ID and password with another—like a family member. Apple cannot determine the number of people or entities sharing an Apple ID. A given Apple ID also may be used to sign into the App Store on multiple devices—for example, an iPhone and an iPad—by different people or entities sharing an Apple ID.

7. Attached as **Exhibit 1** is a true and correct copy of the purchase history as of July 1, 2020 for the Apple ID "macnod@gmail.com," which the user associated with the name "Donald Cameron." Apple located this purchase history using the Apple ID, and then downloaded and saved the information as a .pdf file on July 1, 2020. Records of purchases made by specific Apple IDs are made at or near the time of such purchases and kept in the ordinary course of Apple's business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 10, 2021 at Cupertino, California.

By: _____
Mark Rollins

# EXHIBIT 1

**PUBLIC - REDACTED VERSION**