Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 256260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Interim Lead Class Counsel*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC., <br><br>    Plaintiff, Counter-defendant <br><br> v. <br><br>APPLE INC., <br><br>    Defendant, Counterclaimant. | Case No. 4:20-cv-05640-YGR <br><br> **ADMINISTRATIVE MOTION TO SEAL DECLARATION OF PROFESSOR NICHOLAS ECONOMIDES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 79-5, Plaintiffs move the Court to seal the Declaration of Professor Nicholas Economides.

When a party seeks to seal records, there is a "strong presumption in favor of access" that can be overcome only by "compelling reasons." *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quotation marks omitted); *see also In re Anthem, Inc. Data Breach Litig.*, No. 15-MD-02617-LHK, 2017 WL 9614789, at *2 (N.D. Cal. Aug. 25, 2017) (applying standard to class settlements); *Thomas v. MagnaChip Semiconductor Corp.*, No. 14-CV-01160-JST, 2017 WL 4750628, at *4 (N.D. Cal. Oct. 20, 2017) (same) ; *Cotter v. Lyft, Inc*., No. 13-CV-04065-VC, 2016 WL 3654454, at *1 (N.D. Cal. June 23, 2016) (same).  The party seeking to seal the document or proceedings must "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Id.* at 1178–79 (alteration, citation, and quotation marks omitted).  "In general, 'compelling reasons' sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such 'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* at 1179 (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)).

The Declaration of Professor Nicholas Economides includes certain information derived from discovery material that Apple designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the amended protective order in this case (ECF No. 252).  Developer Plaintiffs do not seek any redactions to Professor Economides's Declaration, and do not believe there is good cause to maintain under seal any portion of the document.  Quite the opposite, because Professor Economides's Declaration relates to, and supports, a proposed class action settlement, the public and proposed Settlement Class have a compelling interest in accessing the entire document and the information it contains.  The declaration should be available for public review.  Pursuant to the Protective Order and Civil Local Rule 79-5(d), Defendant must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality.  Developer Plaintiffs reserve all rights to oppose.

DATED: August 26, 2021

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By   */s/ Steve W. Berman*
STEVE W. BERMAN (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 260260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Interim Lead Class Counsel*

Joseph M. Vanek (*pro hac vice*)
Eamon P. Kelly (*pro hac vice*)
Alberto Rodriguez (*pro hac vice*)
SPERLING & SLATER, P.C.
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile: (312) 641-6492
jvanek@sperling-law.com
ekelly@sperling-law.com
arodriguez@sperling-law.com

Guido Saveri (SBN 22349)
R. Alexander Saveri (SBN 173102)
Cadio Zirpoli (SBN 179108)
Sarah Van Culin (SBN 293181)
SAVERI & SAVERI, INC.

1  706 Sansome Street
2  San Francisco, CA 94111
   Telephone: (415) 217-6810
3  Facsimile: (415) 217-6813)
   guido@saveri.com
4  rick@saveri.com
   cadio@saveri.com
5  sarah@saveri.com

6  Kimberly A. Justice
7  Jonathan M. Jagher (*pro hac vice*)
   FREED KANNER LONDON & MILLEN LLC
8  923 Fayette Street
   Conshohocken, PA 19428
9  Telephone: (610) 234-6487
   Facsimile: (224) 632-4521
10 kjustice@fklmlaw.com
11 jjagher@fklmlaw.com

12 Douglas A. Millen (*pro hac vice*)
   Brian M. Hogan (*pro hac vice*)
13 FREED KANNER LONDON & MILLEN LLC
   2201 Waukegan Road, #130
14 Bannockburn, IL 60015
15 Telephone: (224) 632-4500
   Facsimile: (224) 632-4521
16 dmillen@fklmlaw.com
   bhogan@fklmlaw.com
17
18 *Plaintiffs' Executive Committee*

19

20

21

22

23

24

25

26

27

28