Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 256260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Interim Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>APPLE INC.<br><br>            Defendant. | No. 4:11-cv-03074-YGR (TSH)<br><br>DECLARATION OF STEVE W. BERMAN IN SUPPORT OF DEVELOPER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Hon. Yvonne Gonzalez Rogers |

010818-11 1610134V1

I, Steve W. Berman, declare:

1. I am the managing partner of the law firm Hagens Berman Sobol Shapiro LLP, attorneys for plaintiffs and Interim Counsel appointed by the Court in the above-captioned action. Based on personal knowledge or discussions with counsel in my firm of the matters stated herein, if called upon, I could and would competently testify thereto.

2. I submit this declaration pursuant to Civil Local Rules 7-11 and 79-5(d)-(e) and in connection with Developer Plaintiffs' Administrative Motion to File Under Seal the following document: Declaration of Professor Nicholas Economides.

3. The foregoing document incorporates information and analyses derived from discovery material that Defendant Apple designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only." Apple has requested that Developer Plaintiffs file the entire document under seal, subject to Apple identifying pursuant to Local Rule 79-5(e)(1) the material it believes should remain under seal. Developer Plaintiffs do not believe Apple has identified good cause to seal any portion of Professor Economides's Declaration. Rather, the entire document should be available both for the public and Settlement Class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 26th day of August 2021, at Seattle, Washington.

*s/ Steve W. Berman*
STEVE W. BERMAN