UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, et al., | No. 4:19-cv-03074-YGR (TSH) |
| Plaintiffs, | [PROPOSED] ORDER DENYING DEVELOPER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| v. | |
| APPLE INC. | Hon. Yvonne Gonzalez Rogers |
| Defendant. | |

010818-11/1610132 V1

1  This matter comes before the Court on Developer Plaintiffs' administrative motion to file
2  under seal the Declaration of Professor Nicholas Economides.

4  Upon consideration of the administrative motion to seal, the papers submitted in support and
5  in response thereto, and good cause appearing, the motion is DENIED.

7  IT IS SO ORDERED.
8  DATED: _____

   _____
   HONORABLE YVONNE GONZALEZ ROGERS
   UNITED STATES DISTRICT JUDGE

010818-11/1610132 V1