Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 256260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Interim Lead Class Counsel*

[Additional counsel on signature page]

MARK A. PERRY (SBN 212532)
mperry@gibsondunn.com
CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8234
Facsimile: 202.530.9691

THEODORE J. BOUTROUS JR. (SBN 132099)
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Counsel for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC.<br><br>        Defendant. | No. 4:19-cv-03074-YGR<br><br>ORDER GRANTING JOINT STIPULATION ~~AND~~ ~~[PROPOSED]~~ ~~ORDER~~ TO PERMIT FILING OF EXCESS PAGES (LOCAL RULE 7-4(b))<br><br>Hon. Yvonne Gonzalez Rogers |

010818-11 1609556v1

1   Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc. ("Developer Plaintiffs") and
2   Defendant Apple Inc. (Defendant) (collectively, the Parties), by and through their respective counsel,
3   hereby agree as follows:
4   WHEREAS, on August 24, 2021, Developer Plaintiffs and Apple Inc. executed a settlement
5   agreement;
6   WHEREAS, on August 26, 2021, Developer Plaintiffs are filing with the Court a motion to
7   preliminarily approve the settlement, along with supporting documents;
8   WHEREAS, Civil Local Rule 7-4(b) limits the length of a brief or memorandum of points
9   and authorities to 25 pages of text;
10  WHEREAS, the Parties have agreed that to adequately address the settlement agreement,
11  notice program, and all requirements for preliminary approval, Developer Plaintiffs require
12  additional pages in excess of the 25 pages permitted under Civil Local Rule 7-4(b);
13  WHEREAS, the Parties have met and conferred, and agreed that Developer Plaintiffs may
14  file a memorandum of points and authorities that contains up to 30 pages of text;
15  WHEREAS, the Parties respectfully submit that good cause exists to allow this enlargement
16  of pages;
17  THEREFORE, the Parties, through their counsel, hereby stipulate subject to the Court's approval:
18  Developer Plaintiffs' may submit a memorandum of points and authorities in support of
19  preliminary approval that contains up to 30 pages of text.
20  **IT IS SO STIPULATED**

DATED:  August 26, 2021                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                               Steve W. Berman
                                               Robert F. Lopez
                                               Shana E. Scarlett

                                           By: */s/ Steve W. Berman*

                                           *Attorneys for Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc.*

DATED: August 26, 2021

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry
Cynthia E. Richman

By: */s/ Cynthia E. Richman*

*Attorneys for Defendant Apple Inc.*

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 27, 2021

THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE