Peter J. Sacripanti
psacripanti@mwe.com
John J. Calandra
jcalandra@mwe.com
Nicole L. Castle
ncastle@mwe.com
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone:    +1 212 547-5400
Facsimile:    +1 212 547-5444

Michelle Lowery (302882)
mslowery@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:    +1 310 277 4110
Facsimile:    +1 310 277 4730

*Attorneys for Defendant Apple Inc.*

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DONALD R. CAMERON, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | Case No. 4:19-cv-03074-YGR-TSH <br><br> **NOTICE OF WITHDRAWAL OF JOINT DISCOVERY LETTER BRIEF REGARDING APPLE'S REQUESTS FOR THE PRODUCTION OF CERTAIN DOCUMENTS** <br><br><br> Judge: Hon. Yvonne Gonzalez Rogers |

# NOTICE OF WITHDRAWAL

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant hereby withdraws the Joint Discovery Brief Regarding Apple's Requests for the Production of Certain Documents that the parties submitted pursuant to Judge Hixson's standing order and Local Rule 37 (Discovery Brief).  Electronic Case Filing (ECF) 370.  Defendant respectfully requests that the Court vacate the discovery hearing related to the Discovery Brief currently set for September 3, 2021 at 9:00 a.m. before Judge Hixson pursuant to ECF 391.  Defendant otherwise reserves all rights.

Dated: September 2, 2021

Respectfully submitted,

By: */s/ Nicole L. Castle*
Nicole L. Castle
ncastle@mwe.com
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, NY  10017
Telephone: +1 212 547-5400
Facsimile: +1 212 547-5444

*Attorneys for Defendant Apple Inc.*

Theodore J. Boutrous, Jr.
Anna L. Casey
Cynthia Richman
Mark A. Perry
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. NW
Washington, DC 20036
(202) 887-3722
Email: acasey@gibsondunn.com
crichman@gibsondunn.com
mperry@gibsondunn.cL.om
tboutrous@gibsondunn.com

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

NOTICE OF WITHDRAWAL
No. 4:19-CV-03074-YGR-TSH

| | |
|---|---|
| 1 | Daniel Glen Swanson |
| 2 | Jagannathan P. Srinivasan |
|   | Gibson, Dunn & Crutcher LLP |
| 3 | 333 South Grand Avenue |
|   | Los Angeles, CA 90071 |
| 4 | (213) 229-7340 |
|   | Fax: (213) 229-7520 |
| 5 | Email:  dswanson@gibsondunn.com |
| 6 |             jsrinivasan@gibsondunn.com |
| 7 | Veronica Smith Lewis |
|   | Gibson, Dunn & Crutcher LLP |
| 8 | 2001 Ross Avenue |
|   | Suite 1100 |
| 9 | Dallas, TX 75201 |
|   | (214) 698-3100 |
| 10 | Fax: (214) 571-2936 |
| 11 | Email:  VLewis@gibsondunn.com |
| 12 | William F. Stute |
|    | Orrick, Herrington and Sutcliffe LLP |
| 13 | 1152 15th St, NW |
|    | Washington, DC 20005 |
| 14 | (202) 339-8400 |
| 15 | Email:  wstute@orrick.com |
| 16 | David Eberhart |
|    | Anna T. Pletcher |
| 17 | O'MELVENY & MYERS LLP |
| 18 | Two Embarcadero Center, 28th Floor |
|    | San Francisco, CA 94111 |
| 19 | Telephone: (415) 984-8700 |
|    | Facsimile: (415) 984-8701 |
| 20 | Email:  deberhart@omm.com |
| 21 |             apletcher@omm.com |
| 22 | Katrina Robson |
|    | Evan Schlom |
| 23 | Elena M. Zarabozo |
|    | O'MELVENY & MYERS LLP |
| 24 | 1625 Eye Street, N.W. |
|    | Washington, DC 20006 |
| 25 | Telephone: (202) 383-5300 |
|    | Facsimile: (202) 383-5414 |
| 26 | Email:  krobson@omm.com |
| 27 |             eschlom@omm.com |
|    |             ezarabozo@omm.com |
| 28 | |

- 3 -

NOTICE OF WITHDRAWAL
No. 4:19-CV-03074-YGR-TSH

1  Scott Schaeffer
2  O'MELVENY & MYERS LLP
   Plaza 66, Tower 1, 37th Floor
3  1266 Nanjing Road West
   Shanghai 200040, China
4  Telephone: 86-21-2307-7000
   Facsimile: 86-21-2307-7300
5  Email: sschaeffer@omm.com

6  *Attorneys for Defendant Apple Inc.*