GAVIN W. SKOK (Admitted *Pro Hac Vice*)
gskok@foxrothschild.com
**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
Telephone:   (206) 624-3600
Facsimile:    (206) 389-1708

DWIGHT C. DONOVAN (SBN 114785)
ddonovan@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone:   (415) 364-5540
Facsimile:    (415) 391-4436

Attorneys for Non-Party
Valve Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 4:19-cv-03074-YGR<br><br>~~[PROPOSED]~~ ORDER GRANTING NON-PARTY VALVE CORPORATION'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS [Dkt. Nos. 426-1 and 427] |

   Non-party Valve Corporation ("Valve") moved to remove incorrectly filed Docket Nos. 426-1 and No. 427 at the request of non-party Epic Games, Inc. and defendant Apple, Inc.

   Having reviewed the papers submitted, and finding good cause therfor,

   THE COURT HEREBY GRANTS Valve's Motion to Remove Incorrectly Filed

///

///

///

1 | Documents Docket Nos. 426-1 and 427.  Docket Nos. 426-1 and 427 shall be removed
2 | from the publicly available docket.

Dated: <u>September 16, 2021</u>.

_____
United States District Court Judge