| | |
|---|---|
| Steve W. Berman (*pro hac vice*) | MARK A. PERRY (SBN 212532) |
| Theodore Wojcik (*pro hac vice*) | mperry@gibsondunn.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | CYNTHIA E. RICHMAN (*pro hac vice*) |
| 1301 Second Avenue, Suite 2000 | crichman@gibsondunn.com |
| Seattle, WA 98101 | GIBSON, DUNN & CRUTCHER LLP |
| Telephone: (206) 623-7292 | 1050 Connecticut Avenue, N.W. |
| Facsimile: (206) 623-0594 | Washington, DC 20036-5306 |
| steve@hbsslaw.com | Telephone: 202.955.8234 |
| tedw@hbsslaw.com | Facsimile: 202.530.9691 |
| | |
| Shana E. Scarlett (SBN 217895) | THEODORE J. BOUTROUS JR. (SBN 132099) |
| Benjamin J. Siegel (SBN 256260) | RICHARD J. DOREN (SBN 124666) |
| Ben M. Harrington (SBN 313877) | rdoren@gibsondunn.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | DANIEL G. SWANSON (SBN 116556) |
| 715 Hearst Avenue, Suite 202 | dswanson@gibsondunn.com |
| Berkeley, CA 94710 | GIBSON, DUNN & CRUTCHER LLP |
| Telephone: (510) 725-3000 | 333 South Grand Avenue |
| Facsimile: (510) 725-3001 | Los Angeles, CA 90071-3197 |
| shanas@hbsslaw.com | Telephone: 213.229.7000 |
| bens@hbsslaw.com | Facsimile: 213.229.7520 |
| benh@hbsslaw.com | |
| | *Counsel for Defendant Apple Inc.* |
| *Interim Lead Class Counsel* | |

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | No. 4:19-cv-03074-YGR<br><br>**ORDER GRANTING** STIPULATION ~~AND [PROPOSED] ORDER~~ REGARDING HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>[Civil L.R. 6-2]<br><br>Hon. Yvonne Gonzalez Rogers |

010818-11 1609556v1

1  Pursuant to Civil Local Rule 6-2, Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc. ("Developer Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS, on August 26, 2021, Developer Plaintiffs filed with the Court a Motion for Preliminary Approval of Class Action Settlement with Apple Inc. ("Motion for Preliminary Approval");

WHEREAS, the Motion for Preliminary Approval was noticed and calendared for an October 12, 2021 hearing date;

WHEREAS, a scheduling conflict has arisen that would prevent certain lead counsel from participating in the October 12, 2021 hearing;

WHEREAS, the Parties have conferred and are available on October 26, 2021, a date on which the Court will be conducting its weekly civil law and motion calendar, with proceedings commencing at 2:00 pm via the Zoom platform;

THEREFORE, IT IS STIPULATED AND AGREED that the October 12, 2021 hearing on Developer Plaintiffs' Motion for Preliminary Approval shall be re-noticed for **NOVEMBER 2, 2021** ~~October 26, 2021~~ at 2:00 pm.

**IT IS SO STIPULATED**

DATED: September 23, 2021    HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
Shana E. Scarlett
Ben M. Harrington
Benjamin J. Siegel

By: */s/ Steve W. Berman*

*Attorneys for Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc.*

DATED: September 23, 2021    GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry
Cynthia E. Richman
Rachel S. Brass

By: */s/ Mark A. Perry*

*Attorneys for Defendant Apple Inc.*

STIPULATION AND [PROPOSED] ORDER - Case No. 4:19-cv-03074-YGR - 1

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 28, 2021

_____
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE