**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DONALD R. CAMERON, ET AL.** <br><br> Plaintiffs, <br><br> v. <br><br> **APPLE INC.,** <br><br> Defendant. | Case No.: 4:19-cv-3074-YGR <br><br> **ORDER RE: PENDING MOTIONS TO SEAL** |

**TO ALL PARTIES, COUNSEL OF RECORD, AND OTHER INTERESTED THIRD PARTIES**:

In light of the pending motion for preliminary approval of a developer class settlement, class members will require access to as much information as is necessary and which does not meet the standard for sealing. Thirty-two sealing requests have been made and are pending at Docket Nos. 331, 337, 338, 342-43, 345-46, 347, 348, 349, 351-52, 389, 399, 402, 403, 404-05, 406-07, 409, 410, 414, 415, 416, 417-18, 420, 421, 426-27, 436.

With respect to these requests, the Court intends to use the same metric in sealing as it did in the *Epic Games v. Apple, Inc.* trial, case no. 20-cv-5640-YGR. Only narrowly-tailored financial information or information bearing on current competitive issues will be sealed. The Court will not seal any information from, or prior to, 2018, as it finds the three-year threshold to be sufficient to protect the competitive posture of any company. Further, if information was not sealed in the Epic Games/Apple action, it will not be sealed here.

Accordingly, and to expedite the Court's resolution of these issues, the Court requests that ALL MOVANTS reevaluate their respective motions and defendant Apple, Inc. take the lead in providing the Court with an omnibus filing which identifies all motions, and portions thereof which are withdrawn and are pending. The omnibus filing should also include a proposed form of Order which the Court can use to rule on any outstanding issues. Ideally, the filing should occur no later than Monday morning, **NOVEMBER 1, 2021**.

**IT IS SO ORDERED.**

Date: October 27, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**