1  JAY L. POMERANTZ
   FENWICK & WEST LLP
2  Silicon Valley Center
   801 California Street
3  Mountain View, CA  94041
   Telephone: 650.988.8500
4  Facsimile: 650.938.5200
   jpomerantz@fenwick.com
5  CSB No. 209869

6  *Attorney for Non-Party Tencent America LLC*

7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No.: 4:19-cv-03074-YGR<br><br>**TENCENT AMERICA, LLC'S STATEMENT REGARDING PENDING MOTION TO SEAL** |

On August 31, 2021, Tencent America, LLC ("Tencent") filed the Declaration of Linda Lee in response to Apple, Inc's Administrative Motions to File Under Seal. *See* Dkts. 376, 381, 415.  In ten different instances, Tencent asked this Court to seal excerpts of one deposition transcript, two expert reports and supporting declarations, and one Daubert Motion.  Tencent's requests remain pending. Dkt. 415 at 2-4.

On October 27, 2021, this Court issued an Order stating that "[o]nly narrowly-tailored financial information or information bearing on current competitive issues" would be sealed.  The Order further requested that "all movants reevaluate their respective motions" considering the

1  Court's metrics for sealing information. Dkt. 439.

2  Upon further evaluation, Tencent now withdraws three of its prior sealing requests as illustrated in the table below:

| Document: | Excerpt from Document Previously Requested to be Sealed | |
|---|---|---|
| Schmalensee Expert Report and Declaration Exhibit 5.B | "Tencent My App" column | Entire contents of the column entitled "Tencent My App" |
| Schmalensee Expert Report and Declaration Exhibit 5.D | "Tencent My App" column | Entire contents of the column entitled "Tencent My App" |
| Apple's *Daubert* Motion | Page 16, Line 27 | The words before ". . . WeGame transactions . . ." |

Tencent does not take a position on whether portions of these documents should remain sealed due to requests made by other third parties.  Further, after Tencent filed the Lee Declaration, it became aware that Apple asked the Court to seal information contained in the Schmalensee Expert Report and Declaration and its *Daubert* Motion to Exclude Expert testimony. *See* Dkts. 435, 435-1, and 436.2. Tencent also does not take any position on whether portions of these documents should be sealed.

Respectfully submitted,

Dated: November 4, 2021          FENWICK & WEST LLP

/s/ *Jay L. Pomerantz*
Jay L. Pomerantz
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile: 650.938.5200
jpomerantz@fenwick.com
CSB No. 209869

*Attorney for Non-Party Tencent America LLC*