| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>  rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>  jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)ffa<br>  vmoye@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900<br><br>MARK A. PERRY, SBN 212532<br>  mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>  crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>ETHAN D. DETTMER, SBN 196046<br>  edettmer@gibsondunn.com<br>RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>CAELI A. HIGNEY, SBN 268644<br>  chigney@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>*Attorneys for Defendant APPLE INC.* | STEVE W. BERMAN (*pro hac vice*)<br>ROBERT F. LOPEZ (*pro hac vice*)<br>THEODORE WOJCIK (*pro hac vice*)<br>**HAGENS BERMAN SOBOL**<br>  **SHAPIRO LLP**<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>robl@hbsslaw.com<br>tedw@hbsslaw.com<br><br>SHANA E. SCARLETT (SBN 217895)<br>BENJAMIN J. SIEGEL (SBN 256260)<br>BEN M. HARRINGTON (SBN 313877)<br>**HAGENS BERMAN SOBOL**<br>  **SHAPIRO LLP**<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>shanas@hbsslaw.com<br>bens@hbsslaw.com<br>benh@hbsslaw.com<br><br>*Interim Class Counsel for the Developer Plaintiffs* |

JOINT STATEMENT REGARDING REVISED PAPERS IN CONNECTION WITH PROPOSED SETTLEMENT
4:19-cv-03074-YGR-TSH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, *et al.*<br><br>              Plaintiffs<br><br>   v.<br><br>APPLE INC.,<br><br>              Defendant. | Case No. 4:19-cv-03074-YGR<br><br>**JOINT STATEMENT REGARDING REVISED PAPERS IN CONNECTION WITH PROPOSED SETTLEMENT** |

On November 2, 2021, the Court held a hearing on Developer Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Apple Inc. (Dkt. 396). At the hearing, the Court directed that certain revisions be made to the proposed notice and claim form documents attached as exhibits to the August 26, 2021 Declaration of Steven Weisbrot (the "Weisbrot Declaration," Dkt. 396-2) and also raised certain questions about those documents as well as the Parties' Settlement Agreement attached as an exhibit to the August 26, 2021 Declaration of Steve W. Berman (the "Berman Declaration," Dkt. 396-1). In accordance with the discussion at the hearing, the Parties have agreed to submit the following revised versions of the proposed notice and claim form documents and the Parties' Settlement Agreement, as well as a revised [Proposed] Order Granting Developer Plaintiffs' Motion For Preliminary Approval of Class Action Settlement With Defendant Apple Inc., which reflects the changes ordered by the Court:

1. Attached hereto as **Exhibit A** is a revised version of the Parties' Settlement Agreement. (The prior version was attached as Exhibit A to the Berman Declaration).

2. Attached hereto as **Exhibit B** is a revised version of the Parties' proposed detailed Class Notice. (The prior version was attached as Exhibit B to the Weisbrot Declaration).

3. Attached hereto as **Exhibit C** is a revised version of the Parties' proposed Email Notice. (The prior version was attached as Exhibit C to the Weisbrot Declaration).

4. Attached hereto as **Exhibit D** is a revised version of the Parties' proposed Postcard Notice. (The prior version was attached as Exhibit D to the Weisbrot Declaration).

5. Attached hereto as **Exhibit E** is a revised version of the Parties' proposed Claim Form. (The prior version was attached as Exhibit E to the Weisbrot Declaration).

6. Attached hereto as **Exhibit F** is a revised [Proposed] Order Granting Developer Plaintiffs' Motion For Preliminary Approval of Class Action Settlement With Defendant Apple Inc. (The prior version was filed as Dkt. 395-5).

RESPECTFULLY SUBMITTED,

Dated:  November 5, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
Robert F. Lopez
Shana E. Scarlett
Benjamin J. Siegel
Ben M. Harrington
Theodore Wojcik

By: */s/ Steve W. Berman*
Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone:  206.623.0594

*Interim Class Counsel for the Developer Plaintiffs*

Dated:  November 5, 2021

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous Jr.
Richard J. Doren
Daniel G. Swanson
Mark A. Perry
Veronica S. Lewis
Cynthia E. Richman
Jay P. Srinivasan
Ethan D. Dettmer
Rachel S. Brass
Caeli A. Higney

By: */s/ Mark A. Perry*
Mark A. Perry
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500

*Attorneys for Defendant Apple Inc.*

**E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                                  */s/ Steve W. Berman*
                                                  STEVE W. BERMAN