**EXHIBIT C**

From:  Settlement Administrator <<email address>>

Subject:  Class Action Notice: Cameron et al. v. Apple Inc.

**CLAIMANT ID NUMBER:** <<Claimant ID Number>>

**CONFIRMATION CODE:** <<Confirmation Code>>

## LEGAL NOTICE

*A court authorized this notice.  This is not a solicitation.*

**If you are a U.S. app developer that has earned not more than $1,000,000 per year selling apps and digital content on Apple Inc.'s U.S. iOS App Store in any year you had a developer account since June 2015, you could be entitled to benefits under a class action settlement.**

**WHAT IS THIS NOTICE ABOUT?**
In a consolidated class action lawsuit pending against Apple, Plaintiffs claimed that Apple monopolized (or attempted to monopolize) an alleged iOS app and in-app product distribution services market in violation of U.S. antitrust and California unfair competition laws.  Apple denies all allegations and is entering into this settlement to avoid burdensome and costly litigation and to provide additional assistance to the small app developer community.  The Settlement is *not* an admission of wrongdoing by Apple.  This notice summarizes your legal rights. You should visit the settlement website www.smallappdeveloperassistance.com to obtain more detailed information about the proposed settlement and your rights.  You also can contact the settlement administrator by mail, email or by calling toll-free:

> Cameron v. Apple Inc.
> c/o Settlement Administrator
> 1650 Arch Street, Suite 2210
> Philadelphia, PA 19103
> Email:  info@smallappdeveloperassistance.com
> Toll-Free:  (833) 920-3778

**AM I A CLASS MEMBER?**
You are a "Settlement Class Member" if you are or were a U.S. developer of any Apple iOS application or in-app product (including subscriptions) that:

(1) Was sold for a non-zero price;
(2) Was sold via Apple's iOS App Store between 2015 and 2021; and
(3) Earned, together with any other iOS applications or in-app products (including subscriptions) sold through all of your associated developer accounts, proceeds equal to or less than $1,000,000.00 through the App Store U.S. storefront in every calendar year from 2015 to 2021 in which you had a developer account.

For class definition purposes, the 2015 calendar year consists of June 4, 2015 through December 31, 2015.  The 2021 calendar year consists of January 1, 2021 through April 26, 2021.

To claim a settlement benefit, you must submit a claim form on or before May 20, 2022 at www.smalldeveloperassistancefund.com, or, after downloading a claim form available on this website, returning it by mail to the address on the claim form, so that it is received by May 20, 2022.

**WHAT BENEFIT CAN I GET FROM THE SETTLEMENT?**
Under the settlement, Apple has agreed to, among other things, (1) maintain a commission rate of no greater than 15% for U.S. developers who are enrolled in Apple's Small Business Program, subject to program participation requirements; (2) permit U.S. developers to communicate with their customers via email and other communication services outside their iOS app about purchasing methods other than in-app purchase; and (3) expand the choice of price points for subscriptions, in-app purchases, and paid downloads (by December 31, 2022).  Apple will also pay $100,000,000 into a fund for developers (the "Small Developer Assistance Fund").  Apple will provide a cash payment from the Small Developer Assistance Fund to each eligible Settlement Class Member who submits a timely and valid claim form.  Each eligible Settlement Class Member with a valid claim will be entitled to a minimum payment of between $250 and $30,000, depending on the U.S. developer's App Store proceeds.  You can visit the settlement website www.smalldeveloperassistancefund.com to determine the minimum payment for which you may be eligible.  Please note that the actual cash payment may be more depending on the total number of approved claims and other factors.

**HOW CAN I EXCLUDE MYSELF FROM THE CLASS?**
If you don't want to make a claim and you don't want to be legally bound by the settlement, your request to be excluded must be received by March 21, 2022, or you will not be able to sue, or continue to sue, Apple over the conduct at issue in this case.  Refer to the settlement website www.smalldeveloperassistancefund.com and the detailed Class Notice for information and instructions on how to exclude yourself.

**HOW CAN I OBJECT?**
If you want to remain a Settlement Class Member, but you want to object to the settlement and/or to class counsel's request for attorneys' fees and expenses, your objection must be received by March 21, 2022.  Refer to the settlement website and the detailed Class Notice for information and instructions on how to object.  The Court will consider objections at a final hearing in this case (*Cameron, et al. v. Apple Inc.*, Case No. 4:19-cv-03074-YGR) on June 7, 2022 at 2 P.M. at the United States District Court for the Northern District of California, Oakland Courthouse, Courtroom 1, 1301 Clay Street, Oakland, CA 94612, to consider whether to approve (1) the settlement; (2) class counsel's request for attorneys' fees and expenses; and (3) named plaintiff service awards of up to $5,000.  You may appear at the final hearing, but you don't need to.  The date of the final hearing may change without further notice and may be confirmed on the Court's Public Access to Court Electronic Records (PACER) site, for a fee, at https://ecf.cand.uscourts.gov.  Information about the final hearing will also be posted on the settlement website.

**WHERE CAN I GET MORE INFORMATION?**

Please visit the settlement website at www.smalldeveloperassistancefund.com, or call toll free (833) 920-3778 to obtain more complete information about the proposed settlement and your rights. You may also write to class counsel at: Hagens Berman Sobol Shapiro, LLP, 1301 Second Ave., Suite 2000, Seattle, WA 98101 or email Heatherw@hbsslaw.com.

Unsubscribe