# EXHIBIT E

| | **CLAIM FORM** | |
|---|---|---|
| Your claim must be submitted online or **received by** mail no later than **May 20, 2022** | Cameron v. Apple Inc.<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103<br>http://smallappdeveloperassistance.com | **CAM** |

**Claim Form and Instructions**

**INSTRUCTIONS**

Please read these instructions carefully. If you need assistance completing the Claim Form, please visit http://smallappdeveloperassistance.com and go to the FAQ page, or reference the Class Notice available on the Important Documents page. If you still have questions, you may send an email to the Settlement Administrator at: info@SmallAppDeveloperAssistance.com.

**Deadline and Submission Method.** By no later than **May 20, 2022**, Claim Forms must be either (a) submitted online or (b) printed, mailed and **received by** the Settlement Administrator via U.S. mail.

**Eligibility.** The Settlement will provide a cash payment if you are a former or current U.S. Developer of any Apple iOS application or in-app product (including subscriptions) sold for a non-zero price (i.e., paid downloads or in-app purchases of digital content (including subscriptions)) via Apple's iOS App Store that earned, through all Associated Developer Accounts, proceeds equal to or less than $1,000,000.00 through the App Store U.S. storefront in every calendar year in which you had a developer account from 2015 to 2021. For class definition purposes, the 2015 calendar year shall consist of June 4, 2015 through December 31, 2015. The 2021 calendar year shall consist of January 1, 2021 through April 26, 2021.

Your payment amount will be determined by the Proceeds earned from all of your Associated Developer Accounts.

You must fill out and submit a complete and accurate Claim Form so that it is **received by** May 20, 2022. If your Claim Form is incomplete, contains false information, or is not **received by** the deadline, your claim will be rejected. The Settlement Administrator may contact you to request more information to verify your claim. The information you provide will be treated as confidential and used for the purpose of this Settlement only.

Please retain a copy of this Claim Form for your records.

| | **CLAIM FORM** | |
|---|---|---|
| Your claim must be submitted online or **received by** mail no later than **May 20, 2022** | Cameron v. Apple Inc.<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103<br>http://smallappdeveloperassistance.com | **CAM** |

## I. CLAIMANT INFORMATION

Provide your name and contact information below.  You must notify the Settlement Administrator if your contact information changes after you submit this form.

Claimant Name: _____     _____
                                         First Name                                                        Last Name

Company Name: _____

Current Street Address: _____

City: _____     State: _____     Zip Code: __ __ __ __ __

Phone Number:  (____) _____ - _____

Email Address:  _____

Do you have multiple Associated Developer Accounts?     ☐ Yes     ☐ No

| **List the TEAM ID for each of your Associated Developer Accounts below; if unknown, please list available information such as NAME (organization or individual) or Account Holder EMAIL ADDRESS** |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |

## II. PAYMENT SELECTION & ATTESTATION

Please select **one** of the following payment options:

☐ **PayPal** - Enter your PayPal email address: _____

☐ **Venmo -** Enter the mobile number associated with your Venmo account: __ __ __ - __ __ __ - __ __ __ __

☐ **Virtual Prepaid Card** - Enter your email address: _____

☐ **Physical Check -** Payment will be mailed to the address provided above.

I declare under penalty of perjury that the information above is true and correct to the best of my knowledge and belief, and that I have provided all of my Associated Developer Accounts above.  I understand that my claim is subject to audit, review, and validation using all available information.

_____     _____
SIGNED                                                                                                                   DATED

Please retain a copy of this Claim Form for your records.