# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 11/2/2021 | **Time:** 2:01pm-2:36pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-03074-YGR | **Case Name:** Cameron v. Apple Inc. | |

**Attorney for Plaintiff:** Steve Berman; Robert Lopez and Ben Harrington
**Attorney for Defendant:** Mark Perry; Rachel Brass and Caeli Higney

**Deputy Clerk:** Frances Stone                **Court Reporter:** Pam Hebel

## PROCEEDINGS
**Plaintiff's Motion for Preliminary Approval of Class Action Settlement [Dkt. 396]- HELD VIA ZOOM WEBINAR VIDEOCONFERENCE.**


Counsel to submit Revised documents by 11/12/21.
Class Data by 12/3/21
Notice:  1/14/2022

Motion for Final Approval filed 3/21/22
Response filed 5/20/2022
Final Approval hearing set 6/7/2022 at 2:00pm

Motion for Attorney Fees
Exclusion/Objection Deadline 3/21/2022