Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Ted Wojcik (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 256260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Interim Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, et al.,<br><br>                    Plaintiffs,<br><br>      v.<br><br>APPLE INC.<br><br>                    Defendant. | No. 4:19-cv-03074-YGR<br><br>DEVELOPER PLAINTIFFS' NOTICE OF FILING OF REDACTED DOCUMENTS PURSUANT TO ORDER RE: PENDING ADMINISTRATIVE MOTIONS TO SEAL [ECF NO. 458]<br><br>Hon. Yvonne Gonzalez Rogers |

010818-11 1724010v1

PLEASE TAKE NOTICE that Devloper Plaintiffs hereby submit the following redacted and unsealed documents pursuant to the Court's December 6, 2021 Order Re: Pending Administrative Motions to Seal (ECF No. 458) ("Omnibus Sealing Order"):

| Attachment No. | Description |
| --- | --- |
| A | Developer Plaintiffs' Motion for Class Certification (submitted under seal on June 1, 2021, ECF No. 331-4) |
| B | Expert Class Certification Report of Professor Nicholas Economides (submitted under seal on June 1, 2021, ECF No. 331-5) |
| C | Expert Class Certification Report of Professor Einer Elhauge (submitted under seal on June 1, 2021, ECF No. 331-6) |
| D | Expert Report of Christian Tregellis, CPA, ABV, CFF, CLP (submitted under seal on June 1, 2021, ECF No. 331-7) |
| E | Exhibits 1, 5-6, 10-15, 17-20 to the Declaration of Steve W. Berman in Support of Developer Plaintiffs' Motion for Class Certification (submitted under seal on June 1, 2021, ECF Nos. 331-9, 331-11, 331-12) |
| F | Errata Regarding Expert Class Certification Report of Professor Nicholas Economides (submitted under seal June 11, 2021, ECF No. 349-4) |
| G | Declaration of Professor Nicholas Economides [in Support of Motion for Preliminary Settlement Approval] (submitted under seal on August 26, 2021, ECF No. 399-4) |

Developer Plaintiffs respectfully note that the Court's Omnibus Sealing Order did not address Microsoft's request (ECF No. 342) to seal certain portions of the Class Certification Report of Professor Einer Elhauge (Exhibit C). Developer Plaintiffs have applied all of Microsoft's requested redactions in this filing, with the understanding that Microsoft's request to seal material in Professor Elhauge's report remains pending.

| | | |
|---|---|---|
| 1 | DATED: December 20, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP |

By  */s/ Steve W. Berman*
       STEVE W. BERMAN (*pro hac vice*)

Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 260260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Interim Lead Class Counsel*

Joseph M. Vanek (*pro hac vice*)
Eamon P. Kelly (*pro hac vice*)
Alberto Rodriguez (*pro hac vice*)
SPERLING & SLATER, P.C.
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Telephone: (312) 676-5845
Facsimile: (312) 641-6492
jvanek@sperling-law.com
ekelly@sperling-law.com
arodriguez@sperling-law.com

Guido Saveri (SBN 22349)
R. Alexander Saveri (SBN 173102)
Cadio Zirpoli (SBN 179108)
Sarah Van Culin (SBN 293181)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813)

|   |   |
|---|---|
| 1 | guido@saveri.com |
| 2 | rick@saveri.com |
|   | cadio@saveri.com |
| 3 | sarah@saveri.com |

Kimberly A. Justice
Jonathan M. Jagher (*pro hac vice*)
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6487
Facsimile: (224) 632-4521
kjustice@fklmlaw.com
jjagher@fklmlaw.com

Douglas A. Millen (*pro hac vice*)
Brian M. Hogan (*pro hac vice*)
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, #130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521
dmillen@fklmlaw.com
bhogan@fklmlaw.com

*Plaintiffs' Executive Committee*