# ATTACHMENT F

**\*\*\* UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED \*\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Cameron et al. v. Apple Inc. | Case No. 4:19-cv-03074-YGR |

**Errata Regarding Expert Class Certification Report of**

**Professor Nicholas Economides**

**HIGHLY CONFIDENTIAL:  SUBJECT TO PROTECTIVE ORDER**

Professor Nicholas Economides has corrected the below listed items in the Expert Class Certification Report of Professor Nicholas Economides dated June 1, 2021 (hereinafter "Economides Report").  The changes set forth herein should be incorporated in the Economides Report where indicated. These changes do not impact Professor Economides' damages methodology, or the data and materials relied upon by Professor Economides and produced for the Economides Report.

| Location in the Economides Report | Reason for Change | Change |
|---|---|---|
| Page i, Entry III.B | Typographical Error | Replace page number "34" with "35" |
| Page 5, Footnote 4 | Typographical Error | Replace "Expert Report" with "Expert Class Certification Report" |
| Page 8, Paragraph 16 | Typographical Error | Replace "harm, poor" with "harm, and poor" |
| Page 13, Footnote 40 | Clarification | At end of current footnote text add "See "Economides Margin Calculations.xlsx"." |
| Page 16, Footnote 55 | Clarification | At end of current footnote text (before period) add: "and at  https://support.humblebundle.com/hc/en-us/articles/202742190-Widget-Developer-FAQ" |
| Page 24, Paragraph 43 | Typographical Error | Replace "Apple" with "the Apple App Store" |
| Page 25, Table 5 | Clarification | Replace heading "Average by Company" with "Average by Company 2015-2019" |
| Page 25, Paragraph 46 | Typographical Error | Replace "2015-2020" with "2015-2019" |
| Page 25, Footnote 84 | Clarification | At end of current footnote text add "I exclude 2020 data from my yardstick averages because I currently do not have access to transactional data from Apple for 2020. If and when I do get access to that data I will update the yardstick as appropriate." |
| Page 27, Paragraph 50 | Typographical Error | Replace "shown in that table" with "shown in those figures". |
| Page 31, Paragraph 61 | Typographical Error | Replace "3.5%" with "4.5%". |
| Page 34, Figure 3 | Typographical Error | Replace "MR1" with "MR2" and vice versa. |