1  THEODORE J. BOUTROUS JR., SBN 132099
     tboutrous@gibsondunn.com
2  RICHARD J. DOREN, SBN 124666
     rdoren@gibsondunn.com
3  DANIEL G. SWANSON, SBN 116556
     dswanson@gibsondunn.com
4  JAY P. SRINIVASAN, SBN 181471
     jsrinivasan@gibsondunn.com
5  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue Los Angeles, CA 90071
6  Telephone: 213.229.7000
   Facsimile: 213.229.7520

7  VERONICA S. MOYÉ (Texas Bar No.
8  24000092; pro hac vice)
     vmoye@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2100 McKinney Avenue, Suite 1100
10 Dallas, TX 75201
   Telephone: 214.698.3100
11 Facsimile: 214.571.2900

MARK A. PERRY, SBN 212532
  mperry@gibsondunn.com
CYNTHIA E. RICHMAN (D.C. Bar No.
492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
  Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

ETHAN D. DETTMER, SBN 196046
  edettmer@gibsondunn.com
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
CAELI A. HIGNEY, SBN 268644
  chigney@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant APPLE INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Donald R. Cameron, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>Apple Inc.,<br><br>  Defendant. | Case No. 4:19-cv-03074-YGR<br><br>**NOTICE OF LODGING OF DOCUMENTS PURSUANT TO ORDER REGARDING ADMINISTRATIVE MOTIONS TO SEAL (DKT. 458) [CORRECTED]**<br><br>The Honorable Yvonne Gonzalez Rogers |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On December 6, 2021 the Court issued its Order re: Pending Administrative Motions to Seal ("the Order"). Dkt. 458. Apple now lodges updated documents in compliance with the Court's order as follows: **Exhibit A**, Apple's *Daubert* Motion to Exclude Testimony of Elhauge, Economides, Tregillis, Dkt. 381-4; **Exhibit B**, Apple's Opposition to Developer Plaintiffs' Motion for Class Certification, Dkt. 381-3; **Exhibit C**, Economides Deposition Transcript, Dkts. 375-6, 377-3, 418-4, 436-4; **Exhibit D**, Elhauge Deposition Transcript, Dkt. 436-8; **Exhibit E**, EPIC_00127298, Dkts. 375-25, 377-15, 417-1; **Exhibit F**, Hitt Expert Report, Dkts. 373-1, 376-4, 418-2, 421-2, 426-2; **Exhibit G**, Malackowski Expert Report, Dkts. 373-2, 376-5, 426-2; **Exhibit H**, Prince Expert Report, Dkt. 376-6; **Exhibit I**, Rubin Expert Report, Dkt. 421-4; **Exhibit J**, Schmalensee Expert Report, Dkts. 373-5, 376-8, 410-2, 418-1, 421-3, 426-2; **Exhibit K**, Schmid Deposition Transcript, Dkts. 375-14, 377-9; **Exhibit L**, Sweeney Deposition Transcript, Dkts. 375-18, 377-12; **Exhibit M**, Willig Expert Report, Dkt. 376-10.

DATED: December 21, 2021

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*

Rachel S. Brass

*Attorney for Defendant Apple Inc.*