# Exhibit C

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                    OAKLAND DIVISION

 4

 5   IN RE APPLE IPHONE

     ANTITUST LITIGATION,          Case No. 11-cv-06714

 6   _____          YGR (TSH)

 7   DONALD R. CAMERON, et al.,

 8        Plaintiffs,

 9             vs.                  Case No. 19-cv-03074

                                          YGR (TSH)

10   Apple Inc.,

11        Defendant.

     _____

12

13                  **CONFIDENTIAL**

14        ZOOM DEPOSITION OF NICHOLAS ECONOMIDES

15   (Reported Remotely via Video & Web Videoconference)

16    San Francisco, California (Deponent's location)

17             Wednesday, August 4, 2021

18                    Volume I

19

20

     STENOGRAPHICALLY REPORTED BY:

21   REBECCA L. ROMANO, RPR, CSR, CCR

     California CSR No. 12546

22   Nevada CCR No. 827

     Oregon CSR No. 20-0466

23   Washington CCR No. 3491

24   JOB NO. 4737876

25   PAGES 1 - 277
```

                                                    Page 1

**CONFIDENTIAL**

```
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3                  OAKLAND DIVISION

 4

 5   IN RE APPLE IPHONE

     ANTITUST LITIGATION,        Case No. 11-cv-06714

 6   _____         YGR (TSH)

 7   DONALD R. CAMERON, et al.,

 8        Plaintiffs,

 9            vs.                 Case No. 19-cv-03074

                                         YGR (TSH)

10   Apple Inc.,

11        Defendant.

     _____

12

13

14

15

16           ZOOM DEPOSITION OF EINER ELHAUGE, taken

17   on behalf of the Defendant, with the deponent

18   located in San Francisco, California, commencing at

19   9:33 a.m., Wednesday, August 4, 2021, remotely

20   reported via Video & Web videoconference before

21   REBECCA L. ROMANO, a Registered Professional

22   Reporter, Certified Shorthand Reporter, Certified

23   Court Reporter.

24

25

                                          Page 2
```

**CONFIDENTIAL**

```
 1              APPEARANCES OF COUNSEL

 2   (All parties appearing via Web videoconference)

 3

 4   For the Developer Plaintiffs:

 5        HAGENS BERMAN SOBOL SHAPIRO LLP

 6        BY:  BEN HARRINGTON

 7        Attorneys at Law

 8        715 Hearst Avenue

 9        Suite 202

10        Berkeley, California 94710

11        (510) 725-3000

12        benh@hbsslaw.com

13   and

14        BY:  ROBERT F. LOPEZ

15        BY:  STEVE W. BERMAN

16        BY:  TED WOJCIK

17        Attorneys at Law

18        1301 Second Avenue

19        Suite 2000

20        Seattle, Washington 98101

21        (206) 623-7292

22        robl@hbsslaw.com

23        steve@hbsslaw.com

24        tedw@hbsslaw.com

25   /////
```

Veritext Legal Solutions
866 299-5127

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For the Consumer Plaintiffs:

 5         WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

 6         BY:  THOMAS H. BURT

 7         Attorney at Law

 8         270 Madison Avenue

 9         New York, New York 10016

10         (212) 545-4600

11         burt@whafh.com

12

13    For the Defendant:

14         GIBSON, DUNN & CRUTCHER LLP

15         BY:  DANIEL G. SWANSON

16         Attorney at Law

17         333 South Grand Avenue

18         Los Angeles, California 90071-3197

19         (213) 229-7430

20         dswanson@gibsondunn.com

21

22

23

24

25    /////
```

Page  4

**CONFIDENTIAL**

```
 1              APPEARANCES OF COUNSEL(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    For the Defendant:

 5         GIBSON, DUNN & CRUTCHER LLP

 6         BY:  CAELI A. HIGNEY

 7         Attorney at Law

 8         555 Mission Street

 9         Suite 3000

10         San Francisco, California 94105-0921

11         (415) 393-8248

12    and

13         BY:  HARRY R. S. PHILLIPS

14         Attorney at Law

15         1050 Connecticut Avenue, N.W.

16         Washington, DC 20036-5306

17         (202) 887-3706

18         hphillips2@gibsondunn.com

19

20

21

22

23

24

25    /////
```

**CONFIDENTIAL**

```
 1                    APPEARANCES(cont'd)

 2    (All parties appearing via Web videoconference)

 3

 4    ALSO PRESENT:

 5          Todd Kumler, Ph.D., Cornerstone Research

 6          Luke Martin, Executive Director at Legal

 7    Economics LLC

 8          Scott B. Murray, Director, Commercial

 9    Litigation at Apple

10          Carissa Narcisco, Concierge Technician

11          Terry Weiss, Videographer

12          Kristof Zetenyi, Ph.D., Analysis Group

13

14

15

16

17

18

19

20

21

22

23

24

25    /////
```

**CONFIDENTIAL**

```
 1                    I N D E X

 2   DEPONENT                           EXAMINATION

 3   NICHOLAS ECONOMIDES                      PAGE

     VOLUME I

 4

 5                  BY MR. SWANSON              12

 6

 7

 8                E X H I B I T S

 9   NUMBER                                  PAGE

10                  DESCRIPTION

11   Exhibit 29   Expert Class Certification    16

12                Report of Professor Nicholas

13                Economides;

14

15   Exhibit 30   Further Errata Regarding      18

16                Expert Class Certification

17                Report of Professor Nicholas

18                Economides;

19

20   Exhibit 31   Documents Relied Upon for     19

21                Expert Class Certification

22                Report of Professor Nicholas

23                Economides (June 1, 2021);

24

25   /////
```

```
 1                E X H I B I T S(cont'd)

 2   NUMBER                                        PAGE

 3                     DESCRIPTION

 4   Exhibit 32   Errata Regarding Expert Class      120

 5                Certification Report of

 6                Professor Nicholas

 7                Economides;

 8

 9   Exhibit 33   CY2019 Game Industry Profit        179

10                Gaming Business Planning &

11                Strategy Team May 2020.

12

13

14

15

16

17

18

19

20

21

22

23

24

25   /////
```

Page 8

1              San Francisco, California;

2              Wednesday, August 4, 2021

3                   9:33 a.m.

4                   ---o0o---

5

6          THE VIDEOGRAPHER:  Good morning.  We're

7     on the record at 9:33 a.m. on August 4th, 2021.

8          Audio and video recording will continue

9     to take place unless all parties agree to go off

10    the record.                                    09:33:24

11         This is the video -- video-recorded

12    deposition of Nicholas Economides in the matter of

13    Donald Cameron versus Apple Inc. filed in the

14    United States District Court,

15    Northern District of California,                09:33:36

16    Case No. 411-CV-06714-YGR.

17         This deposition is being held via Zoom

18    Remote Meetings.  My name is Terry Weiss from the

19    firm of Veritext Legal Solutions and I'm your

20    videographer.  Our court reporter today is       09:33:54

21    Rebecca Romano from the firm of

22    Veritext Legal Solutions.

23         I am not related to any party in this

24    action nor am I financially interested in the

25    outcome.                                         09:34:05

                                                Page 9

**CONFIDENTIAL**

```
 1              Counsel and everyone attending remotely        09:34:06

 2      will now state their appearances and affiliations

 3      for the record.

 4              If there are any objections to

 5      proceeding, please state them at the time of your     09:34:13

 6      appearance, beginning with the noticing attorney.

 7              MR. SWANSON:  Dan Swanson, Gibson Dunn,

 8      representing Apple Inc.

 9              MR. HARRINGTON:  Ben Harrington,

10      Hagens Berman, representing the Developer             09:34:26

11      Plaintiffs.

12              And I'm joined by Steve Berman, Rob

13      Lopez, Ted Wojcik, also of Hagens Berman.  And also

14      present is Luke Martin of Legal Economics, a

15      colleague of Professor Economides.                   09:34:40

16              MR. BURT:  Thomas Burt, Wolf Haldenstein,

17      Consumer Plaintiffs.

18              MR. PHILLIPS:  I'm Harry Phillips from

19      Gibson, Dunn for Apple.  And we have with us

20      Scott Murray, director of commercial litigation at   09:34:52

21      Apple.

22              THE VIDEOGRAPHER:  And we have Kristof,

23      right?

24              We have two more, don't we?

25              MR. PHILLIPS:  I'll introduce them.           09:35:13
```

Page 10

**CONFIDENTIAL**

```
1              Yes, we also have Kristof Zetenyi from        09:35:13

2     Analysis Group and Todd Kumler from Cornerstone

3     Research.

4              THE VIDEOGRAPHER:  And Caeli Higney.

5              MS. HIGNEY:  Yes.  We have Caeli Higney        09:35:25

6     from Gibson Dunn, representing Apple Inc.

7              THE VIDEOGRAPHER:  Thank you.

8              Would the court reporter please swear in

9     the witness.

10             THE COURT REPORTER:  If you could raise        09:35:34

11    your right hand for me, please.

12             THE DEPONENT:  (Complies.)

13             THE COURT REPORTER:  You do solemnly

14    state, under penalty of perjury, that the testimony

15    you are about to give in this deposition shall be      09:35:34

16    the truth, the whole truth and nothing but the

17    truth?

18             THE DEPONENT:  I do.

19

20                                                            09:35:34

21

22

23

24

25    /////                                                  09:35:48
```

                                                            Page 11

**CONFIDENTIAL**

```
 1                   NICHOLAS ECONOMIDES,              09:35:49

 2     having been administered an oath, was examined and

 3     testified as follows:

 4

 5                      EXAMINATION                    09:35:49

 6     BY MR. SWANSON:

 7          Q.   Good morning, Professor Economides.

 8          A.   Good morning.

 9          Q.   As you heard, I'm Dan Swanson and I'll be

10     asking the questions today on behalf of Apple.      09:35:57

11               To start with, would you please state

12     your full name for the record?

13          A.   Yes.  My name is Nicholas Economides.

14          Q.   And what is your business address?

15          A.   Well, I mean, I'm a professor at the       09:36:13

16     Stern School of Business, New York University,

17     44 -- 44 West 4th Street, New York, New York 10012.

18          Q.   And I take it you have been deposed

19     before?

20          A.   Yes.                                       09:36:29

21          Q.   Have you experienced a video -- a virtual

22     deposition before?

23          A.   No.

24          Q.   All right.  Are -- all right.  Do you

25     feel you're familiar with the procedures for the     09:36:39
```

**CONFIDENTIAL**

```
 1    video deposition today?                              09:36:42

 2         A.   I'm learning.

 3         Q.   All right.  Well, if -- we're -- we're

 4    all learning together in this difficult season.

 5              But if you need to pause at any point, if   09:36:53

 6    you're having any difficulties with your equipment,

 7    please -- please let us know.  And we'll take

 8    regular breaks throughout the day as well, but if

 9    at any point in time you'd like to take a break,

10    please just ask and we'll do it.                     09:37:07

11         A.   Thank you.

12         Q.   Is there any reason that we can't go

13    forward with the deposition today, Professor?

14         A.   I -- I don't know any reason.

15         Q.   Okay.  To your knowledge, has a Court       09:37:22

16    ever excluded any of your opinions or testimony?

17         A.   I do not believe so.

18         Q.   Okay.  To your knowledge, has a Court

19    ever expressed disagreement with any of your

20    opinions?                                            09:37:43

21         A.   I -- I don't recall.

22         Q.   Your billing rate is $900 an hour?

23         A.   Correct.

24         Q.   Do you have an estimate of how many hours

25    you've spent on the case to date?                    09:37:52
```

Page 13

```
 1        A.   It's -- no, I don't have a good estimate.      09:37:55

 2        Q.   Did -- do you -- do you feel that there

 3   is some minimum amount of time you spent on the

 4   case?

 5        A.   It's -- it's difficult for me to compute.      09:38:06

 6   If it's important, I will try to look at my records

 7   and let you know.

 8        Q.   Well, do you think you spent more than

 9   100 hours so far on the case?

10        A.   I think so, yes.                               09:38:17

11        Q.   Okay.  Do you think you've spent a great

12   deal more than that?

13        A.   Probably more than that.  I'm not sure

14   exactly how much.

15        Q.   Okay.  You refer to your staff at various     09:38:29

16   points in your report.

17             Is that staff from Legal Economics?

18        A.   Correct.

19        Q.   Okay.  And I gather Luke Martin is -- is

20   one among your staff?                                    09:38:44

21        A.   Correct.

22        Q.   And what role has he played in assisting

23   you?

24        A.   The staff of Legal Economics has

25   generally played a role in creating the report          09:38:57
```

                                                         Page 14

**CONFIDENTIAL**

```
 1    together with me in going back and forth with --          09:39:02

 2    not only the background but also drafting some part

 3    of the report which I supervise them.  And I went

 4    back and kind of finalized.  Make sure that

 5    everything that was in the report was 100 percent        09:39:18

 6    my opinion.

 7         Q.   Okay.  So Mr. Martin and the staff at

 8    Legal Economics helped you draft your expert

 9    report; is that fair to say?

10         A.   It's fair -- fair to say that I have           09:39:32

11    received help from them.  But the -- the way the

12    report is right now, the final report is

13    100 percent my opinion and -- yes, that's all.

14         Q.   Has anyone else from Legal Economics

15    assisted, in addition to Mr. Martin?                     09:39:50

16         A.   Thor Sletten, S-L-E-T-T-E-N.  And people

17    under him.

18         Q.   Any -- any names that you recall?

19         A.   I -- I would say Rajat, R-A-J-A-T,

20    Krishna.  Probably others as well.  I wouldn't be        09:40:20

21    able to say everybody's name.

22         Q.   You're affiliated with Legal Economics?

23         A.   I'm not affiliated with Legal Economics.

24         Q.   And Legal Economics is an entity that

25    Professor Elhauge owns, I gather?                        09:40:42
```

Page 15

**CONFIDENTIAL**

```
 1        A.   Yeah, I -- I believe he's the president.        09:40:46

 2   I'm not sure -- I'm not sure of the ownership

 3   structure.

 4        Q.   And what are the -- the arrangements for

 5   compensation with respect to your work on this             09:40:57

 6   case?

 7             Do you -- do you receive a portion of

 8   your $900 an hour, or all of it?

 9        A.   All of it.

10        Q.   Okay.  Do you receive a portion of the           09:41:08

11   billings of Legal Economics?

12        A.   I do.

13             MR. SWANSON:  Okay.  Let's -- we'll spend

14   a lot of time with your report.  Let's start up by

15   marking it as an exhibit.                                  09:41:26

16             (Exhibit 29 was marked for identification

17   by the court reporter and is attached hereto.)

18             MR. SWANSON:  It will take a moment to

19   appear on the Exhibit Share as they always -- it

20   always seems to be the case.  But in the meantime,         09:41:35

21   I will describe it for the record.

22             We're having marked as -- I believe the

23   next in order would be Exhibit 28.  This is, I

24   think, Tab 1 from our -- our group of documents.

25   But it is a document, the first page of which bears        09:41:53
```

| | | |
|---|---|---|
| 1 | the title "Expert Class Certification Report of | 09:41:58 |
| 2 | Professor Nicholas Economides." | |
| 3 | It -- it is relatively voluminous.  We | |
| 4 | don't have a page count on it.  But once it pops up | |
| 5 | on the screen, Professor, if you could verify that | 09:42:17 |
| 6 | this is, indeed, your expert report. | |
| 7 | I will, by the way, mark next your errata | |
| 8 | just so you know that.  We'll get to that in a | |
| 9 | moment. | |
| 10 | MR. PHILLIPS:  And the report should be | 09:42:33 |
| 11 | up now. | |
| 12 | THE DEPONENT:  Yeah.  I wonder if -- if | |
| 13 | it's okay for you to have an unmarked hard copy | |
| 14 | next to me and look at that more carefully. | |
| 15 | Q.   (By Mr. Swanson)  Oh, yes, of course. | 09:42:46 |
| 16 | All -- all we need for the record is for you to | |
| 17 | take a look at the version online and just make | |
| 18 | sure that that is the right document, and then | |
| 19 | you're perfectly free to work with the hard copy. | |
| 20 | A.   Yeah, one minute.  I am trying to see the | 09:43:08 |
| 21 | whole thing. | |
| 22 | Yes, it seems to be the right document. | |
| 23 | Q.   Okay.  Great. | |
| 24 | And I take it you do have a hard copy you | |
| 25 | can work with? | 09:43:40 |

**CONFIDENTIAL**

```
 1        A.   Correct.                              09:43:41

 2             MR. SWANSON:  Good.  Okay.

 3             Well, while we're at it, let's have

 4    marked as Exhibit 29, a document -- the title of

 5    which is "Further Errata Regarding Expert Class    09:43:52

 6    Certification Report of Professor

 7    Nicholas Economides."

 8             (Discussion off the stenographic record.)

 9             (Exhibit 30 was marked for identification

10    by the court reporter and is attached hereto.)      09:43:59

11             MR. PHILLIPS:  And that should be up as

12    well, too.

13        Q.   (By Mr. Swanson)  Let us know if that is

14    the errata that I believe was filed yesterday,

15    Professor?                                          09:44:44

16        A.   Yes, that's correct.

17        Q.   So with respect to your report, we'll --

18    we'll refer to Exhibit 29, of which you have a hard

19    copy.  If there is any issue that relates to an

20    errata, we can go -- we can go there.               09:45:04

21             But I take it from your earlier testimony

22    that you feel comfortable saying that you drafted

23    the entirety of your expert report?

24        A.   Correct.

25        Q.   All right.  And you drafted your erratas?  09:45:24
```

Page 18

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | A.   Uh-huh, that's correct. | 09:45:26 |
| 2 | Q.   Have you had any communications about | |
| 3 | Apple with any governmental agency or regulator, | |
| 4 | whether U.S. or foreign? | |
| 5 | A.   I -- I have not. | 09:45:40 |
| 6 | Q.   Let's also, while we're at it, mark the | |
| 7 | document in which you listed your relied-upon | |
| 8 | materials.  That also will show up electronically. | |
| 9 | (Exhibit 31 was marked for identification | |
| 10 | by the court reporter and is attached hereto.) | 09:46:00 |
| 11 | MR. SWANSON:  We'll have it marked as | |
| 12 | Exhibit 31.  It's a document title which is | |
| 13 | "Documents Relied Upon for Expert Class | |
| 14 | Certification Report of Professor | |
| 15 | Nicholas Economides, June 1, 2021." | 09:46:09 |
| 16 | Q.   (By Mr. Swanson)  So when that pops up on | |
| 17 | the screen, if you can just confirm that that is | |
| 18 | what it appears to be. | |
| 19 | A.   Yes, that's correct. | |
| 20 | Q.   Okay.  With respect to this document, | 09:46:32 |
| 21 | Exhibit 31, to the best of your knowledge, does | |
| 22 | this set forth all documents and information that | |
| 23 | you relied on in connection with forming the | |
| 24 | opinions in your expert report? | |
| 25 | A.   That's correct. | 09:46:47 |

**CONFIDENTIAL**

```
1         Q.   Okay.  And on the first page of            09:46:48

2    Exhibit 31, you list five depositions.

3              Do you -- do you see that?

4         A.   Uh-huh, yes, I see that.

5         Q.   Are -- are these the only depositions       09:47:01

6    that you rely on in connection with your opinions?

7         A.   I believe so.  I mean, if there is a

8    error, I will try to fix it in the future.

9         Q.   Okay.  You note that you relied on the

10   deposition of Ned Barnes.  Are you aware that he       09:47:22

11   gave trial testimony in the Epic case?

12        A.   Yes, I'm aware of it.

13        Q.   Do you rely on that?

14        A.   I only rely on the stuff that I -- that

15   is in the list.  I believe I have glanced at his       09:47:37

16   trial testimony as well, but I rely -- the

17   documents I relied are written in -- in that list.

18        Q.   Did you review and rely on any written or

19   oral testimony from the Epic trial, setting aside

20   that of Mr. Barnes?                                    09:48:04

21        A.   Say that again.  I didn't hear you

22   100 percent.

23        Q.   Sure.

24             Did you review and rely on any written or

25   oral testimony from the Epic trial, setting aside      09:48:14
```

                                                    Page 20

**CONFIDENTIAL**

```
1    Mr. Barnes?                                          09:48:18

2         A.   I have glanced at the transcript of the

3    proceedings, but I have not relied on them.

4         Q.   Did you consider it to be unimportant to

5    review more thoroughly the proceedings in the Epic    09:48:35

6    trial?

7              MR. HARRINGTON:  Objection to form.

8              THE DEPONENT:  Well, the -- the trial was

9    not 100 percent on the issue that we are discussing

10   today.  So I -- I looked at some of the proceedings   09:48:52

11   to understand better that issue, but I wouldn't say

12   it's unimportant, but at the same time, I put

13   forward the materials I relied on.

14        Q.   (By Mr. Swanson)  Okay.  And you rely on

15   the reports of Professor Elhauge and Mr. Tregillis;   09:49:20

16   is that correct?

17        A.   That's correct.

18        Q.   I take it you're relying on their final

19   reports, not any intermediate drafts?

20        A.   Correct.                                    09:49:38

21        Q.   Are you relying on any expert reports or

22   testimony of Dr. Evans?

23        A.   I'm not relying on any specific testimony

24   from Dr. Evans.  I have looked at his report as

25   well.                                                 09:50:00
```

Page 21

**CONFIDENTIAL**

```
1          Q.   Okay.                                    09:50:00

2          A.   His reports, I should say that plural.

3          Q.   Yes.  There were a number.

4               You do, in your own expert report, at

5     page 29, paragraph -- paragraph 55, refer to an    09:50:12

6     analysis presented by Dr. Evans.

7               Do you -- do you see that in your report?

8          A.   Yes.

9          Q.   Do you recall where that analysis

10    appeared?                                           09:50:33

11         A.   Do I recall?  Say it again.

12         Q.   Do you recall where exactly that analysis

13    appeared?  Was it in one of his expert reports?

14         A.   I believe so.

15         Q.   Okay.  And are you relying on that        09:50:46

16    analysis of Dr. Evans?

17         A.   I'm not relying on that analysis.  I'm --

18    if you -- if you see carefully the paragraph 55, it

19    notes -- it notes the differences between my

20    analysis and the analysis presented by Dr. Evans.  09:51:08

21         Q.   Okay.  Are you relying on any expert

22    reports or testimony of any expert in the Epic

23    case, setting aside Dr. Evans?

24         A.   No, I am not.

25         Q.   In your -- in your relied-upon list,      09:51:34
```

Page 22

```
1    Exhibit 31, you list some Bates-numbered documents.      09:51:36

2    Those would appear starting on page 6, page 6 and

3    page 7.

4            Did -- did you review all those

5    documents?                                               09:51:54

6        A.   I am trying to find them.  You said it's

7    on page 6?

8        Q.   Yes, page 6, and I think there's one on

9    the top of page 7.

10       A.   Uh-huh.  I -- I believe I have read most    09:52:10

11   of the documents.  Sometimes there may have been

12   summaries presented -- created by the staff on --

13   on those documents that I have read.

14       Q.   All right.  And then did you rely on any

15   findings of government investigations?  There's a       09:52:32

16   reference to that in paragraph 8 of your report.

17       A.   I have not relied on the government

18   investigations, but I'm aware of them.

19       Q.   And which investigations are you

20   referring to?                                            09:53:04

21       A.   I believe there is an investigation in

22   the European Union that crosses my mind at this

23   point.  It's conceivable there were others that

24   I -- that I don't remember at this point.

25       Q.   Okay.  And are you relying on public          09:53:17
```

                                                            Page 23

**CONFIDENTIAL**

```
 1    reports of any investigation?                    09:53:26

 2         A.   No.

 3         Q.   What -- what sorts of information do you

 4    have about any investigations then, if not public

 5    reports?                                          09:53:34

 6         A.   Well, the source would be that, but as I

 7    said, I'm not relying on them.

 8         Q.   Okay.  Fair enough.  Understood.

 9              Do you rely on any interviews with any of

10    the named plaintiffs in the developer class?      09:53:50

11         A.   No.

12         Q.   Have you communicated with any of them?

13         A.   No.

14         Q.   Do you know who they are?

15         A.   Well, I've seen some names, but I        09:54:05

16    don't -- I -- I don't know them personally.  I --

17    I -- I don't know -- I know them just as named

18    plaintiffs on the class.

19         Q.   Okay.  Have you interviewed any other

20    developers in connection with forming your opinions  09:54:21

21    in the case?

22         A.   I -- I haven't interviewed any

23    developers.

24         Q.   Did you interview anyone at all in

25    connection with the case?                         09:54:34
```

Page 24

**CONFIDENTIAL**

```
 1        A.   I don't think -- I don't believe so, no.      09:54:37

 2        Q.   Okay.  Did counsel provide any

 3   assumptions that you relied on in forming your

 4   opinions?

 5        A.   No, counsel did not instruct me to do        09:54:51

 6   something, so not do other things in terms of

 7   assumptions in the economic models.

 8        Q.   Have you been retained as an expert in

 9   any other cases involving apps or app stores or

10   operating systems?                                      09:55:10

11        A.   I don't believe so, no.

12        Q.   Okay.  When were you retained on behalf

13   of the developer class?

14        A.   Did you say "when"?

15        Q.   Yes.  I said "when."                          09:55:25

16        A.   Okay.  I believe about a year ago.

17        Q.   Would it have been sometime around

18   December?

19        A.   You mean -- I -- I don't remember

20   exactly, to tell you the truth.  I mean, I just --     09:55:44

21   I -- I don't recall exactly when I -- I would say

22   about a year ago.

23        Q.   Okay.  And who -- who retained you?

24        A.   Hagens Berman.

25        Q.   Okay.  And who -- who did you deal with       09:56:00
```

Page 25

**CONFIDENTIAL**

1    at Hagens Berman?                                        09:56:02

2        A.    At the very earliest stage; is that what

3    you're asking?

4        Q.    Yes.

5        A.    I believe I talked to Rob Lopez.             09:56:13

6        Q.    Uh-huh.  Anyone else?

7        A.    I also believe I -- I talked to Ben

8    Siegel and later on to other people at

9    Hagens Berman.

10       Q.    Okay.  What -- what assignment were you      09:56:34

11   given when you were retained?

12       A.    I think this is in paragraph 8, which is,

13   "I have been asked to determine, taking the

14   defendants' antitrust liability as given, whether

15   damages to the plaintiffs in the class in this case   09:56:56

16   can be accurately determined using common evidence

17   and common methodology.  To answer these questions,

18   I have analyzed documents and data produced by the

19   defendants, as well as deposition testimony,

20   industry studies, economic literature, the findings   09:57:10

21   of governmental investigations, and other publicly

22   available information."

23       Q.    Are there any additional assignments that

24   you've taken on beyond what you've just recited

25   from paragraph 8 of your report?                       09:57:24

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | A.   I don't believe so. | 09:57:27 |
| 2 | Q.   What do you understand "taking the | |
| 3 | defendants' liability as given" to mean? | |
| 4 | A.   Well, that is in paragraph 7.  "The | |
| 5 | plaintiffs allege that Apple excluded all other | 09:57:47 |
| 6 | firms from distributing apps and related digital | |
| 7 | products to the U.S. owners of its iOS devices, | |
| 8 | and as a result, Apple charged supracompetitive | |
| 9 | commissions to developers for the sale of paid apps | |
| 10 | and in-app products." | 09:58:07 |
| 11 | Okay.  And that's the anticompetitive | |
| 12 | action. | |
| 13 | Q.   So when you're assuming Apple's | |
| 14 | liability, you're assuming that those allegations | |
| 15 | are true and correct? | 09:58:24 |
| 16 | A.   Yes, that was my assignment. | |
| 17 | Q.   As of what date are you assuming Apple is | |
| 18 | liable in terms of the date of Apple's conduct? | |
| 19 | A.   Well, I -- I -- assuming from the time of | |
| 20 | the beginning of the class action, which was | 09:58:45 |
| 21 | June 4th, 2015. | |
| 22 | Q.   Okay.  Have you been asked to determine | |
| 23 | whether Apple's alleged conduct injured every | |
| 24 | developer in the class from that time forward? | |
| 25 | A.   Yes. | 09:59:06 |

Page 27

1      Q.    Are you assuming that Apple's conduct has        09:59:07

2    injured the named plaintiffs?

3      A.    Yes.

4      Q.    Are you assuming that Apple has injured

5    any other specific developer?                            09:59:20

6      A.    I'm assuming that the developers in the

7    class all got injured.

8      Q.    Are you assuming that Apple's conduct has

9    had anticompetitive effects?

10     A.    Yes.                                              09:59:43

11     Q.    Are you assuming that Apple's conduct

12   lacks any procompetitive justifications?

13     A.    Yeah, that's correct.  I mean, I have,

14   you know, relied on -- on Professor Elhauge's

15   report on -- on those issues.                            10:00:03

16     Q.    Are you assuming that anticompetitive

17   effects outweigh any procompetitive justifications?

18     A.    Again, I have relied on

19   Professor Elhauge's analysis of this issue.

20     Q.    Okay.  Looking at paragraph 7, which you         10:00:24

21   mentioned a moment ago.

22           What is your understanding of the means

23   by which, as plaintiffs allege, Apple excluded all

24   other firms from distributing iOS apps?

25     A.    Well, I think there were various means.          10:00:48

Page 28

```
 1    The developers are not able to distribute an app        10:00:51

 2    unless it's done through the Apple Store.

 3    Otherwise, they get excluded.  They cannot do it,

 4    for example.

 5         Q.   Are you -- I'm sorry.                           10:01:25

 6              Do you understand plaintiffs to be

 7    alleging that Apple excluded competition by

 8    requiring developers to submit their iOS apps to

 9    the App Store for review?

10         A.   I don't think it's just a matter of            10:01:39

11    review for whatever other reason.  They -- the

12    problem is that the developers found out that

13    unless they pay this hefty commissions to -- to

14    Apple, they are not allowed to distribute their

15    apps.                                                     10:01:57

16         Q.   Do you understand plaintiffs to be

17    alleging that Apple excluded competition by

18    requiring the use of its in-app payment

19    functionality?

20         A.   That was part of it.                           10:02:11

21         Q.   Are -- are you assuming that Apple is

22    liable for such conduct?

23         A.   I have said that my assumption on

24    liability is based on Professor Elhauge's report

25    and I rely on that -- on that report.                    10:02:27
```

                                                       Page 29

| | | |
|---|---|---|
| 1 | Q.   Do you understand plaintiffs to be | 10:02:34 |
| 2 | alleging that Apple excluded competition by | |
| 3 | prohibiting developers from telling consumers | |
| 4 | inside their apps, that they can pay for in-app | |
| 5 | digital products outside the app? | 10:02:44 |
| 6 | A.   I -- I think that was one of the | |
| 7 | allegations, yes. | |
| 8 | Q.   Okay.  And you're assuming that Apple is | |
| 9 | liable for such conduct? | |
| 10 | A.   Again, I -- I'm relying on | 10:02:54 |
| 11 | Professor Elhauge's report for the findings of | |
| 12 | liability. | |
| 13 | Q.   When you say you're relying on | |
| 14 | Professor Elhauge, are you saying that you are | |
| 15 | accepting induction for his conclusions, or are you | 10:03:13 |
| 16 | saying you just assume that what he says is | |
| 17 | correct? | |
| 18 | MR. HARRINGTON:  Objection to form. | |
| 19 | THE DEPONENT:  Can you repeat that, | |
| 20 | please. | 10:03:26 |
| 21 | Q.   (By Mr. Swanson)  Sure.  I'll try it | |
| 22 | again. | |
| 23 | You've indicated in paragraph 8 of your | |
| 24 | report that you've been asked to take Apple's | |
| 25 | antitrust liability as given, right? | 10:03:40 |

Page 30

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | A.   Yes.  Correct. | 10:03:43 |
| 2 | Q.   You're assuming Apple is liable, correct? | |
| 3 | A.   Yes.  Yes. | |
| 4 | Q.   And you say that you're relying on | |
| 5 | Professor Elhauge's report. | 10:03:59 |
| 6 | Are you instead saying that you actually | |
| 7 | have concluded that Apple is liable for | |
| 8 | anticompetitive conduct, or are you just saying | |
| 9 | that you're assuming Professor Elhauge is right? | |
| 10 | MR. HARRINGTON:  Objection to form. | 10:04:12 |
| 11 | THE DEPONENT:  Well, I -- my task was -- | |
| 12 | is to assume liability for Apple and then go on | |
| 13 | from there. | |
| 14 | Now, the specific liability of Apple is | |
| 15 | explained in detail in Professor Elhauge's report. | 10:04:27 |
| 16 | I did not replicate his report.  I did not go into | |
| 17 | every line of his analysis and say, well, that's | |
| 18 | correct. | |
| 19 | So I understand that his report | |
| 20 | establishes liability and I go on from there. | 10:04:55 |
| 21 | Q.   (By Mr. Swanson)  Okay.  Do you | |
| 22 | understand plaintiffs to be alleging that Apple | |
| 23 | excluded competition by requiring developers to | |
| 24 | price their paid digital products using 99-cent | |
| 25 | price tiers? | 10:05:10 |

Page 31

**CONFIDENTIAL**

```
 1         A.   I'm sorry.  I -- I have to hear this          10:05:17

 2    again.  Sorry.

 3         Q.   That's all right.

 4              Do you understand plaintiffs to be

 5    alleging that Apple excluded competition by            10:05:23

 6    requiring developers to price their paid digital

 7    products using 99-cent price tiers?

 8         A.   Well, I believe that this is one of the

 9    allegations in -- in the -- in the complaint.  But

10    if I remember correctly, Professor Elhauge's report    10:05:43

11    did not focus on that issue.

12         Q.   Well, are -- are you assuming that Apple

13    is liable for such 99-cent price-tiering conduct?

14         A.   I -- I am assuming the liability, as

15    explained in Professor Elhauge's report.  And my       10:06:11

16    recollection is that this wasn't a specific issue

17    analyzed in that report.

18         Q.   So there are allegations in the complaint

19    that you are not assuming Apple is liable for; is

20    that correct?                                          10:06:31

21         A.   You mean -- I'm not sure which one you

22    mean.  I mean, I'm not sure.

23         Q.   Well -- well, it's not --

24         A.   I'm not sure I understand your question,

25    let's -- let's put it that way.                        10:06:43
```

Page 32

**CONFIDENTIAL**

```
 1          Q.   Yeah.                                    10:06:45

 2              You -- you understand that the plaintiffs

 3     allege that 99-cent price tiering by Apple is

 4     anticompetitive, correct?

 5          A.   This is one of the allegations in the    10:06:55

 6     complaint, yes.

 7          Q.   But you're not assuming, for purposes of

 8     your opinions, that Apple is liable for such

 9     conduct, correct?

10          A.   I think the -- the -- the important thing 10:07:12

11     here is that I'm -- I'm taking Professor Elhauge's

12     report on liability as the guide for the

13     anticompetitive behavior of Apple.  And I do not

14     believe that this 99 cents issue was important or

15     crucial in the Einer Elhauge -- Professor Elhauge's 10:07:45

16     report.  So in that sense, I am not focusing on

17     that issue.

18          Q.   Well, do you assume that 99-cent price

19     tiers will continue to exist in the but-for world?

20          A.   Well, given the way that                 10:08:12

21     Professor Elhauge's report is written, it is

22     possible that they will continue, and it's possible

23     they wouldn't.  I am, to -- to a significant

24     extent, agnostic on this.

25          Q.   Well, your -- your but-for world either   10:08:36
```

                                                    Page 33

1    assumes that they exist or they don't, right?          10:08:42

2        A.   Well, my job was to calculate damages.

3    And the calculation of damages that I have done

4    does not depend in a crucial way on this issue.

5        Q.   So you've only focused on aspects of the       10:09:04

6    but-for world that will affect damages in a crucial

7    way; is that your testimony?

8             MR. HARRINGTON:  Objection to form.

9             THE DEPONENT:  I -- I -- I don't think I

10   said that.  I mean, I'm saying -- maybe we can         10:09:15

11   reread my answer.  But I'm -- but I'm -- I'm saying

12   that the calculation of damages I have done does

13   not depend on the 99-cent issue.  Okay.  And -- and

14   that's an absolute statement.  Not crucial.  Not

15   anything.                                               10:09:37

16       Q.   (By Mr. Swanson)  So your opinions would

17   not change if the finder of fact determined that

18   Apple's 99-cent price tiers were perfectly lawful

19   and were not anticompetitive?

20       A.   My calculation of damages would still          10:09:53

21   stand the same way.

