# Exhibit E

Δ DEFENDANT Δ

United States District Court
Northern District of California

Case No.   **4:20-cv-05640-YGR**

Case Title *Epic Games, Inc. v. Apple, Inc.*

Exhibit No. **DX-3955**

Date Entered_____

Susan Y. Soong, Clerk

By: _____, Deputy Clerk



# Epic Games Store

## Presentation to the Board of Directors

## August 13, 2019

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127298

# Long Term Goals

1.  **Build a $1+ billion PC store business**

2.  **Expand and disrupt on Android and iOS**

3.  **Provide the leading in-game, cross-platform social features for all stores**

4.  **Attract and retain players in the Epic ecosystem between Epic and Partner games**



2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127299

DX-3955.002

# Epic Games Store Strategy
**Fuel growth through disruptive economics, exclusives and free games**

1. Provide developers with better economics - 88/12 revenue share vs 70/30 industry standard

2. Offer players better, curated experiences with high-quality games (Top 100)

3. Provide exclusive titles and free games to grow player base, drive engagement, and gain market share

4. Partner with content creators and influencers via innovative programs such as Support-a-Creator

***Gaming + Unreal Engine + Epic Game Store accelerates Epic's strategy to build an integrated platform***



3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127300

DX-3955.003

# Reshaping the Top 100 PC Game Sales

**PLATINUM**                                    *($ in mm)*
- **10%** of titles, **35%** of revenue
  (excludes Valve titles)
- Avg Rev  / Title: **$59** | Range / Title: **$35-$110**

**GOLD**
- **12%** of titles, **15%** of revenue
- Avg Rev  / Title: $27 | Range / Title: **$21-$35**

**SILVER**
- **16%** of  titles, **12%** of revenue
  (excludes Valve title TF2)
- Avg Rev / Title: **$19** | Range / Title: **$17-$21**

**BRONZE**
- **62%** of titles, **38%** of revenue
- Avg Rev / Title: **$11** | Range / Title: **$3-$17**





> ***Of the 35,000+ titles on Steam, the Top 100 capture 50% of total revenue***



4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    EPIC_00127301

# Epic Has Taken Meaningful Share of Addressable Market



### 2018

**Total: $3.2 billion**

Greenman 1.6%
Uplay 2.8%
Steam 94.0%

### 2019E

**Total: $3.2 billion**

Greenman 1.6%
Uplay 4.1%
Epic Games Store 6.6%
Steam 86.2%

*Epic Game Store expects to achieve ~7% market share in first full year*



5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3955.005

EPIC_00127302

# A Closer Look at the Market Excluding Steam





**Excluding Steam, Epic Games Store is expected to earn nearly as much revenue as all others combined in 2019**



6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3955.006

EPIC_00127303

# Free Games as a User Acquisition Tool



| | Buyout Price | [Lifetime Downloads] | [Lifetime Players] | Avg Time Played | New Epic Accounts (first time to EGS) | EPIC UA Cost | TOTAL DOWNLOADS New to Epic % |
|---|---|---|---|---|---|---|---|
| | $1,400,000 | 4,633,807 | 1,905,329 | 567 | 822,162 | $1.70 | 17.7% |
| | $50,000 | 1,759,381 | 350,459 | 76 | 98,654 | $0.51 | 5.6% |
| | $125,000 | 1,684,848 | 224,380 | 93 | 143,470 | $0.87 | 8.5% |
| | $60,000 | 1,416,869 | 140,176 | 81 | 95,607 | $0.63 | 6.7% |
| | $80,000 | 1,297,275 | 195,249 | 117 | 53,741 | $1.49 | 4.1% |
| | $85,000 | 1,973,746 | 305,614 | 144 | 74,379 | $1.14 | 3.8% |
| | $500,000 | 3,415,729 | 1,689,273 | 430 | 229,426 | $2.18 | 6.7% |
| | $200,000 | 2,340,592 | 356,229 | 134 | 126,202 | $1.58 | 5.4% |
| | $400,000 | 2,766,843 | 700,038 | 170 | 152,459 | $2.62 | 5.5% |
| | $200,000 | 2,504,649 | 427,167 | 99 | 115,001 | $1.74 | 4.6% |
| | $50,000 | 2,438,285 | 503,977 | 67 | 167,111 | $0.30 | 6.9% |
| | $300,000 | 2,261,317 | 252,870 | 85 | 88,111 | $3.40 | 3.9% |
| | $45,000 | 2,434,202 | 382,400 | 108 | 98,703 | $0.46 | 4.1% |
| | $200,000 | 2,105,593 | 270,213 | 62 | 33,852 | $5.91 | 1.6% |
| | $100,000 | 2,168,083 | 436,333 | 234 | 47,366 | $2.11 | 2.2% |
| | $700,000 | 2,722,021 | 895,306 | 272 | 116,724 | $6.00 | 4.3% |
| | $125,000 | 2,126,043 | 273,437 | 180 | 43,028 | $2.91 | 2.0% |
| | $75,000 | 2,001,823 | 173,516 | 75 | 51,745 | $1.45 | 2.6% |
| | $225,000 | 3,010,990 | 766,880 | 69 | 209,435 | $1.07 | 7.0% |
| | $150,000 | 2,144,435 | 244,374 | 144 | 56,490 | $2.66 | 2.6% |
| | $350,000 | 2,672,451 | 409,956 | 121 | 117,493 | $2.98 | 4.4% |
| | $150,000 | 2,867,467 | 224,289 | 87 | 65,066 | $2.31 | 2.3% |
| | $63,000 | 3,048,318 | 287,983 | 253 | 120,843 | $0.52 | 4.0% |
| | $460,000 | 2,765,853 | 432,362 | 252 | 69,447 | $6.48 | 2.5% |
| | $250,000 | 2,776,604 | 355,922 | 169 | 141,999 | $1.76 | 5.1% |
| | $6,333,000 | 61,337,224 | 12,203,732 | 170 | 3,338,514 | $1.90 | |

