# Exhibit L

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1                    UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                         OAKLAND DIVISION

4

5        _____

                                        )

6     IN RE APPLE iPHONE TRUST      )

                                        )    Case No. 4:11-cv-06715YGR

7     LITIGATION                     )

         _____)

8

9

10

11     ** HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER **

12               REMOTE VIDEOTAPED DEPOSITION OF

13                      TIMOTHY SWEENEY

14                 Monday, February 8, 2021

15                         Volume I

16

17

18

19

20

21     Reported by:

       NADIA NEWHART

22     CSR No. 8714

23     Job No. 4453384

24     PAGES 1 - 271

25

                                                      Page 1

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1     state their appearances and affiliations for the

2     record.  If there are any objections to proceeding,

3     please state them at the time of your appearance,

4     beginning with the noticing attorney.

5          MR. DOREN:  This is Richard Doren from Gibson     09:09:02

6     Dunn & Crutcher.  I represent Apple.  Joining me

7     today from Gibson Dunn is Dana Li and Anthony Bedel,

8     and also in attendance from Apple are Andrew

9     Farthing and Noreen Krall.

10         MR. BORNSTEIN:  This is Gary Bornstein from       09:09:23

11    Cravath.  I am representing Epic Games.  Joining me

12    from my firm are Colin Herd and Daniel Ottaunick,

13    and also with me from Epic Games is Gena Feist.

14         And before we begin, Mr. Doren, can I just

15    confirm that Mr. Farthing and Ms. Krall are people    09:09:46

16    who are entitled, under the protective order, to

17    have access to highly confidential information?

18         MR. DOREN:  Yes, Mr. Bornstein, they are.

19         MR. BORNSTEIN:  Okay.  Thank you.

20         THE VIDEOGRAPHER:  Will the court reporter        09:09:56

21    please swear in the witness.

22         THE REPORTER:  Please raise your right hand.

23              TIMOTHY SWEENEY,

24      having been first duly sworn, was examined and

25              testified as follows:

                                                      Page 9

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1   retail stores which sell physical boxes of games --

2      Q   And when you're -- sorry.

3      A   -- and online retailers such as Amazon.

4      Q   To purchase the physical -- physical games

5   through Amazon?                                          11:50:17

6      A   I'm certain that physical games are available

7   through Amazon.  I'm not certain about digital codes

8   or copies of games.

9      Q   And when you're talking -- sorry.  And when

10  you're talking about physical games, are you talking    11:50:30

11  about for the earlier versions of the Xbox that

12  require physical disks and the like?

13     A   My understanding is that a very large number

14  of Xbox games are still available for retail sales

15  and are distributed physically.                          11:50:49

16     Q   And that's -- those are the older versions

17  that require the actual physical media to play

18  Fortnite; is that correct?

19     A   I'm not aware that any -- that -- I'm not

20  aware that new games for new consoles can't be          11:51:06

21  purchased in retail.

22     Q   And when in-app purchases are made in

23  Fortnite on Xbox, those are -- those transactions

24  are made through the Xbox digital store, correct?

25     A   Yes.  When a real-money transaction occurs in    11:51:32

Page 93

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1    Fortnite on Xbox, Microsoft provides and mandates

2    the payment processing technology.

3       Q   And Microsoft charges a 30 percent commission

4    for those in-app purchases made through Xbox,

5    correct?                                          11:51:53

6       A   My understanding is that Microsoft's

7    commission for purchases is roughly 30 percent

8    potentially varying by price circumstance and

9    territory.

10      Q   But 30 percent is the number that you think  11:52:05

11   of in terms of the Microsoft commission, correct?

12      A   Yes.

13          MR. BORNSTEIN:  Object to the form.

14   BY MR. DOREN:

15      Q   And is that 30 percent commission charged by  11:52:16

16   Microsoft anticompetitive?

17          MR. BORNSTEIN:  So I, again, am going to

18   instruct you to exclude from your answer any

19   communications you had with counsel on the subject.

