1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, *et al.*, | Case No. 4:19-cv-03074-YGR |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEVELOPER PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS** |
| v. | |
| APPLE INC., | |
| Defendant. | Hon. Yvonne Gonzalez Rogers |

1  The Court, having considered Developer Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards, and all papers filed in support thereof and opposition thereto, and the argument of counsel, and good cause appearing, hereby GRANTS the motion and ORDERS that:

  1. Class Counsel are awarded attorneys' fees of **$27,000,000**, together with a proportional share of interest earned on the Settlement Fund for the same time period until dispersed to Class Counsel.

  2. Class Counsel are awarded reimbursement of their litigation costs and expenses in the amount of **$3,500,000**.

  3. Class Representatives Donald R. Cameron and Pure Sweat Basketball, Inc. shall each receive a service award of **$5,000**.

  4. The attorneys' fees awarded, reimbursement of litigation costs and expenses, and the service awards shall be paid from the Settlement Fund and the interest earned thereon.

  5. Lead Class Counsel, Hagens Berman Sobol Shapiro LLP, shall allocate the fees and reimbursement of expenses among themselves and other counsel for the Developer Plaintiffs in a fair and equitable manner that, in Class Lead Counsel's good-faith judgment, reflects each firm's contribution to the institution, prosecution, and resolution of the litigation.

**IT IS SO ORDERED.**

DATED: _____    _____
                 Hon. Yvonne Gonzalez Rogers
                 United States District Judge