UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD R. CAMERON, ET. AL.**, <br> Plaintiffs, <br> v. <br> **APPLE INC.**, <br> Defendant. | CASE NO. 19-cv-3074-YGR <br><br> **ORDER DEEMING PENDING MOTIONS WITHDRAWN** <br><br> Re: Dkt. Nos. 332, 371, 380, 382, 384 |

The following motions are pending before the Court: (1) Developer Plaintiffs' Motion for Class Certification, (Dkt. No. 332); (2) Apple's Motion to Compel Plaintiffs to Submit a Trial Plan, (Dkt. No. 371); (3) Apple's Motion to Strike or Exclude Testimony of Professor Einer Elhauge, Professor Nicholas Economides, and Christian Tregillis, (Dkt. No. 380); (4) Plaintiffs' administrative Motion to Strike Apple's Motion to Exclude, (Dkt. No. 382); and (5) Plaintiffs' administrative Motion to Strike Apple's Motion to Compel Developer Plaintiffs to Submit Trial Plan, (Dkt. No. 384).

On November 16, 2021, the Court granted the Developer Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement. (Dkt. No. 453). In light of the parties' preliminary approval of settlement, the Court hereby deems the pending motions identified above as withdrawn. They may be resubmitted if the settlement is not approved.

**IS SO ORDERED.**

This terminates Docket Nos. 332, 371, 380, 382, and 384.

Dated: March 29, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**