22       Q.   And if the finder of fact determined that

23   the 99-cent price tiers indeed were anticompetitive

24   and, therefore, would be absent from the but-for

25   world, your opinions would remain exactly the same?    10:10:09

Page 34

**CONFIDENTIAL**

```
 1        A.   That's correct.                            10:10:14

 2        Q.   Is it your opinion that there is common

 3   impact on the class from the conduct at issue?

 4        A.   Yes.

 5        Q.   You're offering the opinion that Apple's    10:10:29

 6   alleged conduct injured 100 percent of developers

 7   in the class?

 8        A.   That is correct.

 9        Q.   So you're -- you're not offering a lesser

10   opinion, that Apple's conduct injured virtually all   10:10:44

11   members, but not all members of the class?

12             MR. HARRINGTON:   Objection to form.

13             THE DEPONENT:   My opinion is that it

14   injured all members of the class.

15        Q.   (By Mr. Swanson)  Okay.  Have you           10:10:58

16   quantified any minimum amount of injury that every

17   developer has incurred?

18        A.   I -- I have -- I have quantified the --

19   the average industry -- I'm sorry -- injury in --

20   in -- for every member of the class.  But I also     10:11:15

21   have expressed the opinion that every member of the

22   class has been harmed.

23        Q.   Okay.  And -- and have you quantified a

24   minimum amount of harm that every member of the

25   class has experienced?                               10:11:31
```

**CONFIDENTIAL**

```
1        A.   I -- I think I answered that question.        10:11:35

2        Q.   I think you said you calculated an

3   average and that you've opine that every developer

4   was injured.

5             I'm asking you, what minimum amount of       10:11:45

6   injury you've calculated, if any?

7        A.   Well, when we say we -- everyone was

8   injured, that means everyone was injured some

9   amount of money, like at least 1 cent, you know.

10            If you're asking me does a calculation        10:11:59

11  say it's exactly 1 cent or 10 cents, or something

12  like that, the answer is no.  But the fact that

13  everyone was injured is there, in my economic

14  opinion.

15       Q.   Yeah.                                         10:12:14

16            I'm asking the question of what the

17  minimum is.

18            Is it 1 cent?  Is that all you can say?

19       A.   Yes.

20       Q.   Okay.  Do you understand                     10:12:20

21  Professor Elhauge to offer the opinion that Apple's

22  conduct injured 100 percent of the members of the

23  alleged developer class?

24       A.   Yes.

25       Q.   Do you rely on Professor Elhauge's           10:12:37
```

Page 36

**CONFIDENTIAL**

```
 1    opinion on that point?                        10:12:40

 2        A.   No.  I -- I rely on my own analysis and

 3    my economic analysis for that very similar

 4    statement or same statement.

 5        Q.   If Professor Elhauge turns out to be   10:12:51

 6    incorrect in his opinion on class by injury, would

 7    you still hold your own opinion?

 8        A.   If he turns out to be wrong on what

 9    opinion?

10        Q.   His opinion that 100 percent of class  10:13:08

11    members have been injured by Apple's conduct.

12        A.   Yes, of course, I will stay with my

13    opinion because my opinion is independently derived

14    and it's reliable.  It's done through the usual,

15    well-established economic methods.  And I would    10:13:28

16    rely on my opinion as an economist, not on

17    Professor Elhauge's opinion that you mentioned.

18        Q.   So is it -- is it your understanding that

19    you and Professor Elhauge have used different

20    methods to reach the same conclusion?              10:13:47

21        A.   I -- I'm -- now you're -- you're

22    stretching my memory to -- to -- to remember

23    exactly what method Professor Elhauge used.

24             I know my own method very well and I am

25    very confident in it.  And, again, it's a reliable  10:14:02
```

Page 37

**CONFIDENTIAL**

```
 1    economic standard, economic method to reach those       10:14:09

 2    conclusions.

 3        Q.   Do you -- do you know if

 4    Professor Elhauge used standard economic methods to

 5    reach his conclusion that 100 percent of the class      10:14:22

 6    members have been injured by Apple's alleged

 7    conduct?

 8        A.   I expect so.

 9        Q.   Do you and Professor Elhauge use the same

10    measure of harm?                                         10:14:36

11        A.   I'm not sure what you mean.

12             MR. HARRINGTON:  Objection.  Form.

13        Q.   (By Mr. Swanson)  Well, are you working

14    with an economic measure of harm in this case?

15        A.   Sure.  I calculate damages, correct.           10:14:54

16        Q.   What -- what is your measure of harm?

17        A.   Well, I -- I am calculating, you know,

18    very briefly the average price that would exist in

19    the but-for world and compare it with the fees, the

20    commissions, that Apple charges in the present          10:15:18

21    world, in the actual world.

22        Q.   Is that an -- an overcharge measure of

23    harm?

24        A.   You can call it an overcharge measure of

25    harm.  Yes, you can.                                     10:15:31
```

Veritext Legal Solutions
866 299-5127

**CONFIDENTIAL**

```
 1        Q.   Is it -- is it a lost profits measure of        10:15:34

 2   harm?

 3        A.   It can also be thought of as a lost

 4   profits measure of harm because the way I do the

 5   calculation, it takes into account costs or           10:15:45

 6   variable costs of the developers.  And, therefore,

 7   if the fixed costs were the same, the overcharge

 8   would translate to lost profits.

 9        Q.   Is the overcharge that you measure the

10   entirety of the lost profits of the developers in     10:16:09

11   the class?

12        A.   It's a conservative measure of the -- of

13   the profits for -- I'm sorry, of the lost profits

14   for every member in the class.  So this is

15   explained in more detail in paragraph 64, and,        10:16:29

16   yeah, that the -- that every member of the class

17   would have lost the amount that I calculate.

18        Q.   Okay.  We'll come back to paragraph 64.

19             Are you familiar with the term

20   "sideloading"?                                         10:17:00

21        A.   Yes.

22        Q.   Are plaintiffs alleging that Apple

23   excluded competition by not designing iOS devices

24   to allow sideloading?

25        A.   I -- I think sideloading might be a          10:17:13
```

Veritext Legal Solutions
866 299-5127

**CONFIDENTIAL**

```
 1    pejorative term, but I think that what you are          10:17:19

 2    asking is whether Apple allowed a program by the

 3    developer, an app by a developer, that didn't go

 4    through the App Store to be functional to -- to

 5    work on an Apple device, and the answer is yes,         10:17:42

 6    Apple stopped such programs from being functional.

 7        Q.   And are you assuming that Apple is liable

 8    for such conduct?

 9        A.   Well, Apple has restricted all

10    competition for distribution, and part of the          10:18:13

11    competition of distribution would be from stores,

12    like the Apple Store, but stores written -- I mean,

13    sorry, stores set up by others, and some of the

14    competition would be from individual developers who

15    would distribute directly to consumers and in the      10:18:38

16    words -- in your words, sideloading.

17            So Apple has restricted competition from

18    all sides in the distribution, and -- and that's

19    anticompetitive, and in the but-for world, those

20    types of distribution, independent stores and          10:19:00

21    developers selling directly to the public, would be

22    allowed.

23        Q.   And just -- just so that we've got a good

24    record on this.  I think we've both been using the

25    term "but-for world."  What -- what do you mean by      10:19:19
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | the term "but-for world"? | 10:19:22 |
| 2 |     A.   A but-for world would be a world without | |
| 3 | the anticompetitive actions of Apple, without the | |
| 4 | restrictions that we just discussed. | |
| 5 |     Q.   And what is the time frame of your | 10:19:32 |
| 6 | but-for world? | |
| 7 |     A.   Well, the time frame for -- for this | |
| 8 | report is from the beginning of the class action | |
| 9 | that is from June 4th, 2015. | |
| 10 |     Q.   Okay.  And what's the first event in the | 10:19:48 |
| 11 | but-for world that differs from the actual world? | |
| 12 |         MR. HARRINGTON:  Objection to form. | |
| 13 |         THE DEPONENT:  I'm -- can you rephrase | |
| 14 | this.  I -- I don't understand what the first -- | |
| 15 | you know, tell me again.  I don't know -- ask | 10:20:01 |
| 16 | again, please. | |
| 17 |     Q.   (By Mr. Swanson)  Okay.  Well, the | |
| 18 | but-for world is different from the actual world, | |
| 19 | right? | |
| 20 |     A.   Correct. | 10:20:08 |
| 21 |     Q.   What's the first thing that is different | |
| 22 | in the but-for world in -- in time? | |
| 23 |         MR. HARRINGTON:  Objection to form. | |
| 24 |     Q.   (By Mr. Swanson)  What's the earliest | |
| 25 | difference between the two worlds? | 10:20:18 |

Page 41

**CONFIDENTIAL**

```
 1           MR. HARRINGTON:  Same objection.              10:20:20

 2           THE DEPONENT:  I -- I -- I -- I have a

 3      hard time answering that question because the

 4      but-for world is a world without restrictions.  I'm

 5      not sure what exactly you're asking.              10:20:32

 6           Q.   (By Mr. Swanson)  Well, what --

 7           A.   You're asking -- yeah, go ahead.

 8           Q.   In the but-for world, what happens on

 9      June 4th, 2015?  What -- what changes in Apple's

10      behavior occur on that day?                       10:20:45

11           MR. HARRINGTON:  Objection to form.

12           THE DEPONENT:  Well, what I'm asking --

13      what I'm considering is the world without

14      restrictions on June 4th, 2015.  Whether the

15      but-for world was exist -- preexistent on June 3rd, 10:20:57

16      2015 or not, I don't consider.  This is not my

17      issue.

18           Q.   (By Mr. Swanson)  All right.  So what are

19      you assuming is different on June 4th, 2015, that

20      is your issue?                                    10:21:12

21           A.   That there is no anticompetitive actions

22      of Apple and that there is distribution through --

23      the unencumbered distribution through stores by

24      other parties.  And also through direct downloads

25      from developers.                                  10:21:33
```

Veritext Legal Solutions
866 299-5127

**CONFIDENTIAL**

```
  1        Q.   So is it your opinion that on June 4,          10:21:36

  2    2015, multiple competitors all of a sudden appear

  3    and compete with Apple?

  4        A.   Well --

  5             MR. HARRINGTON:  Objection to form.            10:21:45

  6             THE DEPONENT:  Well, I mean, what did I

  7    say, Mr. Swanson?  I already said that I don't

  8    discuss the regime of June the 3rd.

  9             Therefore, this kind of discussion of how

 10    June 4th happen -- change from June 3rd doesn't       10:21:59

 11    really make sense to me.  It's not part of what my

 12    report is.

 13        Q.   (By Mr. Swanson)  How long does it take a

 14    competitor to enter in the relevant market?

 15        A.   Well, that's a good question.  A              10:22:15

 16    competitor might be a store, and then it would be

 17    to create demand on both sides of the market, that

 18    is, developers coming to the store, customers

 19    coming to the store.

 20             Or it could be direct distribution.  Now,     10:22:45

 21    direct distribution happens without any

 22    restrictions.  But the other one, the setting up

 23    the store takes -- might take some time because of

 24    the -- of the -- of bringing in both sides of the

 25    market.                                                10:23:01
```

1        Q.   Does your but-for world involve any                10:23:03

2    redesign of the iPhone or the iPad?

3        A.   I don't believe so.

4        Q.   Does your but-for world involve any

5    changes to the iOS operating system?                        10:23:16

6        A.   The "ilS" means?

7        Q.   iOS operating system.

8        A.   I'm sorry, "iOS."  Sorry, sometimes

9    I -- I -- maybe it's the Zoom connection, I miss

10   what you're saying, so if you can try to say it             10:23:27

11   slightly slower, then for sure I will -- I will get

12   it.

13       Q.   Okay.  Does your but-for world involve

14   any changes to the iOS operating system?

15       A.   I -- I'm not sure I completely understand          10:23:47

16   your question.  The -- the operating system does a

17   lot of things.  It -- my but-for world would

18   require that stores are allowed.  That probably

19   would -- would mean that in some way, the -- the

20   Apple operating system would allow them to exist.           10:24:13

21          So, that slight change would be

22   necessary, and also the -- that the possibility for

23   self-distributing apps to work with the iOS

24   should be there.

25       Q.   In your but-for world, do any companies            10:24:32

Page 44

**CONFIDENTIAL**

```
1    other than Apple make and sell iPhones?              10:24:36

2        A.    No.

3        Q.    So your but-for world assumes Apple is

4    the exclusive producer of the iPhone, correct?

5        A.    Yes, my but-for world is only about       10:24:52

6    distribution of apps.  It doesn't -- it doesn't

7    talk about competition between iOS devices and

8    other devices.

9        Q.    Do you have an opinion as to whether

10   there's anything anticompetitive about Apple being   10:25:11

11   the exclusive maker and seller of iPhones?

12       A.    I'm not sure I understand the question.

13   Apple is, by definition, the -- the -- the provider

14   of these phones.  That by itself is not

15   anticompetitive.                                     10:25:32

16       Q.    Why -- why is it, by definition, the

17   provider of the phones?

18       A.    Well, because when you get these phones,

19   they say Apple own them.  They are -- they are the

20   main product of -- of the Apple Corporation.         10:25:43

21       Q.    But what prevents another company from

22   making an identical phone?

23       A.    Well, there are similar phones, but

24   identical in the sense of having the name Apple on

25   them, you know, they would -- they would have        10:26:02
```

Page 45

**CONFIDENTIAL**

```
 1    intellectual property issues.                      10:26:08

 2         Q.   Does Apple have intellectual property

 3    rights in the iOS operating system?

 4         A.   I'm sure they do.

 5         Q.   You're not assuming that any of Apple's   10:26:19

 6    intellectual property rights with respect to the

 7    operating system are invalid, are you?

 8         A.   No, I'm not.

 9         Q.   Please turn to paragraph 10 of your

10    report.                                            10:26:37

11         A.   Yes, thank you.

12         Q.   I'm focusing on a sentence maybe two or

13    three sentences in, that reads, "Economic logic and

14    the evidence in this case indicate that the Apple

15    App Store would have faced substantial competition  10:27:06

16    in the but-for world."

17              Do you see that?

18         A.   I think we might not be in paragraph 10.

19    I think you're in paragraph 9.

20         Q.   No, page 5, toward the middle of          10:27:21

21    paragraph 10.  Maybe -- maybe the sentence appears

22    twice.

23         A.   Let me read more carefully, thank you.

24              Yes, I see.  "Economic logic and the

25    evidence in this case indicate that the Apple       10:27:45
```

Page 46

```
 1    App Store would have faced substantial competition        10:27:47

 2    in the but-for world."

 3         Q.   Okay.  Is it your view that even in the

 4    light of economic logic and the evidence in the

 5    case, that there is no way to know which specific        10:28:03

 6    companies would have entered the iOS app

 7    distribution market by launching app stores, in the

 8    but-for world?

 9         A.   That's correct, uh-huh, yes.

10         Q.   Okay.  And you agree that there is no way       10:28:16

11    to know which specific companies would have entered

12    the iOS app distribution market by

13    self-distributing apps in the but-for world?

14         A.   Yes, unfortunately there was no period in

15    which competition in the app distribution existed       10:28:31

16    in the App Store except for those kind of isolated

17    event of Cydia, so we don't have an earlier period

18    to use as a benchmark for these comparisons.  So

19    the only possibility is to use yardsticks from

20    other markets.                                           10:29:05

21         Q.   In paragraph 11, which is further down on

22    page 5, you state that, "There are several

23    companies that have the organizational and

24    technical capabilities to enter the iOS app

25    distribution market."                                    10:29:22
```

Page 47

**CONFIDENTIAL**

```
 1              Do you see that?                     10:29:25

 2       A.   Yes, that's correct.

 3       Q.   What -- what organizational and technical

 4   capabilities are required to enter the iOS app

 5   distribution market, in your opinion?           10:29:32

 6       A.   Well, I mean, for example, in one of the

 7   yardstick I -- yardsticks I use, I use app stores

 8   in the PC world distribution, and these app stores

 9   have been organized and existed for a number of

10   years in this app -- PC app distribution world.   10:29:55

11              So clearly they have managed to surpass

12   the technical hurdles of having an app store and

13   the various other business hurdles that they might

14   have in having an app store.

15       Q.   And what -- what particular companies      10:30:21

16   have had app stores for several years?

17       A.   Well, if -- if you go to my first

18   yardstick, there is a -- there is a list of stores,

19   for example Steam, Epic, Blizzard Activision,

20   Microsoft Excel, and so on.                      10:30:44

21       Q.   And let's focus on Epic.  When Epic

22   entered the PC store, it had no history of having

23   operated -- having operated a store before that,

24   correct?

25       A.   Yes, as far as I remember.              10:31:04
```

Page 48

1      Q.   Okay.  So what -- what technical and          10:31:08

2    organizational capabilities did Epic have that

3    allowed it to open up an App Store?

4      A.   Well, you know, you get a number of the

5    stores.  For example, Steam has been there a large    10:31:25

6    number of years.  Epic.  Blizzard.  Origin and so

7    on.

8           These companies, by the fact that they're

9    there, seem to have sold this kind of

10   organizational type of issues of how to set up        10:31:42

11   themselves as distributors.

12     Q.   Are there any other organizational or

13   technical capabilities that you can think of that

14   are necessary to enter the but-for world for market

15   in this case?                                         10:32:13

16          MR. HARRINGTON:  Objection to form.

17          THE DEPONENT:  I am not sure I -- I

18   understand 100 percent your question.

19          What I'm saying is that these stores that

20   I have, for example, in table 4 of my report seem     10:32:25

21   to have solved the issue of setting up a store and

22   distributing apps for the P -- the Windows PC world

23   so they could can easily take that capability and

24   use it in a different market; for example, the

25   iOS market.  So -- because the issues are going to    10:32:53

Page 49

**CONFIDENTIAL**

```
 1    be -- the various organizations that set up issues      10:32:58

 2    are going to be similar.

 3         Q.   (By Mr. Swanson)  You know, I -- I

 4    understand you're saying that they -- they've

 5    solved -- I'm just asking you what those             10:33:07

 6    capabilities are.

 7              What -- what are the technical

 8    capabilities?

 9         A.   I'm not sure I understand 100 percent

10    your -- your -- your question.                       10:33:18

11              I assume that some store like Steam or --

12    or Epic has the possibility of talking to the

13    developers, bringing in the -- the -- the app,

14    setting up a system to download a system, setting

15    up a system for payment.  It's pretty normal stuff.   10:33:40

16    And they -- they have been able to do them in the

17    PC -- in the Windows PC world.  They should be able

18    to do them in the iOS world.

19         Q.   In paragraph 11, at the bottom of

20    page 5 -- it's actually a part of the sentence that   10:33:57

21    carries over to the top of page 6 -- but you say at

22    least one of those companies has asked Apple to

23    allow it to enter the iOS app distribution

24    market.

25              Which company you are referring to?         10:34:13
```

Page 50

**CONFIDENTIAL**

```
 1        A.   This is in footnote 6.  It's described       10:34:14

 2   there.

 3             "(email from Tim Sweeney [CEO of

 4   Epic Games] to Tim Cook [CEO of Apple] asking Apple

 5   to allow a 'competing Epic Games Store app           10:34:28

 6   available through the iOS App Store' among other

 7   features)."

 8        Q.   Okay.  And that was on June 30, 2020?

 9        A.   That's what -- yeah, that is what is

10   written on footnote 6, yes.                           10:34:42

11        Q.   Okay.  And are you aware of any company

12   that had asked Apple to allow it to enter the iOS

13   app distribution market before June 30, 2020?

14        A.    Well, I'm not sure if Cydia had formally

15   asked.  But definitely Cydia had existed early on    10:35:04

16   as an -- as an app store even before the App Store

17   of Apple.

18        Q.   Okay.  Aside from the possible -- the

19   possibility of Cydia, is there any other entity

20   that you're aware of that asked Apple to allow it    10:35:23

21   to enter the iOS app distribution market before

22   June 30, 2020?

23        A.   I'm -- I'm not aware.  But -- but -- it

24   might have happened, but I'm not aware of it.

25        Q.   Okay.  When -- when would Epic have        10:35:38
```

```
 1    entered the but-for marketplace, in your opinion?        10:35:44

 2             MR. HARRINGTON:  Objection to form.

 3             THE DEPONENT:  Well, we had this

 4    discussion a few minutes ago.

 5             There is -- the but-for world that I'm        10:36:05

 6    examining starts on -- I believe it was 2015,

 7    June 4th.  I'm not claiming that before

 8    June 4th, 2015, the world was different and the

 9    but-for world didn't exist.  So this kind of

10    temporal questions you're asking are -- are missing     10:36:29

11    the point.

12             I'm not talking about a transition.  So

13    I'm talking about a description of the but-for

14    world.  But for my purposes and my analysis of this

15    report, this -- this description of the but-for        10:36:44

16    world is from June 4th, 2015.  I'm not claiming

17    that before that the world was different.

18             And -- and, therefore, this kind of

19    questions when -- what happened on June 3rd -- I

20    mean, don't make so much sense to me.                  10:37:00

21             MR. SWANSON:  We've been going for a

22    little bit over an hour.

23             Should we take a break?

24             THE DEPONENT:  Sure.  Thank you.

25             MR. HARRINGTON:  Good with me.                10:37:12
```

Page 52

**CONFIDENTIAL**

```
 1              MR. SWANSON:  Back in ten?              10:37:13

 2              THE DEPONENT:  Yeah.  Sure.

 3              THE VIDEOGRAPHER:  We are now going off

 4      the record.  The time is 10:37.

 5              (Recess taken.)                         10:37:21

 6              THE VIDEOGRAPHER:  We're now back on the

 7      record.  The time is 10:47.

 8         Q.   (By Mr. Swanson)  Professor, could you

 9      turn to paragraph 14 of your report, please, on

10      page 7.                                         10:47:40

11         A.   Yes.

12         Q.   Here you state that "If Apple were to

13      allow alternative app stores on iOS, there are

14      several firms well-positioned to enter the market,

15      some of whom have even asked Apple to allow them to  10:47:56

16      operate an app store."

17              Is this a reference again to Epic?

18         A.   I don't recall other companies having

19      asked.  But that's something that I am not

20      100 percent sure so maybe it's further to         10:48:18

21      subject -- it's subject for further investigation.

22         Q.   Okay.  But as you sit here, you're not

23      aware of any -- any firm, other than Epic, that has

24      asked Apple to allow them to operate an App Store?

25         A.   As I sit here, that's correct.          10:48:39
```

                                                    Page 53

**CONFIDENTIAL**

```
 1          Q.   Okay.  Now, in paragraph 14, you refer to      10:48:40

 2    some others beyond Epic.

 3               You refer to Amazon, Samsung, Aptoide,

 4    and you refer to "other smaller firms that already

 5    operate about your Android App Stores."               10:49:01

 6               As far as you know, none of those asked

 7    Apple to allow them to operate an App Store on

 8    iOS?

 9          A.   As far as I know, they haven't asked.

10          Q.   Okay.  And you also refer in paragraph 14      10:49:12

11    to Steam, Microsoft, and Blizzard and Activision.

12               Did -- did any of those firms ask Apple

13    to allow them to --

14          A.   I don't think --

15               (Simultaneously speaking.)               10:49:27

16          Q.   (By Mr. Swanson)  -- to open an iOS App

17    Store?

18          A.   I'm -- I'm sorry.  Sorry I interrupted

19    you.

20               I mean, I don't believe that they have      10:49:32

21    asked.  But at the same time, Apple has set up

22    rules that -- from the beginning of the app -- of

23    the Apple App Store have said that nobody else

24    can -- can have an app store.  So I'm -- it's kind

25    of not surprising that they haven't asked.  Because      10:49:58
```

Page 54

**CONFIDENTIAL**

```
 1      they probably already know the answer.              10:49:59

 2          Q.   Could you turn to -- to paragraph 11?

 3          A.   Yes.  Thank you.

 4          Q.   Let me find my reference here.

 5               You indicate here that "the history of       10:50:30

 6      the iOS app distribution market indicates that

 7      from the beginning there were firms that could have

 8      entered the market (and even did operate without

 9      Apple's acceptance)."

10               What do you mean by "from the beginning"?   10:50:47

11          A.   From the beginning means from even before

12      the existence of the App Store, the Apple

13      App Store, there was this company, Cydia, that was

14      operating a store.  So that's what I mean.

15          Q.   And is Cydia the -- the entity that was      10:51:11

16      operating without Apple's acceptance?

17          A.   Yes.

18          Q.   Okay.  And you refer to Cydia in your

19      paragraph 12; is that -- is that correct?

20          A.   Correct.                                     10:51:30

21          Q.   And you indicate that "Cydia, had until

22      2018 been offering apps for free and paid

23      distribution for iOS devices since the first iPhone

24      was released through a process called

25      'jailbreaking'"?                                     10:51:44
```

Page 55

**CONFIDENTIAL**

```
 1          A.   Yes.  That's what is written there, yes.        10:51:47

 2          Q.   What -- what -- what were Cydia's terms

 3     for paid distribution?

 4          A.   I -- I -- I do not recall.

 5          Q.   Okay.  In your opinion, would                   10:51:56

 6     jailbreaking be a characteristic of the relevant

 7     market in the but-for world?

 8               MR. HARRINGTON:  Objection.  Outside the

 9     scope of the opinions the professor has offered.

10               THE DEPONENT:  The way that I have              10:52:12

11     calculated damages was for stores and individual

12     developers selling apps without jailbreaking,

13     without having to alter the operating system of

14     the -- the iOS operating system.

15          Q.   (By Mr. Swanson)  In your opinion, in the      10:52:44

16     but-for world, will Apple block jailbreak methods

17     as part of operating system updates?

18          A.   Sorry.  I -- I missed this.  You have to

19     speak slightly slower because of Zoom.

20          Q.   I'll -- I'll repeat it.  No problem.           10:52:58

21               In your opinion, in the but-for world,

22     will Apple block jailbreak methods as part of

23     operating system updates?

24          A.   Most likely.

25          Q.   In paragraph 13 of your report, you state      10:53:16
```

Page 56

**CONFIDENTIAL**

```
 1    that Apple never allowed Cydia "to compete on the      10:53:23

 2    merits."

 3            Do you see that?

 4        A.   Yes.

 5        Q.   What do you mean by "compete on the           10:53:31

 6    merits"?

 7        A.   Well, Cydia could not have legitimate

 8    within the rules of -- of -- of Apple Store --

 9    could not set up an app distribution store because

10    Apple claimed exclusivity on this.  That only Apple     10:53:57

11    could distribute the apps.

12            So that means that Cydia was

13    disadvantaged and the only way they could -- it

14    could distribute apps was through jailbreaking,

15    which had various other security and other kind of      10:54:19

16    issues.  So in that way Cydia was significantly

17    disadvantaged.

18        Q.   Well, is it your opinion that Cydia

19    wanted to only distribute apps that functioned on

20    an unaltered iOS operating system?                      10:54:38

21        A.   I -- I wouldn't be able to answer that

22    question.

23        Q.   Do you know that Cydia distributed apps

24    that actually altered the operating system's

25    characteristics, don't you?                             10:54:51
```

Page 57

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | A.   I do. | 10:54:53 |
| 2 | Q.   Wasn't that Cydia's business method? | |
| 3 | A.   Well, maybe that was Cydia's business | |
| 4 | method under the constraints imposed on it by Apple | |
| 5 | not allowing it to distribute in a straightforward | 10:55:04 |
| 6 | legitimate way without jailbreaking. | |
| 7 | We really don't know what the world would | |
| 8 | have been if Apple had allowed Cydia to operate a | |
| 9 | competing store without jailbreaking a competing | |
| 10 | store to the -- to the Apple App Store. | 10:55:25 |
| 11 | Q.   On page 6 of your report, your | |
| 12 | heading 1 reads "Early App Stores Were Successful | |
| 13 | Despite Technical Barriers." | |
| 14 | Are you referring to Cydia? | |
| 15 | A.   Yes. | 10:55:46 |
| 16 | Q.   Are you referring to any other early | |
| 17 | App Store? | |
| 18 | A.   Not that I can recall at this point. | |
| 19 | Q.   Okay.  Are you saying here that Cydia was | |
| 20 | successful? | 10:55:55 |
| 21 | A.   Well, at some point in time, in its early | |
| 22 | days.  I -- I have read the -- the statistic that | |
| 23 | Cydia was used by over 5 percent of the -- of the | |
| 24 | owners of iPhones.  So that, I would say, is | |
| 25 | successful. | 10:56:24 |

Page 58

1          Q.   Was Cydia profitable?                    10:56:25

2          A.   I do not know that.

3          Q.   Okay.  Do you know if Cydia was

4     attempting to be profitable?

5          A.   I'm not sure I understand the question.   10:56:33

6     Every company attempts to be profitable.

7          Q.   Well, nonprofit companies don't attempt

8     to be profitable, do they?

9          A.   I -- I'm not sure.  I -- I wouldn't be

10    able to answer that -- that question.  I mean, this   10:56:46

11    wasn't crucial for my -- for my work.

12         Q.   Please turn to paragraph 15 of your

13    report on page 8.

14         A.   Yes.

15         Q.   You state here that, "There are a wide    10:57:13

16    variety of developers of PC apps that

17    self-distribute their apps."

18              Do you see that?

19         A.   Yes.

20         Q.   What -- what do you mean by             10:57:24

21    "self-distribution"?

22         A.   "Self-distribution" means they have a

23    site in which individuals like you and me can

24    download the programs and install them on a PC.

25         Q.   So does self-distribution in the context   10:57:53

                                                   Page 59

**CONFIDENTIAL**

```
 1    of iOS mean a developer would make its iOS app          10:57:56

 2    available for download from its own website?

 3         A.   It -- you know, it could be its own

 4    website or it could be a store in -- an app store

 5    for iOS, but as we have already said, these            10:58:21

 6    stores don't exist right now, so we're talking

 7    about the but-for world in which the -- the

 8    companies could set up stores, and some of the

 9    stores might sell a whole bunch of different apps

10    and some stores might sell the specific app of that    10:58:37

11    company.  And -- or at least start with that and

12    see what happens by attracting other -- other --

13    other -- other apps.

14         Q.   I'm just trying to understand what --

15    what you mean by the term "self-distribution."        10:58:59

16              So that term at least includes a

17    developer making an iOS app available for

18    download from its own website?

19         A.   It can include that, but it doesn't have

20    to be that.  It could be also -- how can I call       10:59:16

21    it -- small store of that company in -- if -- if

22    and when app stores are allowed, competing app

23    stores to Apple, are allowed for the Apple iOS.

24         Q.   Does self-distribution as you use the

25    term include a developer allowing consumers to        10:59:42
```

Page 60

```
 1    purchase digital content from its own website that        10:59:45

 2    can be consumed in the developers's iOS app?

 3         A.   Could I hear it one more time.

 4         Q.   Sure.

 5              Does self-distribution as you use the            10:59:58

 6    term include an iOS developer allowing consumers

 7    to purchase digital content from its own website

 8    that can be consumed in the developers's iOS app?

 9         A.   Yes, it can include that.

10         Q.   Okay.  You are aware that happens in the         11:00:15

11    actual world?

12         A.   It happens with some restrictions.  There

13    are restrictions the way that -- that that happens

14    in the actual world.

15         Q.   Does self-distribution generate the same         11:00:32

16    services for a developer as inclusion in the

17    App Store?

18         A.   Well, that's a good question, because I

19    think a lot depends on whether we're talking about

20    the actual world right now versus the but-for         11:00:57

21    world.

22              In a but-for world in which there could

23    be a number of competitors, another -- a number of

24    competing stores towards Apple, then typically a

25    company might want to distribute through all of          11:01:22
```

Page 61

```
 1    these stores.                                    11:01:26

 2           So if, for example, Steam and Epic had a

 3    store in Apple -- in the Apple iOS, then my app,

 4    third-party app, might be interested to list itself

 5    in each one of these stores.                     11:01:51

 6           So it could list itself with Epic, it

 7    could list itself with Steam, it could list itself

 8    with Apple.  And I expect many of -- of the

 9    third-party apps could do something like that.

10    And, of course, they can have their own           11:02:08

11    self-distribution.

12       Q.   When -- when in the but-for world

13    developer self-distributes, does it incur costs

14    that a developer transacting solely through a

15    third-party platform does not incur?              11:02:26

16       A.   Well, it will have to set up its own

17    distribution setup, that is, have a -- the software

18    doing that, have the bandwidth required to be able

19    to -- to down -- for the -- for the customers to

20    download the app, and would have to -- have to set  11:02:56

21    up some payment system.

22           Now, all these are almost easy -- easily

23    to do off the shelf.  I mean, it's not like you

24    have to invent a new payment system.  It's not like

25    you have to invent a new bandwidth kind of          11:03:11
```

Page 62

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | distribution and so on.  But there are going to be | 11:03:17 |
| 2 | these kind of costs, and later on we -- when I | |
| 3 | present the -- the -- the self- -- the | |
| 4 | self-distribution possibility, I do consider the | |
| 5 | costs for self-distribution. | 11:03:34 |
| 6 | Q.   And you consider what the fixed costs are | |
| 7 | and what the variable costs are? | |
| 8 | A.   Correct. | |
| 9 | Q.   In -- can you take a look at footnote 3 | |
| 10 | on page 5 of your report? | 11:03:49 |
| 11 | A.   Yes. | |
| 12 | Q.   You don't consider Web apps in your | |
| 13 | report, correct? | |
| 14 | A.   I'm not sure what you mean by that? | |
| 15 | Q.   Well, you define the term "application" | 11:04:14 |
| 16 | to exclude Web apps, correct? | |
| 17 | A.   If you mean by Web apps things that don't | |
| 18 | require the iOS -- they're not native -- native | |
| 19 | applications but they are running on the Web? | |
| 20 | That's correct. | 11:04:36 |
| 21 | Q.   Okay.  Do you exclude Web apps as a means | |
| 22 | of self-distribution by a distributor -- or a | |
| 23 | developer, I'm sorry? | |
| 24 | A.   Yeah, I'm -- I'm talking about the apps | |
| 25 | which can run directly on iOS, not through the | 11:04:52 |

Page 63

**CONFIDENTIAL**

```
 1    Internet.  So we're talking about native apps.          11:05:01

 2         Q.   Back -- back in paragraph 15, page 8.

 3    You refer to, "The small developers such as Subset

 4    Games and Almost Human self-distribute their apps

 5    using the Humble Widget combined with Steam keys"?       11:05:30

 6         A.   Yes, I -- you could say that.

 7         Q.   This would be an -- an example of a

 8    developer transacting through a third-party

 9    platform?

10         A.   Yes.                                           11:05:54

11         Q.   So is this really an example of

12    self-distribution?

13         A.   Well, I mean, it's kind of -- kind of

14    hybrid in the sense that, you know, this is a --

15    the Humble Widget allows the -- the developer to --    11:06:18

16    to self-distribute, and then there is this kind of

17    detailed mechanism, which is explained in

18    footnote 25, of how the Steam keys are used for --

19    for payment.

20         Q.   Well, in these instances, the developer      11:06:44

21    itself is not engaging in the distribution

22    function, right?

23         A.   Well, yes and no.  I mean, in -- in some

24    way, the -- the Humble Widget is supposed to allow

25    the -- the developer to self-distribute but in --     11:07:06
```

Page 64

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | in this very particular way that is described in | 11:07:12 |
| 2 | paragraph 15 in footnote 25. | |
| 3 | Q.   What is your definition of a small | |
| 4 | developer?  You used the term "small developer" | |
| 5 | such as Subset Games and Almost Human. | 11:07:28 |
| 6 | A.   Well, you know, I haven't -- I do not | |
| 7 | have a specific definition.  But, you know, | |
| 8 | we're -- we're talking about relatively small | |
| 9 | developers with small sales.  We're not talking | |
| 10 | somebody like Epic or Steam that has significant | 11:07:48 |
| 11 | sales of its own products. | |
| 12 | Q.   What proportion of the class would you | |
| 13 | consider to be all developers in this sense of the | |
| 14 | term that you use in paragraph 15? | |
| 15 | A.   I do not recall exactly how many.  But I | 11:08:11 |
| 16 | would expect that a lot of the class are relatively | |
| 17 | small. | |
| 18 | Q.   When did Steam first allow developers to | |
| 19 | use Steam keys for distribution? | |
| 20 | A.   I do not recall.  I can find out. | 11:08:30 |
| 21 | Q.   When did the Humble Widget first become | |
| 22 | available? | |
| 23 | A.   I do not remember exactly unless it's | |
| 24 | written in some of the -- the footnotes here. | |
| 25 | Q.   Are you aware -- | 11:08:47 |

Page 65

**CONFIDENTIAL**

```
 1        A.   It's probably around 2015 or something of        11:08:50

 2   that sort.

 3        Q.   But you're not sure?

 4        A.   I'm not sure, no.  Well, there is a

 5   footnote 56, which is an article from 2015, showing        11:08:58

 6   that the Humble Widget -- Humble launches Humble

 7   Widget, so it seems like it was there from about

 8   that time.

 9        Q.   2016?

10        A.   2015.                                            11:09:13

11        Q.   I'm sorry, 2015 or 2016?

12        A.   2015.

13        Q.   Okay.  And are you aware that developers

14   with total billings below $250 received nothing

15   from Humble Widget?                                        11:09:25

16        A.   I'm not sure if this is factually

17   correct.

18        Q.   Did you -- did you look into the Humble

19   Widget's terms of distribution?

20        A.   I think I have looked at it at some point        11:09:39

21   in time, but I am not sure if your statement is

22   correct and if the $250 doesn't get returned

23   eventually.

24        Q.   Do you know how many developers in the

25   class had total revenues of $250 or less?                  11:09:51
```

Page 66

**CONFIDENTIAL**

```
1        A.   I do not recall off the top of my head.        11:09:59

2        Q.   Okay.  Are there not many thousands?

3        A.   There are probably thousands, correct.

4   But I wouldn't be able to swear to a specific

5   number.                                                  11:10:12

6        Q.   Okay.  You indicate that many developers

7   distribute their apps through multiple stores

8   and/or self-distribution, referring to PC

9   developers?

10       A.   That's correct.                                11:10:24

11       Q.   What percentage of PC developers

12  distribute through multiple stores?

13       A.   I wouldn't be able to -- to -- to give

14  you a number off top of my head -- on top of my

15  head at this point.                                      11:10:38

16       Q.   Do you know if it's more than 10 percent?

17       A.   As I said, I wouldn't be able to -- to

18  give you a number.

19       Q.   Again, I'm asking for a magnitude, not a

20  number.                                                  11:10:49

21       A.   Well, I do not recall so I wouldn't be

22  able to answer that question.

23       Q.   What percentage of developers on the PC

24  platform self-distribute their apps?

25       A.   I believe a large number, but I wouldn't      11:11:13
```

Page 67

1    be able to say exactly how many.                    11:11:15

2        Q.   With respect to the but-for world, do you

3    have any methodology to identify iOS distributors

4    who can profitably self-distribute?

5             MR. HARRINGTON:  Objection to form.        11:11:29

6             THE DEPONENT:  Sure.  I mean, this is

7    outlined in the report.  We can go to specific

8    sections.

9        Q.   (By Mr. Swanson)  And where is it

10   outlined in the report?                             11:11:40

11       A.   Well, I mean, for -- for example, when we

12   talk about the various yardsticks, in the first

13   yardstick on the Windows PC stores, which is --

14   which are outlined in table 4, the -- the -- the

15   calculation there is that -- shows that the --      11:12:02

16   these companies are -- are profitable in the

17   distribution in Windows PCs, and when I talk later

18   on about the profit yardstick, also I have specific

19   calculation of profits, making sure that they

20   are -- they are able to do this profitable --       11:12:28

21   profitably.  They are able to end up profitably.

22       Q.   Okay.  So -- so using your methodology,

23   you can identify which of the roughly

24   60,000 developers in the class could profitably

25   self-distribute in the but-for world?               11:12:47

```
 1        A.   I -- I'm not sure this was the previous        11:12:50

 2   question.  I -- in -- in my examination of this,

 3   it -- I show that in the but-for world, there would

 4   be third-party stores and there would be

 5   self-distribution, too.                                  11:13:10

 6            So everyone -- every developer would have

 7   the option to participate in the various stores and

 8   in self-distribution.  And I wouldn't be surprised

 9   if a number of developers, or most of them,

10   participate in all venues of distribution.              11:13:29

11        Q.   So is it your opinion that in a but-for

12   world almost every developer would find it

13   profitable to self-distribute?

14        A.   I don't think I can say that.  I think

15   that a lot of developers will self-distribute and       11:13:48

16   there are going to be others who are going to use

17   the third-party stores.

18        Q.   And when you say "a lot of developers in

19   the but-for world will self-distribute," what

20   fraction of the 60,000?                                 11:14:07

21        A.   You know, it's -- you know, we -- we

22   are -- we are -- we're talking about a but-for

23   world and the -- unfortunately, through the

24   anticompetitive actions of Apple, we don't even

25   have one single period of a competitive world to be     11:14:21
```

Page 69

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | able to learn from it. | 11:14:28 |
| 2 | So we are kind of limited in the | |
| 3 | predictions that we're going to say -- that I'm | |
| 4 | going to say.  But I -- but I believe that a lot of | |
| 5 | developers will find a way to distribute through | 11:14:44 |
| 6 | third-party stores.  And some of them are going to | |
| 7 | distribute individually.  And possibly the same | |
| 8 | developer is going to -- is going to distribute in | |
| 9 | both ways. | |
| 10 | Q.   Are you offering any opinion as to | 11:15:01 |
| 11 | whether Apple has monopoly power in any relevant | |
| 12 | market? | |
| 13 | A.   I -- I rely on Professor Elhauge's | |
| 14 | opinion. | |
| 15 | Q.   Okay.  So if Professor Elhauge is wrong, | 11:15:12 |
| 16 | then you will accept that Apple has no monopoly | |
| 17 | power? | |
| 18 | A.   Well, I accept here as a premise, as an | |
| 19 | assumption, antitrust liability.  So I'm starting | |
| 20 | from there.  So I'm not going to make a judgment on | 11:15:31 |
| 21 | monopoly power and antitrust liability.  I accept | |
| 22 | it as -- as -- as an assumption. | |
| 23 | Q.   How do you define "monopoly power"? | |
| 24 | A.   I not use this in my report. | |
| 25 | Q.   I'm asking you, as an economist, how do | 11:15:50 |

Page 70

**CONFIDENTIAL**

```
 1    you define "monopoly power"?                        11:15:52

 2        A.   You mean in principle?

 3        Q.   You're an economist, correct?

 4        A.   I'm an economist, yes.

 5        Q.   Okay.  And as an economist, how do you     11:16:01

 6    define "monopoly power"?