**61.3mm downloads | 3.3+mm new Epic Accounts | 5.3% of Total DLs new Epic Games Store | $1.90 / new Epic accounts**



7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127304

# Epic Game Store Daily Active Users, Life-to-Date ("LTD")





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3955.008

EPIC_00127305

# Epic Games Store Daily Gross Revenue, LTD

*(No significant launches in July 2019)*



---

**Major title releases and Epic Mega Sale are key revenue drivers to date**

---



9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3955.009

EPIC_00127306

# Growing Revenue Across Major Markets

**2019 Q1-Q2 Growth**



### Growth Commentary

- Growth maps to exclusive launches and Epic Mega Sale

- China region opened in Q2 but not maximized
  - Room for growth; China makes up 30% of Steam users and 15% of Steam revenue

### Revenue Share by Region (2019 Q2)





10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3955.010

EPIC_00127307

# Wave 1 Investment - Launching a Marketplace

**Current Cumulative Minimum Guarantee ("MG") Commitment of $1.0 billion for ~90 titles**

- MGs for individual titles are based on Year 1 revenue estimates on Steam based on comp analysis leveraging data from SteamSpy and other service providers

**"Wave 1" MG Commitments of $217 million for first 23 key titles**

- Wave 1 titles are releases from Dec 2018- June 2019
- Typical deal structure: 12-month recoups, premium to comps
- Current Wave 1 running MG recoup: 26%
- Projected recoup for Wave 1 games: 35-45%
- Renegotiation of select underperforming Wave 1 titles (e.g. ██████████████████████)

| Progress |
| --- |
| - Launched store in Dec 2018 |
| - Building user base |
| - Achieving significant and growing market share |
| - Engaging in best content |
| - #2 in market share |

***Projected Wave 1 Investment of $120-140 million in unrecouped MGs***



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3955.011

EPIC_00127308

# Epic Games Store 2019 Wave 1:

## Minimum Guarantee by Category

*($ in millions)*

**PLATINUM (1)**
*4% of titles released*

$37

**GOLD (2)**
*9% of MG titles released*

$35
35

**Sub-total**  **$70**

**SILVER (0)**
*0% of MG titles released*



**BRONZE (14)**
*61% of MG titles released*

$14.0
11.5
11.0
10.6
10.0
7.5
7.0
7.0
5.0
5.0
4.6
4.0
3.0
3.0

**Sub-total**  **$103**

**6 NON-TOP 100 TITLES**
*26% of MG titles released, totalling $7 in MGs,
primarily UE4 engine / grants partners*

**Total**  **$217**

> ### *Wave 1 Titles heavily skewed towards Bronze Titles*

 12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3955.012

EPIC_00127309

# Revenue Curve on Steam vs Select Epic Wave 1 Titles



**Important key launches have been strong with the exception of Indies, but post-launch support needed for titles to earn out**