20          THE WITNESS:  I don't have an opinion on that  11:52:34

21   with respect to competition law.  And as to -- well,

22   I think the term "anticompetitive" -- I'm not

23   sure -- I'm not sure if I have any opinion left over

24   that's not informed by legal advice.

25   BY MR. DOREN:                                     11:53:00

Page 94

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
 1      Q   Do you consider the 30 percent commission

 2   charged by Microsoft to be unfair?

 3      A   With respect to purchases on the Xbox

 4   platform, I'm not sure if it's fair or not.

 5      Q   Why not?                                11:53:21

 6      A   In reference to our earlier discussion,

 7   whether that structure is fair depends on the

 8   ultimate impact on consumers, prices, competition

 9   and developers and other factors which Epic has not

10   analyzed sufficiently for me to conclude.         11:53:41

11      Q   On the Sony PlayStation, in-app purchases

12   are -- within Fortnite must be made through Sony's

13   digital store, correct?

14      A   With respect to purchases made using real

15   money, yes.                                       11:54:02

16      Q   And you're distinguishing real money versus

17   transactions using V-Bucks that have been purchased

18   with real money and are then spent within the game?

19      A   Yes.

20      Q   And Sony charges a 30 percent commission for  11:54:15

21   all -- for all of those transactions, correct, all

22   of those real money transactions?

23      A   Yes.  My understanding is Sony's commission

24   is approximately 30 percent, potentially varying

25   based on circumstances, but we think of it as      11:54:33
```

Page 95

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
1      30 percent.
```



```
20      Q   And is the 30 percent commission charged by      11:55:53

21   Sony anticompetitive?

22           MR. BORNSTEIN:  Again, I'll give you the same

23   instruction not to reveal communications you've had

24   with counsel on the subject.

25           THE WITNESS:  With respect to the term          11:56:15
```

Page 96

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1    "anticompetitive," I don't think I have an opinion

2    on that specific topic which isn't just informed by

3    legal opinion.

4    BY MR. DOREN:

5        Q    Is the 30 percent commission charged by Sony    11:56:27

6    unfair?

7        A    As with Microsoft, I'm not sure.

8        Q    And for the same reasons?

9        A    Yes.

10       Q    And along with distributing certain Epic    11:56:41

11   games, Sony also has an ownership interest in Epic

12   Games, correct?

13       A    Yes.

14       Q    And when did it acquire that?

15       A    I believe that Sony made its investment in    11:56:59

16   Epic Games in 2020.

17       Q    Do you remember when in 2020?

18       A    I'm not certain.  My recollection would be

19   towards the beginning of the year.

20       Q    And how much was the investment?    11:57:15

21       A    I'm not certain.  My recollection is that

22   Sony's investment was in the ballpark of

23   $250 million.

24       Q    And do you know what percentage ownership

25   Sony acquired for the $250 million investment?    11:57:36

Page 97

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1        MR. BORNSTEIN:  Object to the form.

2        THE WITNESS:  I can't calculate this number

3   in my head, but I believe that their ownership

4   interest would be a fraction of approximately

5   $250 million divided by Epic's -- the value of Epic       11:58:04

6   in which we raised this capital, which I believe was

7   approximately $17 billion.

8   BY MR. DOREN:

9        Q    Thank you.  Now, the Nintendo console is

10  Nintendo Switch, correct?                                 11:58:31

11       A    With respect to Fortnite, yes.

12       Q    Thank you.  And that's a mobile console?

13       A    The Switch's -- the Nintendo Switch's key

14  feature is that it can be operated both as a mobile

15  device; it can also be plugged into power and a          11:58:47

16  television and deliver higher performance.

17       Q    And for in-app purchases made for -- in

18  Fortnite, Nintendo requires that those purchases be

19  made through the Nintendo digital store, correct?

20       A    That's my understanding.                        11:59:08

21       Q    And Nintendo charges a 30 percent commission

22  on those in-app purchases, correct?