 7        A.   Well, it's the power to -- to affect

 8    price or restrict competition.

 9        Q.   Would you agree that it is the power to

10    raise price profitably by restricting output?       11:16:24

11        A.   That might be one way.  There could be

12    others.

13        Q.   Are you aware that the plaintiffs allege,

14    in the alternative, that Apple has abused monopsony

15    power as a bottleneck retailer?                      11:16:42

16        A.   I -- I do not recall the monopsony

17    discussion.

18        Q.   How do you define "monopsony power" as an

19    economist?

20        A.   Very similar to monopoly power, but from   11:16:52

21    the side of the -- of the buyer.

22        Q.   Are you assuming that Apple is a

23    monopsonist?

24             MR. HARRINGTON:  Objection to form.

25             THE DEPONENT:  I -- I do not use this       11:17:05
```

Veritext Legal Solutions
866 299-5127

**CONFIDENTIAL**

```
 1    analysis in my -- I -- I have not used that in my        11:17:09

 2    analysis.

 3        Q.   (By Mr. Swanson)  Are you assuming that

 4    Apple is a bottleneck retailer in your analysis?

 5        A.   I'm not completely sure I understand your       11:17:19

 6    question.

 7        Q.   All I can do is repeat it.

 8             Are you assuming that Apple is a

 9    bottleneck retailer in your analysis?

10             MR. HARRINGTON:  Objection to form.  And        11:17:36

11    also beyond the scope of the opinions he's

12    offering.

13             MR. SWANSON:  You know, that's a speaking

14    objection.  So if that's going to continue, perhaps

15    we should have a discussion about it.               11:17:45

16             MR. HARRINGTON:  Beyond -- which portion

17    of the objection do you think was a speaking

18    objection?

19             Beyond the scope?

20             MR. SWANSON:  Well, yes.                     11:17:54

21             MR. HARRINGTON:  Okay.

22             THE DEPONENT:  So -- I mean, to -- to --

23    to be -- to be fair to you -- I mean, I'm not

24    sure -- completely sure what you mean by -- by --

25    by these -- by these terms.                          11:18:07
```

Page 72

**CONFIDENTIAL**

```
 1            What Apple has done is allowed          11:18:09

 2   distribution of apps to happen only through its

 3   App Store.  And the but-for world I describe and

 4   the damages I calculate are going away from that

 5   and allowing multiple app stores and             11:18:26

 6   self-distribution.

 7       Q.   (By Mr. Swanson)  In your opinion, is

 8   Apple a retailer of apps?

 9            MR. HARRINGTON:  Objection.

10            THE DEPONENT:  Well, Apple right now does   11:18:44

11   the distribution of -- of apps.

12            Now, whether we call it retailer, which

13   might have a specific meaning for some people or

14   not, I don't care.  I don't think that's crucial

15   for the calculation of damages that I do.        11:19:01

16       Q.   (By Mr. Swanson)  Are you aware -- well,

17   have you reviewed Professor McFadden's report in

18   the consumer case?

19       A.   I -- I have glanced through it.

20       Q.   Are you aware that Professor McFadden has   11:19:17

21   the opinion that Apple is a retailer of apps, as an

22   economic matter?

23            MR. BURT:  Objection.  Form.

24            THE DEPONENT:  You are asking me to

25   comment on Professor McFadden's report?          11:19:31
```

Page 73

**CONFIDENTIAL**

```
 1          Q.   (By Mr. Swanson)  My question to you was      11:19:35

 2   about your awareness.

 3               Are you aware of that?

 4               MR. BURT:  Same objection.

 5               THE DEPONENT:  I do not recall it             11:19:41

 6   100 percent, but I must have read it.

 7          Q.   (By Mr. Swanson)  Okay.  If you must have

 8   read it, do you agree with it or disagree with it?

 9               MR. HARRINGTON:  Objection.

10               THE DEPONENT:  I think, again, we're          11:19:54

11   getting into word definition here -- word

12   definitions.

13               Traditionally, a retailer is somebody who

14   gets a product, puts it on his shelf, and then

15   resells it.  That's what traditionally retailing       11:20:09

16   means.

17               Now, Apple doesn't seem to be doing that,

18   you know.  It doesn't take possession of the

19   product.  It acts as an intermediary through the

20   App Store and brings together the -- the buyers and    11:20:25

21   the -- and the sellers.  So that's why I think the

22   discussion on retailing and so on is a bit off the

23   subject.

24          Q.   (By Mr. Swanson)  Professor, are the

25   opinions that you provide in your report valid         11:20:39
```

Page 74

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | under both a monopoly theory of harm and a | 11:20:45 |
| 2 | monopsony theory of harm? | |
| 3 | A.   I am using the theory of harm, the | |
| 4 | anticompetitive effects as explained by | |
| 5 | Professor Elhauge and that's the crucial thing.  I | 11:21:02 |
| 6 | mean, you can call it whatever you want. | |
| 7 | "Monopoly," "monopsony," whatever. | |
| 8 | The bottom line is that in the but-for | |
| 9 | world, there would have been much more distribution | |
| 10 | and people would have paid much less.  And that's | 11:21:18 |
| 11 | what I'm calculating. | |
| 12 | Q.   So is it your opinion that damages would | |
| 13 | be the same whether the theory of harm is a | |
| 14 | monopoly theory or a monopsony theory? | |
| 15 | A.   I'm using the -- the theory of harm that | 11:21:32 |
| 16 | was developed by Professor Elhauge, and I start | |
| 17 | from that.  If there was some alternative theory of | |
| 18 | harm, I wouldn't be able to say.  I mean, I -- I | |
| 19 | haven't done that, based on alternative theories of | |
| 20 | harm. | 11:21:47 |
| 21 | Q.   And your understanding is that the | |
| 22 | Professor Elhauge has offered a -- a monopoly | |
| 23 | theory of harm? | |
| 24 | A.   Yes. | |
| 25 | Q.   Do you agree that Apple's App Store is a | 11:21:58 |

Page 75

```
 1    two-sided platform?                                    11:22:03

 2         A.   The Apple App Store, as it is right now,

 3    yes, it acts as a two-sided platform, correct.

 4         Q.   And do you agree that it would be a

 5    two-sided platform in the but-for world as well?       11:22:17

 6         A.   Well, as a store like -- like Apple.  So

 7    it could be Epic's or Steam's would act as a

 8    two-sided platform.

 9         Q.   Do you agree that a two-sided platform

10    offers different products or services to two           11:22:39

11    different groups who both depend on the platform to

12    intermediate between them?

13         A.   Yes, I agree.

14         Q.   Do you agree that the platform services

15    that Apple provides to developers and the services     11:22:54

16    it provides to consumers are not complements?

17         A.   "Are not complements," you said?

18         Q.   Correct.

19         A.   I'm not sure I agree with that.  I'm not

20    sure I understand what -- what you're talking          11:23:10

21    about.

22         Q.   Well, as an economist, do you have an

23    understanding of the term "complements"?

24         A.   Absolutely.

25         Q.   What is your understanding?                  11:23:21
```

Page 76

```
 1         A.   My understanding is a "complement" is --        11:23:23

 2    is a good that enhances -- is a good B, let's say,

 3    that enhances what good A provides to a consumer.

 4         Q.   And how would you express that as an

 5    economist in terms of cross-elasticity demand?           11:23:39

 6         A.    Well, I mean, economies tend to see

 7    cross-elasticity of demand and tend to try to

 8    understand what's the impact of changing the price

 9    of one good on -- on the price of another.

10              So for example, if I was looking for the       11:24:00

11    cross-elasticity of demand between Diet Coke and

12    Diet Pepsi, I would say, well, suppose that

13    Diet Coke's price went up.  Will the sales of

14    Diet Pepsi go up?

15              And if that turns out to be positive,          11:24:19

16    then we could call Diet Coke and Diet Pepsi

17    substitutes.  Otherwise we would call them

18    complements.

19              So, again, it's -- if -- if they are

20    substitutes, this cross-elasticity of demand is         11:24:34

21    positive.  Otherwise, for complements, it's

22    negative.

23         Q.   Okay.  So using that definition, do you

24    agree that the platform services that Apple

25    provides to developers and the services it provides     11:24:45
```

Page 77

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | to consumers are not complements? | 11:24:47 |
| 2 | A.   Well, I'm not completely sure what you | |
| 3 | mean by the App Store services. | |
| 4 | Is that your -- your -- your question is | |
| 5 | about the App Store or Apple, in general? | 11:24:59 |
| 6 | Q.   Well, you -- unless I misheard you, you | |
| 7 | just agreed that a two-sided platform offers | |
| 8 | different products or services to -- to two | |
| 9 | different groups. | |
| 10 | A.   Right. | 11:25:12 |
| 11 | Q.   So do you understand the App Store to | |
| 12 | offer two different groups different products or | |
| 13 | services? | |
| 14 | A.   Well, you know, what does the -- a store | |
| 15 | do in -- in -- kind of a digital electronic store | 11:25:28 |
| 16 | like -- like Apple's App Store do.  It brings | |
| 17 | together a seller, the -- the developer and a | |
| 18 | buyer, the customer and brings them together. | |
| 19 | Now, you said the -- the -- the services | |
| 20 | that it provides to the developer.  Well, what are | 11:25:51 |
| 21 | these services.  I mean -- main services, list | |
| 22 | them.  The service that it provides to -- there | |
| 23 | might be other ones.  I'm not going to go into the | |
| 24 | detail of that.  But the main service it provides | |
| 25 | to the -- to the customer is facilitating the | 11:26:09 |

Page 78

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | transaction, being able to pay. | 11:26:11 |
| 2 | Now, these, to me, look complementary. | |
| 3 | So I'm not completely sure why you say they | |
| 4 | wouldn't be complementary. | |
| 5 | Q.   Your answer is very clear. | 11:26:22 |
| 6 | Do you agree that to optimize sales the | |
| 7 | App Store must find a balance in pricing that | |
| 8 | encourages the greatest number of matches between | |
| 9 | consumers and developers? | |
| 10 | A.   Well, an app store in general would like | 11:26:35 |
| 11 | to be able to do that to become profitable, to get | |
| 12 | a -- lot of developers get listed, and get a lot of | |
| 13 | customers so that they can make transactions. | |
| 14 | So there is a -- an incentive for an | |
| 15 | app store owner to bring in both sides of the | 11:26:58 |
| 16 | market. | |
| 17 | Q.   Do you agree that Apple's App Store is a | |
| 18 | two-sided transaction platform? | |
| 19 | A.   Yes, a transaction platform in the sense | |
| 20 | that it facilitates transactions between the | 11:27:13 |
| 21 | third-party developer and a customer. | |
| 22 | Q.   Do you agree that because transaction | |
| 23 | platforms can't make a sale unless both sides of | |
| 24 | the platform simultaneously agree to use their | |
| 25 | services, that two-sided transaction platforms | 11:27:34 |

Page 79

1    exhibit strong indirect network effects?          11:27:38

2         A.   In principle, yes.

3         Q.   Do you agree that the Apple App Store

4    exhibits strong indirect network effects?

5         A.   Yes.                                      11:27:54

6         Q.   You agree that transaction platforms are

7    best understood as supplying only one product,

8    namely transactions?

9         A.   Well, I should say that when we talk

10   about the indirect network effects, I should be --   11:28:06

11   I should have qualified the previous answer that

12   we're talking about network effects between the

13   developers and the customers, just to be sure

14   because there might be network effects floating

15   around for other reasons.                            11:28:20

16         So these are what we're talking about.

17   Let me hear your second question -- your last

18   question again.  Sorry.

19         Q.   Okay.

20         Do you agree that transaction platforms        11:28:29

21   are best understood as supplying only one product,

22   namely transactions?

23         A.   Well, that's the -- the objective is

24   transactions.  But the actual thing that happens is

25   distribution.  Right.  People would not pay unless    11:28:52

                                                 Page 80

1     they're -- they're getting something.                    11:28:55

2            So it would be misleading to just focus

3     on transactions and don't talk about distribution

4     because the function of each one of these stores,

5     Apple or a different one in the but-for world, is     11:29:12

6     distribution.

7        Q.   So as an economist, you distinguish

8     between transactions and distribution?

9            MR. HARRINGTON:  Objection.

10           THE DEPONENT:  Well, you know,                    11:29:25

11    transactions can happen without distribution,

12    right?  I mean, for example, you pay with

13    American Express.  Then the merchant accepts your

14    payment.  That's a transaction, right?

15           The distribution is some -- someone else,        11:29:43

16    right?  I mean, it's not the same thing as -- as a

17    transaction.  Transaction is -- a transaction is

18    what the companies want -- they want to make

19    themselves profitable as stores, so they like

20    transactions.                                           11:29:58

21           But the customer needs something to -- to

22    pay.  Otherwise they wouldn't pay, and that

23    something is something that gets distributed.  So

24    we shouldn't -- we shouldn't discount the fact that

25    behind the transaction, there is distribution.         11:30:17

                                                    Page 81

**CONFIDENTIAL**

```
 1        Q.   (By Mr. Swanson)  So -- so are there        11:30:20

 2   separate markets for transactions and for

 3   distribution services?

 4        MR. HARRINGTON:  Objection.

 5        THE DEPONENT:  I didn't say anything like        11:30:27

 6   that.  I'm sorry, that's kind of misquoting me.  I

 7   don't think I say anything of that sort.  I'm

 8   saying --

 9        Q.   (By Mr. Swanson)  Okay.

10        A.   -- the function of the store is             11:30:35

11   distribution.  And it happens people pay through

12   these transactions.

13        Q.   Well, I'm asking you a question.  Are you

14   of the opinion, as an economist, that there are

15   separate markets for transactions and for           11:30:51

16   distribution services?

17        MR. HARRINGTON:  Same objection.

18        THE DEPONENT:  No.  Distribution really

19   happens to be paid through the transactions.

20        Q.   (By Mr. Swanson)  So distribution is an     11:31:10

21   input into providing transactions; is that correct?

22        MR. HARRINGTON:  Objection.

23        THE DEPONENT:  You might think of it that

24   way as -- as an input, but I would say it's the

25   actual thing.  This is what people pay for.          11:31:21
```

Veritext Legal Solutions
866 299-5127

**CONFIDENTIAL**

```
 1        Q.   (By Mr. Swanson)  Well, what is the        11:31:25

 2   product in the relevant market?  Is it --

 3        A.   What -- hold on.  What relevant market?

 4   I mean, I'm -- I'm not sure I understand.

 5        Q.   Well, there is a relevant market that      11:31:35

 6   you're assuming in this case, correct?

 7        A.   Well, I am not defining a relevant market

 8   in the terms of traditional antitrust.  I'm taking

 9   the antitrust liability as given, and I'm using the

10   market to calculate damages.                         11:31:55

11        Q.   Well, you're using the same relevant

12   market to calculate damage that plaintiffs allege

13   and Professor Elhauge opines about, are you not?

14        A.   Yes, but I'm -- but I'm saying is that

15   I'm not using the word "relevant market" in the      11:32:13

16   antitrust terms.  I'm using the word "market" as

17   economists would use in general.

18        Q.   That's perfectly fine, but I'm asking you

19   a question about the relevant market.  What do you

20   understand the product in the relevant market is?    11:32:30

21        A.   I haven't defined relevant markets.

22        Q.   So you have no idea what the product in

23   the relevant market is?

24             MR. HARRINGTON:  Objection.

25             THE DEPONENT:  Well, I mean, I don't know   11:32:42
```

Page 83

```
 1    if you want to insult me; I mean, you can.  But the        11:32:44

 2    point is that I -- I have not defined relevant

 3    markets.  I have used the market, as I understand

 4    it, to calculate damages.

 5         Q.   (By Mr. Swanson)  What's the product that        11:32:58

 6    you're calculating damages for?

 7         A.   We are discussing the distribution of

 8    apps through the -- exclusively the App Store in

 9    the present world compared to the but-for world in

10    which there could be a number of different stores      11:33:18

11    and self-distribution.

12         Q.   So the -- is -- is the product for which

13    you're calculating damages transactions?

14         A.   The product is distribution.  Now, it's

15    paid through transactions.                             11:33:38

16         Q.   So you draw a distinction in terms of

17    calculating damages between distribution and

18    transactions; is that what you're saying?

19              MR. HARRINGTON:  Objection.

20              THE DEPONENT:  Well, what -- I -- I said     11:33:55

21    it more than once.  I mean, the product is

22    distribution.  It's paid through transactions.

23              We're talking about the present world in

24    which distribution is exclusively done through

25    Apple from the Apple Store or the Apple App Store,     11:34:11
```

Page 84

**CONFIDENTIAL**

```
1      and Apple charges a certain price, and we're            11:34:15

2      talking about the but-for world in which we have a

3      number of stores and then we have a different price

4      and we compare them.

5              So when we compare them, of course we            11:34:25

6      compare the -- the prices and -- and the amounts

7      and the -- that correspond to the transactions.

8              But to try to talk about transactions in

9      some strange abstraction without the -- the actual

10     thing that happens, which is distribution, doesn't       11:34:39

11     make sense.

12     Q.   (By Mr. Swanson)  Are -- are you, as an

13     economist, assuming that the but-for world involves

14     a single-sided market for distribution?

15     A.   Well, the way distribution happens is             11:34:59

16     either through a store or through self-distribution

17     by a developer.  So if we're talking about a store,

18     then we're talking about a two-sided -- two-sided

19     transaction market.

20              If we're talking about self-distribution,      11:35:28

21     that happens directly from the developer to the

22     consumer.  And both of these are avenues in which

23     the product gets distributed in the but-for world.

24     Q.   Do you agree that only other two-sided

25     platforms can compete with a two-sided platform for     11:35:48
```

Veritext Legal Solutions
866 299-5127

1     transactions?                                            11:35:54

2              MR. HARRINGTON:  Objection.

3              THE DEPONENT:  In principle, no.

4         Q.   (By Mr. Swanson)  Do you agree that the

5     relevant market or markets in this case are              11:36:00

6     two-sided transaction markets?

7         A.   Well, I'm not sure I understand again the

8     relevant antitrust definition of a market, which I

9     didn't do, and I only calculated damages for the

10    market.                                                  11:36:23

11             Now, this market is a market for

12    distribution.  So right now, the way it's done

13    under Apple, there is only one store.  It's

14    two-sided, that's fine.

15             If we had the but-for world, then there         11:36:37

16    would be more than one stores, and there would be

17    self-distribution.  So both the effects of the

18    extra stores and the self-distribution should be

19    taken into consideration in calculating damages,

20    and that's what I do.                                    11:36:57

21        Q.   Is your calculation of damages

22    independent of the definition of the relevant

23    market?

24        A.   My calculation of the relevant damages is

25    based on an antitrust finding of liability, and          11:37:13

                                                          Page 86

**CONFIDENTIAL**

```
 1    that's the simple -- simple story here.            11:37:21

 2         Q.   If the finder of fact determines that

 3    there are half a dozen different relevant markets

 4    at issue in this case, would that affect your

 5    conclusion about damages?                          11:37:34

 6         A.   If the finder of fact finds antitrust

 7    liability, that -- especially the way that

 8    Professor Elhauge outlined, then my calculation

 9    would stand.

10         If the finder of fact finds something        11:37:55

11    completely different, then I would have to redo my

12    calculation.

13         Q.   And are you saying if the finder of fact

14    finds liability in something other than a single

15    relevant market, that you'll have to redo your     11:38:13

16    calculations?

17         A.   Well, now we're talking hypothetically.

18    I mean -- well, you can stretch the hypotheticals

19    up to a point.

20         I'm not sure what -- you know, if -- if       11:38:25

21    we -- the finder of fact finds something far away

22    from the finding of liability that I have assumed I

23    will have to redo my calculations.  That's simple.

24         MR. SWANSON:  Okay.  Well, we've been

25    going, I think, for an hour, maybe a tiny bit      11:38:47
```

Page 87

**CONFIDENTIAL**

```
 1    beyond that.  Shall we take another morning break?      11:38:50

 2              THE DEPONENT:  Thank you.

 3              MR. SWANSON:  Okay.

 4              MR. HARRINGTON:  That's fine here.

 5    Ten minutes?                                            11:38:55

 6              MR. SWANSON:  Yeah.

 7              THE VIDEOGRAPHER:  We're now -- we're now

 8    going off the record.  The time is 11:39.

 9              (Recess taken.)

10              THE VIDEOGRAPHER:  We're now back on the       11:49:55

11    record.  The time is 11:50.

12         Q.  (By Mr. Swanson)  Professor, how -- how

13    do you measure price in a two-sided transaction

14    market?

15         A.  We would look at the total price of -- of      11:50:12

16    the two sides participating in the transaction.

17         Q.  And what -- what would the total price be

18    in the context of the App Store?

19         A.  Well, it would be what the -- what the

20    consumers pay plus what the developers receive, or      11:50:56

21    minus, whatever you -- however you calculate.

22         Q.  Well, how -- could you give me an example

23    of an app that is sold for 9.99, what would be the

24    relevant two-sided transaction price?

25         A.  Well, the app is 9.99, so if there is          11:51:24
```

Page 88

```
 1    something that the consumer gets, we can subtract        11:51:29

 2    that, and that would be the total price in the

 3    market.

 4            Now, besides that, there is Apple that

 5    has already taken its 30 percent.  So that's           11:51:40

 6    something to keep in mind.

 7        Q.   Well, what is the price that you refer to

 8    that the consumer is paying?

 9        A.   The consumer pays 9.99.

10        Q.   And so is there a price that the              11:51:58

11    developer pays?

12        A.   Well, the -- the developer pays to Apple

13    30 percent.

14        Q.   So on a 9.99 transaction that would be

15    $3?                                                    11:52:20

16        A.   Approximately, yes.

17        Q.   So would you add 9.99 and $3 to get the

18    total price of the two-sided transaction?

19            MR. HARRINGTON:  Objection.  Form.

20            THE DEPONENT:  I'm -- I'm not sure I -- I      11:52:33

21    understand that -- that kind of a reasoning.

22            The whole thing is set up so that

23    transactions happen with -- already paid 30 percent

24    to Apple.

25            So the -- the -- the consumer -- the --        11:52:51
```

Page 89

**CONFIDENTIAL**

```
 1    the -- the producer -- the -- the developer pays --      11:52:55

 2    I'm sorry -- collects 9.99.  And the customer pays

 3    9.99.

 4            So in this world, the -- the developer

 5    gets paid exactly what the -- the consumer pays,         11:53:17

 6    right.  And then the developer has to pay

 7    30 percent of that to -- to Apple.

 8            So in fact, the developer ends up with

 9    not 9.99.  But 6.99, let's say.

10        Q.   (By Mr. Swanson)  So which --                   11:53:44

11        A.   So that would be the trans- -- the final

12    transaction price.

13        Q.   So is 6.99 the price of the product in

14    the relevant market in that example?

15            MR. HARRINGTON:  Objection.  Form.               11:53:53

16            THE DEPONENT:  Well, again, I didn't

17    define the relevant markets.  But in -- in that

18    setup, the -- the developer gets paid only 6.99

19    while the -- the customer is -- gets paid 9.99.

20            So we're talking about a but-for world in        11:54:12

21    which even if the developer still collects 9.99,

22    the -- Apple collects less than $3.  So the

23    developer is going to be better off in the but-for

24    world.

25        Q.   (By Mr. Swanson)  Could you turn to             11:54:35
```

Veritext Legal Solutions
866 299-5127

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | paragraph 10 on page 5? | 11:54:36 |
| 2 | A.   Yes. | |
| 3 | Q.   You state that you "understand that | |
| 4 | Prof. Elhauge has opined that the relevant market | |
| 5 | in this case is the market for domestic iOS app and | 11:55:02 |
| 6 | digital in-app purchase (IAP) distribution | |
| 7 | services, including all the ways the developers can | |
| 8 | distribute native apps to users of iOS devices in | |
| 9 | the United States.  For the purposes of brevity, | |
| 10 | throughout this report I will refer to the market | 11:55:21 |
| 11 | as the 'iOS app distribution' market, but I mean | |
| 12 | this term to include initial purchases, | |
| 13 | subscriptions, and IAP." | |
| 14 | So when you use the term "iOS app | |
| 15 | distribution" in your report, you're referring to | 11:55:35 |
| 16 | Professor Elhauge's relevant market, correct? | |
| 17 | A.   Well, we're referring to initial | |
| 18 | purchases, subscriptions and IAP, besides -- | |
| 19 | you know, the -- you know, all of these three | |
| 20 | things. | 11:55:52 |
| 21 | Q.   And those three things are in | |
| 22 | Professor Elhauge's relevant market, correct? | |
| 23 | A.   Yes. | |
| 24 | Q.   And you say "I have read his market | |
| 25 | definition analysis and find that his conclusions | 11:56:00 |

Page 91

```
1    are sound."                                      11:56:03

2          So you're making a substantive statement

3    there that you believe Professor Elhauge's

4    conclusions about the relevant market are sound,

5    correct?                                          11:56:13

6          MR. HARRINGTON:  Objection.

7          THE DEPONENT:  Correct.

8    Q.   (By Mr. Swanson)  And you say "In this

9    section, I analyze the characteristics of this

10   relevant market in the but-for world," right?    11:56:20

11         Are you changing that opinion?

12   A.   No.

13   Q.   So you know what the relevant market is,

14   do you not?

15   A.   Well, it was defined by Professor Elhauge   11:56:31

16   and I -- I say that it was sound.

17   Q.   And every time you refer to the market in

18   this report, you're referring to that relevant

19   market, are you not?

20   A.   Well, in the -- the -- the -- the market    11:56:44

21   for iOS app distribution, right, which includes

22   initial purchase, subscription, IAP.  But from my

23   understanding and from my calculation of damages,

24   it includes self-distribution as well.

25         I mean, it's not in the -- I'm -- I'm      11:57:04
```

Page 92

**CONFIDENTIAL**

```
 1    sure that it's clear that one cannot exclude          11:57:07

 2    self-distribution from the possibility that exists

 3    in the but-for world.

 4          Q.   Does Professor Elhauge exclude

 5    self-distribution from the relevant market?          11:57:21

 6          A.   I don't think so.

 7          Q.   Okay.  So when you refer to the market in

 8    your report, you're referring to

 9    Professor Elhauge's definition of the relevant

10    market; is that correct?                             11:57:32

11          MR. HARRINGTON:  Objection.

12          THE DEPONENT:  Well -- but, again, I'm

13    trying not to discuss the relevant market in the

14    antitrust sense, but a market in the plain

15    economist sense, in which I'm going to say here is   11:57:45

16    what we have in the but-for world.  Here is what we

17    have in the -- in the -- in the but-for world -- in

18    the but-for world versus the actual world.

19          Q.   (By Mr. Swanson)  Well, I'm just trying

20    to understand what your opinions are.                11:57:59

21          Are you saying that when you use the term

22    "market" in your report, you're using it in a sense

23    different than the market definition that

24    Professor Elhauge has supplied and that you

25    indicate is sound?                                   11:58:11
```

Page 93

```
 1              MR. HARRINGTON:  Objection.            11:58:13

 2              THE DEPONENT:  No.  I'm not -- I'm not

 3      saying I'm using it differently.  I'm just saying

 4      that to be clear, that I have not defined an

 5      antitrust market in my report.  Whatever is done   11:58:21

 6      was done by Elhauge -- that Professor Elhauge.  And

 7      I take the antitrust liability as given and go on

 8      from there to look at this market and seeing how it

 9      would be in the but-for world.

10          Q.   (By Mr. Swanson)  Well, what -- what do    11:58:40

11      you mean then when you say you find his conclusions

12      are sound?

13          A.   Meaning, I -- what it says.  That I -- I

14      don't have any -- I -- I think that he -- he did a

15      good job, and I don't have any real disagreement    11:58:54

16      with him.

17          Q.   Okay.  Is the percentage commission for a

18      given App Store transaction the price of that

19      transaction in the relevant market?

20              MR. HARRINGTON:  Objection.            11:59:16

21              THE DEPONENT:  Can you say it one more

22      time just to be sure.

23          Q.   (By Mr. Swanson)  Uh-huh.

24              Is the percentage commission for a given

25      transaction in the App Store the price of that      11:59:25
```

Page 94

**CONFIDENTIAL**

```
 1    transaction in the relevant market?                    11:59:30

 2             MR. HARRINGTON:  Same objection.

 3             THE DEPONENT:  Well, let's to be -- to be

 4    sure we understand we're on the same page.

 5             There is something that the developer        11:59:37

 6    collects.  Then that fee -- let's say, the

 7    30 percent fee that Apple collects -- let's say

 8    it's $3 -- is, in fact, the -- the price that Apple

 9    collects for distribution.

10             So that's the -- the crucial number that     12:00:04

11    I think -- and I show -- is going to be different

12    in the but-for world.

13        Q.   (By Mr. Swanson)  In the but-for world,

14    you talk about percentage commissions, correct?

15        A.   Correct.                                      12:00:19

16        Q.   So is it your view that the percentage is

17    the relevant price, or is it the absolute dollar

18    amount in each case that's the relevant price?

19        A.   It's the -- it's the commission.  It's

20    the commission percentage.  So Apple collects 30       12:00:31

21    and for some categories 15.  And in the but-for

22    world, these commissions would be different by

23    market participants.

24        Q.   Do you agree that Apple's average

25    commission has decreased at least 10 percent since     12:00:52
```

Page 95

**CONFIDENTIAL**

```
 1    2015?                                              12:00:55

 2        A.   Well, I -- I don't -- I have to see the

 3    actual numbers.  But if for whatever reason Apple's

 4    commission has decreased, it must be because of a

 5    change in the mix of the things getting distributed   12:01:14

 6    and the small business product -- program that was

 7    announced by Mr. Cook and discussed in the trial.

 8        Q.   Well, is the average commission rate of

 9    any economic meaning to you in forming your

10    opinions in this case?                               12:01:38

11        A.   Of course.

12        Q.   Okay.  So by definition, the average is

13    going to be affected by the mix, correct?

14             (Technical difficulties; Court Reporter

15    asks for clarification.)                             12:01:49

16        Q.   (By Mr. Swanson)  Oh, I said, by

17    definition, the average is going to be affected by

18    the mix?  I believe --

19        A.   The answer is yes.

20        Q.   Could you turn to page -- to table 8 on     12:02:07

21    table 38 of your report?

22        A.   I'm sorry.  You said table 8?

23        Q.   Table 8.

24        A.   Yes.

25        Q.   You calculated average commission rates     12:02:32
```

Page 96

**CONFIDENTIAL**

```
 1   by year for the App Store, correct?                    12:02:34

 2        A.   That's correct.  And I have to say that

 3   this is before some extra data came -- some extra

 4   data -- data came after the report was published.

 5   So we don't go to 2020.                                 12:02:51

 6        Q.   But as far as you know, are the entries

 7   up through 2018 the same?

 8        A.   Yes.

 9        Q.   Okay.  And is it your understanding that

10   the number or the average for 2019 may change given     12:03:08

11   the extra data?

12        A.   The hour -- the number for 2019.  And, of

13   course, there's going to be a number for 2020, yes.

14        Q.   Okay.  Have you made those calculations?

15        A.   My -- my staff is in the process of          12:03:22

16   making the calculations.  I -- I haven't seen the

17   final results.

18        Q.   Okay.  And then we'll just look at 2018.

19
```

Page 97

**CONFIDENTIAL**



14      Q.   Is it your opinion that when a two-sided

15   transaction platform sells transactions, that all        12:04:39

16   transactions sold on the platform necessarily

17   belong in the same product market?

18           MR. HARRINGTON:  Objection.

19           THE DEPONENT:  All right.  I need to hear

20   this again, please.                                       12:04:51

21      Q.   (By Mr. Swanson)  Is it your opinion that

22   when a transaction platform, a two-sided

23   transaction platform sells transactions, that all

24   transactions sold on the platform necessarily

25   belong in the same product market?                        12:05:05

                                                      Page 98

**CONFIDENTIAL**

```
  1              MR. HARRINGTON:  Same objection.              12:05:07

  2              THE DEPONENT:  Well, this seems to be a

  3     hypothetical, and I'm not sure I can answer in --

  4     in abstraction.

  5         Q.   (By Mr. Swanson)  You can't answer that       12:05:24

  6     question?

  7         A.   Well, I already said it's a hypothetical

  8     question about the hypothetical two-sided market,

  9     and I'm not sure which one you're talking about.

 10     And therefore, I wouldn't be able to say they          12:05:38

 11     belong to the same market.  They might not.

 12         Q.   Okay.  Well, let's take a specific

 13     example.  Is it your opinion that when the

 14     App Store sells transactions, that all transactions

 15     sold on the App Store platform are necessarily in      12:05:56

 16     the same product market?

 17              MR. HARRINGTON:  Objection.

 18              THE DEPONENT:  Well, first of all, I -- I

 19     disagree with the words "sells transactions."  I

 20     mean, nobody sells transactions.  People sell          12:06:11

 21     services, people sell goods, people sell something

 22     that people are willing to pay.  Transaction is

 23     what consummates the sale.

 24              The -- we're not selling transactions,

 25     right?  We're selling distribution in the -- in        12:06:24
```

**CONFIDENTIAL**

```
1     the -- in the App Store.                        12:06:26

2          So if you're telling me the App Store is

3     selling distribution, could it be selling something

4     else?  Not as far as I can see.

5          Q.   (By Mr. Swanson)  Do you know if you and   12:06:41

6     Professor Elhauge have the same opinion on what the

7     relevant product is in the relevant product market?

8          A.   The same opinion as?

9          Q.   To what the relevant product is in the

10    relevant product market.                        12:06:53

11         A.   You mean -- I'm not sure what the

12    question is, comparing Elhauge to -- to what?

13    Comparing what Elhauge says to me?  To what I just

14    said?

15         Q.   Yes.                                   12:07:10

16         A.   Well, I don't know how he phrased it

17    exactly.  But the transactions is what consummates

18    the sale.  You know, it would be great if you and I

19    can start selling transactions and make money just

20    by selling transactions, but it's not realistic,   12:07:30

21    right?

22              I mean, what's happening behind the

23    scenes is that Apple is distributing products.

24    They're distributing apps, and people are willing

25    to pay for the -- for this distribution through the   12:07:42
```

Page 100

**CONFIDENTIAL**

```
1    transactions.                                        12:07:44

2         Q.   Can you identify any other economist,

3    aside from Professor McFadden, who believes that

4    the products sold by the App Store is not

5    transactions?                                         12:08:01

6              MR. HARRINGTON:  Objection.

7              THE DEPONENT:  Well, I -- first of all, I

8    mean, I -- I have to be careful about this.  I

9    haven't read what every other economist has said

10   about the Apple Store, and you can understand that   12:08:15

11   I cannot really answer that question, given --

12   given that.

13             But what -- again, coming back to your

14   premise, the store consummates transactions.  It

15   doesn't sell transactions.  It sells distribution    12:08:31

16   services, and these are consummated in

17   transactions.

18        Q.   (By Mr. Swanson)  And that is the

19   fundamental basis for your opinions in your report,

20   that understanding of what the market is and how it  12:08:45

21   operates?

22             MR. HARRINGTON:  Objection.

23             THE DEPONENT:  Well, I mean, it's -- it's

24   one of the crucial understandings of what --

25   what -- what the market is, what -- how            12:08:56
```

**CONFIDENTIAL**

```
 1    distribution happens, and how distribution can          12:09:01

 2    happen in alternative ways, in the but-for world.

 3         Q.   (By Mr. Swanson)  Could you turn to

 4    paragraph 26 in your report on page 15.

 5         A.   Yes.                                           12:09:29

 6         Q.   You state that, "The PC app distribution

 7    market is not exactly the same as the iOS app

 8    distribution market"?

 9         A.   I'm sorry, are we on 26?

10         Q.   Yeah, the very bottom of page 15, that --     12:09:41

11    that sentence that carries over.  Although --

12         A.   Hold on -- hold on one second.  Yeah.

13         Q.   Paragraph 26, please.

14         A.   Yeah, right.

15              Yes, I can see that.                           12:10:02

16         Q.   Okay.  What -- what is the PC app

17    distribution market?

18         A.   It's distributing apps for the PC

19    Microsoft operating system, Windows.

20         Q.   And are you defining on -- a PC app           12:10:15

21    distribution market based on principles of

22    substitution, cross elasticity of demand?

23              MR. HARRINGTON:  Objection.  Form.

24              THE DEPONENT:  Well, I don't think we --

25    I -- I need to do that, but I could if -- if you        12:10:30
```

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | wanted. | 12:10:33 |
| 2 | I mean, the point is that we all know | |
| 3 | what -- what we're talking about.  We are talking | |
| 4 | about apps that run on Windows, and we're talking | |
| 5 | about the stores that are distributing them and | 12:10:48 |
| 6 | self-distribution. | |
| 7 | Q.   (By Mr. Swanson)  Are you limiting the PC | |
| 8 | app distribution market to distribution on Windows | |
| 9 | devices? | |
| 10 | A.   Well, I do not recall 100 percent how | 12:11:09 |
| 11 | exactly the numbers we used are, but I believe so. | |
| 12 | I could be wrong.  I better check it and get back | |
| 13 | to you on this. | |
| 14 | Q.   Do you include, in the PC app | |
| 15 | distribution market, apps that are distributed by | 12:11:35 |
| 16 | platforms on the Mac? | |
| 17 | A.   No. | |
| 18 | Q.   Are you aware that Steam is available on | |
| 19 | the Mac? | |
| 20 | A.   Uh-huh, yes. | 12:11:49 |
| 21 | Q.   So it is your opinion that Steam on a | |
| 22 | Windows PC is in a different market that Steam on a | |
| 23 | Mac? | |
| 24 | MR. HARRINGTON:  Objection. | |
| 25 | THE DEPONENT:  Well, that's a kind of a | 12:12:00 |

Page 103

**CONFIDENTIAL**

```
1    broad question, and it has to do with substitution        12:12:04

2    between Macs and PCs.

3           In the past, let's say in the major

4    antitrust case of the government against Microsoft,

5    the government did not include the Mac as a              12:12:24

6    substitute for the PC and went on to win the case

7    based on that understanding.