13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127310

# Wave 1 Title Performance

($ in millions)

| Studio | Title | | Launch Date | MG | Recoup Period | Actual LTD Recoup $ | Actual LTD Recoup % | Expected Lifetime Recoup $ | Expected Lifetime Recoup % | Expected MG Shortfall $ |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2/15/19 | $37.0 | 12 | $11.6 | 31% | $14.8 | 40% | -$22.2 |
| | | | 4/16/19 | $35.0 | 12 | $12.1 | 35% | $21.0 | 60% | -$14.0 |
| | | | 3/15/19 | $35.0 | 24 | $7.2 | 21% | $10.5 | 30% | -$24.5 |
| | | | 6/15/19 | $14.0 | 12 | $0.3 | 2% | $0.8 | 6% | -$13.2 |
| | | | 3/19/19 | $11.5 | 12 | $11.6 | 114% | $12.1 | 185% | $0.6 |
| | | | 12/6/18 | $11.0 | 12 | $1.7 | 15% | $1.9 | 17% | -$9.1 |
| | | | 4/16/18 | $10.6 | 24 | $3.1 | 29% | $7.4 | 70% | -$3.2 |
| | | | 12/6/18 | $10.0 | 12 | $1.1 | 11% | $1.2 | 12% | -$8.8 |
| | | | 2/19/19 | $7.5 | Lifetime | $0.5 | 6% | $1.6 | 21% | -$5.9 |
| | | | 5/30/19 | $7.0 | 12 | $0.6 | 9% | $2.0 | 29% | -$5.0 |
| | | | 6/27/19 | $7.0 | 12 | $0.7 | 10% | $2.1 | 30% | -$4.9 |
| | | | 5/21/19 | $5.0 | Lifetime | $3.3 | 66% | $5.6 | 286% | $0.6 |
| | | | 6/24/19 | $5.0 | Lifetime | $0.4 | 7% | $1.3 | 25% | -$3.8 |
| | | | 1/29/19 | $4.6 | 6 | $0.3 | 7% | $0.3 | 7% | -$4.3 |
| | | | 5/7/19 | $4.0 | 12 | $0.0 | 1% | $0.1 | 2% | -$3.9 |
| | | | 1/15/19 | $3.0 | 12 | $0.3 | 9% | $0.3 | 11% | -$2.7 |
| | | | 12/6/18 | $3.0 | 12 | $0.1 | 3% | $0.1 | 4% | -$2.9 |
| | | | 5/21/19 | $2.5 | Lifetime | $0.4 | 15% | $2.3 | 90% | -$0.3 |
| | | | 5/2/19 | $2.0 | 12 | $0.1 | 7% | $0.2 | 10% | -$1.8 |
| | | | 3/29/19 | $1.0 | 12 | $0.1 | 14% | $0.2 | 22% | -$0.8 |
| | | | 4/9/19 | $1.0 | 12 | $0.1 | 7% | $0.2 | 19% | -$0.8 |
| | | | 6/20/19 | $0.3 | 12 | $0.0 | 2% | $0.0 | 10% | -$0.3 |
| | | | 3/19/19 | $0.2 | Lifetime | $0.1 | 49% | $0.2 | 181% | $0.0 |
| | | **Wave 1 Total** | | $217 | | $56 | 26% | $86 | ~ 40% | -$131 |

### Projected Wave 1 Investment of ~$130 million (35-45% recoup)



14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127311

# Investment Strategy is Evolving in Wave 2

*($ in millions)*

### Wave 2 includes 67+ Titles to be released in 2H19 - 2021 with ~$800 in MGs

| | Wave 1 | Wave 2 | | | | Current Total |
|---|---|---|---|---|---|---|
| | **1H19** | **2H19** | **2019*** | **2020** | **2021** | **Current Total** |
| **Titles** | 23 | 30 | 53 | 35 | 2 | 90 |
| **Minimum Guarantees** | $217 | $320 | $537 | $400 | $75 | ~$1,000 |
| **Projected Investment** | **$130** | **$120** | **$250** | **$90** | **$20** | **$360** |

*\* Dec '18 - Dec '19*

- Projected Wave 2 investment is currently $230 across 67+ Titles
- Projected Wave 1 + Wave 2 investment for current deals: $300 - $400
- Total cash paid to date toward existing MG commitments: ~$400

### MG risk mitigated by evolving deal structure

- Lifetime recoup (vs. 12 months)
- "Cross-collateralized" (███████████)
- Lifetime exclusivity on select titles (████████████████████████████████)

> ### Wave 2 recoup is expected to improve to 65-75% vs 35-45% for Wave 1
> ### Expected blended recoup for existing portfolio is 60-70%, or $300-$400 in unrecouped MG investment



15

# Key Steps to Improve Investments

**Significantly Improve Post-Launch Support Tools**

- Single biggest gating item
- Allocating more resources to address

**More Live Service Games**

**More Attractive Deal Structure**

**Growing Audience & Increased Engagement**

**Catalogue Growth**

 16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127313

DX-3955.016

# Key Exclusives 2H 2019



 17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127314

DX-3955.017

# Key Exclusives 2H 2019 (Cont'd)



 18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127315

DX-3955.018

# Fortnite X Borderlands







**BL3 Psycho Bundle** in
Fortnite Store

Available for purchase on console August
27 for 1 week
Purchasing the game on Epic Game Store
gets access through end of 2020