23       A    Yes, that's my understanding with the

24  previous exceptions that I made based on territory

25  or dollar price on various transactions.                  11:59:28

Page 98

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1    Q    Do you have any specific variations in mind,

2  or are you just allowing room that there may be

3  some?

4        MR. BORNSTEIN:  Objection to form.

5        THE WITNESS:  My general recollection is that    11:59:37

6  the various consoles add or adjust the rate based on

7  international territories for various reasons, which

8  may include just tax but may include other costs.

9  It's not clear to me.

10 BY MR. DOREN:                                          12:00:06

11   Q    The equation, if you will, is based on a

12 30 percent commission?

13   A    We think of Nintendo Switch as charging

14 30 percent as we redeveloped out our business.

15   Q    And do you consider that 30 percent          12:00:16

16 commission charged by Nintendo to be

17 anticompetitive?

18        MR. BORNSTEIN:  Again, I'll caution you to

19 exclude from your answer any communications that you

20 may have had with counsel on the subject.            12:00:27

21        THE WITNESS:  On the term of

22 anticompetitiveness, I don't think I have any

23 understanding of that other than lawyer's advice.

24 BY MR. DOREN:

25   Q    And do you consider the 30 percent commission   12:00:38

Page 99

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1    charged by Nintendo to be unfair?

2       A    That's not clear to me.

3       Q    Why not?

4       A    As with Microsoft and Sony, understanding the

5    fairness of it requires understanding the impact on          12:01:00

6    consumers, prices, developers, markets and

7    competition.

15      Q    And how do you know that?                             12:01:46

16      A    Among other things, ███████████████

███, I believe late last year, mentioned that Sony

18   was very significantly subsidizing the cost of their

19   hardware.  And our discussions with Microsoft in the

20   time frame of the Xbox 360 hardware included           12:02:06

21   numerous discussions pervaded by clear context that

22   Microsoft was heavily subsidizing the hardware,

23   though I don't remember them specifically saying

24   those words.  I remember to the tune of ██████████

        ██████ of subsidy being commonly understood.       12:02:26

                                                    Page 100

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
 1      A    Sure.  Cross-platform play refers to the

 2   ability of users on at least two distinct platforms

 3   to play together in a single game session, usually

 4   playing as team members on a squad so that they are

 5   in the same game session having the same experience    01:32:13

 6   together.  And if both have a voice chat headset,

 7   then they're able to actually talk together and

 8   socialize as they're playing the game experience.

 9      Q    And as we discussed earlier, that meant that,

10   for example, by cross-platform, we're talking about     01:32:29

11   somebody on an iPhone playing with somebody on a

12   PlayStation, correct?

13      A    Yes.  That would fall into the understanding

14   of cross-platform play.

15      Q    Because we've got a Sony platform and the iOS    01:32:44

16   platform and the play is going on across the two?

17      A    Yes.

18      Q    Okay.  And what is "cross-progression"?

19      A    Cross-progression refers to another

20   cross-platform feature in which a user who              01:33:00

21   themselves participates in the game on more than one

22   device, say the iPhone and a PlayStation, has their

23   experience on each device accessible or carried over

24   to the other such that if you achieve two victories

25   on iOS and one Victory Royale on PlayStation, then      01:33:27
```

Page 145

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
 1   on both platforms you see that you've contained --

 2   you've achieved three victories, and these aspects

 3   of game play progression and statistics are not

 4   locked into any single platform.

 5       Q    So as you go from platform to platform, you        01:33:44

 6   get to kind of see where you stand in the game

 7   overall as opposed to just on any one platform?

 8       A    Yes, to the extent the game and the platform

 9   permit cross-progression.

10       Q    And did Apple iOS permit cross-progression?        01:34:00

11       A    Yes.

12       Q    And we talked about this earlier, but the

13   term "cross-wallet," can you describe what that

14   means to you.

15       A    In the case of Fortnite, cross-wallet refers       01:34:17

16   to the case in which a player can buy digital

17   currency on any platform or any supported platform

18   and have access to that currency on all of the

19   platforms.

20            So you might buy V-Bucks on iOS and then play      01:34:37

21   on PlayStation and redeem the items for digital

22   goods on your PlayStation.

23            And this is a -- unlike cross-purchase and

24   cross-progression, this is a feature that is -- not

25   all of the platform-makers support in the same         01:35:03
```

Page 146

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1  manner; there are sometimes differences in which

2  cross-features they support.