8           So I do not want to get into the

9    discussion about the substitutability between the

10   Mac and the -- and -- and the PC -- and the PCs.         12:12:52

11          Most people, I think, believe that the

12   Mac setup is pretty far away from the PC setup.  So

13   I wouldn't put -- I mean, for example, in -- in an

14   app that runs on PC cannot run on a Mac unless it's

15   rewritten from scratch.  So to try to talk about        12:13:17

16   distribution as if Mac and PC are interchangeable

17   would be -- would be foolish.

18      Q.   (By Mr. Swanson)  So your use of the term

19   "PC app distribution market" excludes any app

20   distribution through identical platforms on the         12:13:38

21   Mac?

22      A.   Well, as -- as I -- as I said, there

23   could be platforms that distribute on the Mac, but

24   the idea that the same kind of app is going to run

25   well on both systems, both the PC and a Mac,            12:14:00
```

Page 104

**\*\*CONFIDENTIAL\*\***

| | | |
|---|---|---|
| 1 | doesn't really make sense.  It's not really true. | 12:14:04 |
| 2 | So even though the same company might | |
| 3 | have a store for the Mac and a store for the PC, it | |
| 4 | doesn't mean that what it's selling is | |
| 5 | interchangeable between the two operating systems. | 12:14:22 |
| 6 | Q.   When the Epic Games store opened up, did | |
| 7 | it open up on the Mac as well as the Windows | |
| 8 | platform? | |
| 9 | A.   I don't recall if Epic opened on the Mac. | |
| 10 | I mean, I haven't examined that. | 12:14:44 |
| 11 | Q.   Okay.  Have you looked at app | |
| 12 | distribution on the Mac at all? | |
| 13 | A.   I have not, because I excluded the Mac | |
| 14 | as -- as a comparable yardstick because of the | |
| 15 | specific policy of Apple to have the same | 12:15:02 |
| 16 | pricing -- the same fees, the same commission | |
| 17 | pricing, for iOS and Mac. | |
| 18 | And, therefore, it made little sense for | |
| 19 | me, no sense, to use the Mac as a comparator, and, | |
| 20 | therefore, I didn't go further in examining the | 12:15:25 |
| 21 | distribution of apps in the Mac. | |
| 22 | Q.   Is -- is your PC app distribution market | |
| 23 | a two-sided market? | |
| 24 | A.   Well, again, some of these stores are | |
| 25 | going to be two-sided when they are distributing | 12:15:44 |

Page 105

```
 1    third-party apps.  Like if you see in Table 4,          12:15:50

 2    page 22, the -- we have -- I have Steam as a third

 3    party, so much sales and so on.  Steam's own sales

 4    so much and so on.

 5              So for Steam, for example, there is a          12:16:08

 6    store where third parties participated --

 7    participate, and that you can think of as

 8    two-sided, but also Steam is distributing, through

 9    itself, the own products, the own sales, and that

10    you can think of as one-sided, directly selling to     12:16:35

11    consumers.

12        Q.   So you are not defining the PC app

13    distribution market as a two-sided transaction

14    market; is that correct?

15        A.   Well, as far as the -- the third parties       12:16:50

16    are -- the third-party distribution's concerned,

17    that's -- that's correct, it's two-sided

18    distribution.

19              But there is also a substitution in the

20    market from own distribution, own product             12:17:04

21    distribution, which cannot be ignored.  And it's

22    taken into consideration.  It's a substitution that

23    cannot be ignored.

24        Q.   Do you include substitution through sales

25    of physical media?                                      12:17:21
```

Page 106

**CONFIDENTIAL**

```
 1          A.   I -- I don't think these are -- in any of       12:17:25

 2     these in Table 4 were -- were -- were dealing with

 3     physical media.

 4          Q.   Okay.  So you exclude that from your PC

 5     app distribution market?                                  12:17:36

 6          A.   I believe so.

 7          Q.   Do you know the relative scale of

 8     physical distribution during the class period in

 9     the PC app world compared to digital distribution?

10          A.   I -- I -- I wouldn't be able to say a           12:17:55

11     number off top of my head.

12          Q.   Could you turn to page 9, paragraph 17,

13     please.

14          A.   Yes.

15          Q.   Okay.  You state that, "Importantly, this       12:18:24

16     implies that from an economic point of view,

17     opening up competition in app distribution does not

18     require a specific approach to security and

19     certification."

20               Have you made an assumption or reached a        12:18:40

21     conclusion about whether the iOS app environment

22     in the but-for world would be more secure, less

23     secure, or equally secure than the actual world?

24               MR. HARRINGTON:  Objection.

25          A.   Well, I have not made a -- a finding            12:19:04
```

Page 107

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | on -- on -- on that.  But let me explain that I | 12:19:07 |
| 2 | allow for two possibilities, depending on what the | |
| 3 | Court says. | |
| 4 | The Court might say, Well, we won in the | |
| 5 | but-for world.  Even though there is going to be | 12:19:27 |
| 6 | competition and various stores and | |
| 7 | self-distribution and all that, we want Apple to | |
| 8 | maintain the right to control which apps are | |
| 9 | allowed to operate on the operating system. | |
| 10 | So that's one possibility.  And I allow | 12:19:44 |
| 11 | for that possibility. | |
| 12 | But it could be that the Court would say, | |
| 13 | Well, you know, we think that the world should be | |
| 14 | much more open, and, therefore, let the various | |
| 15 | stores create their own certification and security | 12:19:59 |
| 16 | and so on for whatever they're selling. | |
| 17 | So I see this as a possibility for -- if | |
| 18 | that -- if the finder of facts goes in that | |
| 19 | direction, I would see that there's a possibility | |
| 20 | for Apple -- Apple Store and alternative stores, to | 12:20:23 |
| 21 | compete in this dimension, the dimension of | |
| 22 | security and certification. | |
| 23 | So my but-for world allows for both of | |
| 24 | these possibilities. | |
| 25 | Q.   Your calculation of damages in the | 12:20:45 |

Page 108

**CONFIDENTIAL**

```
 1    but-for world does not change at all depending on        12:20:48

 2    which of these two alternatives the finder of fact

 3    accepts, correct?

 4         A.   That's correct.

 5         Q.   If Apple retains the right to control          12:21:01

 6    what apps are allowed, according to a finding by

 7    the finder of fact, what fees do you assume it

 8    would apply for that -- for that service to other

 9    app stores?

10             MR. HARRINGTON:  Objection.  Form.             12:21:22

11             THE DEPONENT:  Well, the -- the service

12    is not provided to other app stores.  It's provided

13    to the -- to the developer.  And right now, Apple

14    charges $99 per year or 299 for the Enterprise

15    product program, so I assume that this would remain    12:21:44

16    the same.

17         Q.   (By Mr. Swanson)  Are you assuming that

18    alternative iOS app stores in the but-for world

19    will not need a license from Apple to use Apple's

20    intellectual property?                                 12:21:59

21         A.   I am not completely sure what you mean by

22    that.  What kind of intellectual property are we

23    talking about?

24         Q.   Well, can -- is it -- is it your

25    assumption that Steam or Epic or any other entity     12:22:14
```

Page 109

**CONFIDENTIAL**

```
 1    could run a store and sell iOS apps without          12:22:21

 2    having a license from Apple for using Apple's

 3    computer code?

 4         A.   Well, there has to be some connection

 5    with the Apple operating system.  The same way      12:22:41

 6    as -- in the PC, there has to be an -- an

 7    application product interface, an API, which would

 8    allow the, let's say, Epic store to run and provide

 9    products for -- for -- for the Microsoft PC.

10              So that kind of connection will be         12:23:09

11    required.  Otherwise the -- the -- the stores will

12    not be able to work.

13              And, of course, additionally, the -- the

14    distribution, the direct distribution, should also

15    be allowed.                                          12:23:28

16              So if you want to call this an imposition

17    on -- on the intellectual property of Apple, you

18    can call it, but in some way, this is kind of

19    normal type of business for interconnecting

20    products.  It's not something unique.  And it's not  12:23:47

21    something abnormal.  So I would say this would be

22    required, but I don't see it as -- as a severe

23    imposition on the intellectual property of Apple.

24         Q.   Well, it's a normal thing for a company

25    to charge some fee for the use of its intellectual   12:24:04
```

Page 110

1   property; is that not --                          12:24:10

2       A.   Well -- well, if you really think that

3   Apple will end up saying, I will only give you the

4   API if you give me $10, I mean, I -- I don't know.

5   I mean, that sounds to me unlikely.               12:24:22

6            I mean, either the finder of fact is

7   going to say, Look, you have to open the markets

8   and you have to provide the APIs to -- to the

9   stores or -- or not.

10           I mean, the idea that somehow Apple has   12:24:37

11  to be specifically compensating for opening an API,

12  I guess it's conceivable, but I find it unlikely.

13      Q.   Well, your -- your calculations do not

14  include any payment whatsoever for the use of

15  Apple's APIs by any rival App Store, correct?      12:24:57

16      A.   My -- I do not -- let me put it in a

17  positive way.  I did not set up any additional fees

18  to Apple in the but-for world besides the -- the

19  commission fee, which I calculate.

20      Q.   So you understand that in the but-for     12:25:27

21  world, it is possible that some developers will

22  only sell their apps through nonApple means,

23  otherwise --

24           MR. HARRINGTON:  Objection.

25      Q.   (By Mr. Swanson)  -- otherwise than       12:25:44

                                            Page 111

```
 1    through the App Store?  Do you agree with that?        12:25:46

 2          MR. HARRINGTON:  Sorry to interrupt.

 3    Objection.

 4          THE DEPONENT:  Sorry, I -- you cut off

 5    for a minute so I -- I didn't hear the whole thing.     12:25:52

 6       Q.   (By Mr. Swanson)  Sure.  I'll start over.

 7          Would you agree that your but-for world

 8    includes scenarios where developers choose not to

 9    sell their apps, their iOS apps, through the

10    Apple App Store but instead sell their iOS apps         12:26:07

11    through rival app stores?

12       A.   Yes, of course that can happen, or it can

13    happen also they can sell them through multiple

14    stores, including the Apple Store, but it can

15    happen that they -- some might not.                     12:26:24

16       Q.   And is it your opinion in the scenario

17    when the Court has Apple reviewing the apps that

18    are going to be sold only in nonApple app stores

19    in -- in that scenario which I identified, that

20    Apple would not charge anything beyond the $99 that     12:26:45

21    it charges developers currently for making apps

22    available in the Apple App Store?

23          MR. HARRINGTON:  Objection to form.

24          THE DEPONENT:  Yes, broadly I would say,

25    yes.  I mean, the $99 is the present standard fee,      12:27:06
```

| | |
|---|---|
| 1 | and I would expect it to stay the same. | 12:27:12 |
| 2 | Q.    (By Mr. Swanson)  If -- if your |
| 3 | assumption is incorrect and, for example, Apple was |
| 4 | to charge $299 to developers who were having Apple |
| 5 | review their apps but were choosing to sell those | 12:27:31 |
| 6 | apps outside the Apple App Store, would that change |
| 7 | any of your opinions? |
| 8 | A.   Well, I think it -- it depends on what |
| 9 | but-for world we are -- we're talking about.  If |
| 10 | the finder of fact says, You -- you, third-party | 12:27:47 |
| 11 | store, any developer who sells through you has to |
| 12 | pay whatever this number is that you just mentioned |
| 13 | to Apple for certification, then I'll have to take |
| 14 | that into consideration and alter the amount of |
| 15 | damages in my report. | 12:28:07 |
| 16 | But on the other hand, if the finder of |
| 17 | fact says, Look, if you want, you can pay Apple 299 |
| 18 | and -- and get certified, but if you don't want to |
| 19 | pay 299, go through a third party which maybe has |
| 20 | Symantec or McAfee or who knows who, who is | 12:28:31 |
| 21 | certifying the security of the app, and the Court |
| 22 | might say, Well, that's fine, let competition |
| 23 | happen between Apple and the rest of the stores |
| 24 | on -- on certification. |
| 25 | So that can also happen, and then -- then | 12:28:49 |

Page 113

**CONFIDENTIAL**

1    the issue doesn't arise so -- doesn't arise.                    12:28:52

2          Q.    Could you please turn to page 11.  I

3    wanted to ask you a question about figure 1.

4          A.    Yes.



23         Q.    Now, on page 10, Table 1, you represent

24   that the operating margin for the App Store in 2019

25   was 76.6 percent, correct?                                      12:30:11

**CONFIDENTIAL**

```
 1          A.    2015, you said?                          12:30:15

 2          Q.    2019.

 3          A.    76.6, yes.

 4          Q.    Uh-huh.  In your opinion, would Apple

 5     have had higher overall company operating margin if    12:30:25

 6     it had sold the iPad business?

 7          A.    I -- I have not examined that.

 8          Q.    Well, can you do the math?

 9          A.    No.  I mean, I -- you are asking me

10     something that I haven't examined.  I'm not going      12:30:41

11     to start offering opinions under oath here on

12     something of that sort.

13          Q.    Okay.  So you -- that's not an opinion as

14     an economist that you can -- that you can provide?

15          A.    Look, as an economist, in this particular   12:30:53

16     proceeding, there's some things I have worked on

17     and these is what I'm talking about.

18                Telling me, Well, what if a line of

19     business of Apple were changed, well, I haven't

20     examined that.  I mean, you know, it's not a fair      12:31:11

21     question for an economist that has been -- has been

22     asked to offer opinion on -- on a very specific

23     type of issue on the App Store.

24          Q.    Well, if an economist knows that the

25     entire company's operating margin is ███ percent,      12:31:26
```

```
 1    and that one piece of that company's operating          12:31:31

 2    margin is ▮ percent.  If you were to exclude the

 3    piece that has a ▮ percent operating margin, what

 4    do you think would happen to the overall operating

 5    margin?                                                  12:31:48

 6             MR. HARRINGTON:  Objection.

 7             THE DEPONENT:  If -- if -- if your

 8    question really means suppose that this thing

 9    wasn't there and that we somehow -- I -- I don't

10    know.  It's very hard to do this kind of                12:32:05

11    hypothetical.

12             And I -- I wouldn't want to be in the

13    position of Mr. Cook.  I mean, that's the guy who

14    is making these decisions about what to include in

15    his -- in the bundle of products that Apple offers.     12:32:21

16             I think it's a bit too -- how can I

17    say -- superficial for us to come out and say,

18    Well, what if they threw away this division, what

19    would happen to the margin?  I mean, it's not

20    something that I feel comfortable discussing.           12:32:35

21        Q.   (By Mr. Swanson)  Would you feel

22    comfortable discussing whether or not you have the

23    opinion that the App Store would have a

24    76.6 percent margin if it was operated by a third

25    party?                                                  12:32:52
```

Page 116

**CONFIDENTIAL**

```
  1              MR. HARRINGTON:  Objection.              12:32:53

  2              THE DEPONENT:  You mean if the present

  3      conditions of exclusivity remain and it was

  4      operated by third party?

  5         Q.   (By Mr. Swanson)  Everything is the same   12:33:06

  6      but it's operated by a third party.

  7         A.   Well, that's a kind of an interesting

  8      question that I haven't really examined, but it's

  9      an interesting question:  Does -- does Apple do

 10      things internally better than outsourcing them?    12:33:22

 11      It's an interesting question.  But I haven't

 12      examined it, and, therefore, I'm not going to offer

 13      an opinion.

 14         Q.   Do you have an understanding as to what

 15      the operating margin was for the iPhone, iPad and   12:33:37

 16      App Store taken together?

 17         A.   Well, I mean, we have to look at -- more

 18      carefully at the -- at the numbers.  I -- I

 19      haven't -- I don't have it on top of my head.

 20         Q.   Okay.  Well, do you believe it's higher    12:33:53

 21      than 25 percent?

 22         A.   I'm sorry, say again the categories?

 23         Q.   If you were to combine the iPhone, iPad

 24      and App Store businesses together, do you know what

 25      the operating margin would be for that combined     12:34:07
```

Page 117

**CONFIDENTIAL**

```
 1   business?                                          12:34:10

 2       A.   No, I wouldn't be able to do that, and I

 3   don't think I'm so good in doing math in -- under

 4   oath in front of the camera, so I wouldn't -- I

 5   would venture not to -- not -- not to say yes or no   12:34:21

 6   to that.

 7       Q.   Okay.  Well, do you have an understanding

 8   as to whether that combined operating margin would

 9   be closer to the ████ percent overall company

10   margin, or would it be closer to the 76.6 percent    12:34:34

11   margin that you report in Table 1?

12       A.   Well, I -- I already said that I -- I

13   don't think it's a good idea for us here.  But just

14   looking at the margins without volumes and so on,

15   to try to create an actual calculation of -- of      12:34:52

16   that sort, I mean, it's not -- it's speculative.

17       Q.   Well, if you assumed that the margin of

18   those three businesses combined was less than

19   30 percent, would that affect any of your opinions

20   in your report?                                      12:35:15

21            MR. HARRINGTON:  Objection.

22            THE DEPONENT:  Not as far as I can see.

23            MR. HARRINGTON:  Mr. Swanson, I don't

24   know what your thoughts were for lunch or whether

25   you're at a stopping point but --                    12:35:32
```

**CONFIDENTIAL**

```
1              MR. SWANSON:  No, it's a good -- I was        12:35:34

2    just going to raise that, so I'm -- whatever -- my

3    rule is the witness and the court reporter can

4    decide.

5              MR. HARRINGTON:  I like that.                 12:35:42

6              MR. SWANSON:  Yeah.

7              THE DEPONENT:  Well, it's 12:35.  We can

8    give it 40 minutes.  Would -- you guys are okay

9    with that?

10             MR. HARRINGTON:  Okay for the                 12:35:55

11   court reporter and videographer?

12             THE COURT REPORTER:  That's fine.

13             THE VIDEOGRAPHER:  Fine with me.

14             THE DEPONENT:  40 minutes, so that would

15   make it -- go ahead, you -- you say that area        12:36:06

16   what -- how -- how -- when we restart.

17             MR. HARRINGTON:  It's a math question,

18   isn't it?

19             MR. SWANSON:  Yes.

20             THE DEPONENT:  Yeah.                          12:36:10

21             THE VIDEOGRAPHER:  Are we ready go off

22   the record?

23             MR. SWANSON:  Yes.

24             THE VIDEOGRAPHER:  We are now going off

25   the record.  The time is 12:36.                      12:36:18
```

Page 119

```
 1                   (Recess taken.)                      12:36:20

 2              THE VIDEOGRAPHER:  We are now back on the

 3      record.  The time is 1:17.

 4        Q.   (By Mr. Swanson)  Professor, it was

 5      brought to my attention that I omitted to mark as    01:17:16

 6      an exhibit one more errata sheet relating to your

 7      report, so let me make sure to have a full record

 8      here.

 9              (Exhibit 32 was marked for identification

10      by the court reporter and is attached hereto.)      01:17:28

11        Q.   (By Mr. Swanson)  So we put this document

12      into the marked exhibits as Exhibit 32.  It is a

13      document entitled "Errata Regarding Expert Class

14      Certification Report of Professor Nicholas

15      Economides."                                        01:17:45

16              Take a look at that and confirm that that

17      was the -- the initial errata sheet that you

18      submitted.

19        A.   Yes, that's correct.

20        Q.   Okay.                                        01:17:56

21        A.   Thank you.

22        Q.   Thanks.

23              So back to Exhibit 29.  Could you please

24      turn to paragraph 30.

25        A.   Yes.                                         01:18:25
```

                                                    Page 120

**CONFIDENTIAL**

```
  1        Q.   You state here that two potential              01:18:25

  2   yardsticks are available that allow you to estimate

  3   what the prevailing commission rate for the iOS

  4   app distribution market would be in the but-for

  5   world.                                                   01:18:37

  6             Are you relying on any yardsticks in

  7   support of your opinions other than the two

  8   referenced here?

  9        A.   No.  These are the ones that I'm relying

 10   on.                                                      01:18:50

 11        Q.   Okay.  How do you determine whether a

 12   yardstick is reliable?

 13        A.   Well, you -- for the first yardstick, we

 14   look for a distribution market that has similar

 15   features, and we find that the Windows PC app           01:19:06

 16   distribution market has similar features to the

 17   iOS app distribution market.

 18             Now, the second one, the -- the profit

 19   yardstick is from a different set of firms that are

 20   also running marketplaces, and we -- I mean, I can      01:19:31

 21   go in more detail there about the -- the

 22   requirements that I have imposed on that further

 23   on.

 24        Q.   Is it important, when determining whether

 25   a yardstick is reliable, to make sure that it           01:19:51
```

Page 121

**CONFIDENTIAL**

```
 1    pertains to the same geographic market as the          01:19:57

 2    relevant market in the case?

 3         A.    To the extent possible.

 4         Q.    For a yardstick to be reliable, is it

 5    important for it to be comparable to the market in      01:20:09

 6    question over the whole class period?

 7         A.    Yes, to the extent possible again.

 8         Q.    For a yardstick to be reliable, is it

 9    important for the source of your data about the

10    yardstick to be reliable?                               01:20:25

11         A.    Yes.

12         Q.    And did you take steps to ensure the

13    reliability of the data you used for your yardstick

14    estimates?

15         A.    Yes, I believe so.                           01:20:40

16         Q.    Could you please turn to page 20 of your

17    report.

18         A.    Yes.

19         Q.    I wanted to ask you a question about the

20    bottom bullet point there.  This is all part of        01:21:05

21    paragraph 37.  You -- you're discussing digital

22    content platforms in this bullet point.

23              Do you see?

24         A.    Uh-huh.

25         Q.    You state that "Although these platforms     01:21:19
```

Veritext Legal Solutions
866 299-5127

**CONFIDENTIAL**

```
 1    may advertise a typical commission rate, they may        01:21:22

 2    also provide special deals to certain customers,

 3    and there is generally no way to know without their

 4    sales data or more -- or other detailed discovery

 5    what their effective commission rate is."             01:21:34

 6               Do you see that?

 7         A.    Yes.

 8         Q.    In your opinion, if there are special

 9    deals for certain customers or if the commission

10    rate varies, does that -- from the advertised rate,   01:21:48

11    does that disqualify a platform from being a

12    yardstick?

13               MR. HARRINGTON:  Objection.  Form.

14               THE DEPONENT:  Well, not necessarily.  I

15    have two different approaches.  One, the yardstick    01:22:02

16    for the PC app distribution market and rejecting

17    the -- the macOS, the video game platforms, the

18    digital -- digital content platforms, and so on,

19    because of the reasons I -- I state.

20               Then I look for the other yardstick,       01:22:30

21    which is for what -- what I call the rival profit

22    yardstick, where I am not looking at the fees but

23    I'm looking at profits in general, and then -- we

24    can talk about it in a bit mere detail if you want.

25         Q.    (By Mr. Swanson)  Are your yardsticks      01:22:59
```

```
 1    taken from two-sided transaction markets?              01:23:01

 2         A.   They are taken from marketplaces, I mean,

 3    to the extent that that's -- that's typically a

 4    two-sided transaction market.

 5         Q.   Back in paragraph 30 on page 17, you          01:23:20

 6    indicate that -- again this -- I think what we were

 7    looking at that earlier, that there are two

 8    potential yardsticks available that allow you to

 9    estimate what the prevailing commission rate would

10    be in the but-for world.                               01:23:39

11              What do you mean by "prevailing"?

12         A.   "Prevailing"?

13         Q.   Yes.

14         A.   Means what the commission rate would have

15    been in the but-for world.                             01:23:48

16         Q.   Okay.  Is -- is that -- is that different

17    from the average commission rate?

18         A.   I wouldn't say it's different.

19         Q.   Okay.  So -- so when you use the term

20    "prevailing," you mean average?                        01:24:03

21         A.   Well, in the context that you were --

22    were saying here, we're trying to find the average

23    commission rate in the but-for world, and you can

24    add the word "prevailing" too.  I mean, I don't see

25    anything wrong with that.                              01:24:18
```

Page 124

1      Q.   Well, we talked before about a mix of         01:24:20

2    rates.  Is the prevailing rate the modal rate?

3      A.   I didn't hear the last word.  At what

4    rate?

5      Q.   Is the prevail -- the prevailing rate        01:24:34

6    the -- the -- the mode among the rates?

7      A.   The way I calculate it, and I invite you

8    to see more carefully about how exactly I -- I

9    calculated it, is the -- for the PC stores, it's

10   the weighted average of the commission of the       01:24:54

11   stores I mentioned, Steam, Epic, Blizzard, Origin,

12   WeGame and Microsoft.

13     Q.   Is this a weighted average over the class

14   period?

15     A.   Yes.  Well, I mean, I -- I believe so,        01:25:12

16   but -- although the numbers that are presented are

17   for 2019.

18     Q.   Okay.  But -- but your view is --

19     A.   I -- sorry, go ahead.

20     Q.   Your view is that that would be               01:25:28

21   representative of the weighted average commission

22   charged by those PC stores for the entire class

23   period?

24     A.   I think for the earlier part of the

25   period, they might have been -- I -- I've seen data  01:25:41

Page 125

**CONFIDENTIAL**

```
 1   that says they were charging more.  So the actual          01:25:44

 2   2019 number is defendant friendly.  It's kind of a

 3   bit lower than earlier years.

 4        Q.   In -- well, do you know how much lower it

 5   is?  Have you calculated them?                              01:26:04

 6        A.   I probably have, but I don't have it in

 7   front of me.  I can -- can I pick up a -- another

 8   document which is -- what is it?  Some backup

 9   document.

10        Q.   Sure.                                             01:26:18

11        A.   Yeah.  Hold on.  Let me see.

12             Yeah, I have here a document that was

13   part of the backup, and it's the -- Valve effective

14   rate, and it shows that in 2015, it was

15   29.98 percent, and then it kept decreasing and             01:26:45

16   reached, in 2019, 25.63.  And then in 2020 and '21,

17   it was even smaller.

18             So this is in the backup.  I'm sorry, I

19   don't have an easy way to show it to you.  But it's

20   in -- it's under -- it's named under the Valve for         01:27:05

21   backup.  So this is just one indication of the

22   effective commission rate being lower in 2019

23   compared to earlier years.

24        Q.   And the backup you're referring to is a

25   spreadsheet with -- with the Steam -- Steam              01:27:22
```

Page 126

```
 1    commission rate?                                   01:27:27

 2         A.   Exactly, Steam Valve.  I'm not sure if

 3    the -- it's named Steam or Valve.  It might be

 4    called Valve.

 5         Q.   I think -- I think Valve is the parent   01:27:34

 6    owner company; does that sound right?

 7         A.   That's right, yeah.

 8         Q.   Okay.  In -- in paragraph 30, you state

 9    that if you were asked to construct a yardstick in

10    a case brought by a single developer, you would    01:27:49

11    conduct the same market-wide analysis to determine

12    an appropriate yardstick for that developer.

13              Were -- were you asked to conduct an

14    analysis of the appropriate yardstick for

15    Donald Cameron?                                    01:28:05

16         A.   I have constructed the analysis for

17    Donald Cameron, but it's not in the report.

18         Q.   And is there a reason why it's not in the

19    report?

20         A.   It's not in the report because I did it  01:28:19

21    after -- after the deadline of the report.  But

22    I -- I thought it might be a relevant issue, so I

23    have -- I have done it, yes.

24         Q.   And -- and what's your opinion as to the

25    relevant yardstick for Mr. Cameron?                01:28:33
```

Page 127

**CONFIDENTIAL**

```
 1        A.   The relevant yardstick works fine.  It        01:28:38

 2   allocates a specific amount for every year of the

 3   class period to Donald Cameron.

 4        Q.   Okay.  And -- and which yardstick is

 5   that?                                                    01:28:50

 6        A.   Well, I mean, it has three numbers --

 7             (Brief interruption.)

 8             (Discussion off the stenographic record.)

 9             THE DEPONENT:  All right.  So it has --

10   your question was, which fee did I apply.  And the       01:29:19

11   answer is I applied the -- all three different

12   fees, the 14 and a half, the 13, and the 14.8, and

13   you can see the small differences in what

14   Mr. Cameron would get in the but-for world, the

15   damages that he would get.                               01:29:41

16        Q.   (By Mr. Swanson)  I see.  So you

17   calculated Mr. Cameron's damages; is that what

18   you're saying?

19        A.   Yes.  It's pretty similar.  I mean, if

20   you -- if -- I mean, just to -- to be sure we            01:29:52

21   are -- we're talking about the same -- the same

22   thing.  I mean, if -- if you -- if you see kind of

23   the -- the -- the -- let me see where I have --

24   it's very similar to the across-the-board

25   calculations, yeah, I don't know where it is.           01:30:09
```

Page 128

**CONFIDENTIAL**

```
 1        Q.   You're using the same yardstick        01:30:12

 2   commissions, but you're just applying it to his

 3   particular sales; is that correct?

 4        A.   Exactly, yeah.  Exactly.

 5        Q.   And did you analyze how Mr. Cameron would   01:30:23

 6   distribute his app in the but-for world?

 7        A.   Well, I -- I gave him the average

 8   overcharge so, you know -- and I'm not -- I

 9   wouldn't be able to say exactly how he's going to

10   distribute it in the but-for world.  But I -- I      01:30:54

11   assume he would use the various marketplaces that

12   would be in the but-for world, including possibly

13   Apple.

14        Q.   Are you familiar with Mr. Cameron's app?

15        A.   Not really, no.                            01:31:10

16        Q.   Did you examine whether Mr. Cameron has

17   competitors for his app?

18        A.   No, I haven't examined.

19        Q.   That wasn't important to you?

20             MR. HARRINGTON:  Objection.                01:31:27

21             THE DEPONENT:  Well, it's not crucial.  I

22   mean, you know, the -- there -- there are lots

23   of -- of these developers.  Most of them have

24   competitors.

25             The fact they have competitors is not the  01:31:33
```

Page 129

**CONFIDENTIAL**

```
1    main question here.  The main question is, what are        01:31:36

2    they overcharged by -- by Apple and how much more

3    they were overcharged.

4         Q.   (By Mr. Swanson)  Did -- did you also

5    conduct an analysis of damages for Pure Sweat          01:31:49

6    Basketball?

7         A.   I don't believe so.

8         Q.   Okay.  Have you examined the history of

9    Pure Sweat's app or apps?

10        A.   Oh, I'm sorry.                                   01:32:08

11             Did you say Pure Sweat?

12        Q.   Yes.

13        A.   Yeah.  I -- I have done that, yes.  I

14   have seen these numbers as well, yeah.

15        Q.   Okay.  Are you aware that there was a            01:32:15

16   period of time when Pure Sweat's app was entirely

17   free with no in-app purchase?

18        A.   No.

19        Q.   Okay.  Well, if you assume that before

20   2019, Pure Sweat's app was entirely free, there was      01:32:31

21   no in-app purchase and no commission paid by

22   Pure Sweat, did you calculate any damages before

23   2019?

24        A.   I don't think so.  But I don't quite

25   recall because I don't have it in front of me.           01:32:50
```

                                                        Page 130

**CONFIDENTIAL**

1      Q.   Okay.  Are you aware that Pure Sweat,        01:32:52

2   before 2019, sold a subscription to its app through

3   its website?

4      A.   No, I'm not.  I don't remember that.

5      Q.   Okay.  Are you aware that in 2019            01:33:06

6   Pure Sweat changed the way it collected money for

7   its subscription by discontinuing the Web -- Web

8   subscription and adopting in-app purchase in its

9   iOS app?

10     A.   I -- I do not recall.                        01:33:24

11     Q.   Okay.  What would you expect happened to

12  the price of Pure Sweat's subscription when it

13  changed from charging for the subscription on --

14  only on its website to charging for its

15  subscription only through its iOS app?              01:33:40

16          Do you think the price went up or down,

17  or stayed the same?

18     A.   I -- I would have to examine it in -- in

19  some detail.  I haven't done that.

20     Q.   Can you rule out any particular change?      01:33:52

21          Can you say there is -- there's no way

22  that the price would have gone down?

23     A.   Well, I would have to look at it more

24  carefully before I -- I say something.

25     Q.   Okay.  Is that true for any given app?       01:34:05

**CONFIDENTIAL**

```
1              MR. HARRINGTON:  Objection to form.        01:34:10

2              THE DEPONENT:  Well, every given app

3      didn't -- didn't do the change that you're

4      proposing, that you went to -- from subscription

5      to -- to IAP.  So I don't see the relevance of the   01:34:21

6      question.

7          Q.  (By Mr. Swanson)  Well, you -- you

8      studied apps that went from IAP to Web subscription

9      only, correct?

10         A.  No, I have not studied specific apps for   01:34:31

11     that.

12         Q.  Have you looked at Netflix?

13         A.  I have looked at Netflix, but not in

14     extreme detail.

15         Q.  Do you understand that Netflix went from   01:34:43

16     IAP to Web subscription only?

17         A.  Yes.

18         Q.  Okay.  Do you know what happened to its

19     Web subscription price after it did that?

20         A.  I have not examined that.              01:34:58

21         Q.  Okay.  In -- well, can you move to

22     paragraph 33 of your report -- I'm sorry.

23             Did I say 33?  31.

24         A.  Yes.

25         Q.  So here you say that "One potential        01:35:20
```

Page 132

```
 1    yardstick for the commission rate that would have        01:35:24

 2    prevailed is the commission rate charged in other,

 3    similar markets that are not contaminated by"

 4    anti- -- "anticompetitive conduct."

 5          What do you mean, "contaminated by            01:35:38

 6    anticompetitive conduct"?

 7       A.   Well, there is a extensive discussion

 8    in the -- in the -- in the next page about the

 9    Android app distribution market, which you might

10    think would be the right comparator, the right      01:35:57

11    yardstick.

12          But then we look at the Android app

13    distribution market and we see that there is

14    anticompetitive conduct there by -- by Google.  And

15    this is discussed in -- in detail in paragraph 33.  01:36:12

16       Q.   Uh-huh.

17          Is exclusive dealing conduct

18    anticompetitive?

19       A.   It could be.

20       Q.   Is below-cost pricing anticompetitive?     01:36:26

21       A.   It could be as well.

22       Q.   Have you analyzed whether the Epic Games

23    store was engaged in anticompetitive conduct?

24       A.   That was not my assignment.

25       Q.   Okay.  So you've assumed that the          01:36:39
```

Page 133

| | | |
|---|---|---|
| 1 | Epic Games store is not tainting your yardstick | 01:36:42 |
| 2 | with anticompetitive conduct? | |
| 3 | A.   I have made the calculations for the -- | |
| 4 | the cost of Epic.  So even though they are not | |
| 5 | necessarily covering all their costs right now, | 01:37:04 |
| 6 | they're definitely covering variable costs.  So | |
| 7 | that I have seen.  And there is another part of the | |
| 8 | report that we can go to that, if you want. | |
| 9 | Q.   I'd like to ask you now about | |
| 10 | paragraph 33.  I think you referenced that a moment | 01:37:21 |
| 11 | ago. | |
| 12 | You state here that "Android app | |
| 13 | distribution appears to be tainted by | |
| 14 | anticompetitive conduct that renders it unfit as a | |
| 15 | yardstick for competitive rates in the but-for | 01:37:32 |
| 16 | world." | |
| 17 | Are you offering an opinion as to whether | |
| 18 | Android app distribution is tainted by | |
| 19 | anticompetitive conduct, or just appears to be? | |
| 20 | A.   Well, from -- the way I -- I see it, it | 01:37:56 |
| 21 | looks like it's tainted by anticompetitive | |
| 22 | conduct -- con- -- sorry -- anticompetitive | |
| 23 | actions. | |
| 24 | And there is tying of the global mobile | |
| 25 | services with -- within the -- a group of services, | 01:38:19 |

Page 134

**CONFIDENTIAL**

1    including the Play Store service -- are imposed on          01:38:24

2    competitors on the take it or leave -- I'm sorry --

3    on OEMs, on a take-it-or-leave-it setup.

4            There is exclusivity.  And in some cases,

5    Google has paid for exclusivity that they -- that          01:38:47

6    -- what exclusivity do I mean?  I mean that the

7    Play Store would be the only one installed on an

8    Android device and that would be displayed in a

9    specific way prominently and -- and so on.

10           There are issues with Chrome, which is             01:39:09

11   also part of the -- of the bundle, in terms of the

12   way it's installed.

13           And additionally, the -- the Android OS

14   makes it difficult for people to install --

15   consumers to install directly apps and gives            01:39:32

16   various warnings against it.

17           So these are very serious problems.  They

18   are outlined in detail in Professor Elhauge's

19   report, and I believe it's -- it's correct that the

20   creator attained it -- a yardstick.  So it              01:39:56

21   shouldn't be using the Android app distribution

22   market as a yardstick for competitive rates in the

23   but-for world for iOS.

24       Q.   And -- and when you're talking about this

25   anticompetitive conduct, are you indicating that       01:40:16

Veritext Legal Solutions
866 299-5127

**CONFIDENTIAL**

```
 1      the entity that engaged in the conduct is Google?        01:40:19

 2          A.   Yes.

 3          Q.   Okay.  Are you offering the independent

 4      opinion that Google has, in fact, engaged in

 5      anticompetitive conduct in an Android app              01:40:33

 6      distribution market, or are -- are you relying on

 7      Professor Elhauge for that?

 8          A.   Well, Professor Elhauge has -- has

 9      explained it in some detail.  But at the same time,

10      to me, it looks like Google has significantly         01:40:54

11      restrained the -- the distribution, the -- the --

12      the alternative stores that -- that exist in -- in

13      Android and has imposed itself as -- as -- how can

14      I say -- as a primary dominant distribution store

15      in the Android market.                                01:41:27

16          Q.   Is Google a member of the alleged class

17      here?

18          A.   I -- I -- I do not recall.

19          Q.   Have you looked at the list of the very

20      largest class members?                                01:41:48

21          A.   Well, there's 60,000 of them.  But -- no,

22      I have -- I don't recall whether Google is -- is --

23      is one of them.
```

Page 136

**CONFIDENTIAL**

3     Q.   Okay.  And your testimony is that your

4    yardstick applies equally to Donald Cameron and to

5    those seven developers?              01:42:19

6     A.   Yes, because the -- the average fees in

7    the but-for world would -- are calculated

8    classwide, marketwide.

9     Q.   So does that mean that large developers

10   who might get bigger discounts in the but-for world   01:42:41

11   are going to earn less in damages than

12   Donald Cameron, who would not get a discounted rate

13   in the but-for world?

14           MR. HARRINGTON:  Objection.  Form.

15           THE DEPONENT:  No.  I mean, I haven't     01:42:56

16   said anything about discounts that you -- your --

17   your premise is -- is -- you know, it's not what I

18   have said.

19     Q.   (By Mr. Swanson)  Well, can you answer

20   the question, whatever my premise is?         01:43:07

21     A.   Well, okay.  So let's hear it again.

22     Q.   Okay.  So you said that -- your testimony

23   is that the yardstick applies equally to

24   Donald Cameron into the ▇▇▇ developers who had

25   more a ▇▇▇▇ in sales because the average --    01:43:26

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | because the average is calculated classwide, | 01:43:35 |
| 2 | marketwide.  And I'm probing what you mean by the | |
| 3 | average. | |
| 4 | Are you saying that the yardstick is the | |
| 5 | same because large developers and small developers | 01:43:48 |
| 6 | will have their commissions averaged out in your | |
| 7 | but-for world? | |
| 8 | MR. HARRINGTON:  Objection.  Form. | |
| 9 | THE DEPONENT:  Well, what I'm saying is | |
| 10 | that I have calculated a yardstick that allows me | 01:44:00 |
| 11 | to find the average commission in the but-for world | |
| 12 | and this would apply to everyone, to small | |
| 13 | developers and to large developers. | |
| 14 | And that's what I have.  And that's what | |
| 15 | I have done.  And that's -- that's the way it is. | 01:44:25 |
| 16 | Now, you are presuming that somehow large | |
| 17 | developers are going to get some discounts.  I | |
| 18 | don't know what that is.  But in any case, that's | |
| 19 | not my model.  That's not my testimony. | |
| 20 | Q.   (By Mr. Swanson)  Is -- isn't it true | 01:44:47 |
| 21 | that the Samsung Galaxy Store charges a default | |
| 22 | 30 percent commission rate? | |
| 23 | A.   That, I think, is correct as a default, | |
| 24 | although they -- it gives other discounts and so | |
| 25 | on. | 01:45:06 |

Page 138

```
 1         Q.   Do you have an understanding or opinion      01:45:08

 2   as to the average commission rate on the Samsung

 3   Galaxy Store?

 4         A.   I do not recall.  But trying to find a

 5   particular store as a comparator -- as a comparator     01:45:22

 6   is not useful.  We need to find a market as a

 7   comparator, like the Android market.  And once we

 8   have found that in the Android market Google has

 9   tainted the Android market, it really doesn't

10   matter what's going on with Samsung or somebody        01:45:43

11   else.  I cannot bring a single company as a

12   comparator yardstick.