**Borderlands location** in
Fortnite Battle Royale

AUGUST 27 - SEPTEMBER 12th

**Borderlands building set**
in Fortnite Creative

AUGUST 27

Featured Content in "The
Block" September 13th -
16th

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3955.019

EPIC_00127316

# Gamescom 2019 Video

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3955.020

EPIC_00127317

# Conclusion

**Lessons Learned**

**Epic Games Store has disrupted digital distribution norms & gained meaningful market share rapidly**

**Epic Mega Sale failings created friction with our partners**

**Top performing titles so far are online co-op & building/creative genre**
- Publisher competency in marketing is very important & Indie titles are struggling right now

**Free Games drive significant user growth & has performed better than expected**

**9% of new Epic Games Store users have converted into Fortnite players**

**Next Steps**

**Continue to invest aggressively in exclusive content through 2021 and expand the catalogue**

**Push store and cross-platform social integration**
- Use Epic accounts and friends across all platforms

**Focus on building Post Launch support tools**
- Critical for Wave 2 titles to increase recoup rate on MGs & help Indies perform as good or better than they would on Steam

**Build player management and analysis tools to help us develop programs that maximize LTV for both free and paid players**

 21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3955.021

EPIC_00127318

# Summary - Epic Game Store Long Term Goals

1.  **Build a $1+ billion PC store business**

2.  **Expand and disrupt on Android and iOS**

3.  **Provide the leading in-game, cross-platform social features for all stores**

4.  **Attract and retain players in the Epic ecosystem between Epic and Partner games**

 22



# APPENDIX

23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EPIC_00127320

# Epic Game Store Top 5 in China

| | Purchasers China | China % Purchasers | China Revenue |
|---|---|---|---|
| ██████████████████ | 163,150 | 24.7% | $2.7M |
| ████████████████ | 20,996 | 25.1% | $0.9M |
| ████████████████████ | 17,519 | 2.9% | $0.3M |
| ████████████████ | 14,254 | 12.6% | $0.5M |
| ████████████████ | 7,106 | 12.7% | $0.1M |

EPIC GAMES   24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    EPIC_00127321

DX-3955.024

# Free Game Performance

## Increased New Users in Ecosystem

|      |        |       | 30 | 60 | 90 | 120 | 150 | 180 | 210 |
|------|--------|-------|------|------|------|------|------|------|------|
| free | Jul/19 | 1.70M | $0.13 | | | | | | |
|      | Jun/19 | 1.41M | $0.51 | $0.60 | | | | | |
|      | May/19 | 1.80M | $1.39 | $1.58 | $1.64 | | | | |
|      | Apr/19 | 0.93M | $0.89 | $1.65 | $1.87 | $1.97 | | | |
|      | Mar/19 | 1.96M | $0.71 | $1.11 | $1.57 | $1.76 | $1.84 | | |
|      | Feb/19 | 0.65M | $0.54 | $0.98 | $1.45 | $2.22 | $2.41 | $2.48 | |
|      | Jan/19 | 0.93M | $0.19 | $0.53 | $0.95 | $1.41 | $2.31 | $2.53 | $2.60 |
|      | Dec/18 | 4.88M | $0.05 | $0.26 | $0.64 | $1.17 | $1.64 | $2.66 | $2.81 |
| paid | Jul/19 | 0.10M | $19.80 | | | | | | |
|      | Jun/19 | 0.22M | $21.00 | $21.29 | | | | | |
|      | May/19 | 0.40M | $24.71 | $25.27 | $25.48 | | | | |
|      | Apr/19 | 0.42M | $28.62 | $29.78 | $30.31 | $30.53 | | | |
|      | Mar/19 | 0.37M | $29.14 | $31.37 | $33.21 | $33.91 | $34.20 | | |
|      | Feb/19 | 0.33M | $26.11 | $28.37 | $30.39 | $32.38 | $33.16 | $33.48 | |
|      | Jan/19 | 0.04M | $21.69 | $23.93 | $26.46 | $28.69 | $31.08 | $32.04 | $32.40 |
|      | Dec/18 | 0.07M | $21.19 | $22.96 | $26.79 | $30.70 | $33.60 | $39.26 | $41.16 |

EPIC
GAMES

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3955.025

EPIC_00127322

# Steam Curves For Pricing





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DX-3955.026

EPIC_00127323