3      Q    We talked about Nintendo and Sony, for

4  example, did not support cross-wallet, if you will,

5  regarding V-Bucks, correct?                          01:35:16

6      A    Yes.

7      Q    And in terms of cross-progression, were there

8  any platforms that -- or are there any platforms

9  that have not supported that at any point in time?

10     A    Yes.  This has evolved significantly since   01:35:32

11 Fortnite launched in 2017.  It's a long story.

12 Would you like me to try to --

13     Q    No, probably not.  I appreciate the warning.

14          Let me ask if, currently, there are any

15 platforms that do not support cross-progression.      01:35:53

16     A    All platforms that the current version of

17 Fortnite works on support cross-progression.  I

18 referred to the latest version because to the extent

19 Fortnite can be played by -- on iOS or Mac for users

20 who have an old version installed, cross-progression  01:36:23

21 is broken in that case because the latest version of

22 the game and the older version of the game don't

23 always speak the same language in terms of what

24 progress constitutes.

25     Q    And are there still people playing those      01:36:36

Page 147

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1     older versions on iOS?

2        A    Yes.

3        Q    Do you know how many people?

4        A    No.

5        Q    By the way, have you evaluated how many iOS     01:36:49

6     Fortnite players moved or continued to play Fortnite

7     on platforms other than iOS after August 2020?

8        A    My understanding is that -- I didn't do it

9     personally, but Epic personnel analyzed facets of

10    that question at various points in time.          01:37:16

11       Q    And what did they find?

12       A    I don't recall any really clear or

13    interesting conclusions from that effort.

14       Q    Do you recall who did that work?

15       A    Not specifically, but a group within Epic     01:37:55

16    that is known as the analytics team.

17       Q    I'm sorry, what?  The what team?

18       A    Analytics team.

19       Q    Analytics.  Sorry, you just wobbled right

20    when you said the word.                           01:38:10

21            And who leads the analytics team?

22       A    I'm not certain.  The name that comes to mind

23    as the go-to person for me, for analytics, is Darren

24    Clary, but it seems we're -- people move around and

25    change roles, so I'm not sure it's current.       01:38:39

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1          THE WITNESS:  I believe so.

2    BY MR. DOREN:

3       Q    Do you recall what percentage of Epic revenue

4    was attributable to iOS from 2019?

5       A    No.                                           02:08:17

6       Q    Do you know if it was in the range of 5 to

7    6 percent?

8       A    If I were estimating, I would estimate

9    higher, but I don't have any reason to think it's

10   wrong.                                                02:08:41

11          MR. DOREN:  Gary, we're probably at a pause

12   here.  If you want to take a break for lunch, since

13   it's actually getting a little late for you all for

14   lunch, or we can keep going.  It's entirely up to

15   the two of you.                                       02:08:57

16          MR. BORNSTEIN:  Let's take our lunch break.

17   It's a good idea.

18          MR. DOREN:  How long would you like?

19          MR. BORNSTEIN:  Why don't we resume, say, at

20   11:45 your time, 2:45 Eastern?                        02:09:06

21          MR. DOREN:  That would be great.  Thank you,

22   gentlemen.

23          MR. BORNSTEIN:  See you then.

24          THE VIDEOGRAPHER:  This is the end of media

25   four.  It is 2:09 p.m.  We are off the record.        02:09:16

                                                   Page 169

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
 1          (Lunch recess.)