13         Q.   Are -- are you offering the -- the

14   opinion that the commissions charged by the Samsung

15   Galaxy Store are supracompetitive?                     01:45:59

16         A.   I'm not offering any opinion on Samsung.

17         Q.   So you're not offering any opinion that

18   Samsung has engaged in any anticompetitive conduct

19   in the Android app distribution market; is that

20   correct?                                               01:46:19

21         A.   I -- I haven't examined Samsung's

22   behavior in detail.

23         Q.   In your opinion, does Samsung possess

24   most of the infrastructure and knowledge necessary

25   to operate a similar store for iOS?                    01:46:30
```

Page 139

**CONFIDENTIAL**

```
 1        A.   It probably does.  But, again, I'll say          01:46:38
 2   it one more time.
 3             We cannot find a comparator which is a
 4   single firm like Samsung.  We have to find a
 5   market.  For example, all the Android market as a          01:46:56
 6   comparator.  But the problem is that once you have
 7   Google tainting that market, it's out.  So I cannot
 8   use Samsung, or anybody else, who's in the Android
 9   market as a comparator.
10        Q.   You understand that the Samsung                  01:47:18
11   Galaxy Store is available on every Samsung phone
12   sold in the United States?
13        A.   Yes.
14        Q.   And you understand that the Galaxy Store
15   is preinstalled on Samsung devices, correct?          01:47:28
16        A.   Yes.
17        Q.   So Samsung phone users don't need to
18   download the Samsung Galaxy Store?
19             Agreed?
20        A.   Yes, uh-huh.                                     01:47:41
21        Q.   And do you agree that the Samsung
22   Galaxy Store is prominently displayed on every
23   Samsung phone sold in the United States?
24        A.   I'm not so sure about that.
25        Q.   What is your opinion on that?                    01:47:52
```

Page 140

```
 1          A.   Well, I have a Samsung phone, and I've        01:47:53

 2    never seen the -- the -- the Samsung store

 3    displayed from the -- you know, on my phone.

 4          Q.   And you use Google Play?

 5          A.   Yes.                                           01:48:04

 6          Q.   Are you aware --

 7          A.   But that's prominently displayed.

 8          Q.   Are you aware if Samsung has any

 9    Google Play Store revenue sharing agreement with

10    Google?                                                  01:48:18

11          A.   I -- I think there is -- I -- I've seen

12    some information that Google at least attempted to

13    have Samsung have a sharing agreement.  I'm not

14    sure if that agreement was consummated or not.

15          Q.   There's an allegation in the complaint       01:48:35

16    that Google attempted that, but there's no

17    allegation that Samsung agreed to it, is there?

18          A.   As I said, as far as I recall, it -- I

19    haven't seen evidence of Samsung agreeing that.

20          Q.   Are you offering any opinion that the        01:48:52

21    Samsung Galaxy Store does not compete with

22    Google Play in the United States?

23          A.   No, I am not offering an opinion about --

24    about that.  Again, although this is not something

25    I have examined in detail, it seems reasonable          01:49:10
```

Page 141

**CONFIDENTIAL**

```
 1    that -- that it competes with -- with the          01:49:13

 2    Google Play Store.

 3              But it's kind of irrelevant to my

 4    testimony, to my model, because the Android app

 5    distribution market is already tainted by Google's   01:49:27

 6    actions, and, therefore, it's out.  And, therefore,

 7    I cannot use it, no matter what happens with

 8    Samsung.

 9        Q.   One of the factors you pointed to

10    regarding to taint apply to Samsung, do they?        01:49:37

11        A.   I didn't understand that.

12              MR. HARRINGTON:  Objection.  Form.

13              THE DEPONENT:  Can you please say it

14    again.

15        Q.   (By Mr. Swanson)  None of the factors       01:49:45

16    that you point to with respect to taint apply to

17    Samsung and its Galaxy Store, do they?

18              MR. HARRINGTON:  Same objection.

19              THE DEPONENT:  Well, I don't know what

20    you mean by "apply."  When -- when Google, for       01:49:56

21    example, taints this market, and it has high fees

22    because of that, then that creates a different

23    pricing environment for everybody, including

24    Samsung, and that's why we shouldn't really be

25    using that market as a comparator.                   01:50:19
```

**CONFIDENTIAL**

```
 1        Q.   (By Mr. Swanson)  So does Google's        01:50:22
 2   conduct benefit Samsung?
 3        A.   I haven't examined that in detail, but it
 4   definitely affects it.
 5        Q.   How -- how does it definitely affect      01:50:34
 6   Samsung commission rates?
 7             MR. HARRINGTON:  Objection.  Form.
 8             THE DEPONENT:  Well, now we're getting
 9   here to be a bit speculative.  I haven't examined
10   in detail Samsung rates.  So I'll say it in         01:50:45
11   hypothetically, so that if you have one firm which
12   is dominant, like -- and it has a high fee, it is
13   possible that other firms which are not dominant
14   are going to have relatively higher fees.
15             But, again, in my opinion, this is        01:51:16
16   speculation about something on which I have not
17   examined in detail.  So it's better to leave it
18   aside.  It doesn't have a bearing on my damages
19   calculation.
20        Q.   (By Mr. Swanson)  Moving to paragraph 34, 01:51:35
21   you state there that, "There is a thriving
22   ecosystem of rival Android app stores in China"?
23        A.   Uh-huh, yes.
24        Q.   What study have you made of the Android
25   ecosystem in China?                                 01:51:54
```

1        A.   I have had a very hard time finding          01:51:55

2   detailed information about that ecosystem in China.

3   It looks like it is fragmented.

4             There are issues of the Chinese

5   government interfering with regulation of app         01:52:15

6   content, and there is very little public

7   information on contract sales and commissions, and

8   difficulty to get third-party discovery from there.

9             So all these reasons are reasons why I

10  cannot use that Chinese Android market as a           01:52:35

11  comparator.

12       Q.   Did you read the appendix about the

13  Chinese Android market in Dr. Evans' expert report?

14       A.   I have read it.

15       Q.   Did you -- did you look at the sources       01:52:53

16  that he cited in his appendix?

17       A.   I have looked at it, and, you know, if

18  anything, Dr. Evans' report in Appendix C confirms

19  the main points I -- the weaknesses in using the

20  Chinese Android market as a comparator that I         01:53:14

21  mentioned in the previous answer.

22       Q.   And Dr. Evans' appendix indicates that

23  the prevailing commission rate for Android game

24  developers in China is 50 percent, correct?

25       A.   Well, he says that for some develop --       01:53:31

Page 144

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | for some stores, it's 50 percent, but he always has | 01:53:36 |
| 2 | another example in which he says for others, it's | |
| 3 | zero.  So it seems to be varying a lot. | |
| 4 | Q.   Well, his only instance of zero for game | |
| 5 | developers is through self-distribution, correct? | 01:53:49 |
| 6 | A.   I don't believe that was a | |
| 7 | self-distribution example.  Or at least I have seen | |
| 8 | myself -- maybe it wasn't in Evans' report -- | |
| 9 | evidence that there are some -- some app stores | |
| 10 | that have zero commission. | 01:54:07 |
| 11 | Q.   In -- in -- in China? | |
| 12 | A.   In China, yes. | |
| 13 | Q.   On Android? | |
| 14 | A.   Yes. | |
| 15 | Q.   Isn't it the case that the prevailing | 01:54:16 |
| 16 | commission rate in China for Android stores for | |
| 17 | nongame developers is zero? | |
| 18 | A.   Look, I -- I think that the -- the -- the | |
| 19 | issue here is that the -- the information that we | |
| 20 | get from China is unreliable.  The market is too | 01:54:34 |
| 21 | "fragmentor" -- fragmented, and there is extremely | |
| 22 | limited public information. | |
| 23 | So these three things are -- and the | |
| 24 | recent interference by the Chinese government -- | |
| 25 | these four things are enough to say we cannot use | 01:54:51 |

Page 145

```
1    as a comparator.                              01:54:54

2        Q.   How does the fragmented nature of a

3    market prevent you from creating a reliable

4    yardstick?

5        A.   Well, fragmented by itself would not kill    01:55:02

6    it.  But you need to be able to get information

7    from each one of these fragmented parties to be

8    able to -- to construct the right measures, the

9    right indices.

10       Q.   Are the factors that you've noted in        01:55:20

11   paragraph 34 of your report ones that would prevent

12   you from creating a reliable yardstick based on the

13   Chinese Windows app distribution market?

14       A.   I have not examined the Chinese Windows

15   app distribution market.                        01:55:39

16       Q.   Do you know if it's fragmented?

17       A.   As I said, I have not examined it.

18       Q.   Not having examined it, is it fair to say

19   that you would not, therefore, include it in your

20   yardsticks?                                     01:55:55

21       A.   I believe my -- my yardstick is the -- in

22   the PCs is for the U.S. market.

23       Q.   That's your intent, correct?

24       A.   I believe so, yeah.

25       Q.   Okay.  In paragraph 36 of your report,     01:56:10
```

Page 146

```
1    you state that "there may be some degree of          01:56:19

2    anticompetitive conduct somewhere in the Windows PC

3    app distribution market."

4            What are you referring to there?

5        A.   I think there was -- there is a footnote      01:56:34

6    there, footnote 65, that says Valve has been sued

7    by Humble Bundle alleging an illegal tie -- an

8    illegal tie within Steam.  So that's the potential

9    anticompetitive conduct that I have seen some

10   evidence of.                                           01:56:59

11       Q.   You've -- you've seen evidence of this?

12       A.   Well, the -- whatever is discussed in --

13   in the footnote 65.

14       Q.   So have you -- are you relying on a press

15   report based on a complaint?                           01:57:16

16       A.   Well, I'm mentioning it.  But as -- as

17   you know, I am using the PC app distribution

18   market, so I do not think that this potential

19   anticompetitive conduct by Steam is crucial.

20       Q.   You state, at the end of paragraph 36.        01:57:37

21   That is there no doubt -- and you're referring to

22   the Windows PC app distribution market -- "There's

23   no doubt that the market is more competitive than

24   iOS app distribution."

25           Do you see that?                               01:57:56
```

                                                      Page 147

**CONFIDENTIAL**

```
 1        A.   Yes.                                        01:57:56

 2        Q.   Was that true in 2015?

 3        A.   Well, the distribution market for iOS

 4   for app -- the app distribution has been -- we have

 5   had the regime for a number of years, including      01:58:15

 6   2015, that only Apple could distribute that --

 7   the -- the apps.

 8             So if you could -- if you compare a

 9   market like the Windows PC app distribution when

10   there are a number of competitors with different     01:58:33

11   market shares compared to Apple in which -- in the

12   iOS app distribution, it has 100 percent market

13   share, that's the difference.  The market looks

14   more competitive for -- in Windows PCs.

15        Q.   Was the Windows --                          01:58:54

16        A.   App distribution, I should say, sorry.

17   In the Windows PCs app distribution I should say.

18   Thank you.

19        Q.   Was the Windows PC app distribution

20   market ever less competitive, in your view, than     01:59:04

21   the App Store at any time?

22        A.   Well, I have only examined the times from

23   2015 to today, the class period.  So in that time,

24   no.

25        Q.   Do -- do you have any opinion as to        01:59:24
```

```
 1    whether Microsoft has ever had substantial market      01:59:29

 2    power in the Windows PC app distribution market?

 3              MR. HARRINGTON:  Objection.

 4              THE DEPONENT:  I have not seen

 5    substantial market power by Microsoft during at         01:59:45

 6    least the period that I have looked at in 2015 to

 7    '19.

 8         Q.  (By Mr. Swanson)  When were app stores

 9    offering third-party distribution first available

10    on Windows?                                             02:00:03

11         A.  I -- I don't remember the exact date.

12         Q.  That was before the App Store existed,

13    right?

14         A.  I don't remember, as I said.

15         Q.  Well, are you aware that Steam existed         02:00:17

16    before --

17         A.  Yes, Steam definitely existed before,

18    yes.

19         Q.  And did Microsoft have a third-party

20    distribution platform before the App Store existed?     02:00:29

21         A.  I do not quite recall.  It's very

22    possible.

23         Q.  When were self-distribution platforms

24    first available on Windows?

25         A.  Well, from the beginning of Windows, you       02:00:45
```

Page 149

```
1    could self-distribute.  I mean, because, you know,      02:00:47

2    Windows has been around for over 30 years, yes.  I

3    mean, yes, they were around for a very long time.

4         Q.   Do -- do you have an opinion as to

5    whether the Mac App Store has substantial market       02:01:08

6    power in the market in which it operates?

7         A.   I have not examined that question, but

8    because Apple insists on the same fees for iOS

9    app distribution and Mac app distribution, I have

10   excluded it from the comparator, because the -- the    02:01:44

11   market doesn't operate independently from the iOS

12   market.

13        Q.   Does Microsoft, in your yardstick, charge

14   any commissions that are the same as what it

15   charges on the Xbox?                                   02:02:02

16        A.   I do not think they are the same, but

17   it's possible I'm wrong on this.

18        Q.   If they are, would you need to exclude

19   Microsoft's store for Windows from your yardstick?

20        A.   No.                                          02:02:27

21        Q.   Do you have any opinion as to whether Mac

22   owners face switching costs?

23             MR. HARRINGTON:  Objection.

24             THE DEPONENT:  Mac owners face switching

25   costs if they switch to -- to what?                    02:02:41
```

                                                        Page 150

**CONFIDENTIAL**

```
 1        Q.   (By Mr. Swanson)  To a nonMac operating      02:02:45

 2   system.

 3        A.   I think that's true for most operating

 4   systems and a specific way that things happen in

 5   a -- in a Mac versus a PC.  So switching from a Mac    02:02:57

 6   to PC or from a PC to a Mac, there is a cost.

 7   There is a -- a cost that creates a friction there.

 8   There's a switching cost.

 9        Q.   Do you have an opinion as to whether the

10   switching costs that Mac owners face are greater or    02:03:11

11   less than the switching cost faced by iOS device

12   owners?

13             MR. HARRINGTON:  Objection.

14             THE DEPONENT:  You mean by iOS device

15   owners towards Android?                                02:03:26

16        Q.   (By Mr. Swanson)  Correct.

17        A.   I do not have an opinion on that.  I have

18   not examined this in any detail.

19        Q.   Do you have an understanding or opinion

20   of what percentage of macOS app distribution occurs    02:03:38

21   through the Mac App Store?

22        A.   I have not examined that.

23        Q.   Have you studied the rates paid by

24   developers for macOS app distribution?

25        A.   Again, because I excluded the -- the Mac     02:04:00
```

```
 1    for the reasons I stated before, because it has the        02:04:04

 2    same fees as -- as the iOS and they're not

 3    independently set, I didn't go into deeper

 4    examination of the Mac store market -- the Mac

 5    store app market.                                           02:04:18

 6        Q.   Is it your opinion that the 30 percent

 7    commission charged in the Mac App Store is

 8    supracompetitive?

 9        A.   Look, I mean, this 30 percent comes from

10    iOS.  So definitely in the iOS app distribution            02:04:42

11    we have a strong opinion by Professor Elhauge that

12    this is supracompetitive.  And I -- I take this

13    anticompetitive behavior as given.

14            Now, I have not made a detailed

15    examination of the Mac store market.  And I                02:05:01

16    explained more than once why not.  Because the

17    30 percent is tainted, because it comes from the

18    iOS app distribution.

19            So I didn't go any further to discuss or

20    think or establish whether the pricing in -- by           02:05:19

21    the -- by the Mac store is, in fact,

22    anticompetitive.

23        Q.   Well, does your opinion that the Mac app

24    distribution business is tainted necessarily mean

25    that the 30 percent Mac app commission is                 02:05:44
```

Page 152

```
 1    supracompetitive?                                    02:05:48

 2         A.   I have already answered that question.

 3         Q.   Well, I -- I don't think you have.  And

 4    I'm asking the question now.

 5              Unless there's an instruction not to       02:05:58

 6    answer, you need to answer it.

 7         A.   Okay.  Let's hear the question one more

 8    time, please.

 9         Q.   Does your opinion that the Mac app

10    distribution business is tainted necessarily mean    02:06:09

11    that the 30 percent Mac app commission is

12    supracompetitive?

13         A.   The short answer is no because I have not

14    examined this.  And I do not have an opinion

15    whether the 30 percent Mac fee is supracompetitive.  02:06:27

16              At the same time, it -- this fee seems to

17    have imposed on the Mac from the fee of the iOS

18    app distribution.  So because of that, I cannot use

19    the iMac as a comparator.  And I have not gone

20    further in -- in an analysis of the "i" market for   02:06:55

21    app distribution.

22         Q.   Thank you.

23              Turning to page 20 again, the middle

24    bullet on that page about "Video Game Consoles."

25              Do you see that?                           02:07:15
```

                                                         Page 153

**CONFIDENTIAL**

```
  1        A.   Yes.                                      02:07:15

  2        Q.   Are you including Nintendo's Switch and

  3   its online store, the eShop, in your opinions?

  4        A.   I believe so.

  5        Q.   Okay.  Are you aware that Nintendo        02:07:30

  6   charges a 30 percent commission in its online

  7   store?

  8        A.   I'm aware that all these video game

  9   companies are charging significant fees in their

 10   online stores.  But the reason -- the real reason   02:07:54

 11   why they -- they do that, which is -- which is

 12   completely different from the reason that Apple

 13   uses -- I'm sorry -- chooses to use a 30 percent

 14   commission on the iOS app distribution.

 15             And the reason is that these companies --  02:08:11

 16   Microsoft, Xbox, Sony and Nintendo -- they give

 17   their hardware at cost and most of the time below

 18   cost.  And this is well established in the

 19   literature.  And I'm not the only one saying this.

 20   I have a footnote with a whole bunch of people       02:08:32

 21   saying this.

 22             I believe even Professor Schmalensee --

 23   this footnote, by the way, is footnote 44.  I also

 24   believe even Professor Schmalensee in a book or an

 25   article -- Professor Schmalensee was an expert for   02:08:48
```

Page 154

**CONFIDENTIAL**

1    Apple in the Epic v. Apple case.  I also think that        02:08:51

2    he thinks the same thing.  That, in fact, the

3    hardware is sold below cost.

4            So we have a world on the video game

5    console manufacturers and software in which the        02:09:07

6    hardware is provided below cost or ███████████

███  ███████████████████  And most of the

8    money, or all the money, is made from the games,

9    from royalties on the games from the video cost

10   manufacturers.                                          02:09:35

11           This should really seriously be

12   contrasted.  And this is done in table 2 -- with

13   Apple.  ████████████████████████████████

███  ██████████████████████████████

███  ████████  ████████████  ████████████   ████████

███  ███████████████████████

███  ████████████

18           But the difference -- the crucial

19   difference is that for the game manufacturers, they

20   sell the hardware below cost or slightly above        02:10:10

21   cost, ████████████████████████████████

███  ████████████████████████████████

███  ██████████

███  █████████████████████

███  ████████████████████████████   ████████

**CONFIDENTIAL**

████████████████████████████████        ████████

████████████████████████████████████

█████████████████████████

4      Q.    And you base that on opinion -- you base

5    that opinion on the need to look together on a                  02:10:45

6    combined basis, the returns from hardware and the

7    returns from selling apps?

8      A.    Well, first of all, I base my opinion on

9    the hardware operating margin on a whole bunch of

10   articles, including the -- the article of                      02:11:04

11   Professor Schmalensee.  That this is, in fact,

12   the -- the norm.  Okay.  So they are selling the

13   hardware below cost or slightly above cost.  And

14   then they have a positive amount of money coming in

15   from selling apps from royalties on -- on -- on      02:11:26

16   apps.

██████████████████████████████

███████████████████████████████████████

███████████████████████████████

█████████████████████████████████████         ████████

███████████████  ████████████████████

████████████████████████

23     Q.    It's a fact, isn't it, that Nintendo has

24   never lost money on the Switch?

25     A.    ████████████████████         ████████

Page 156

**CONFIDENTIAL**

1    ████████████████████████████████████    ██████████

2    ████████████████████████

3         Q.   Does the iPad have a margin about the

4    same amount?

5         A.   I have not examined the -- the iPad.          02:12:23

6         Q.   Well, it's -- it's in your report.  We

7    looked at -- we looked at your figure, didn't we?

8         A.   Well, this was the -- the figure from --

9    from Apple's operating -- I mean, this is an

10   internal operating margin for Apple.                    02:12:41

11        But if you want to go back to figure 1,

12   yes, it looks like something like that.

13        Q.   So is Apple selling the iPad below cost

14   in order to encourage people to purchase apps

15   through their iPads?                                     02:12:54

16        MR. HARRINGTON:  Objection.  Form.

17        THE DEPONENT:  Well, I'll say it again.

18   I have not examined the market for iPads.  I should

19   be careful what I say about it.

20        ████████████████████████████████    ██████████

21   ██████████████████████████████████

22   ████████████████████████    ██████████████████

23   ████████████████████████████████████

24   ████████████████████

25        Q.   (By Mr. Swanson)  Are you aware that        02:13:26

Page 157

**CONFIDENTIAL**

```
 1    Sony's chief financial officer just reported that      02:13:29

 2    the PlayStation 5 console is not selling at a loss?

 3        A.   Well, that's an interesting piece of

 4    information.  I -- I have seen a number of articles

 5    that say exactly the opposite.  So we can -- we can    02:13:46

 6    talk about it.

 7             I mean, what he says versus others.  But

 8    I definitely have not seen a deep discussion on

 9    this.  And I -- as far as I know, the numbers I

10    present here for 2019 show a significant loss for      02:14:03

11    Sony, Sony selling the console significantly below

12    cost.

13        Q.   Well, are you aware that Sony stopped

14    selling the PlayStation 4 at a loss after

15    six months?                                            02:14:22

16        A.   I'm not sure which PlayStation you're

17    talking about right now.

18        Q.   PlayStation 4.

19        A.   I am not sure.  I wouldn't be able to say

20    that.  But these numbers come from publicly            02:14:32

21    available information, and I believe they are

22    correct, the numbers in table 2.

23        Q.   Well, would you rely on a statement by

24    Sony's chief financial officer?

25             MR. HARRINGTON:  Objection.                   02:14:51
```

**CONFIDENTIAL**

```
 1              THE DEPONENT:  Well, look -- I mean, I        02:14:52

 2    don't know what to make of a statement that you

 3    just told.  Me I haven't even seen the statement.

 4    You're just saying that he said that.  Okay.  Fine.

 5    Maybe he said it.                                       02:15:03

 6              But what does it mean, when I have the

 7    actual margin here as minus 34 percent for Sony in

 8    2019.  So it means that Sony changed its policy.

 9    It's possible.  I don't know.  But -- I mean, I --

10    I -- I don't see why I should adjust anything in my     02:15:19

11    report based on that.

12         Q.   (By Mr. Swanson)  Where -- how -- how do

13    you have the actual margin from Sony?

14         A.   I believe this came from some document --

15    where is it here?                                       02:15:39

16              It's a called Economides margin

17    calculations 2019.  May I look at hard copy of

18    that?

19         Q.   Of course.

20         A.   Yeah.  One second.                            02:15:48

21              Somehow I do not seem to -- to have it.

22    Could I look in my computer for it?

23         Q.   Go -- go right ahead.

24         A.   Thank you.

25              Okay.  I opened a document called             02:16:48
```

Page 159

**CONFIDENTIAL**

```
 1    "Economides Margin Calculations," which is in -- in      02:16:50

 2    the backup that we have provided.  And it shows the

 3    sources for table 2 as being

 4    MICROSOFT_EPIC_00000093 and Apple -- a couple of

 5    documents by the App Store and -- and so on.            02:17:25

 6             So this is the documentation where I got

 7    the numbers from.

 8         Q.   Okay.  Do you have any documentation from

 9    Sony?

10         A.   I -- I think that all the documentation I     02:17:39

11    have are -- is from Microsoft and Apple, not from

12    Sony.

13         Q.   And does the documentation from Microsoft

14    indicate anything about Microsoft's returns on Xbox

15    sales?                                                  02:17:50

16         A.   I -- I do not recall exactly what the --

17    I mean, we can go and look at this document, the

18    one ending in 93, and look at exactly what it says.

19         Q.   Okay.

20         A.   I don't recall from memory.                   02:18:07

21         Q.   Okay.  Well, we'll do that.

22             But before then, one or two last

23    questions then we'll take a break.  I think we've

24    been going for an hour.

25             You are aware that Sony charges a              02:18:19
```

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | 30 percent commission rate in the online Sony | 02:18:21 |
| 2 | PlayStation store? | |
| 3 |     A.   Yes. | |
| 4 |     Q.   And you're aware that that has been true | |
| 5 | for the entire class period? | 02:18:28 |
| 6 |     A.   Uh-huh, yes. | |
| 7 |     Q.   And you're aware that Microsoft charges a | |
| 8 | 30 percent commission rate in the -- the store that | |
| 9 | it operates on the Xbox? | |
| 10 |     A.   I -- I believe that Microsoft has decided | 02:18:42 |
| 11 | from -- from August 1st to go to 12 percent. | |
| 12 |     Q.   On the Xbox? | |
| 13 |     A.   I'm not completely sure if it is just | |
| 14 | for -- for everything or just the -- or it excluded | |
| 15 | Xbox, but I -- I've seen some announcement that | 02:18:58 |
| 16 | says that from August 1st, they were going to | |
| 17 | 12 percent. | |
| 18 |     Q.   Well, is it important to you to know | |
| 19 | whether or not Microsoft is reducing the commission | |
| 20 | in the Xbox store? | 02:19:11 |
| 21 |     A.   The -- not really.  The -- the -- we | |
| 22 | already have discussed why the -- the consoles in | |
| 23 | the associated games have different economics than | |
| 24 | the Apple iOS App Store.  And, again, for one | |
| 25 | last time, I mean, the economics are completely | 02:19:37 |

```
 1    different.                                        02:19:39

 2         The -- the companies -- Microsoft, Sony,

 3    Nintendo sell the consoles below cost or at the

 4    slight positive margin.  And they make all their

 5    money from the -- by collecting commissions from --  02:19:52

 6    from -- from the software, so from the software

 7    distribution.

████   ██████████████████████████    ██████████

████   ██████████████████████████████████████

████   ██████████████████████████████████    ████████

████   ████████████████████████

12         Q.   Okay.  And focusing on the period from

13    June 4th, 2015, until August 1st of this year,

14    you're aware that during that period, Microsoft

15    charged the 30 percent commission in its Xbox      02:20:35

16    store, correct?

17         A.   Yes, with the caveats of comparability

18    that I said in the previous answer.

19         Q.   And you admit that it's 30 percent,

20    correct?                                           02:20:51

21         A.   I -- I -- I do not disagree on that,

22    again with the caveats that we said before in the

23    other answers.

24         MR. SWANSON:  Okay.  Let's -- shall we

25    take a break now?                                  02:21:02
```

Page 162

**CONFIDENTIAL**

```
 1              THE DEPONENT:  Sure.  Ten minutes?        02:21:03

 2              MR. SWANSON:   Ten minutes.

 3              THE DEPONENT:  Thank you.

 4              MR. SWANSON:   Okay.

 5              THE VIDEOGRAPHER:  We're now going off     02:21:08

 6     the record.  The time is 2:21.

 7              (Recess taken.)

 8              THE VIDEOGRAPHER:  We're now back on the

 9     record.  The time is 2:34.

10              THE DEPONENT:  I -- I should say, before   02:35:01

11     you ask another question, that I -- I misspoke in

12     the last question about Microsoft, about it

13     charging 30 percent through today.

14              In paragraph 28 on page 16, I note in my

15     report that, "Microsoft distributes third-party     02:35:19

16     non-game PC apps for 15 percent since March 2019."

17     Okay.  So just want to make sure that the record

18     reflects that, thank you.

19         Q.   (By Mr. Swanson)  And that's through its

20     Microsoft Store for Windows, not its Microsoft       02:35:36

21     Store for Xbox, correct?

22         A.   Yes.

23         Q.   Professor, are you offering any opinion

24     with respect to injury or damages of class members

25     with regard to sales of apps through the App Store   02:35:54
```

1    that were accomplished on an iPad?                      02:36:00

2        A.   Well, I'm trying to remember exactly what

3    the class is.  So in paragraph 7, the allegation is

4    that, "Apple charged supracompetitive prices to

5    developers for iOS devices, including iPhones,          02:36:26

6    iPads and iPhone touches," so it's included in the

7    class.

8        Q.   And --

9        A.   And in my opinions.

10       Q.   Uh-huh.  And do you know what percentage        02:36:39

11   of the total revenues of the developer class on the

12   App Store was attributable to purchases via iPads?

13       A.   I do not recall.

14       Q.   Do you recall if it was greater than

15   25 percent?                                             02:37:03

16       A.   I do not recall.

17       Q.   Are you offering any opinions on the

18   iPad in your report?

19       A.    Well, I'm offering opinions for the whole

20   market, which includes the iPads and the iPhone         02:37:18

21   touches as well as the iPhones.

22       Q.    In offering those opinions, are you

23   taking into account the very low profitability of

24   the iPad to Apple?

25            MR. HARRINGTON:  Objection.  Form.             02:37:34

                                                      Page 164

```
 1              THE DEPONENT:  Well, I'm looking at        02:37:36

 2     the -- the whole market.  That includes the iOS

 3     devices, all iOS devices, including iPhones, iPads

 4     and iPod touches, so I'm including everybody --

 5     everyone together.                                  02:37:53

 6          Q.   (By Mr. Swanson)  In the but-for world,

 7     are you making any assumptions about whether or not

 8     the iPad would be priced the same or priced

 9     higher than it was in the actual world?

10          A.   Is this question about the iPad's         02:38:22

11     hardware?

12          Q.   Yes.  The iPad.

13          A.   I am not making any claim on the pricing

14     of the iPad hardware.

15          Q.   Okay.  Well, are you assuming that there  02:38:37

16     would be no change in the price of the iPad in the

17     but-for world?

18          A.   The way I have calculated the -- the

19     damages is by focusing on the app market, and this

20     app market includes not only iPhones but also iPads 02:38:56

21     and iPod touches, so I have not made any

22     calculation of changes of the hardware as a result

23     of the damages that I calculated in the but-for

24     world.

25              So my assumption is that these prices for  02:39:24
```

**CONFIDENTIAL**

```
 1     the hardware would remain the same.                    02:39:29

 2         Q.   Would your damages calculations be any

 3     different if you assumed that in the but-for world,

 4     the iPad would be priced higher than it is in the

 5     actual world?                                           02:39:48

 6         A.   I have no reason to believe that that's

 7     going to happen.  So I have not made the

 8     calculation that is based on the iPad being sold at

 9     a higher price in the but-for world.

10         Q.   My question was, would it affect your          02:40:05

11     damage calculations if you were to assume that?

12         A.   Well, I don't see why I would assume it.

13     You know, there -- there is no evidence that Apple

14     is going to start selling the hardware at the

15     higher price because we are in the but-for world      02:40:24

16     and it has to have lower fees on app distribution.

17              I mean, after all, there was a period

18     before the Apple Store existed, and Apple was a

19     profitable company even then.

20         Q.   Well, are you aware when the iPad was          02:40:50

21     introduced?

22         A.   I am not sure at this point.

23         Q.   The iPad was introduced after the

24     App Store, was it not?

25         A.   I -- I'm willing to believe you on this.       02:40:59
```

Page 166

```
 1        Q.   Okay.  Let me ask you to turn to page --        02:41:02

 2   paragraph 38 of your report.

 3        A.   Yes.  38?

 4        Q.   38.  Uh-huh.  You indicate --

 5        A.   Page -- page 21?                                02:41:30

 6        Q.   Starts on page 21, yup, and that's where

 7   I'm starting.

 8        A.   All right.

 9        Q.   You state, toward the bottom on page 21,

10   that, "In the but-for world where developers and          02:41:40

11   users would have the choice to transact outside the

12   App Store, then competition from self-distribution

13   would either discipline the pricing of third-party

14   stores in the market, or developers would

15   self-distribute in the but-for world."                    02:41:56

16             Do you see that?

17        A.   Uh-huh, I do.

18        Q.   Is that true of the actual world in your

19   PC Windows app distribution market?

20        A.   Well, to some extent it must be true in         02:42:10

21   the app -- in the Windows PC distribution market.

22        Q.   So --

23        A.   That's why we see effective commission

24   rates which are not too high in table 4.

25        Q.   Okay.  And therefore, it's your opinion         02:42:30
```

Page 167

```
 1    that "competition from self-distribution              02:42:34

 2    disciplines the pricing of third-party stores in

 3    the market for the PC -- the Windows PC market"?

 4         A.   It's a substitute distribution, which --

 5    which people have an option to use, developers have   02:42:49

 6    an option to use.  So, you know, if I'm a customer,

 7    I could get the product from the developer

 8    directly, or I can get it from a third party.  If

 9    the third party has a really high fee, then that

10    might be an issue.                                     02:43:13

11         Q.   Well, why would a third party have a very

12    high fee if competition from self-distribution

13    disciplines the pricing of third-party stores in

14    the Windows PC app distribution market?

15         A.   Well, exactly, it wouldn't.  So if I --     02:43:28

16    if I am, let's say, Epic, I could -- I could

17    distribute through my own store and have an

18    effective commission rate of ████████, and then

19    you can call that self-distribution.

20              I could also go and develop a way to         02:43:58

21    distribute through Microsoft, and then I would have

22    a very ineffective rate of commission of

23    28 percent.

24              So I'll make my calculation as Epic and

25    say.  Look, I mean, I'm going to try to sell as        02:44:12
```

Page 168

**CONFIDENTIAL**

```
 1    much as possible through my own store.              02:44:15

 2           And the fact that my own store, I can

 3    sell it with  ████████  commission, creates a

 4    general discipline in the alternative stores.

 5       Q.   Well, when did competition from            02:44:37

 6    self-distribution first discipline the pricing of

 7    third-party stores in the Windows PC app

 8    distribution market?

 9       A.   Well, self-distribution existed, I think

10    very early in -- for Windows, even before there     02:44:52

11    were -- there were stores in -- in the Windows PC.

12       Q.   If competition --

13       A.   And --

14       Q.   Sorry.

15       A.   And that kind of existence of -- of -- of   02:45:05

16    self-distribution has generally disciplined the

17    effective commission rates in the -- of the various

18    third-party stores.

19       Q.   If competition from self-distribution

20    disciplines the pricing of third-party stores for   02:45:27

21    Windows app distribution, why do you need to

22    include the cost of self-distribution in your

23    yardstick?  Aren't you double counting?

24           MR. HARRINGTON:  Objection to form.

25           THE DEPONENT:  Well, the -- no, I'm not       02:45:42
```

**CONFIDENTIAL**

```
 1    double counting.  I'm not sure how you thought of        02:45:47

 2    that.  I -- there is no double counting at all.

 3            If you are thinking of self distribution,

 4    we think of the commission rate being essentially

 5    the -- the cost of -- of distribution by the -- by      02:46:10

 6    the company.  And that's what I used, the cost of

 7    distribution by a company.

 8        Q.   (By Mr. Swanson)  In paragraph 38, on

 9    page 22, you state that "For the stores

10    self-distributing apps, I have estimated costs        02:46:37

11    based on the cost incurred by the Epic Games

12    Store."

13            Do you see that?

14        A.   Correct.

15        Q.   And so is that the case, that you're          02:46:46

16    using the Epic Games store estimate for the five

17    online PC app stores in your yardstick analysis

18    that self-distribute apps?

19        A.   That's correct.  That's what I use.

20        Q.   And you estimate that Epic's costs are        02:47:05

21    equal to ███████████ per year plus ████████████

      ████████████████, correct?

23        A.   Yes.

24        Q.   And that estimate is based on Epic's

25    projection, not its actual cost in revenues; isn't     02:47:18
```

**CONFIDENTIAL**

```
 1    that the case?                                        02:47:23

 2        A.   Well, it's -- let's go to -- if you don't

 3    -- if you don't mind, I will look at the backup of

 4    a paper called "Rate Yardstick" as part of my

 5    backup.  And it -- it shows specifically how I        02:47:36

 6    arrived at -- at the ███████ -- ████████████████

 7    plus ████████ variable costs.  And it's based on

 8    Epic data.

 9            I mean, it's -- it's based on current

10    Epic data.  Okay.  So I know that Epic -- Epic        02:48:04

11    shows two different numbers, the 2019 number and

12    five-year projection, ████████.  But my number, the

13    ████████████████████████, is based on the 2019

14    number, not on the projections.

15        Q.   That was less than a year after the          02:48:32

16    Epic Games store entered, correct?

17        A.   Yes.

18        Q.   So you are basing it on ten -- ten months

19    of data?

20        A.   Well, I'm basing it on whatever Epic         02:48:46

21    reported for 2019.  And the further projections

22    don't disagree with this 2019 numbers that I'm

23    using now, you know.

24        Q.   Well, what further projections are you

25    talking about?                                        02:49:10
```

Page 171

```
 1        A.   I'm -- I'm talking about -- okay.              02:49:11

 2             So you don't have this backup "Rate

 3   Yardstick" in front of you.  But that paper, in the

 4   backup, has six columns.  2019, which is the

 5   actual.  Plus, 2020, 2021, 2022, 2023 and 2024,         02:49:23

 6   which are projections.  And they have the various

 7   costs that they think are reasonable.

 8             They have gross revenue.  They have the

 9   marketing costs, payment processing costs, hosting

10   costs, people costs, and so on and so on.               02:49:44

11             So the calculation that I'm using is

12   based on the 2019 numbers.  So essentially this

13   gives you ███████████ as fixed costs, and then you

14   have a variable cost of ██████████.