 2          THE VIDEOGRAPHER:  This marks the beginning

 3   of media five.  It is 2:48 p.m.  We are on the

 4   record.

 5   BY MR. DOREN:                                   02:48:42

 6      Q    Good afternoon, Mr. Sweeney.

 7      A    Thank you.

 8      Q    And just confirming again that you're alone,

 9   don't have any media or materials with you?

10      A    No.  I have the Zoom window.  I have the    02:48:52

11   document viewer.

12      Q    Thank you.  That sounds like plenty of

13   company.

14          Mr. Sweeney, you understand the protection of

15   users' privacy and security is a fundamental value   02:49:14

16   of Apple's, don't you?

17      A    Yes, and of Epic's as well.

18      Q    And that Apple has built its brand and

19   reputation around those principles?

20      A    I understand that user privacy and security   02:49:36

21   are fundamental differentiators for Apple.

22      Q    And you, as CEO of Epic, would agree that the

23   protection of users' privacy is a worthwhile goal,

24   correct?

25      A    Absolutely.                              02:49:54
```

Page 170

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
1        Q    And that many consumers place a very high

2    value on having their personal information and

3    privacy protected, true?

4        A    Yes.

5        Q    And you've praised Apple for not profiting    02:50:08

6    off of people's data or surveillance or any

7    practices -- any similar practices when selling --

8    when selling its iPhones, correct?

9        A    I'm not sure --

10       Q    You don't recall?                              02:50:30

11       A    Yeah, I --

12       Q    As you sit here today, do you think Apple

13   deserves praise for not profiting off of people's

14   data?

15           MR. BORNSTEIN:  Object to the form.            02:50:42

16           THE WITNESS:  With respect to consumer data

17   and consumer data privacy, yes.

18           MR. DOREN:  I just note that it sounds like

19   there's a wind up toy on somebody's desk or

20   something.  So if somebody needs to mute, it would    02:51:00

21   be great if they did.

22           Thank you.

23       Q    So, Mr. Sweeney, you believe that Apple

24   competes -- that Apple's -- strike that.  Let me

25   start over.                                            02:51:22
```

Page 171

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1    Switch, Sony PlayStation and Microsoft.

2        Q    Did Epic implement a hotfix to place a direct

3    payment mechanism in Sony, Microsoft or Nintendo

4    products?

5        A    No.                                              04:13:37

6        Q    And why not?

7            MR. BORNSTEIN:  So you can answer the

8    question, but just carve out any legal advice you

9    might have received on the subject or communications

10   with counsel, if any.                                     04:13:51

11           THE WITNESS:  Epic, in this Project Liberty,

12   was not challenging the business model of the

13   console-makers in Project Liberty.