15             And that's what I'm using.  So I'm not        02:50:08

16   using the projections, but at the same time the

17   projections they did are very consistent with their

18   2019 numbers and the numbers that I got out of the

19   2019 numbers.

20        Q.   Did -- did you compare the projections to     02:50:25

21   the actuals for 2020?

22        A.   I -- I do not have the actuals for 2020.

23        Q.   Are you sure of that?

24        A.   I'm sure of that.

25        Q.   You sure that was not produced by Epic?       02:50:37
```

Page 172

**CONFIDENTIAL**

```
1        A.   I -- I do not believe I have them.        02:50:41

2        Q.   Well, are you sure it was not produced by

3    Epic?

4        A.   You're -- you're asking a question that I

5    don't have an answer to.  I -- I cannot tell you if   02:50:49

6    it was produced by Epic or not.  I -- if it was

7    produced, it's extremely likely that the lawyers

8    sent it to me.  I don't have it.  So I deduced that

9    probably it wasn't produced.

10       Q.   Okay.  Pretty clear.                          02:51:04

11            The ████████, does -- does that

12   include marketing expenses?

13       A.   It includes people, plus some

14   outsourcing.  I don't -- I don't recall if it

15   includes marketing or not.                            02:51:37

16       Q.   Does the ████████ cover any marketing?

17       A.   Oh, yes.  I -- I should correct myself.

18            The ████████ corrects marketing, hosting

19   and a small percentage of the human beings -- human

20   beings increases.                                     02:51:54

21       Q.   And --

22       A.   So I -- I -- correcting myself, the fixed

23   is outsourcing in people.  The variable is

24   marketing, hosting people and so on.

25       Q.   Okay.  Does the ████████ include the         02:52:07
```

Page 173

```
 1    cost of free apps on the Epic Games store?              02:52:09

 2              MR. HARRINGTON:  Objection to form.

 3              THE DEPONENT:  I am not sure I completely

 4    know what you're talking about.

 5              You're talking about Epic giving away         02:52:22

 6    some free apps.  If they did that for some

 7    percentage of their -- of their -- of their apps,

 8    I'm not sure if they would report such fixed costs.

 9         Q.   (By Mr. Swanson)  Would -- would that be

10    included in the ███████?                                02:52:45

11         A.   I think that it's more -- it's much more

12    likely to be included in marketing and be part of

13    the ████████.

14         Q.   Does the ████████ include the cost of

15    payments for exclusive arrangements with              02:53:02

16    developers?

17         A.   I -- I -- I do not know that.  I do not

18    know that at the level which I got the numbers,

19    they go -- they get into that -- such detail.

20         Q.   Well, you're aware that Epic had very        02:53:19

21    substantial payments to developers by way of

22    minimum guarantees, are you not?

23         A.   I'm aware of that, yup.

24         Q.   And you're excluding all that from your

25    assessment of what it cost to run the store?           02:53:37
```

```
 1        A.   I -- I -- I believe that most likely it's      02:53:39

 2   included in variables cost.

 3        Q.   And --

 4        A.   I'm -- I'm not excluding it in any way.

 5        Q.   Okay.                                           02:53:50

 6        A.   My numbers add up to -- to their numbers.

 7        Q.   In- -- insofar as you used the Epic cost

 8   structure for other developers, what would be the

 9   effective commission rate on an annual basis for a

10   self-distributor with annual revenues of               02:54:09

11   $100 million?

12        A.   I -- I have not made that calculation.

13   I'm not...

14        Q.   Well, would it be ████████████████

15   ███████████ of 100 million?                              02:54:22

16             MR. HARRINGTON:  Objection to form.

17             THE DEPONENT:  You are talking about a

18   hypothetical in which somebody is selling

19   100 million?

20        Q.   (By Mr. Swanson)  Yes.                         02:54:37

21        A.   Yeah.  And I -- I have not done that

22   calculation.  But I assume you can apply that

23   number.  I mean, after all, the -- the gross

24   revenue of -- of Epic is significantly higher than

25   that.                                                    02:54:55
```

Page 175

**CONFIDENTIAL**

```
 1        Q.    Yeah.                                    02:54:57

 2              I'm just asking what you think this

 3    100 -- or ████████████████████ applies to.

 4              Does it -- it apply to a developer with a

 5    $100 million in annual iOS app revenues?           02:55:08

 6        A.    I think it could apply, yes.

 7        Q.    And -- and if it did, that developer to

 8    self-distribute through its own store would

 9    require -- incur a payment of ████████████████

10    ██████████ of 100 million, which would be a total of  02:55:30

11    ██████████ per year, correct?

12        A.    Yes.

13        Q.    So that would be a ██████████ effective

14    commission rate for self-distribution?

15        A.    Maybe.  But I think that right now we're   02:55:48

16    getting a bit off the beaten path.  I mean, we were

17    doing this calculations on top of our head and I --

18    I think that's a dangerous way to go.

19              I -- I mean, you know, I -- I have

20    created this specific report with all this specific   02:56:03

21    numbers and trying to kind of make it up right now

22    as we go.  I'm -- I'm concerned about it.  I'm not

23    sure if we're doing the calculations right.

24        Q.    Well, we -- we let the judge decide what

25    the beaten path is.  If you can just answer the       02:56:21
```

Page 176

**CONFIDENTIAL**

```
 1   question.                                          02:56:23

 2          Do you feel that your ███████████

 3   ████████   model doesn't apply to developers with

 4   $100 million in annual iOS app revenues?

 5       A.   I -- I don't see them not applying to     02:56:36

 6   that.  Yeah, it could be apply, yes.

 7       Q.   Okay.  Do Windows PC app developers

 8   self-distribute free apps?

 9       A.   I do not know for sure.  Some of them

10   might.                                             02:56:59

11       Q.   Okay.  Do you know what the cost of

12   self-distributing free apps is?  Is it any

13   different from self-distributing paid apps?

14       A.   Well, I think that's kind of -- a more

15   general question.  You know, generally speaking, at 02:57:15

16   the level that we are talking about, the cost, in

17   general, should be -- should be similar.

18          But whether the free apps have other

19   features that I don't know, I -- I wouldn't be able

20   to say.  I mean, my focus in this report and the    02:57:38

21   damages created were only for paid apps.  So I did

22   not go deep into free apps.

23       Q.   If you could turn to page 22 of your

24   report.  This is the page with table 4 on it.

25          You state at the top of that page "To        02:58:02
```

```
 1    calculate a yardstick, I and my staff have              02:58:06

 2    identified three different online PC app stores

 3    distributing 3rd party apps, and five different

 4    online PC app stores self-distributing apps."

 5          These are the eight stores that are              02:58:22

 6    listed in -- in table 4?

 7       A.   Yeah, some of them.  I mean, although

 8    they appear as eight stores, some of them are --

 9    are the same store, yeah.

10       Q.   But -- but different functions of the          02:58:32

11    same store, correct?

12       A.   Correct.

13       Q.   The stores that you selected were not a

14    random sample, correct?

15          MR. HARRINGTON:  Objection to form.              02:58:47

16          THE DEPONENT:  They were the ones that I

17    thought best fitted this -- this problem.

18       Q.   (By Mr. Swanson)  Aren't -- aren't these

19    all examples provided by Microsoft in one of its

20    documents that you rely on?                            02:58:59

21       A.   I -- I -- I really don't recall if

22    Microsoft has the stores there.  I mean, this

23    was -- even if what you're saying is true, I --

24    I -- this issue about Microsoft has little to do

25    with me.  I don't -- I don't do things because       02:59:19
```

1    Microsoft -- Microsoft suggests things.                02:59:22

2        Q.   Okay.  Well -- well, let's turn to a

3    document that you cited as something you relied on

4    for purposes of table 4, and we'll mark it as

5    Exhibit 33.                                            02:59:36

6             (Exhibit 33 was marked for identification

7    by the court reporter and is attached hereto.)

8             MR. SWANSON:  It's a Microsoft document

9    produced in discovery.  The title page is "CY2019

10   Game Industry Profit," and then below that it says    02:59:51

11   "Gaming Business Planning & Strategy Team,

12   May 2020."

13       Q.   (By Mr. Swanson)  Once -- once that's up

14   on the screen, take a look at it.

15       A.   Yes.  What page do you want to go to?         03:00:11

16       Q.   Well, let's just start with the front

17   page.  I want to ask you a question or two about

18   it, generally.

19            This is a document that you rely on in

20   constructing your table 4, correct?                    03:00:19

21       A.   Let me make sure.

22            I don't believe so.  I -- in -- in my

23   backup, I -- I -- I rely upon -- I'm sorry.

24   Table 4.  Hold on.

25            I'm not sure I mentioned this -- this         03:00:50

Page 179

```
 1    thing -- this particular document.  I mentioned        03:01:24

 2    another document by Microsoft, the one that ends

 3    with 348.  I don't see --

 4         Q.   You mentioned a document that ends with

 5    93?                                                     03:01:35

 6         A.   Yes.  That's an Epic document.

 7         Q.   Yes.

 8         A.   Okay.

 9         Q.   And I -- I -- well, that's a document

10    produced by Microsoft in the Epic case.                03:01:45

11         A.   All right.  Okay.  We're on the same page

12    now.

13         Q.   Yeah.  So this -- this -- I will

14    represent to you, this document, Exhibit 33, is the

15    document with Bates numbers ending in 93.              03:01:59

16         So do you -- do you recognize it now?

17         A.   Yes, I recognize it, yes.

18         Q.   And this is a document that you used as

19    the source for information about seven of your

20    eight store listings in table 4, correct?             03:02:17

21         A.   I think I -- I used this for specific

22    data for those stores.

23         Q.   For seven out of the eight, correct?

24         A.   Yes, for most of them, yes.

25         Q.   Okay.  And then the eighth store is the      03:02:36
```

Page 180

| | | |
|---|---|---|
| 1 | Microsoft Store, and you got that information or | 03:02:38 |
| 2 | data from another Microsoft document, correct? | |
| 3 | A.   Correct.   The one that ends in 348. | |
| 4 | Q.   Okay.   And your table 4 relies | |
| 5 | comprehensively on data from Microsoft, correct? | 03:02:50 |
| 6 | MR. HARRINGTON:  Objection to form. | |
| 7 | THE DEPONENT:  Well, I -- I don't know | |
| 8 | what -- what you mean by that.  I mean, this is | |
| 9 | where I was able to find data. | |
| 10 | Q.   (By Mr. Swanson)  Well, is the fact that | 03:03:03 |
| 11 | this was able -- where you were able to find data | |
| 12 | make it reliable for your purposes? | |
| 13 | MR. HARRINGTON:  Objection to form. | |
| 14 | THE DEPONENT:  Well, I don't see any -- | |
| 15 | any reason why these stores should not be in the | 03:03:17 |
| 16 | PC -- Windows PC yardstick for me. | |
| 17 | Q.   (By Mr. Swanson)  Okay.  Do you have any | |
| 18 | understanding about how this document was prepared? | |
| 19 | A.   Which document? | |
| 20 | Q.   Exhibit 33. | 03:03:37 |
| 21 | A.   How was it prepared? | |
| 22 | Q.   Sure. | |
| 23 | A.   I mean, I -- I -- I can only see the | |
| 24 | document like you see it.  I don't see how it was | |
| 25 | prepared. | 03:03:52 |

Veritext Legal Solutions
866 299-5127

```
 1        Q.   Did you read any testimony about the        03:03:53

 2   document?

 3        A.   I don't believe so.

 4        Q.   Do you know who at Microsoft prepared it?

 5        A.   No, I don't know that.                      03:04:06

 6        Q.   Do you know if this was a draft or a

 7   final version of the document?

 8        A.   I'm not sure.  It doesn't say "draft," so

 9   I assume it's the final document.

10        Q.   Now, isn't it the case that in table 4,     03:04:25

11   you were looking at stores that all either

12   exclusive or predominantly sell game apps?

13        A.   Well --

14             MR. HARRINGTON:  Objection to form.

15             THE DEPONENT:  I -- I am not sure.  I        03:04:48

16   think Microsoft sells all kinds of things.  Not --

17   all kind of apps, not just games.

18        Q.   (By Mr. Swanson)  And you had a breakdown

19   between game and nongame apps with respect to that

20   705-million-dollar figure in table 4, correct?       03:05:03

21        A.   I don't see the breakdown right here.

22        Q.   No, you -- well, you had it from another

23   Microsoft document, correct?

24        A.   Yes, that's correct.

25        Q.   Okay.  And isn't it the case that more      03:05:21
```

**CONFIDENTIAL**

```
 1    than 99 percent of the sales that you report in          03:05:23

 2    table 4 are for game apps?

 3         A.   I don't know how you got to this number.

 4         Q.   By mathematics.

 5              Do you know that?  Are you -- are you          03:05:35

 6    disputing that?

 7              MR. HARRINGTON:  Objection.  Form.

 8              THE DEPONENT:  Well, if you tell me how

 9    the mathematics work, how you did it, I would be

10    able to not dispute it.                                  03:05:45

11              So you're assuming that all sales at

12    Valve are games, all sales in Epic are games, all

13    sales in Prison Guard games and so on?

14         Q.   (By Mr. Swanson)  Well, what you are

15    assuming?                                                03:05:57

16         A.   Well, you're making the contention, not

17    me.

18         Q.   I'm just asking you questions.  What are

19    you assuming?

20         A.   Well, I -- I have not examined in detail       03:06:04

21    how much of the Valve sales are games and so on.

22    And I know, for example, from data from Amazon --

23    sorry, from Microsoft itself, that there is --

24    there is a breakdown to games and nongames.

25         Q.   Okay.                                          03:06:24
```

                                                    Page 183

```
 1        A.   But I haven't seen the specific numbers          03:06:26

 2    for the other stores.

 3        Q.   Well, are you assuming that the breakdown

 4    for the other stores would be similar to Microsoft?

 5        A.   I'm not assuming anything.  I said that I        03:06:41

 6    have not examined it, so, therefore, I am not going

 7    to be able to say yes or no to your -- to your

 8    question.

 9        Q.   Does the Microsoft breakdown that you

10    relied upon show that games accounted for the great      03:06:53

11    bulk of Microsoft sales that you're reporting?

12             MR. HARRINGTON:  Objection to form.

13             THE DEPONENT:  Yes.

14        Q.   (By Mr. Swanson)  Okay.  Does your

15    yardstick apply to nongame apps?                         03:07:08

16        A.   Yes.

17        Q.   And what do you base that on?

18        A.   Well, you know, we are trying to create a

19    yardstick for the but-for world using other markets

20    because we are unable to see a but-for world in          03:07:33

21    early years.

22             There was never competition allowed by

23    Apple, so we're kind of forced to discuss

24    comparable stuff, comparable markets, and this

25    comparability is not going to be perfect, and we         03:07:56
```

Page 184

| | | |
|---|---|---|
| 1 | know that before we start.  So we do the best we | 03:07:59 |
| 2 | can to find the -- the -- the comparable stuff. | |
| 3 | But I have no reason to believe that the | |
| 4 | commission rates for PC stores, if -- if I included | |
| 5 | other PC stores that were not so much game | 03:08:19 |
| 6 | oriented, would have been lower than the effective | |
| 7 | commission rate here. | |
| 8 | So I believe that, if anything, I'm | |
| 9 | conservative in this approach. | |
| 10 | Q.   Are you being conservative or inaccurate? | 03:08:40 |
| 11 | MR. HARRINGTON:  Objection to form. | |
| 12 | THE DEPONENT:  I already said | |
| 13 | conservative. | |
| 14 | Q.   (By Mr. Swanson)  Okay.  Is your | |
| 15 | objective to be accurate in compiling your | 03:08:50 |
| 16 | estimates? | |
| 17 | A.   My objective is to find the best estimate | |
| 18 | I can find for a situation which has been created | |
| 19 | by Apple so that we are totally unable to find the | |
| 20 | but-for world -- a period with a but-for world | 03:09:12 |
| 21 | present so we can do a before-and-after kind of | |
| 22 | calculation. | |
| 23 | So that's my best estimate, and I showed | |
| 24 | it there.  And, again, I think that the effective | |
| 25 | commission rate is relatively conservative compared | 03:09:29 |

Page 185

| | | |
|---|---|---|
| 1 | to another calculation that I might have done on | 03:09:34 |
| 2 | another yardstick. | |
| 3 | Q.   What other PC stores that were not so | |
| 4 | much game oriented are you aware of that charge | |
| 5 | lower than your yardstick rate? | 03:09:50 |
| 6 | A.   As we sit here, I wouldn't be able to -- | |
| 7 | to give you an answer on that. | |
| 8 | Q.   Well, you gave me an answer that it was | |
| 9 | conservative because there were such stores, so are | |
| 10 | you just making that up? | 03:10:03 |
| 11 | MR. HARRINGTON:  Objection. | |
| 12 | THE DEPONENT:  Well, you -- it's -- I'm | |
| 13 | not making it up.  But it's just my -- my feeling | |
| 14 | that -- that the -- the -- the game stores in | |
| 15 | general have higher effective commission rates than | 03:10:23 |
| 16 | the -- the known game stores, and this is kind of a | |
| 17 | general kind of issue.  I wouldn't be able to give | |
| 18 | you very substantial further arguments on that. | |
| 19 | Q.   (By Mr. Swanson)  Is that because game | |
| 20 | app transactions are in a different market than | 03:10:47 |
| 21 | nongame app transactions? | |
| 22 | A.   I wouldn't say that. | |
| 23 | Q.   What would you say?  What's the | |
| 24 | explanation? | |
| 25 | A.   I don't have a great explanation for | 03:10:59 |

Page 186

```
 1    this.  As I said, this was a hunch.  I wouldn't --        03:11:01

 2    I have not separated the developers in different

 3    categories.

 4         Q.   Is your yardstick, based on table 4,

 5    limited to U.S. developer sales to U.S. Windows           03:11:16

 6    users?

 7         A.   I believe so.

 8         Q.   Okay.  How about the WeGame store, is the

 9    WeGame or -- or is the --

10         A.   Tencent.                                        03:11:30

11         Q.   -- the Tencent?

12         A.   WeGame is a Chinese store.  I thought you

13    were asking about Microsoft.

14         Q.   No, I'm asking about your yardstick in

15    table 4.                                                  03:11:39

16         A.   Oh, I see.

17              No.  I mean, it includes some foreign

18    firms too.

19         Q.   Okay.  Why is WeGame in your yardstick?

20         A.   It's a -- it's a division of Tencent.          03:11:47

21         Q.   Well, why -- why is Tencent in your

22    yardstick?

23         A.   I believe they're a -- a big store and

24    they're worth including them.

25         Q.   Your yardstick is a weighted average,          03:12:06
```

Page 187

1    correct?                                              03:12:08

2         A.   Correct.

3         Q.   And WeGame is by far the largest weight

4    in your yardstick calculation, correct?

5         A.   Because of the high sales, yes.            03:12:17

6         Q.   In China, correct?

7         A.   Yes.

8         Q.   Okay.  Don't you want to exclude the

9    Chinese market from your yardstick?

10        A.   I don't see a compelling reason to         03:12:33

11   exclude it.

12        Q.   Okay.  What would happen if your

13   yardstick analysis excluded WeGame?  Would the

14   average that you calculate increase substantially

15   from ███ percent?                                    03:12:49

16        A.   It would increase.

17        Q.   Do you know by how much?

18        A.   I don't know by how much because I

19   haven't done that.

20        Q.   Okay.  Do you know if the sales that you   03:13:01

21   report for Blizzard are all sales on its U.S.

22   storefront?

23        A.   I think so, but I'm not completely sure.

24        Q.   Okay.  What have you done to verify that

25   these numbers, aside from WeGame, are U.S. sales?    03:13:23

Page 188

1       A.   I've asked my staff to do that, and I          03:13:27

2  believe they have.

3       Q.   And do you believe all the Steam numbers

4  are for U.S. sales?

5       A.   I believe so.                                  03:13:39

6       Q.   Okay.  And if they aren't, you would want

7  to adjust the figure to reflect just U.S. sales,

8  correct?

9            MR. HARRINGTON:  Objection.  Form.

10           THE DEPONENT:  Well if -- if there             03:13:49

11  aren't, then we have to adjust, yes, that's --

12  that's -- that's correct, if we're looking for a

13  Windows PC stores measure that is just U.S.

14       Q.   (By Mr. Swanson)  Now, six of the eight

15  listings you've got here in table 4 are either Epic     03:14:06

16  or effective commission rates that are calculated

17  based on assuming Epic's cost structure, correct?

18       A.   Yes.

19       Q.   Okay.  Except that with respect to Steam,

20  you -- you assume that Steam does not incur a           03:14:25

21  20-million-dollar annual fixed cost for

22  self-distribution, correct?

23       A.   Well, I have a special backup on Steam,

24  yes.

25       Q.   And why -- why do you assume there is no      03:14:38

```
 1    20-million-dollar annual fixed cost for Steam          03:14:41

 2    self-distribution?

 3         A.   I'm not -- I don't recall at this point

 4    in time.  I think there was some very specific

 5    dig-down in the -- in the Steam numbers, and we got   03:15:00

 6    to a -- to a different number than -- than Epic.

 7         Q.   Do you agree that the vast majority,

 8    almost 70 percent of the sales you report in

 9    table 4, are for self-distribution?

10         A.   I -- I haven't done the calculation, but    03:15:20

11    I think that makes sense.  Although -- yeah, go

12    ahead.  Yeah.

13         Q.   And you estimate the costs for those

14    sales based on Epic's cost, correct?

15         A.   Generally, yes, except for Steam, which     03:15:36

16    has a different calculation.

17         Q.   What degree of confidence do you have in

18    your ███ percent yardstick?

19         A.   I'm very confident on it.  I -- I think

20    it's based on objective data.  And I'm confident      03:15:51

21    about the -- the -- the costs of self-distribution

22    that come from -- from Epic.

23              And I think that this is a reasonable

24    yardstick that -- you know, for -- for a situation

25    in which, unfortunately, because of the other         03:16:18
```

```
 1    anticompetitive actions of Apple, we don't have a        03:16:20

 2    before and after period, in which in the before

 3    period there was -- there was the but-for world.

 4         Q.   Have you made any assessment of what the

 5    median Windows PC app distribution commission rate       03:16:37

 6    is in that market?

 7         A.   You mean the median among the eight ones

 8    here.

 9         Q.   Sure.

10         A.   No, I have not done that.                      03:16:50

11         Q.   Can you identify any transaction on any

12    Windows PC app distribution platform for third

13    parties that incurred a ███ percent commission?

14              MR. HARRINGTON:  Objection.  Form.

15              THE DEPONENT:  Can you say -- can you say       03:17:11

16    the -- the question again?

17         Q.   (By Mr. Swanson)  Can you identify any

18    transaction on any Windows PC app distribution

19    platform for third parties that incurred a

20    ███ percent commission rate?                             03:17:24

21              MR. HARRINGTON:  Same objection.

22              THE DEPONENT:  Well, I mean, you're

23    talking about the -- the -- the -- the ones with

24    the list, right.  So nobody -- ███ is the -- the

25    average.  So nobody has exactly ███.  Epic has         03:17:41
```

**CONFIDENTIAL**

```
 1   12, for example.  Lower than that, so...          03:17:46

 2        Q.   (By Mr. Swanson)  And if you look at the

 3   three that you've got here that actually offer

 4   distribution, in your terms, to third parties, the

 5   rates that they are charge are 30, 25, 20, 15.  And   03:18:00

 6   Epic charges 12, right?

 7        A.   Where is the 30, 25, 15?  I don't -- I

 8   don't see that.  I see 25 from Steam.  I see 12

 9   from Epic.  And I see 28 from Microsoft.  I don't

10   see the other ones.                                  03:18:22

11        Q.   (By Mr. Swanson)  Well, is it your

12   opinion that Epic charges 25 on any transaction,

13   other than those over $10 million, but less than

14   $50 million?

15        A.   Well, I reported the effective commission  03:18:33

16   rates, which is going to be for sure an average.  I

17   mean...

18        Q.   All right.

19        A.   So you -- you went back to some other

20   kind of list pricing and so on.  I'm only talking    03:18:48

21   about the average commission, effec- -- effective

22   commission rate.

23        Q.   Right.

24             And in terms of the actual list of

25   commissions that these online stores charge, is it   03:18:58
```

```
 1    not a fact that that list is 30, 25, 20, 15 and 12?        03:19:00

 2         A.   I -- I don't know where you got those.

 3         Q.   Well, are you aware that Steam charges a

 4    30 percent commission on every single app sale up

 5    to $10 million in revenues?                                03:19:22

 6         A.   Yes, I'm aware of that.

 7         Q.   So if Steam charges 30 percent, does

 8    Steam charge 25 percent on app sales that exceed

 9    $10 million, but that do not hit $50 million?

10         A.   That's correct.                                  03:19:38

11         Q.   So Steam also charges 25 percent then,

12    correct?

13         A.   Well, for 50 -- over $50 million, they

14    even have a lower percentage.  So here we're

15    looking at the effective commission rate.                  03:19:51

16              So even though you are telling me the

17    announcements of -- of the -- of the list pricing,

18    the important thing is what's the average effective

19    commission rate.  And this is what the last column

20    of table 4 has.                                            03:20:05

21         Q.   And how many developers on Steam are

22    charged the 25 or 20 percent commission for their

23    apps?

24         A.   I -- I wouldn't be able to tell you.  I

25    mean, we need to dig in the -- in the backup to          03:20:19
```

Page 193

**CONFIDENTIAL**

```
 1    find that out.                                    03:20:22

 2        Q.   Well, you have backup.

 3             But isn't it a fact that it's less than

 4    100?

 5        A.   I mean, obviously, you have -- you have   03:20:27

 6    your backup.  My backup in front of me -- in front

 7    of you, which I don't have.

 8             So, you know, maybe it's just less than

 9    100.  Okay.  So...

10             This is -- I -- I don't understand this   03:20:38

11    line of argument.  I'm -- I'm dealing with the

12    effective commission rate, the average.  So the

13    average necessarily is going to be different than

14    the various tiers.

15        Q.   Microsoft charged a 30 percent commission  03:20:59

16    in 2018 for game -- game and nongame apps; is that

17    your understanding?

18        A.   Yes.

19        Q.   Going back to Exhibit 33, can you --

20    let's -- let's switch -- switch to slide 45 in that  03:21:22

21    exhibit, if you can find that.

22        A.   The one that is called "Profile:  Valve"?

23        Q.   Yes.

24        A.   Uh-huh.

25        Q.   And can you show me -- or at least infer   03:21:59
```

Page 194

**CONFIDENTIAL**

```
 1    for me -- that this is where you got your figure in       03:22:01

 2    your table 4 of $4,541,000,000 in Steam third-party

 3    sales?

 4         A.   I believe so.  I mean, at least the 1279

 5    is the same and -- okay.  And the 4541 is the same,        03:22:28

 6    yeah.

 7         Q.   So this is where you got that information

 8    that you put into your table 4, right?

 9         A.   Yes.  And this is described in -- in the

10    footnote as well, in the backup.                           03:22:42

11         Q.   Now, you indicate that that 4541

12    corresponds to a 25 percent effective commission

13    rate; is that right?

14         A.   Yes.

15         Q.   Why does the small print on slide 45 say        03:23:02

16    that developers only get 73 percent?

17              Wouldn't that indicate an effective

18    commission rate of ███ percent?

19         A.   Okay.  You are on the same slide and

20    you're saying in the small print?                          03:23:23

21         Q.   Yeah.  Lower left-hand corner.

22         A.   You mean in the very bottom?

23         Q.   Yeah.  The thing that says "Note."

24         A.   Okay.  Let's see.

25         Q.   It says "Reported revenue reflects total        03:23:38
```

Page 195

1    consumer spend; adjusted revenue deducts the          03:23:43

2    estimated 73% share paid to publishers from

3    Valve's" third -- "3P" -- third party -- "digital

4    store."

5         You understand publishers refers to            03:23:57

6    developers?

7         A.   Yes.

8         Q.   Okay.  So Microsoft's estimate is that

9    Steam has an effective commission rate of

10   27 percent, correct?                                 03:24:07

11        A.   Maybe they mean that.  Maybe they mean

12   something else.  I'm not sure.

13        Q.   Well, you're relying on this document to

14   be accurate, are you not?

15        A.   I'm relying on the numbers.  But I think   03:24:27

16   I have another document with the -- the

17   calculation -- let me try to find my backup one

18   more time.  Okay.

19        Q.   You have a document --

20        A.   Because I -- yeah.  We -- we are -- we      03:24:37

21   are talking in circles here.  Okay.  So...

22        Q.   I don't think so.

23        You have a Valve/Steam document that

24   shows an actual effective commission rate, correct?

25        A.   Yes.                                       03:24:52

```
 1        Q.   And it's different from Microsoft's      03:24:53

 2   estimate, correct?

 3        A.   Uh-huh.  Uh-huh.  That's correct.

 4        Q.   So Microsoft doesn't have the most

 5   accurate information in this document, this        03:25:02

 6   Exhibit 33, does it?

 7        A.   Well --

 8             MR. HARRINGTON:  Objection to form.

 9             THE DEPONENT:  -- that's what you say.  I

10   mean -- they -- am I -- am I not allowed to make    03:25:10

11   calculations?  I mean, we have to take whatever

12   Microsoft says in face value?

13        Q.   (By Mr. Swanson)  Well, that's what

14   you're doing, isn't it?

15             MR. HARRINGTON:  Objection.  Form.        03:25:21

16             THE DEPONENT:  No, that's not what I'm

17   doing.  I mean, you said it yourself, that I'm

18   doing something different than what my Microsoft

19   says.  So that Microsoft said it has to be whatever

20   you read in the small footnote down there, and I    03:25:30

21   have a different number.

22        Q.   (By Mr. Swanson)  Well, are you talking

23   the 4541 face value?

24        A.   Yes, I am.

25        Q.   And you indicate in table 4 that these    03:25:48
```

Page 197

```
 1    are sales for 2019; is that right?                    03:25:51

 2         A.   Let me see.

 3              That is correct.

 4         Q.   Okay.  And are these estimates in the

 5    Microsoft document, in Exhibit 33, are those from     03:26:17

 6    2019?

 7         A.   Well, the document was created in

 8    May '20.  So it's extremely likely that these are

 9    from 2019.

10         Q.   So is it extremely likely that all the      03:26:54

11    figures in this Microsoft document reported for

12    third parties are from 2019?

13         A.   Well, now you're -- you're stretching my

14    memory.  I mean, this is a multipage document.  We

15    need to spend some time looking at every page         03:27:07

16    before I can say something -- something like

17    that -- an opinion like that.

18         Q.   Okay.  Well, we'll -- don't worry.  We'll

19    look at some more pages.

20              You -- you actually have information from    03:27:17

21    Valve about Steam's total sales, do you not?

22         A.   Yes.

23         Q.   Doesn't the information that you have

24    available to you directly from Valve show

25    approximately $958,000,000 of total sales on Steam    03:27:40
```

Page 198

```
 1    for 2019?                                          03:27:45

 2        A.   That is correct.

 3        Q.   Well, then why are you taking a face

 4    value a figure of 4541 which is over 4 billion?

 5        A.   Well, I wouldn't be able to -- to answer  03:28:01

 6    this without looking at this a bit further.

 7        Q.   Now, the 1279 number in your table 4 also

 8    comes from this Microsoft document, slide 45,

 9    correct?

10        A.   Correct.                                  03:28:28

11        Q.   And you associate that with a 9 percent

12    effective commission rate?

13        A.   That's correct.

14        Q.   If Steam actually had the same cost

15    structure as Epic, wouldn't you add an extra       03:28:40

16    $20 million to their annual cost to calculate an

17    11 percent effective commission rate, not a

18    9 percent rate?

19        A.   Yes.  We -- we have found this in a

20    different way, the one on Steam.                    03:28:55

21        Q.   Moving to the Epic numbers in your

22    table 4, the ███████████ sales figure that you

23    report for Epic Games store, third-party sales,

24    does that come from slide 48 in the Microsoft

25    document?                                           03:29:27
```

Page 199

**CONFIDENTIAL**

```
 1              THE DEPONENT:  Let me see.  I think maybe      03:29:32
 2    it's time to take a break, if that's okay with you.
 3              MR. SWANSON:  Yes.  Yeah, that's
 4    perfectly fine.
 5              THE DEPONENT:  Thank you very much.  Ten       03:29:40
 6    minutes.
 7              MR. SWANSON:  Uh-huh.
 8              THE VIDEOGRAPHER:  We're now going off
 9    the record.  The time is 3:29.
10              (Recess taken.)                                03:32:23
11              THE VIDEOGRAPHER:  We're now back on the
12    record.  The time is 3:43.
13        Q.    (By Mr. Swanson)  Professor, in the
14    but-for world --
15        A.    May -- may I, Mr. Swanson.  I had a           03:43:53
16    chance to review the Valve backup that I have, and
17    it does look like the effective commission rate was
18    exactly right, 25 percent.
19              I'm not sure why Microsoft says it's 27,
20    but there is an actual real calculation of the --      03:44:17
21    of the Valve effective rate taking into account all
22    the transactions that have happened in Valve.  So
23    this was kind of created from scratch.  So they --
24    the numbers I -- I have are -- are, in fact,
25    correct.                                                03:44:40
```

Page 200

**CONFIDENTIAL**

```
 1        Q.   And have you confirmed that the              03:44:44

 2   4,541,000,000-dollar figure is correct as well?

 3        A.   Well, I have a -- a -- a figure that

 4   is -- that is the -- the net sales number, which

 5   looks very much confirming the 4.5 billion.  Okay.   03:45:09

 6   So -- because of the -- okay, that's right.

 7             So -- that's correct.  I mean, I looked

 8   at the backup and I think we can replicate it, and

 9   it -- it shows the -- that this is the right number

10   that's 25 percent and not 27 as Microsoft says.      03:45:31

11        Q.   Yeah, no, I understood that.  I was

12   asking if you confirmed that the 4541 number in

13   your table 4 is accurate.

14        A.   I believe so.

15        Q.   Did you look at your backup data on that   03:45:50

16   point?

17        A.   Yes.

18        Q.   Okay.  In the but-for world, based on

19   your Windows PC app distribution yardstick, do you

20   assume that all iOS App Stores, including the        03:46:07

21   Apple App Store, would charge the same ███ percent

22   commission rate to developers?

23             MR. HARRINGTON:  Objection to form.

24             THE DEPONENT:  I assume that this would

25   be the rate they're going to -- to charge, yes,      03:46:29
```

Page 201

```
 1    that's correct.                                    03:46:33

 2        Q.   (By Mr. Swanson)  Based on that same

 3    yardstick, is it your opinion that if Epic Games,

 4    in the but-for world, opened an iOS App Store,

 5    that it would charge a ████percent commission?     03:46:44

 6        A.   Well, we are talking about the average

 7    commission here.  So it's -- it is conceivable that

 8    Epic might charge less, like 12 like they want to,

 9    and the others will charge more, but on the

10    average, it's going to be ████.                    03:47:02

11        So the developer damages is expecting, in

12    the but-for world, on the average, ████.

13        Q.   But it's conceivable that the Apple

14    App Store would charge 30 percent in the but-for

15    world and Epic would charge 12?                    03:47:21

16        MR. HARRINGTON:  Objection.

17        THE DEPONENT:  Well, I would find it hard

18    to believe that Apple would stick with -- with 30

19    because it's going to be competitive pressure to --

20    to cut that -- that rate, first of all.            03:47:34

21        Second, even if the Apple Store charges

22    30, developers will have a choice, and not only

23    they could sell everything they -- they want to

24    sell through Epic, but also they could break their

25    sales through different stores.  So some are going  03:48:04
```

Page 202

```
 1    to go through Apple.  Some are going to go through      03:48:07

 2    others.

 3             So -- so on the first hand, I think that

 4    it would be hard for Apple to stay at 30 percent.

 5             And second, the developers will benefit        03:48:17

 6    even if Apple stays at 30 percent, which I said

 7    it's very unlikely, because the other stores are

 8    going to be around and they will have, on the

 9    average, the opportunity to realize the

10    ████  percent commission.                               03:48:35

11        Q.   (By Mr. Swanson)  In the but-for world,

12    would larger developers, for example, those who

13    have apps that earn more than $10 million in

14    revenue, receive lower commission rate?

15        A.   Well, that's conceivable.  But this is         03:48:52

16    not necessarily a part of my calculation.  I am

17    calculating an average rate, and that's what I

18    think is -- is correct.

19             But as you did see, the average rate

20    comes partly through Steam, and Steam has a            03:49:09

21    variation of tiers.  So it's not -- it's not

22    inconceivable that there will be some variation in

23    tiers, but the average developer should expect to

24    get ████  percent.

25        Q.   In the but-for world, in your opinion,         03:49:31
```

Page 203

**CONFIDENTIAL**

```
 1   would large developers or small developers be more        03:49:33

 2   likely to be charged the lowest commission rate?

 3        A.   I'm not sure I -- say it again one more

 4   time?

 5        Q.   Yeah.  In the but-for world, in your            03:49:50

 6   opinion, would large developers or small developers

 7   be more likely to be charged the lowest commission

 8   rate?

 9             MR. HARRINGTON:  Objection to form.

10             THE DEPONENT:  The way I have calculated         03:50:03

11   my -- my yardstick is for the average, the --

12   you know, developer, the average -- sorry, what

13   every developer, on the average, expects to get.

14        Q.   (By Mr. Swanson)  Okay.  You have a

15   second yardstick, correct?                                03:50:22

16        A.   Yes.

17        Q.   And that's estimated based on profit

18   margins of a group of online marketplaces with

19   agency-based businesses, right?

20        A.   Correct.                                        03:50:40

21        Q.   Which of your two yardsticks do you

22   consider to be more reliable?

23        A.   Well, I'm confident in both, and the fact

24   that they bring out very close results in terms of

25   the average commission gives me extra confidence        03:50:54
```

```
 1    that through the two different parallel methods,        03:50:57

 2    independent methods, I'm able to -- to get the

 3    average commission rate close, somewhere between 14

 4    and 15 percent.

 5         Q.   Which of your two yardsticks do you          03:51:16

 6    consider to be the more conservative?

 7         A.   I consider them to be equally good.

 8         Q.   You -- they're both equally conservative?

 9         A.   Yes.

10         Q.   Turn to paragraph 47, please.                03:51:39

11         A.   Uh-huh.

12         Q.   In the second sentence, you say,

13    "Typically in a market like the iOS app

14    distribution market, where there exist both market

15    demand for alternative options and capable           03:52:02

16    entrants, economic logic predicts entry into the

17    market with each entrant capturing some market

18    share and driving down the market price."

19              Do you -- do you see that?

20         A.   Yes.                                         03:52:15

21         Q.   In your opinion, does this economic logic

22    apply to the Window PC app distribution market as

23    well?

24         A.   I think this economic logic applies to

25    any situation of entry.                               03:52:28
```

                                                   Page 205

```
 1        Q.   Does economic logic predict that an          03:52:33

 2   entrant would charge a profitable price?

 3        A.   Well, if -- if -- the entrant has to be

 4   successful in -- in being profitable.  Otherwise,

 5   it will not survive.                                    03:52:49

 6        Q.   When an entrant a below-cost price, what

 7   does economic logic predict about the price that

 8   will be charged by the incumbents?