14   BY MR. DOREN:

15       Q    Why not?                                         04:14:05

16           MR. BORNSTEIN:  Same caution.

17           Go ahead.

18           THE WITNESS:  As I described earlier, the

19   approach of the console-makers was fairly different

20   than the situation on smartphones, and we did           04:14:18

21   not have -- do not have now a clear sense that their

22   policies are wrong, wrongful, or that they -- I'm

23   not speaking as a lawyer and -- or that they tend to

24   inflate consumer prices.  We are not really clear on

25   the entirety of their economic model.                     04:14:51

                                                    Page 222

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
 1          MR. BORNSTEIN:  We're at about the hour and a
 2    half mark, so let's take a break when you get to a
 3    good spot here.
 4    BY MR. DOREN:
 5      Q   So despite -- so despite Sony, Microsoft and    04:15:09
 6    Nintendo each charging a 30 percent commission, Epic
 7    decided that it wasn't sure whether or not those
 8    business models were anticompetitive and, therefore,
 9    elected not to attack their commission level,
10    correct?                                             04:15:36
11          MR. BORNSTEIN:  So on that one, I might have
12    to instruct you not to answer entirely.  But to the
13    extent you have an answer that is not the result of
14    or the product of communications with legal counsel,
15    then you can go ahead.                               04:15:47
16          Maybe it would be -- sorry.  Maybe it would
17    be helpful if we just ask the court reporter to read
18    the question back unless Mr. Doren wants to --
19          MR. DOREN:  I'm fine with that.  Let's read
20    it back.                                             04:16:00
21          MR. BORNSTEIN:  Great.  It was a long
22    instruction, so let's hear the question again.
23          MR. DOREN:  Thank you.
24          (Record read as follows:
25            "Q:  So despite Sony, Microsoft and          04:15:12
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
 1              Nintendo each charging a 30 percent
 2              commission, Epic decided that it wasn't
 3              sure whether or not those business models
 4              were anticompetitive and, therefore,
 5              elected not to attack their commission    04:15:30
 6              level, correct?")
 7         MR. BORNSTEIN:  I'll object to the form of
 8    the question as well and caution you not to reveal
 9    legal advice.
10         THE WITNESS:  I don't have an opinion or      04:16:36
11    understanding, independent of advice of counsel, on
12    whether their business model is anticompetitive.
13    Epic at this time did not launch a challenge to the
14    Microsoft, Sony or Nintendo console business model
15    in conjunction with Project Liberty.               04:16:55
16    BY MR. DOREN:
17      Q   And at that point, that's because you did not
18    think that being charged a 30 percent commission by
19    Sony, Microsoft and Nintendo was unfair, correct?
20         MR. BORNSTEIN:  Object to the form of the     04:17:07
21    question.
22         THE WITNESS:  That point, and now I'm not
23    clear on whether their subsidized hardware and
24    30 percent software fee business model is fair.
25    BY MR. DOREN:                                      04:17:29
```

Page 224

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1      Q    You don't know one way or the other?

2      A    That's right.

3      Q    As somebody who's been developing games since

4  1991, you don't just have a gut sense of whether

5  them charging 30 percent is -- is fair or not when        04:17:40

6  it's the same amount that Apple and Google are

7  charging?

8          MR. BORNSTEIN:  I'll object.  He asked and

9  answered this question several times.

10         THE WITNESS:  As a matter of gut, I don't         04:18:09

11 have a -- I don't have an intuitive feeling on the

12 facts.  I -- the idea posited that their subsidized

13 or whole bill of costs is counterbalanced between --

14 counterbalanced by software fees without creating

15 excessive pricing is fundamentally economic and not      04:18:46

16 intuitive because it relies on a detailed economic

17 analysis of the businesses which we're not able to

18 perform.

19         MR. DOREN:  Let's take a break.  How long do

20 you want?                                                04:19:09

21         MR. BORNSTEIN:  Why don't we assume at 4:30

22 Eastern, 1:30 Pacific.

23         MR. DOREN:  Sounds good.  Thank you.

24         THE VIDEOGRAPHER:  This marks the end of

25 media five.  It's 4:19 p.m.  We are off the record.      04:19:20

                                                    Page 225

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

1          I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby

3     certify:

4          That the foregoing proceedings were taken

5     before me at the time and place herein set forth;

6     that any witnesses in the foregoing proceedings,

7     prior to testifying, were administered an oath; that

8     a record of the proceedings was made by me using

9     machine shorthand which was thereafter transcribed

10    under my direction; that the foregoing transcript is

11    a true record of the testimony given.

12         Further, that if the foregoing pertains to the

13    original transcript of a deposition in a Federal

14    Case, before completion of the proceedings, review

15    of the transcript [ ] was [ ] was not requested.

16         I further certify that I am neither financially

17    interested in the action nor a relative or employee

18    of any attorney or any party to this action.

19      IN WITNESS WHEREOF, I have this date subscribed

20    my name.

21    Dated: this 9th day of February, 2021

22

23

24                  *Nadia Newhart*

                    NADIA NEWHART

25                  CSR NO. 8714

                                          Page 270