 9             MR. HARRINGTON:  Objection.

10             THE DEPONENT:  I'm not sure I understand      03:53:01

11   the premise of your -- of your question.  You know,

12   the -- the entry -- the entrant has to break even,

13   at least, in the long run.  I mean, it cannot

14   surface otherwise, so the premise of your question

15   kind of falls apart.                                    03:53:21

16        Q.   (By Mr. Swanson)  How many firms have

17   entered the Windows PC app distribution market

18   since 2008?

19        A.   I -- I haven't examined exactly that

20   number.                                                 03:53:38

21        Q.   Was Epic a competitor of Steam before

22   Epic opened its door in 2018?

23        A.   Not before it opened its door.  I mean,

24   in the sense of app distribution competition.

25             If you're asking do they make games,         03:53:58
```

**CONFIDENTIAL**

```
 1    yeah, they make games, so -- but -- so they could      03:54:00

 2    be competing in other ways, but in terms of the

 3    market we care about, which is app distribution,

 4    no.

 5         Q.   So you believe that Epic's                    03:54:11

 6    self-distribution of Fortnite prior to the

 7    Epic Games store's debut was not competitive with

 8    Steam?

 9         A.   Well, I -- maybe I misspoke.  I only

10    thought that you were -- they were asking the          03:54:29

11    question about the third-party store.

12    Self-distribution is, of course, competitive with

13    every other store, including Steam.

14         Q.   Okay.  So Epic was a competitor of Steam,

15    in your opinion, before Epic opened its third-party    03:54:42

16    game store in 2018?

17         A.   Yes.

18         Q.   What was Epic's market share before it

19    opened its third-party game store?

20         A.   Market share in what market?              03:54:59

21         Q.   The Windows app, PC distribution

22    market --

23              (Simultaneously speaking.)

24              THE DEPONENT:  I'm sure we have it

25    somewhere in the -- in the backup, but I -- I          03:55:08
```

**CONFIDENTIAL**

```
 1    don't -- I don't -- I don't recall off the top of      03:55:11

 2    my head.

 3         Q.   (By Mr. Swanson)  Did Steam's market

 4    share drop in 2019 after the entry of Epic Games

 5    store?                                                  03:55:25

 6         A.   I do not recall.

 7         Q.   Does economic logic predict that the

 8    entry of the Epic Games store into the Windows PC

 9    app distribution market for third parties would

10    drive down Steam's price?                               03:55:41

11         A.   Yes, over time, that it will drive it

12    down, yes.

13         Q.   Uh-huh.

14         A.   You mean -- by price, you mean the fees,

15    right?                                                  03:55:53

16         Q.   Yes.  Commission.

17         A.   Uh-huh.

18         Q.   Is that what you meant?

19         A.   Yes.

20         Q.   Yeah.                                         03:55:59

21              Turn, please, to your table 5, which is

22    on table -- on page 25.

23         A.   Yes.

24         Q.   This is a table you use for your second

25    yardstick; is that correct?                            03:56:19
```

Page 208

**CONFIDENTIAL**

```
 1        A.    That's right.                               03:56:20

 2        Q.    Uh-huh.  And you base your profit margin

 3   analysis on the profit margins for eBay, Etsy,

 4   Rakuten, Mercado Libre and Alibaba, right?

 5        A.    That is correct.                            03:56:41

 6        Q.    And at least one reason why you used

 7   these stores is because they are all marketplaces

 8   that charge commissions?

 9        A.    That is correct.

10        Q.    None of them are app marketplaces,          03:56:50

11   correct?

12        A.    There is some parts of Alibaba and

13   Rakuten that are app marketplaces.

14        Q.    Do you know if the percentages that you

15   report in table 5 apply to the app portion of their  03:57:03

16   respective businesses?

17        A.    Yes, in terms of these two that I

18   mentioned, the Rakuten and Alibaba's.

19        Q.    And -- and what is the -- well, are --

20   are you reporting the -- the operating margins for    03:57:20

21   Alibaba's app marketplace?

22        A.    That is correct.  It comes from

23   Mr. Tregillis' report.

24        Q.    Flip to paragraph 48, please.  And I

25   wanted to ask you about something in that long        03:58:13
```

Page 209

**CONFIDENTIAL**

```
 1    final sentence that carries over onto page 27, the        03:58:22

 2    one that starts, "An Epic planning document."

 3            Do you see that?

 4       A.   Yes.

 5       Q.   I'm not going to read that out loud,              03:58:31

 6    it'll take too long.  We're all tired of hearing

 7    me.

 8            But you have a parenthetical there

 9    indicating that it seems to have been the case that

10    Steam reacted to the entry of Epic Games store?        03:58:44

11       A.   That is right.

12       Q.   Okay.  Are you aware that after Steam

13    reacted, it retained its 30 percent base commission

14    rate?

15            MR. HARRINGTON:  Objection to form.            03:59:02

16            THE DEPONENT:  Well, I'm not sure what

17    exactly you are -- you are describing.  I hear

18    we -- my understanding is that Epic says that it

19    could capture 50 percent if Steam doesn't react and

20    35 if Steam reacts.  And it looks like Steam          03:59:18

21    reacted.  So 35 makes sense as -- and as a -- as a

22    potential number percentage that an entrant might

23    achieve.

24       Q.   (By Mr. Swanson)  Well, when you say it

25    appears that Steam reacted, are you denying that       03:59:37
```

                                                        Page 210

```
 1     Steam retained its default 30 percent commission      03:59:41

 2     rate?

 3              MR. HARRINGTON:  Object to form.

 4              THE DEPONENT:  I'm not denying that.  But

 5     it -- it looks like there was some reaction, at       03:59:50

 6     least, to -- to try to -- to achieve as much as

 7     possible no loss of market share.

 8         Q.   (By Mr. Swanson)  Was Steam's reaction to

 9     the entry of Epic Games store consistent with what

10     economic logic predicts when additional rivals       04:00:12

11     enter the market?

12         A.   Yes -- I mean, yes.  In general, yes.

13         Q.   Okay.  Now, in paragraph 48, you state

14     that 35 percent -- this is on the top of page 27.

15              You state that "35% is the single entrant    04:00:32

16     market share that is currently best supported by

17     the evidence."

18              Do you see that?

19         A.   Yes.

20         Q.   When you refer to the "evidence," are you    04:00:44

21     including Steam's reaction to the entry of

22     Epic Games store?

23         A.   Yes.

24         Q.   Do you agree that in the single entrant

25     scenario that you're analyzing, that the Apple        04:00:54
```

1    App Store would have a 65 percent market share?          04:00:58

2         A.   That is correct.  It's written in --

3    explicitly in table 6.

4         Q.   And in the two entrant scenario that you

5    analyzed the Apple App Store would have a                04:01:07

6    50 percent market share?

7         A.   That's also true in table 6.

8         Q.   Did you do any analysis to figure out why

9    you would assume that the two entrants would have

10   25 percent market share each?                            04:01:25

11        A.   Well, it's a modest assumption that two

12   entrants would come in with 25 percent each.  So it

13   still leaves Apple with 50 percent market share.

14   But the -- the effect of entry is that it pushes

15   down the but-for average commission rate.               04:01:51

16        Q.   Did you do any analysis to determine if

17   Epic actually attained a 35 percent market share

18   with its Epic Games store?

19        A.   No.  And this is not a discussion just

20   about Epic.  This is a hypothetical discussion of       04:02:15

21   entry in the but-for world in the iOS app

22   distribution market.

23        Q.   In Epic's analysis of what market share

24   it would expect if Steam reacted, was it including

25   market share attributable to self-distribution, as      04:02:39

Page 212

1    well as market share for third-party distribution?        04:02:43

2        A.   I do not recall at this point.  But I

3    think that it was mostly third-party distribution.

4        Q.   Can you calculate Epic's share based on

5    your table 4?                                             04:03:03

6        A.   You mean Epic's share among the six or

7    eight firms there, or Epic's share in terms of the

8    whole market for Windows PC distribution?

9        Q.   Either way.  Let's first start with the

10   third-party sales.                                        04:03:33

11           You've got a ███████████ figure for Epic

12   in 2019, correct?

13       A.   Yeah, but that's -- as you -- you were

14   saying before, that's the first year they entered,

15   so yes.  So it's kind of --                               04:03:47

16       Q.   Okay.

17       A.   -- not -- not even, I think, a full year.

18       Q.   Okay.  So that's about ██████████ of the

19   total third-party sales on Steam, Microsoft Store

20   and Epic Games store, correct?                            04:04:04

21       A.   I mean, you're good at making these

22   calculations on top of your head and I'm not.  But

23   I'll take your number for it at this point.

24       Q.   The percentage that ██████████ reflects

25   compared to the total sales in table 4 is very           04:04:25

```
 1   small.                                          04:04:31

 2           Would you not agree?

 3       A.   Well, I mean, here, we're talking about a

 4   yardstick for Windows PCs.  And somehow we are

 5   taking the first year entry of -- of Epic and      04:04:49

 6   saying this is all they're going to -- to achieve.

 7           Like in the "Rate Yardstick" backup,

 8   where we see the projections of Epic, they claim

 9   that in 2024 their size would be about

10   ████████████.  So that's completely different than  04:05:14

11   the ████████████ that they have right now.  So they

12   are projecting they're going to be ████████████

13   times larger in a few years.

14       Q.   And making that assumption and even

15   assuming all the other sales in table 44 remain the  04:05:33

16   same, would they have a 35 percent share of the

17   Windows PC app distribution market?

18       A.   I mean, again, my discussion of the one

19   entrant with -- with 35 percent is for the app

20   market for iOS.  It's not a prediction about what    04:06:00

21   does -- Epic would do or it has done or will do

22   in the -- the Windows PCs stores market.

23       Q.   In -- in either of your iOS but-for

24   scenarios with either one or two entrants, isn't it

25   a fact that Apple would benefit from substantial     04:06:30
```

Page 214

**CONFIDENTIAL**

```
 1    indirect network effects with its 50 to 65 percent        04:06:32

 2    market share?

 3        A.   It would benefit in what way, did you

 4    say, substantial?

 5             I mean, can you say -- can you break it          04:06:48

 6    down a bit more?

 7        Q.   Yes.

 8             I'm referring to your scenarios for the

 9    but-for world where there are either one or two

10    entrants.                                                 04:07:00

11             Are you with me?

12        A.   Uh-huh.

13        Q.   And you agree that in either of those

14    scenarios, Apple would have at least 50, and as

15    high as 60 percent -- 65 percent of the iOS app           04:07:11

16    distribution market, correct?

17        A.   Uh-huh.  Yes.

18        Q.   So relative to its rivals in those

19    scenarios, wouldn't Apple benefit

20    disproportionately from substantial indirect              04:07:23

21    network effects?

22        A.   Well, if -- if you look carefully at --

23    at table 6, you can see that the but-for Apple

24    profit margin is relatively high compared to the

25    entrant margin.                                           04:07:48
```

**CONFIDENTIAL**



Page 216

**CONFIDENTIAL**

                                                                  04:10:01

6       Q.   When you referred to page 54, did you

7   mean paragraph 54?

8       A.   I'm sorry.  Thank you.  Paragraph 54.

9       Q.   Professor, are you familiar with the term

10   "critical mass" in the context of two-sided        04:10:12

11   platform?

12       A.   People use it differently.

13       Q.   How do you use it?

14       A.   I use the word "critical mass" -- and I

15   have written it in a number of academic papers --   04:10:25

16   as the size where the network starts.  Like in a --

17   in a -- in a traditional market, the network

18   starts -- I'm sorry -- in a traditional market, as

19   you cut price, the market starts at very small

20   numbers, at very small percentages.            04:10:45

21        But if you have significant network

22   effects, the market can start at a significant

23   percentage of the market.  Let's say, 25 percent,

24   or something -- something higher.  And that's what

25   I call critical mass.  Other people use it       04:11:00

                                                                  Page 217

**CONFIDENTIAL**

```
 1   differently.                                          04:11:03

 2       Q.   I -- I apologize.

 3            What -- how do you define critical mass?

 4            It's -- it's the point at which

 5   substantial network effects are achieved?            04:11:13

 6       A.   No.  The way I define it is -- let me

 7   start with a -- with a simpler world.

 8            Suppose we have a world in which some --

 9   some new innovation happens.  For example, the fax.

10   So the fax happens, but its cost is high.  And then   04:11:46

11   because of technological change, its costs goes --

12   gets lower and lower and lower.  And at some point

13   in time the market explodes.  A lot of people buy

14   fax machines.  We see the -- the network effects

15   and everything else.                                  04:12:03

16            And that's the point in which I would

17   call the point of critical mass.  And I have

18   written this in academic papers.  I can point out

19   to you where.

20       Q.   Okay.  How long, in your opinion, would     04:12:15

21   it take a new entrant into the iOS app

22   distribution market to attain critical mass?

23            MR. HARRINGTON:  Objection.

24            THE DEPONENT:  Well, again, we are

25   talking about critical -- you are talking about       04:12:32
```

Page 218

```
 1    critical in your own terms rather than in my terms.      04:12:34

 2             But if you're saying how long it would

 3    take for him to have substantial market share, I

 4    would say that's not necessarily a long time.

 5    Because once people understand that this entrant --    04:12:48

 6    once the developers understand that this entrant

 7    has a lower but-for commission rate, then people

 8    are going to flock to him.  So that's the way I --

 9    I -- I see it.

10             But even if the entrant takes time to          04:13:10

11    reach the share that I mentioned in table 6, there

12    is still going to be an impact on -- on Apple and

13    on the average commission rate because the entrant

14    one or two is going to be there in the market and

15    put pressure on competition in -- for the -- for       04:13:35

16    the -- for Apple distribution.  So it will put

17    pressure on Apple on app distribution.

18        Q.   (By Mr. Swanson)  Using your definition

19    of the term, what happens to an entrant that does

20    not achieve critical mass?                             04:13:51

21        A.   Well, an entrant that does not achieve

22    the -- the percentage that I said could fail.

23             Now, the way that -- that I have

24    introduced the entrants, 35 percent, 25 percent, 25

25    percent, in the second case, you know, these          04:14:16
```

Page 219

**CONFIDENTIAL**

```
 1    entrants make profits as they come in.              04:14:20

 2           So I don't have them teetering to the

 3    edge so that they would fail.  If they don't get

 4    35 percent, then they go out of business.  That's

 5    not the -- the way the -- the numbers work.         04:14:34

 6           And I have to say one more thing about

 7    this, is that I burdened the entrants, even though

 8    they have relatively small percentages market

 9    share, with the full fixed costs of Apple, ███

      ███████████████████████████████               04:14:55

11           And they also grew over time.  So I

12    burdened them with the latest big number of fixed

13    costs.

14           So I'm doing this because I'm doing this

15    in a very conservative way.  So I use the full     04:15:10

16    fixed cost of Apple even though these entrants are

17    much, much smaller.  So I'm doing it in a very

18    conservative way.

19       Q.   When did Apple's App Store attain

20    critical mass in the -- in the actual world?       04:15:31

21           MR. HARRINGTON:  Objection.

22           THE DEPONENT:  I haven't looked at that.

23    I mean, I -- I really only looked at the actual

24    world from the beginning of the class period in

25    2015.                                               04:15:43
```

Page 220

**CONFIDENTIAL**

```
 1        Q.   (By Mr. Swanson)  In paragraph 49, you       04:15:47

 2   state that, "More stores beyond two are certainly

 3   possible"?

 4        A.   Yes.

 5        Q.   Do you see that?                              04:15:57

 6             Is it your opinion that more stores in

 7   the but-for world beyond two are probable, not just

 8   possible?

 9        A.   Well, I haven't formed an opinion

10   whether -- whether they are probable.  I -- I would    04:16:11

11   say that given the -- the difficulties in

12   attracting people from both sides of the market,

13   entry is not going to be huge.  Like, I definitely

14   don't expect ten stores or seven stores, and

15   probably much, much smaller.                           04:16:36

16             It is conceivable there might be

17   three stores.  It is conceivable there might be

18   four entrants.  It's possible.

19             The -- and I have thought, although

20   they're not presented in the report, of some          04:16:50

21   calculations regarding this.  Are they going to

22   survive, are they going to -- what effect will they

23   have on Apple, and so on.

24             And -- and generally speaking, the --

25   adding more stores, as long you don't add 20,         04:17:06
```

Page 221

```
 1    right, as long as you add one or two more, is not        04:17:12

 2    making a very significant effect -- a significant

 3    effect, I should say.  Doesn't make a significant

 4    effect on the but-for commission.

 5        Q.   Have you modeled any scenario where Apple        04:17:31

 6    maintains its default 30 percent commission rate in

 7    the face of entry?

 8        A.   I think that would be unrealistic.

 9    Really unrealistic.  I mean, you might think very

10    highly of Apple, you might think they're huge, the       04:17:49

11    best thing that ever happened to the American

12    economy.  Nevertheless, in the face of competition,

13    in the face of rivalry and entry, even Apple is

14    going to cut its commission rate.

15            It's extremely likely.                            04:18:08

16        Q.   Have you analyzed any scenario where

17    Apple changes its commission structure to the one

18    that Steam has in the event of entry?

19        A.   I -- I -- I have not, and, you know, in

20    some way, because we have not observed the but-for       04:18:33

21    world, possibilities exist.

22            Nevertheless, I think that the

23    two benchmarks, the actual three benchmarks are

24    created, are realistic -- I mean are reasonable for

25    the calculation of the but-for world fees.               04:18:57
```

                                                    Page 222

1          Q.   If I wanted to assume a different market          04:19:03

2     share other than 35 percent for one entrant

3     scenario, could I plug that different share into

4     your model and see what the commission turns out to

5     be?                                                         04:19:18

6          A.   It could be, yeah, I mean, you could do

7     that, but I -- I'm not sure why, but you could.

8          Q.   Now, you mentioned earlier that you

9     assume that the entrants would have the same cost

10    structure as Apple in -- in the but-for world for          04:19:36

11    purposes of this one- or two-entrant analysis,

12    correct?

13         A.   Correct.

14         Q.   Are you assuming that the entrants would

15    also sell iOS devices?                                     04:19:47

16         A.   I don't assume that the entrants sell

17    anything else except facilitate the -- the

18    distribution of apps.  And, again, assuming that

19    the -- that the entrant, even though he's small

20    compared to Apple, has the same full fixed cost of          04:20:10

21    Apple, is extremely conservative.

22         Q.   Are you assuming that the entrants would

23    not incur any costs for updating the iOS

24    operating system?

25              MR. HARRINGTON:  Objection to form.              04:20:29

```
 1              THE DEPONENT:  I -- I'm not so sure what        04:20:30

 2    you mean by "updating the iOS operating system."

 3    This is something that Apple does periodically.

 4    What does it have to do with the entrants?

 5         Q.  (By Mr. Swanson)  Well, our -- it's            04:20:43

 6    related to questions I asked you earlier.  Are you

 7    assuming that the entrants did not pay any license

 8    fee to Apple for use of its intellectual property?

 9         A.   Well, we agreed that what you call use of

10    intellectual property is just an API so that they     04:20:58

11    can connect to -- to the -- to the system so that

12    they can, in fact, survive, right?  I mean,

13    otherwise, they wouldn't be able to survive.

14              So I -- I would assume that if the -- the

15    judge finds this story convincing, if -- if the       04:21:13

16    judge finds my report convincing, the judge will

17    impose a requirement on Apple to create an API

18    without any fees.

19              Now, if the judge doesn't do that, and

20    creates fees, then one can add these fees to my --     04:21:36

21    or subtract these fees from the -- from the damage

22    calculation.

23         Q.   That's clear.

24              Are you aware that there are 150,000 APIs

25    that Apple licenses to developers in the current       04:21:52
```

Page 224

```
 1    world?                                              04:21:56

 2              MR. HARRINGTON:  Objection.

 3              THE DEPONENT:  I'm not aware of the

 4    number, but like you said, these are APIs licensed

 5    to developers, and here we're talking about not     04:22:03

 6    licensing to developers, but licensing to the

 7    stores, and also licensing to developers in a

 8    different way so they can do self-distribution.

 9        Q.   (By Mr. Swanson)  That -- that -- that is

10    the question.                                       04:22:21

11              Are -- are you assuming in your one- and

12    two-entrant scenarios that the entrants would not

13    incur any costs of iOS App Review?

14        A.   I am assuming that whatever this cost of

15    App Review are, the $99 that we had from the        04:22:41

16    present world, would stay the same if the judge

17    says that App Review by Apple is required no matter

18    how the distribution happens, even if it happens to

19    other stores.

20              Now, as we have said also before, if the  04:23:05

21    judge decides otherwise, if the judge says, Well,

22    you know, let everybody provide their own security,

23    then it's -- the world is going to be more

24    competitive, and the various App Stores are going

25    to compete for being the most secure.               04:23:24
```

```
 1         Q.    In paragraph 51 of your report, at the        04:23:32

 2    end of that paragraph, you indicate that you

 3    "additionally assume that all firms in the market

 4    would charge the same commission rate to

 5    developers."                                              04:23:45

 6              Do you see that?

 7         A.    Yes.

 8         Q.    Is that the assumption that you make when

 9    you apply this yardstick in calculating injury and

10    damages in the but-for world?                             04:23:57

11         A.    Yes.  But I should also say that,

12    you know, this assumption, it's much more innocuous

13    than you think.  Because even if we created some

14    variation, it wouldn't make a big difference.

15              Let's say -- let me give you an example.       04:24:20

16    Suppose we go to the two entrants example in which

17    the entrants have 50 percent and Apple has

18    50 percent, and suppose that we say, Well, Apple

19    should be paid 3 percent more than the but-for

20    average commission rate.  Okay.  It's 3 percent          04:24:43

21    more.  Not 3 percentage point.  It's not going from

22    14 to 17, but 3 percent on the 14.8 -- or, sorry,

23    on the 13.

24              Okay.  So suppose that's true, and at the

25    same time, you might say, Well, Apple is a great         04:24:58
```

Page 226

```
 1   product so the entrants should, in fact, get paid        04:25:02

 2   3 percent less.

 3            So now we have a situation in which Apple

 4   gets 3 percent more of the 13 percent and the

 5   entrants get 3 percent less.                              04:25:18

 6            What difference does it make?  None.  The

 7   average commission rate is going to be the same.

 8   Some even though you varied the various -- the --

 9   the -- the prices, the -- the -- the commissions

10   between developers and Apple, in the end it doesn't       04:25:37

11   make a difference.

12            And I make this example to show you that,

13   you know, it's not ominous at all.  It's not

14   restrictive at all to say, It's the same number.

15   We calculate things at the same number, and you can       04:25:50

16   always have some small variations around these

17   numbers and it won't make a difference.

18       Q.  Do you agree that it is unlikely that all

19   the rival iOS app distributors in the but-for

20   world would decide to charge the same commission          04:26:06

21   because there would be significant variation in the

22   different firms individually profit-maximizing

23   commissions?

24       A.  Well, I don't quite see that -- that

25   being the -- the case.  Here I assume that               04:26:20
```

Page 227

```
 1    two entrants come in.  They're identical entrants.      04:26:23

 2    There is -- whatever their profit maximization is

 3    going to be is going to be very similar between

 4    these two companies.

 5            I'm not saying it's going to be similar         04:26:37

 6    to Apple, I'm saying it's going to be similar

 7    between these two companies, and that would create

 8    the same rate for them.

 9            At the same time, it makes sense for

10    Apple to also accept the same rate because there's     04:26:47

11    going to be competitive pressure.

12            And the second part of the answer is what

13    I said in the previous question, that small

14    variations in the commission rates do not typically

15    make any significant change in the but-for average     04:27:08

16    commission rate.

17        Q.   And just to be clear, you do not agree

18    that there would be a significant variation in the

19    different entrant firms individually

20    profit-maximizing commissions in the but-for world?    04:27:27

21            MR. HARRINGTON:  Objection.

22            THE DEPONENT:  Well, I -- I think I

23    already answered that firms that are very similar

24    in terms of their cost conditions, their abilities

25    and so on, are going to behave very, very             04:27:42
```

Page 228

| | | |
|---|---|---|
| 1 | similarly.  And that's what I have in the | 04:27:44 |
| 2 | two entrants example. | |
| 3 | Q.   (By Mr. Swanson)  Well, do you disagree | |
| 4 | that Apple and its rival iOS app distributors in | |
| 5 | the but-for world would have varying | 04:27:57 |
| 6 | profit-maximizing commissions because their | |
| 7 | products would be vertically differentiated and | |
| 8 | they would likely have different business | |
| 9 | strategies? | |
| 10 | MR. HARRINGTON:  Objection to the form. | 04:28:08 |
| 11 | THE DEPONENT:  Well, that's -- that's | |
| 12 | assuming a lot. | |
| 13 | Well, first of all, you assume they're | |
| 14 | vertical differentiated.  I'm not so sure.  Why | |
| 15 | would they be necessarily vertically | 04:28:17 |
| 16 | differentiated? | |
| 17 | And then you say they're going to have | |
| 18 | different profit strategies.  Why?  I mean, even if | |
| 19 | you say that Apple has a different profit strategy | |
| 20 | than the entrants, it's very hard to argue that the | 04:28:30 |
| 21 | two entrants, which are very similar, are going to | |
| 22 | have different strategies from each other. | |
| 23 | And, again, look at table 6.  I allow | |
| 24 | Apple to have a much bigger profit margin in both | |
| 25 | one-entrant and two-entrant scenarios than the | 04:28:48 |

Page 229

**CONFIDENTIAL**

```
 1    entrants.                                          04:28:51

 2           So I'm really very conservatively giving

 3    a lot to -- a lot of profitability to Apple, which

 4    might be because of the reasons that you say,

 5    vertical and so on.                                04:29:04

 6           Q.   (By Mr. Swanson)  Do you have any

 7    scenario where an entrant charges a 12 percent

 8    commission and earns a positive profit?

 9           A.   Well, not in the ones presented in the --

10    in the -- in the -- in the report.                 04:29:24

11           Again, you should keep in mind, whether

12    the entrant should be burdened by the full

13    ██████████  of fixed costs that Apple has with

14    billions of sales, rather than the smaller fixed

15    costs.                                             04:29:50

16           And even if you go a few years back on

17    Apple's numbers, the -- the fixed cost is much,

18    much smaller.  So we burdened the one entrant and

19    two entrants with the full cost, ████████████

      ███████████████████████████████████████        ██████████

      ███████████████████████████████

22           So if we're going to go to small profit

23    margins, we should seriously think, well, maybe

24    we're burdening the entrants with too much of a

25    fixed cost, maybe we should change that.           04:30:32
```

**CONFIDENTIAL**

```
 1        Q.   Do you agree that in the but-for world        04:30:35
 2    rival iOS app distributors would have difficulty
 3    detecting changes in each other's commissions?
 4        A.   I -- I -- I cannot imagine how they would
 5    have difficulty.  I mean, I, as a developer, will     04:30:48
 6    go to the website of the first and get -- get --
 7    get the commission.  I'll go to the website of the
 8    second, get the commission.  Nobody has a reason
 9    not to tell me what their commissions are.  So it's
10    going to be -- I -- I -- I don't think at all that    04:31:04
11    this -- this issue is going to arise.
12        Q.   Do you agree that Google does not
13    publicize any of its programs that provide lower
14    commissions to developers that have publicized
15    rates?                                                04:31:20
16        A.   I -- I do not know specifically.  But as
17    we have discussed earlier in this deposition,
18    Google is doing a number of anticompetitive effects
19    and now you are mentioning one more.
20        Q.   Is not publicizing one's commission         04:31:36
21    agreements with particular developments
22    anticompetitive?
23        A.    It could very well be.  I mean, it
24    depends on how -- what -- what's the size of the --
25    of the company and if it's a dominant company.       04:31:52
```

Page 231

```
 1              I mean, to give you an -- an example from        04:31:54

 2    a past case, in the case of -- of Microsoft, it

 3    turned out that Microsoft would not allow the --

 4    the PC manufacturers to tell each other how much

 5    Microsoft was collecting from them to give them the    04:32:15

 6    operating system.  Okay.  So that was a complaint,

 7    a very big complaint of IBM and other manufacturers

 8    of PCs.  And then the government, in the final

 9    settlement with Microsoft, imposed the requirement

10    on Microsoft to disclose how much each PC -- how       04:32:36

11    much it was collecting from each PC manufacturer

12    per unit.

13              So there is a precedent on there.  But,

14    again, it's a different discussion from what we're

15    focusing on today.  They were focusing on the          04:32:53

16    iOS, not on Google.

17       Q.   Is it correct that all of your yardsticks

18    point to a but-for average commission rate of 13 to

19    14.8 percent?

20       A.   Yes.                                            04:33:07

21       Q.   In your opinion, in the but-for world,

22    would Apple have a two-tier commission structure?

23       A.   Yes.

24       Q.   Are you relying on Professor Elhauge for

25    that opinion?                                           04:33:21
```

| | | |
|---|---|---|
| 1 | A.   Well, Professor Elhauge says the same | 04:33:23 |
| 2 | thing.  But I also think, on my own, that this | |
| 3 | makes sense. | |
| 4 | Why does it make sense.  Because Apple | |
| 5 | for a very long time has used this two tiers.  And, | 04:33:34 |
| 6 | of course, it had the opportunity to do other tiers | |
| 7 | if it wanted, but it didn't.  So it's very likely | |
| 8 | that in the but-for world, again, we are going to | |
| 9 | have two tiers. | |
| 10 | Q.   For how long has Apple had two tiers? | 04:33:55 |
| 11 | A.   I -- I don't -- I wouldn't be able to | |
| 12 | scratch my head and say exactly for how long.  But | |
| 13 | it definitely had two tiers throughout the -- | |
| 14 | the -- the class period. | |
| 15 | Q.   Since the App Store opened, hasn't Apple | 04:34:12 |
| 16 | had a single tier for longer than it's had two | |
| 17 | tiers? | |
| 18 | A.   I -- I -- as I said -- I mean, my | |
| 19 | examination is on the period of the class.  So in | |
| 20 | that period, definitely, the last five years or | 04:34:32 |
| 21 | five to six years, we -- Apple had two tiers. | |
| 22 | Q.   Table 7 on page 31 of your report, | |
| 23 | reports your commission estimates for the two tiers | |
| 24 | that you assume, correct? | |
| 25 | A.   Correct. | 04:34:57 |

Page 233

**CONFIDENTIAL**

```
 1          Q.   Your second tier estimates are either        04:34:59

 2     9 percent or lower, right?

 3          A.   The last column?

 4          Q.   Yes.

 5          A.   Yes.                                          04:35:12

 6          Q.   And the -- well, the last column for

 7     both -- both alternatives?

 8          A.   Correct.

 9          Q.   They range from 6.8 percent to 9 percent,

10     correct?                                               04:35:21

11          A.   No.  8.229 percent.

12          Q.   Well, look -- look to the left.  There's

13     a 6.8 percent there?

14          A.   Oh, I'm sorry.  You're not looking at the

15     last column.  Okay.  Fine.                             04:35:32

16               It's from 6.8 to 7.8, or from 8.229.

17          Q.   Okay.  Is there any evidence you've seen

18     of a competitive yardstick with a rate below

19     9 percent?

20          A.   Well, first of all, you shouldn't really     04:35:46

21     mix up things.  The -- these are rates kind of --

22     how can I say -- decentralized which come from the

23     13 to 14.8 -- 13.0 to 14.8 average commission

24     rates.

25               So all that table 7 does is take this        04:36:08
```

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | average commission rate, for example, in line 1, | 04:36:14 |
| 2 | 14.8, and split it appropriately, according to | |
| 3 | volume, to tier 1 and tier 2. | |
| 4 | And in the first case, it split it in | |
| 5 | the two to one commission ratio, like right now, | 04:36:30 |
| 6 | 15, 30.  But now it's 15.6, 7.8.  And it also, | |
| 7 | alternative, splits -- splits by -- by subtracting | |
| 8 | costs from the tier rate in the actual world and in | |
| 9 | the but-for world. | |
| 10 | So the -- it's -- we shouldn't lose the | 04:36:57 |
| 11 | fact that the average commission rate from Apple is | |
| 12 | going to be 14.8, not 15.6, not 7.8.  It's going to | |
| 13 | be 14.8.  So that's kind of important to keep in | |
| 14 | mind, that all table 7 does is a decentralization | |
| 15 | of the 14.8 yardstick average commission to two | 04:37:24 |
| 16 | different tiers.  And similarly for the 14.5 and | |
| 17 | 13. | |
| 18 | Q.  Do you agree that damage calculations | |
| 19 | should be as precise as you can reasonably make | |
| 20 | them? | 04:37:40 |
| 21 | MR. HARRINGTON:  Objection. | |
| 22 | THE DEPONENT:  Yes. | |
| 23 | Q.  (By Mr. Swanson)  Do you agree that | |
| 24 | damages should not be calculated based on | |
| 25 | speculation or guesswork? | 04:37:45 |

Page 235

```
 1        A.   Yes.                                    04:37:48

 2        Q.   Do you agree that damages should not be

 3   calculated based on hunches?

 4        A.   Yes.

 5        Q.   Do you agree that each individual         04:37:59

 6   developer member of the class is entitled to

 7   recover its full lost profits on account of Apple's

 8   alleged anticompetitive conduct?

 9             MR. HARRINGTON:  Objection.

10             THE DEPONENT:  Yes, that's true.         04:38:16

11        Q.   (By Mr. Swanson)  Do you apply the same

12   measure of damages to the plaintiffs' unfair

13   competition law claim?

14        A.   I'm sorry.  The unfair competition claim,

15   is this what is referred to as the California       04:38:35

16   unfair competition law?

17        Q.   Correct.

18        A.   Okay.  That -- you're talking about

19   paragraph 77.  And on that one, I understand from

20   counsel that members of the proposed class would be  04:38:51

21   entitled to restitution rather than damages.

22             And I have been advised by counsel that

23   the restitution under the California law is

24   measured as the amount to restore the plaintiff --

25   to the plaintiff what has been acquired by a         04:39:08
```

Page 236

```
 1    violation of the statute.                        04:39:14

 2          And if you define it that way, my

 3    analysis of damages applies equally and without

 4    modification to the restitution claim of the

 5    plaintiffs.                                       04:39:23

 6       Q.   Professor, how can you calculate damages

 7    for an individual developer without knowing where

 8    and on which store or stores the developer would

 9    sell its apps in the but-for world?

10       A.   Well, we calculate the but-for world with  04:39:41

11    an average rate and the difference between the

12    average rate and what is -- what he pays right now

13    is, in fact, the amount of damages that each

14    developer gets awarded.  So this is a conservative

15    amount to measure the damage.                     04:40:11

16       Q.   What -- what if in the but-for world a

17    specific developer would patronize only a nonApple

18    app store that charged the 6.8 percent commission,

19    how would you calculate its damages?

20          MR. HARRINGTON:  Objection.                04:40:38

21          THE DEPONENT:  Well, I am giving every

22    developer in the but-for world the average damages.

23    It's very hard to know exactly what would have

24    happened in the but-for world for every particular

25    developer.  But on the average, that's what they're  04:40:54
```

Page 237

```
 1    going to get.  And I can guarantee to each of these      04:40:56

 2    merchants, to each of these developers, that

 3    they're going to get this amount of money, the

 4    difference between the -- the fee in the but-for

 5    world and the average fee -- I'm sorry -- the          04:41:15

 6    average fee in the but-for world and the -- what is

 7    the average fee right now.  Okay.

 8              So we can guarantee that.  And that's

 9    very important that there is a way to calculate

10    damages for the whole class which shows without        04:41:29

11    doubt that every member of the class was damaged

12    and can easily calculate the amount by which he has

13    been damaged and, therefore, the amount that he

14    should be able to recover.

15        Q.   (By Mr. Swanson)  In paragraph 63 of your     04:41:52

16    report, you state that your measure of damage is

17    conservative because it does not include any

18    additional profit that might have accrued if there

19    were additional sales in the but-for world.

20              Do you see that?                              04:42:14

21        A.   Yes.

22        Q.   Are you saying that your measure is

23    conservative because an accurate measure of

24    developers' lost profits would yield even more

25    damages in every case?                                 04:42:26
```

Page 238

```
 1              MR. HARRINGTON:  Objection.  Form.          04:42:28

 2              THE DEPONENT:  I'm not saying that at

 3    all.  I mean, I'm saying I have a conservative

 4    calculation of -- of damages.

 5              Now, is it possible that someone in the    04:42:40

 6    but-for world would cut price, it's possible.  It's

 7    also possible that someone would increase price in

 8    the but-for world.  But the idea that I can predict

 9    that he's going to, let's say, cut price and be

10    successful in selling more, if he would find more    04:43:06

11    people to sell more.  That's hard to actually

12    believe.

13              Additionally, if you look carefully at

14    the calculations I have done, if the marginal cost

15    is small, if it's zero, or if it's small, the --     04:43:27

16    there is no incentive whatsoever for any developer

17    to cut his price.  That is, the price that he would

18    sell in the but-for world is exactly the same as

19    the price he would sell in the actual world.

20              So taking it one step further, the only    04:43:50

21    possibility that somebody might have to -- to say,

22    oh, you know, I'm going to cut the price a lot,

23    would be if he had a huge marginal cost, which I

24    think is unlikely.  And unlikely, very, very very,

25    very unlikely that -- that would be the case.        04:44:12
```

Page 239

```
 1              And, again, even in that case, the -- you        04:44:18

 2      need some kind of guarantee that you would be able

 3      to sell more, which we don't know.

 4              Finally, if the 99 cents rule remains in

 5      the but-for world, it would be very hard for any        04:44:36

 6      developer to cut the price to fit exactly in the

 7      next 99 segment.  Let's say, from -- from 2.99 to

 8      1.99.  It would be very hard to -- to do that.

 9      And, therefore, it would be an impediment to

10      changing prices.                                        04:45:00

11          Q.   (By Mr. Swanson)   Take, for example, one

12      of the developers that's had more than a billion

13      dollars in app sales over the class period.

14              Is it your opinion that such a developer

15      that brought its own individual case would not seek    04:45:18

16      to recover damages higher than your, quote/unquote,

17      "conservative calculation"?

18              MR. HARRINGTON:  Objection to form.

19              THE DEPONENT:  Well, I think people can

20      bring individual cases.  Nobody stops them.  But to    04:45:39

21      be able to rationally say, I'm going to make more

22      money by bringing the individual case, I need to be

23      absolutely sure that I have a really high marginal

24      cost because that's going to be the only

25      possibility for me to find -- me, as a developer,     04:45:59
```

Page 240

```
 1    to find to -- to be able to sell more.                04:46:04

 2          And additionally, I have to be able to

 3    somehow prove that not -- it's not going to be

 4    easy.  That, in fact, I will be able to sell more.

 5          And finally, I have to be able to say,         04:46:21

 6    oh, and the price the -- the reduction I'm going to

 7    have has to fit exactly between from 2.99 to 1.99.

 8    These are very hard conditions to fulfill.  And I

 9    think it's unlikely that they will be fulfilled

10    and, therefore, my calculation is -- is the best     04:46:41

11    bet for the -- for the developers.

12      Q.   (By Mr. Swanson)  You agree that you

13    calculate damages assuming that developers would

14    not change their prices, correct?

15          MR. HARRINGTON:  Objection to form.            04:47:01

16          THE DEPONENT:  Yes.

17      Q.   (By Mr. Swanson)  And are you testifying

18    now that you believe that assumption is 100 percent

19    accurate as a factual matter?

20          MR. BURT:  Objection to form.                  04:47:19

21          THE DEPONENT:  Well, I already explained

22    why I think it's a -- it's a very, very, very

23    reasonable assumption.

24          First to be able to have an incentive to

25    change the price, you need to have a high marginal   04:47:32
```

```
 1   costs, and I believe that in most cases, we do not      04:47:36

 2   have a high marginal cost for these apps.

 3          Second, you need to be able to credibly

 4   show that you will be able to make higher sales at

 5   the lower price in the but-for world, and I think      04:47:54

 6   that's a high hurdle.

 7          And third, you need to be able to show

 8   that your particular discount would fit in the grid

 9   from 3.99 to 2.99 or 1.99.

10          These are very hard conditions to meet,         04:48:11

11   and I believe that the calculation I have done is

12   conservative and safe, and it will give to every

13   person in the class an amount by which they were

14   injured, on the average.

15      Q.   (By Mr. Swanson)  Do you agree that if a        04:48:32

16   developer is charged the same commission in the

17   but-for world as in the actual world, it will not

18   change its but-for price for the app?

19          MR. HARRINGTON:  Objection to form.

20          THE DEPONENT:  Can I hear it one more           04:48:49

21   time?  I'm not sure I understood it right.

22      Q.   (By Mr. Swanson)  If -- if a developer is

23   charged the same commission in the but-for world as

24   it was charged in the actual world, do you agree

25   that it will not change its app price?                 04:49:01
```

```
 1              MR. HARRINGTON:  Same objection.              04:49:06

 2              THE DEPONENT:  Well, I mean, I -- I find

 3    it very unlikely that the developer in the but-for

 4    world would pay the same price as now.  Here we are

 5    talking about, on the average, the commission going    04:49:23

 6    anywhere between 13 to 14.8, instead of the present

 7    one almost 30 percent commission.

 8              So it would be very hard to imagine a

 9    situation in which some developer would not be able

10    to benefit very substantially from the commission     04:49:42

11    reduction in the but-for world.

12         Q.   (By Mr. Swanson)  That's not the question

13    I asked, Professor.  Please listen.

14              If a developer is charged the same

15    commission in the but-for world as in the actual      04:49:57

16    world, is it your opinion that it would charge the

17    same price in both worlds?

18              MR. HARRINGTON:  Same objection.

19              THE DEPONENT:  Okay.  I gave a long

20    answer to you saying why the premise of your          04:50:08

21    question is wrong.  So I don't know how to answer a

22    question when the premise of the -- of the question

23    is completely wrong.

24         Q.   (By Mr. Swanson)  Well, if we have a

25    hearing before the judge, I'm going to ask you this   04:50:21
```

Page 243

```
 1    question, so think carefully about it, whether you        04:50:24

 2    can answer it or not.

 3              If, in the but-for world, a developer is

 4    charged the same commission as it is charged in the

 5    actual world, is it your opinion that that               04:50:36

 6    developer's app price in the but-for world will be

 7    the same as in the actual world?

 8              MR. HARRINGTON:  Same objection.

 9              THE DEPONENT:  Well, again, I'll say

10    the -- the following answer:  Your premise doesn't        04:50:48

11    make any sense at all to me as an economist, so I

12    don't know what else to say.

13              I mean, would he be charged the same, who

14    knows?  I mean, when you're making this assumption,

15    which doesn't make any sense, I cannot give you a         04:51:04

16    reasonable economic answer to this question -- to

17    this answer -- this question, yes.

18         Q.   (By Mr. Swanson)  Okay.  But if I told

19    you that a given developer was charged a lower

20    commission in the but-for world, you'd be                04:51:16

21    absolutely positive that it would not change its

22    price compared to the actual world?

23              MR. BURT:  Objection.  Form.

24              THE DEPONENT:  Well, I have -- I have

25    calculated the average commission in the but-for         04:51:28
```

```
 1    world, and there is no doubt that the -- that the        04:51:32

 2    developer will be better off and he will charge --

 3    if he keeps charging the same price as before, as

 4    in the actual world.

 5            MR. SWANSON:  Let's take a break.  We've           04:51:54

 6    been going for more than an hour.

 7            THE DEPONENT:  Okay.  Thank you.

 8            MR. HARRINGTON:  You want ten minutes?

 9            MR. SWANSON:  Sure.

10            THE VIDEOGRAPHER:  We're now going off             04:52:07

11    the record.  The time is 4:52.

12            (Recess taken.)

13            THE VIDEOGRAPHER:  We're now back on the

14    record.  The time is 5:04.

15      Q.   (By Mr. Swanson)  Professor, is it your            05:04:37

16    opinion that output in the but-for world will be

17    higher in the relevant market than in the actual

18    world?

19      A.   Let me try to answer that.  Whether that

20    is the case will depend on whether a particular         05:05:12

21    developer has a high marginal cost and is able to

22    cut price and can sell more and has a guarantee

23    that he would sell more and that the price cut that

24    he does fit the 99-cent tiers.  So these are

25    three different conditions which, in my opinion,        05:05:41
```

Page 245

**CONFIDENTIAL**

```
 1    are unlikely to be met.                           05:05:44

 2         Q.   Okay.

 3         A.   Therefore, most likely, we are going to

 4    be with the same quantity in the but-for world as

 5    now.                                              05:05:56

 6         Q.   And that's true at the level of the

 7    market?

 8         A.   I'm sorry?

 9         Q.   Is that your opinion at the level of the

10    market?                                           05:06:05

11         MR. HARRINGTON:  Objection to form.

12         THE DEPONENT:  That's correct.  And

13    individually as well.

14         Q.   (By Mr. Swanson)  Okay.  Could you please

15    pull up -- or maybe you have a hard copy -- your   05:06:16

16    most recent errata, I think from yesterday or the

17    day before, Exhibit 30.

18         A.   I don't think I have them in electronic

19    form.  Maybe you can find a way to put them on

20    exhibits.                                          05:06:33

21         Q.   Yes.  If you go to the Exhibit Share and

22    look at Exhibit 30, you'll find it.

23         A.   All right.  Thank you.  Okay.  I see it.

24         Q.   Okay.  I'd like to ask you about your

25    replacement for figure 3.                          05:06:58
```

```
 1          A.   Yes.                                          05:07:01

 2          Q.   So -- so your report should be amended.

 3     This is what you would have in lieu of the

 4     figure 3 in --

 5          A.   Yes.  I mean it was, you know, in the --     05:07:09

 6     in the pagination of the big document.  This being

 7     created in Microsoft Word, some lines moved around,

 8     so this is the way it's supposed to be.

 9          Q.   Now, we'll just -- can I just refer to

10     this as figure 3 --                                    05:07:30

11          A.   Sure.

12          Q.   -- and -- and we're talking about the

13     correct one in Exhibit 30?

14          A.   Yes.

15          Q.   So figure 3 depicts a monopolist            05:07:39

16     developer, does it not?

17          A.   Correct.

18          Q.   And in the analysis that you undertake in

19     your report with respect to figure 3, the only

20     change the developer experiences is a fall in his     05:08:00

21     or her commission, right?

22          A.   He -- now the developer faces a lower

23     demand curve.  So originally in the but-for world,

24     let's say he was facing the blue line from C going

25     down forward -- going down all the way to Q, and       05:08:26
```

Page 247

| | | |
|---|---|---|
| 1 | now he's facing the orange line called D2, which is | 05:08:32 |
| 2 | a smaller willingness to pay, because the remaining | |
| 3 | was acquire -- was -- was sucked up by -- by -- by | |
| 4 | Amazon -- sorry, by Apple.  Sorry, not Amazon, I'm | |
| 5 | sorry. | 05:08:47 |
| 6 | Q.  Now, if there are no price tiers | |
| 7 | restricting this developer and you -- you don't | |
| 8 | predict price tiers here, do you? | |
| 9 | A.  No.  This is about the average | |
| 10 | commission, not the price tiers. | 05:09:04 |
| 11 | Q.  Okay.  So in this example, the developer | |
| 12 | would reduce price? | |
| 13 | A.  Well, this is an example with very | |
| 14 | significant marginal costs.  Again, keep in mind | |
| 15 | that if the -- if you can imagine the marginal cost | 05:09:21 |
| 16 | line going down horizontally without changing slope | |
| 17 | and reaching the Q axis, then you would get -- the | |
| 18 | points A and B would coincide, and, therefore, for | |
| 19 | marginal cost equals zero, there would be for sure | |
| 20 | no change whatsoever in the quantity of the | 05:09:45 |
| 21 | developer. | |
| 22 | Now, in the example here, there is a big | |
| 23 | marginal cost of the developer, and that shows in | |
| 24 | the -- in the diagram as a -- a potential change in | |
| 25 | the quantity from Q2 to Q1. | 05:10:08 |

Page 248

**CONFIDENTIAL**

```
 1                But as I was saying in your answer -- in      05:10:12

 2      the question that you posed right before, to be

 3      able to do this expansion in quantity, the

 4      developer needs to be sure that he can actually

 5      sell more in the -- in the but-for world, which is   05:10:31

 6      highly uncertain.

 7                Of course he needs a high marginal cost.

 8      It's already drawn there.  Then he needs to make

 9      sure that he can actually sell more.

10                And the third thing is that he needs to     05:10:44

11      be sure that the Q1/Q2 quantities fit in the 1.99,

12      2.99 -- how can I say -- 1.99, 2.99 price tiers,

13      that he's need to know that if p3 was at whatever,

14      2.99, 3.99, that p1 would be exactly at the

15      lower -- slightly lower tier, and that idea that's   05:11:23

16      it's going to fit exactly in these tiers is very --

17      in my opinion, very unlikely.

18                So you have three different conditions

19      that are very likely to derail the increase in

20      output for a developer in the but-for world.         05:11:46

21          Q.   And you understand that other than the

22      price tier issue, Professor McFadden disagrees with

23      you on -- on those opinions?

24                MR. BURT:  Objection.  Form.

25                THE DEPONENT:  I'm not sure if -- how        05:12:08
```

```
 1    much he disagree with me.  I mean, I think he -- he          05:12:08

 2    thinks that marginal costs is -- is high.  I do not

 3    agree with him that that's the case.

 4            Now, I don't think he discusses at all

 5    the possibility of the expansion and whether that           05:12:28

 6    expansion in quantity could be supported for a

 7    developer in the but-for world.  I don't remember

 8    seeing that -- that discussion.

 9            And, of course, there is a problem on the

10    tiers, that it has to fit -- the prices have to fit        05:12:46

11    the right tiers.

12       Q.   (By Mr. Swanson)  If you look at

13    footnote 96 on page 34, which is back in the -- in

14    the report, is that footnote still applicable to

15    the revised figure 3?                                       05:13:04

16       A.   Yes.  I mean, the whole figure 3 is -- is

17    drawn for linear demand for illustration.  If you

18    had nonlinear demands, the same arguments would go

19    through; it's just that the demand would be

20    nonlinear and a bit harder to draw.                         05:13:25

21       Q.   Now, you say in footnote 96 that, "This

22    demand curve takes into account network effects

23    between developers and their users."

24            What's the basis for that statement?

25       A.   It's just making sure that nobody can say         05:13:42
```

1    that this demand should be really different because          05:13:45

2    it didn't take into account the -- the network

3    effects.

4           So I'm just covering my behind saying,

5    Look, I mean, the -- this demand does include          05:13:57

6    network effects to start with, so you don't have to

7    change it to take into account network effects.

8       Q.   Well, how does a demand curve for a

9    single app take account of platform level network

10   effects?                                              05:14:15

11      A.   Well, I mean, to the extent that they

12   exist, Mr. Swanson.  I mean...

13      Q.   Well, are you claiming -- are you

14   claiming that each app is a two-sided platform?

15      A.   Well, the -- the apps are going to go          05:14:31

16   through the stores and -- and which is a two-sided

17   platform, or they could be distributed directly.

18           I'm just putting this footnote for

19   completeness.  I'm not trying to argue something

20   additional.                                           05:14:46

21      Q.   Does your measure of damages include any

22   damages that duplicate what the consumer class is

23   claiming?

24      A.   No.  My measure of damages is a

25   conservative amount to go to the developers no          05:15:05

                                                Page 251

```
 1    matter what.  It doesn't involve any conflicts with          05:15:10

 2    the consumers.

 3            If the consumers can claim damages,

 4    they're going to be over and above the amount that

 5    I have -- my model gives to the developers.                  05:15:25

 6        Q.   And is Professor McFadden's model a

 7    better and more accurate assessment of what the

 8    developers' damages would be than your model?

 9            MR. BURT:  Objection.

10            MR. HARRINGTON:  Objection to form.                   05:15:44

11            THE DEPONENT:  Well, first of all, my

12    model doesn't discuss the -- what the -- oh, I'm

13    sorry.  You said the developers.  Let me hear the

14    question again, sorry.  It's getting late in the

15    day.  Let me hear it again, yeah.                            05:15:55

16        Q.   (By Mr. Swanson)  Is Professor McFadden's

17    model -- does it provide a better and more accurate

18    assessment of what the developers' damages would be

19    compared to your model?

20            MR. BURT:  Objection.                                 05:16:08

21            MR. HARRINGTON:  Objection.

22            THE DEPONENT:  No.  My -- my model is far

23    better in -- in describing the -- the damages for

24    the developers.

25        Q.   (By Mr. Swanson)  Does your report                   05:16:20
```

Page 252

1     identify any methodology for measuring developers'            05:16:21

2     lost profits on a common basis without assuming

3     that app prices stay the same in the but-for world?

4          A.   My model assumes that the developers

5     would get the average price in the but-for world.            05:16:40

6     So once you have that, then you have an overcharge,

7     but -- excuse me -- because I include costs, it can

8     easily be translated to profits.  So you have seen

9     probably some other models in some other case in

10    which people just talk about revenue changes, and,           05:17:09

11    therefore, it looks like it doesn't translate to

12    profits.

13            But my model, the way it's set up, as

14    long as fixed costs remains the same between the

15    actual world and the but-for world, will give you            05:17:22

16    not only overcharge but also profits change.

17         Q.   In the but-for world, what, if anything,

18    do you assume about non-U.S. developers' behavior?

19         A.   I try to limit the whole analysis to U.S.

20    developers, and on that respect, we relied on the            05:17:51

21    data that was provided to us from Apple, by Apple,

22    and we relied on the various fields that identify

23    these developers as U.S. developers.

24         Q.   Could you turn to paragraph 71 of your

25    report, please.                                              05:18:22

                                                      Page 253

**CONFIDENTIAL**

```
 1        A.   Yes.                                      05:18:33

 2        Q.   You state that you "understand from

 3   counsel that the damages period in this case begins

 4   on June 4th, 2015, and continues through the

 5   present."                                           05:18:42

 6             So as I understand it, you don't intend

 7   to calculate damages starting before June 4th,

 8   2015; is that correct?

 9        A.   That is correct.

10        Q.   What steps have you taken to make sure    05:18:53

11   your damage estimates don't include the effects of

12   conduct before June 4th, 2015?

13             MR. HARRINGTON:  Objection to form.

14             THE DEPONENT:  I'm not sure what conduct

15   we're talking about.  Here we have Apple being the  05:19:05

16   single distributor of apps for sure from June 4,

17   '15, but even earlier.  And we have the report by

18   Professor Elhauge on the anticompetitive effects of

19   Apple's actions.

20             So what I have done is taken the          05:19:37

21   liability as given, calculate the damages after

22   June 4th, 2015.

23        Q.   (By Mr. Swanson)  In your opinion, did

24   any developers in the class suffer injury after

25   June 4, 2015, due to alleged anticompetitive        05:19:56
```

```
1    conduct by Apple before June 4, 2015?              05:20:00

2         A.   I -- I do -- I have not calculated such

3    damage.

4         Q.   Do -- do you calculate damages for all of

5    the conduct that Professor Elhauge concludes is     05:20:27

6    anticompetitive?

7         A.   Yes.

8         Q.   So there's no specific conduct that

9    Professor Elhauge concludes is anticompetitive but

10   for which for you calculated no damage amount?      05:20:39

11        A.   I -- I calculated the damages based on

12   the anticompetitive findings of Professor Elhauge

13   across the board.

14        Q.   You calculate damages associated with

15   Professor Elhauge's opinion that there is an        05:21:02

16   anticompetitive tie between iOS smartphones and

17   tablets and iOS app distribution?

18        A.   I have not calculated specific damages

19   for each one of the anticompetitive actions of --

20   of Apple, so I have calculated damages for the      05:21:22

21   whole thing, for the whole collection of

22   anticompetitive actions.

23        Q.   So that includes damages for what

24   Professor Elhauge views is an anticompetitive tie

25   involving iOS smartphones and tablets; is that      05:21:39
```

                                                    Page 255

```
 1    correct?                                              05:21:41

 2         A.   It's part of the anticompetitive behavior

 3    of Apple that Professor Elhauge's proves, and I

 4    assume that anticompetitive actions as a whole for

 5    the creation of damages.  For the calculation of      05:21:58

 6    damages, I should say.

 7         Q.   Would -- would your damage calculation be

 8    the same if the finder of fact determines that

 9    Professor Elhauge's opinion that there is an

10    anticompetitive tie between iOS smartphones and       05:22:17

11    tablets and iOS app distribution is incorrect?

12         A.   Well, if there are findings by the Court

13    that in some way change the anticompetitive effects

14    that I assume, I reserve the right to recalculate.

15         Q.   So in particular, if Professor Elhauge's    05:22:48

16    opinion about this alleged anticompetitive tie was

17    not sustained, you would need to recalculate

18    damages, correct?

19         A.   I have stated that if there is -- if the

20    Court changes the anticompetitive facts that I'm      05:23:11

21    taking now as facts, the anticompetitive behavior

22    that Professor Elhauge describes that I'm taking as

23    fact, so if the Court decides, Oh, we're going to

24    change this, then I preserve the right to

25    recalculate.                                          05:23:38
```

Page 256

1      Q.   Are you aware that Donald Cameron has had          05:23:44

2   multiple iPads?

3      A.   You mean he possessed multiple iPads?

4      Q.   Yes.

5      A.   No, I'm not aware of that.                         05:23:58

6      Q.   Are you aware that -- well, are you aware

7   whether he's a member of the alleged consumer class

8   or not?

9      A.   I do not know.

10      Q.   Are you calculating any damages for               05:24:14

11   Donald Cameron as a consumer of iOS apps?

12      A.   I have not calculated any damage for

13   consumers.  I have only calculated damage for

14   developers.

15      Q.   You're aware that many developers are             05:24:29

16   individuals, are you not?

17      A.   Yes.

18      Q.   And you're aware that developers who are

19   individuals are highly likely to have Apple iOS

20   devices, are you not?                                     05:24:44

21           MR. HARRINGTON:  Objection.

22           THE DEPONENT:  It's possible.

23      Q.   (By Mr. Swanson)  It's possible -- you

24   think it's just possible?

25      A.   Well, I mean, unless I have looked at             05:24:50

Page 257

**CONFIDENTIAL**

```
 1    the -- specifically what they owned, I wouldn't be        05:24:52

 2    able to say for sure.

 3         Q.   Okay.

 4         A.   It's possible, yeah.

 5         Q.   And how many iOS developers are also           05:24:58

 6    members of the alleged consumer class?

 7         A.   I do not know that.

 8         Q.   Isn't it a fact that there are many

 9    individuals who are among the 60,000 developers in

10    the alleged developer class and also in the alleged     05:25:20

11    consumer class?

12         A.   It's possible.  I haven't examined that.

13         Q.   Do your damage estimates include any

14    damages incurred by Epic?

15         A.   Well, Epic is a developer, correct?  I        05:25:43

16    mean, therefore, I -- I calculated damages for all

17    developers, and that means including Epic.

18         Q.   Well, hasn't Epic waived its damage

19    claim?

20         A.   That, I don't know.                            05:25:58

21         Q.   How would you --

22         A.   I mean -- go ahead.

23         Q.   How would you remove Epic's damages from

24    your estimates?

25         A.   Well, if what you're saying is correct,        05:26:07
```

Page 258

| | | |
|---|---|---|
| 1 | then Epic is not part of the class.  Then I have to | 05:26:12 |
| 2 | check in terms of the total numbers and make sure | |
| 3 | that Epic is not included.  And if I made a mistake | |
| 4 | and I included Epic, I am very happy to change the | |
| 5 | numbers.  It's -- it's up to Epic. | 05:26:33 |
| 6 | Q.   And how would you do that? | |
| 7 | A.   Well, I mean, there is an actual | |
| 8 | calculation here in table 8 on total member | |
| 9 | billings, which, by the way, will need to be | |
| 10 | adjusted upwards because now we got new data for | 05:26:50 |
| 11 | 2020. | |
| 12 | So you would exclude from using the idea | |
| 13 | of Epic that Apple provides us, this particular | |
| 14 | company, from the damages because it's going to | |
| 15 | find damages in its own way. | 05:27:16 |
| 16 | Q.   Do you have an estimate of the maximum | |
| 17 | percentage of class members that are uninjured? | |
| 18 | A.   That are what? | |
| 19 | Q.   Uninjured by Apple's -- by Apple's | |
| 20 | alleged conduct? | 05:27:41 |
| 21 | MR. HARRINGTON:  Object to form. | |
| 22 | THE DEPONENT:  I believe all members were | |
| 23 | injured, and I have estimated these specific | |
| 24 | amounts based on their actual billings. | |
| 25 | Q.   (By Mr. Swanson)  So your maximum | 05:27:55 |

Page 259

**CONFIDENTIAL**

```
 1    estimate of the percentage of uninjured class          05:27:57

 2    members is zero; is that right?

 3         A.   That -- that is correct.  And I -- I

 4    believe again, we -- we -- you have asked this

 5    question a different way, that in the but-for world    05:28:07

 6    every member of the class would be better off,

 7    every member -- every developer would be -- would

 8    be better off even if some of them are using, to

 9    some extent, Apple.

10              Not only I believe that Apple's              05:28:29

11    commission is going to go down, but additionally,

12    the developers would be able -- would be able to

13    distribute through multiple stores and also

14    self-distribute and be able to achieve lower

15    effective commission fee and, therefore, be better    05:28:52

16    off.

17         Q.   Turn, please, to table 9 in your report,

18    on page 39.

19         A.   Yes.

20         Q.   So your total damage estimates range from   05:29:07

21    ██████████████████████████████  correct?

22         A.   Yes.

23         Q.   Which estimate is the most accurate, in

24    your opinion?

25         A.   Well, because the anticompetitive actions    05:29:25
```

**CONFIDENTIAL**

| | | |
|---|---|---|
| 1 | of Apple did not give us the possibility of a | 05:29:34 |
| 2 | benchmark in the before and after period, we -- I | |
| 3 | used the yardsticks, the PC world yard -- | |
| 4 | yardsticks -- yardstick and the profit yardstick. | |
| 5 | And these give slightly different rates on the | 05:29:49 |
| 6 | but-for world commission.  In the first column of | |
| 7 | table 9, from 14.8 to 13. | |
| 8 | So what I would do is present this table | |
| 9 | to the judge and tell the judge that, in my | |
| 10 | opinion, these numbers are very similar in terms of | 05:30:14 |
| 11 | the but-for commission rate.  And, of course, the | |
| 12 | total damages are also very similar.  And let the | |
| 13 | judge decide which one she believes is the best | |
| 14 | one, is the most -- is the most appropriate one. | |
| 15 | Q.   Are, in your opinion, free apps | 05:30:35 |
| 16 | substitutes for paid downloads? | |
| 17 | MR. HARRINGTON:  Objection. | |
| 18 | THE DEPONENT:  I -- I have not get -- I | |
| 19 | did not get involved in free apps at all. | |
| 20 | Q.   (By Mr. Swanson)  So you can't answer the | 05:30:48 |
| 21 | question.  You have no opinion as to whether free | |
| 22 | apps are substitutes for paid downloads? | |
| 23 | A.   It wasn't part of my assignment. | |
| 24 | Q.   Well, again, my question is not limited | |
| 25 | to what was or wasn't your assignment. | 05:31:01 |

Page 261

**CONFIDENTIAL**

```
 1              It's whether you have an opinion or not.      05:31:03

 2   If you have no opinion, that's fine.  But please

 3   answer my question, which I will repeat.

 4              Are free apps, in your opinion,

 5   substitutes for paid downloads?                          05:31:15

 6              MR. HARRINGTON:  Same objection.

 7              THE DEPONENT:  Well, I can imagine some

 8   situations there might be.  But, again, this is not

 9   something I spent time on or I can create a

10   definitive opinion to give you.                          05:31:33

11       Q.   (By Mr. Swanson)  Are free apps

12   substitutes for free downloads with in-app

13   purchase?

14              MR. HARRINGTON:  Objection.

15              THE DEPONENT:  Again, that was, first of       05:31:50

16   all, not my assignment.  Second, one has to examine

17   this in some detail.  And I'm not going to come in

18   here and on top of my head tell you something that

19   I haven't thought thoroughly.

20       Q.   (By Mr. Swanson)  Well, have you seen any        05:32:08

21   evidence in this case to suggest that free and paid

22   apps do not compete with one another?

23       A.   I'm not sure.  I mean, the answer is, I

24   would like to answer your question in detail, but I

25   haven't spent enough time on this to be able to          05:32:30
```

```
 1    answer this conclusively.                         05:32:33

 2         Q.   All right.  Based on your review of the

 3    evidence thus far in the case, is it your opinion

 4    that developers can change the business model for a

 5    particular app over time?                         05:32:56

 6         A.   Could you be a bit more precise by

 7    "change the business model."

 8         Q.   Sure.

 9              For example, have you seen evidence that

10    developers can start with a free app and then at a   05:33:09

11    later time change that app into one that has an

12    in-app purchase option, whether a subscription or

13    some type of digital content?

14         A.   That's a possibility.  I -- at least a

15    theoretical possibility.  I have not seen evidence  05:33:28

16    of specific apps doing that.

17              MR. SWANSON:  Okay.  I would suggest, if

18    it's okay, we take a brief break because I think

19    that will help me reach the conclusion that I'm

20    probably done, which will be good news for          05:33:55

21    everyone, but...

22              MR. HARRINGTON:  In -- in that case, we

23    don't object to taking a break.

24              MR. SWANSON:  Okay.  All right.  Let's

25    take a short break.  Hopefully five minutes.        05:34:03
```

Page 263

**CONFIDENTIAL**

```
 1              THE VIDEOGRAPHER:  Okay.  We're now going        05:34:06

 2      off the record.  The time is 5:34.

 3              (Recess taken.)

 4              THE VIDEOGRAPHER:  We're now back on the

 5      record.  The time is 5:41.                              05:41:09

 6              MR. SWANSON:  All right.  I've just got a

 7      couple more questions.  A statement which our judge

 8      has warned us never -- warned us against ever

 9      saying.  But I really do just have a few.

10      Q.   (By Mr. Swanson)  Professor, do you hold          05:41:25

11      any opinions which you intend to offer to the court

12      that were not set forth in your report or discussed

13      in this deposition?

14      A.   Well, my work in this case is continuing.

15      So to the extent that I have a newer understanding      05:41:38

16      as the -- as I get to see more documents and so on,

17      my -- my final conclusions might change.

18      Q.   But as you sit here today, do you hold

19      any opinions which you intend to offer to the court

20      that were not set forth in your reports or              05:42:04

21      discussed in this deposition?

22      A.   No.  There is the issue of the -- of the

23      new data, which will inflate the -- the damages --

24      to increase the damages.  But that's kind of a

25      technical issue which is not going to change my --      05:42:21
```

```
 1    my basic opinions.                                    05:42:24

 2          But I said this is -- in general, that as

 3    the case progresses, it is possible for me -- my

 4    opinions to change.  But I don't -- if you're

 5    asking me what are my opinions this far, they're     05:42:34

 6    the ones we discussed in the deposition.

 7       Q.   Okay.  Thank you.

 8          Do you know of any way to test the

 9    validity of your opinions, other than the work that

10    you've already done?                                 05:42:46

11          MR. HARRINGTON:  Objection to form.

12          THE DEPONENT:  I have written down all

13    the various ways in which my opinion can be

14    sustained.

15          Now, it is conceivable, that as times          05:43:06

16    goes on, I'll get smarter and find new ways.  But

17    the way it is right now is what you see.

18       Q.   (By Mr. Swanson)  Is there any data or

19    information suggested by economic theory that you

20    would like to have assembled before reaching your   05:43:25

21    opinions but which was simply not available to you?

22       A.   That's kind of a broad and general

23    question.

24          The more data you have, the better off

25    you are in doing this kind of calculations.  I       05:43:41
```

Page 265

**CONFIDENTIAL**

```
 1    wouldn't be able to say about any particular type      05:43:47

 2    of -- of -- of data.  But to the extent that more

 3    data becomes available, I will use it to the extent

 4    I can.

 5         Q.   Have you seen any economic evidence that      05:44:02

 6    contradicts any of your opinions?

 7         A.   No.

 8              MR. SWANSON:  Okay.  With that, I have no

 9    further questions at this time.

10              THE DEPONENT:  Thank you, Mr. Swanson.        05:44:15

11              MR. BURT:  I have some.

12              MR. HARRINGTON:  No -- let me just say

13    real quick, no questions for the developers.  We

14    would just like to reserve the right for

15    Professor Economides to review the transcript and     05:44:26

16    prepare an errata, if he feels that's appropriate.

17              THE DEPONENT:  Thank you.

18              MR. HARRINGTON:  As for confidentially, I

19    think the practice is to designate confidential

20    subject to dedesignation.                             05:44:35

21         Is that what we've been doing?

22              MR. SWANSON:  I believe so.

23              MR. HARRINGTON:  Okay.

24              MR. SWANSON:  I think that's what the

25    protective order allows for, right?                   05:44:43
```

Page 266

```
 1              MR. HARRINGTON:  I -- I think that's        05:44:45

 2    right.  So let's go with that unless we can figure

 3    out we should be doing something different.

 4                    EXAMINATION

 5    BY MR. BURT:                                          05:44:56

 6        Q.  Professor Economides, I -- I will have a

 7    few minutes.

 8              Professor Economides, my name is

 9    Thomas Burt.  I'm here representing Consumer

10    Plaintiffs.                                           05:45:01

11        A.  Hello.

12        Q.  I want to -- I want to ask you first, is

13    there anywhere in your report that you make use of

14    actual data on developers' marginal costs?

15        A.  The short answer is no, I do not have        05:45:16

16    this data.

17        Q.  And pardon -- pardon me for being

18    detailed.

19              Is there anywhere that you make use of

20    actual data on developers' customer acquisition      05:45:26

21    costs?

22        A.  I have not used that in my report.

23        Q.  And have you made use anywhere in your

24    report of data on actual developers' Web hosting

25    costs?                                                05:45:44
```

Page 267

```
 1          A.   No, they're not in my report.  It hasn't        05:45:45

 2     focused on consumers.

 3          Q.   Okay.  Have you made any calculation of

 4     developer marginal costs?

 5          A.   I have not made a calculation of marginal        05:45:58

 6     costs for developers.

 7          Q.   Mr. Swanson asked you a while ago about

 8     whether you'd calculated consumer damages for

 9     Mr. Cameron, or something of that nature.

10               And if I remember your answer correctly,        05:46:14

11     you said that you had not made a consumer damage

12     calculation for Mr. Cameron or for anyone else.

13               I just want to make sure I understood you

14     correctly.

15               Is it fair to say that you have not made        05:46:27

16     a consumer -- a damage calculation for the consumer

17     class or any member thereof?

18          A.   That's correct.

19          Q.   Okay.  And is there any where in your

20     report that you express an opinion on end user or        05:46:39

21     consumer prices of apps in a but-for world?

22          A.   Well, I -- I have a damages model and we

23     can -- we went through a long discussion with

24     Mr. Swanson about the possibility of prices being

25     different for developers in the but-for world.          05:47:06
```

```
 1              And if I can summarize this, is that even        05:47:11

 2     if the developers had a high cost, a high marginal

 3     cost, and they did try to expand, there is no

 4     guarantee that they would be successful in

 5     expanding.  And plus, the -- the tiers -- the tiers      05:47:30

 6     structure would prevent them from doing that

 7     expansion.

 8              Now, why do I say that.  Because if there

 9     is an amount for the -- for the consumers, it would

10     come necessarily from that kind of expansion.            05:47:49

11     Q.   Have you made an attempt to do a

12     calculation about what would happen -- let me

13     withdraw that and ask it a different way.

14              Have you made an attempt to do any

15     calculation that assumes that price tiering will         05:48:05

16     not be permitted?

17     A.   I -- I have not done a specific

18     calculation.

19     Q.   Okay.  I want to ask you to take a look

20     at paragraph 64 of your report.                          05:48:18

21     A.   Yes.

22     Q.   I believe it's the third sentence.  It

23     says here, "Since in the but-for world they face a

24     lower commission rate, developers may have found it

25     optimal to charge a lower price."                        05:48:38
```

Page 269

```
 1              And then paragraph continues, but that's        05:48:40

 2    the end of the sentence.

 3              Do you stand by that?

 4      A.   Well, I mean, we just discussed it a

 5    minute ago -- a minute ago.                                05:48:48

 6              The developers may have found it optimal

 7    to charge a lower price.  They might even have

 8    found it optimal to charge a higher price,

 9    depending on the elasticity of demand differences.

10              But we discussed much further in this            05:49:03

11    deposition that there might be impediments for the

12    developers to implement that strategy of a lower

13    price or a higher price because they need to be

14    able to make sure the consumers accept that.

15              Second, there is the problem of the -- of        05:49:32

16    the tiers that might create impediment for them.

17    And, of course, the only way that the -- there

18    might be an incentive to change the price is if

19    there is a high marginal cost --

20      Q.   Okay.  So what I'm --                               05:49:53

21      A.   -- otherwise that will happen.

22      Q.   Let -- let me ask you a different way.

23              Are you saying that that clarifies your

24    intuition about how what you wrote in paragraph 64

25    would play out, or are you saying that paragraph         05:50:03
```

Page 270

**CONFIDENTIAL**

```
 1    64, as you wrote it, is wrong, or are you saying        05:50:06

 2    something else?

 3            MR. HARRINGTON:  Objection to form.

 4            THE DEPONENT:  Well, I -- I -- I explain

 5    it in the previous answer, that paragraph 64 says        05:50:15

 6    this, and I stand by it.  But there are impediments

 7    in changing the price because of the 99 cent

 8    structure, because you have to make sure that

 9    people actually buy more of your good or accept a

10    higher price.                                            05:50:39

11            And -- and also to keep in mind there's a

12    premise to this sentence coming from since, since

13    in the but-for world it's on.  And the premise is

14    that the marginal cost is significant.

15            So these are the -- these are my -- my --        05:50:55

16    my three issues on that -- on that subject.

17            MR. BURT:  I have no further questions.

18    Thank you for your time, Professor.

19            THE DEPONENT:  Thank you.

20            MR. SWANSON:  Yeah, I think we're --             05:51:10

21    we're done then.

22            Thank you for your time, Professor.

23            THE DEPONENT:  Thank you.  Nice meeting

24    you all.

25            THE VIDEOGRAPHER:  This now concludes            05:51:17
```

Page 271

**CONFIDENTIAL**

1    today's deposition of Nicholas Economides.  We're          05:51:18

2    now going off the record.  The time is 5:51 p.m.

3            (TIME NOTED:  5:51 P.M.)

4

5

6                    ---o0o---

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

1        I, NICHOLAS ECONOMIDES, do hereby declare

2    under penalty of perjury that I have read the

3    foregoing transcript; that I have made any

4    corrections as appear notes; that my testimony as

5    contained herein, as corrected, is true and

6    correct.

7        Executed this _____ day of _____,

8    2021, at _____,_____.

9

10

11

12                    _____

                       NICHOLAS ECONOMIDES

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page  273

**CONFIDENTIAL**

1      I, Rebecca L. Romano, a Registered

2  Professional Reporter, Certified Shorthand

3  Reporter, Certified Court Reporter, do hereby

4  certify:

5      That the foregoing proceedings were taken

6  before me remotely at the time and place herein set

7  forth; that any deponents in the foregoing

8  proceedings, prior to testifying, were administered

9  an oath; that a record of the proceedings was made

10  by me using machine shorthand which was thereafter

11  transcribed under my direction; that the foregoing

12  transcript is true record of the testimony given.

13      Further, that if the foregoing pertains to the

14  original transcript of a deposition in a Federal

15  Case, before completion of the proceedings, review

16  of the transcript [X] was [ ] was not requested.

17      I further certify I am neither financially

18  interested in the action nor a relative or employee

19  of any attorney or any party to this action.

20      IN WITNESS WHEREOF, I have this date

21  subscribed my name.

22  Dated:  August 5, 2021

23

24              Rebecca L. Romano, RPR, CCR

25              CSR. No 12546

Page 274

**CONFIDENTIAL**

1    MR. BEN HARRINGTON, ESQ.

2    benh@hbsslaw.com

3                                    August 5, 2021

4    RE: DONALD R. CAMERON vs. Apple Inc.

5    8/4/2021, NICHOLAS ECONOMIDES, JOB NO. 4737876

6    The above-referenced transcript has been

7    completed by Veritext Legal Solutions and

8    review of the transcript is being handled as follows:

9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10      to schedule a time to review the original transcript at

11      a Veritext office.

12   __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13      Transcript - The witness should review the transcript and

14      make any necessary corrections on the errata pages included

15      below, notating the page and line number of the corrections.

16      The witness should then sign and date the errata and penalty

17      of perjury pages and return the completed pages to all

18      appearing counsel within the period of time determined at

19      the deposition or provided by the Code of Civil Procedure.

20   __ Waiving the CA Code of Civil Procedure per Stipulation of

21      Counsel - Original transcript to be released for signature

22      as determined at the deposition.

23   __ Signature Waived - Reading & Signature was waived at the

24      time of the deposition.

25

                                                    Page 275

**CONFIDENTIAL**

1    _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

2       Transcript - The witness should review the transcript and

3       make any necessary corrections on the errata pages included

4       below, notating the page and line number of the corrections.

5       The witness should then sign and date the errata and penalty

6       of perjury pages and return the completed pages to all

7       appearing counsel within the period of time determined at

8       the deposition or provided by the Federal Rules.

9    __ Federal R&S Not Requested - Reading & Signature was not

10      requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page 276

**CONFIDENTIAL**

```
 1   DONALD R. CAMERON vs. Apple Inc.

 2   NICHOLAS ECONOMIDES (JOB NO. 4737876)

 3                E R R A T A   S H E E T

 4   PAGE_____ LINE_____ CHANGE_____

 5   _____

 6   REASON_____

 7   PAGE_____ LINE_____ CHANGE_____

 8   _____

 9   REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   WITNESS                               Date

25
```

                                              Page 277

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.