1  THEODORE J. BOUTROUS JR., SBN 132099
      tboutrous@gibsondunn.com
2  RICHARD J. DOREN, SBN 124666
      rdoren@gibsondunn.com
3  DANIEL G. SWANSON, SBN 116556
      dswanson@gibsondunn.com
4  JAY P. SRINIVASAN, SBN 181471
      jsrinivasan@gibsondunn.com
5  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue Los Angeles, CA 90071
6  Telephone: 213.229.7000
   Facsimile: 213.229.7520
7
   VERONICA S. MOYÉ (Texas Bar No.
8  24000092; *pro hac vice*)
      vmoye@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2100 McKinney Avenue, Suite 1100
10 Dallas, TX 75201
   Telephone: 214.698.3100
11 Facsimile: 214.571.2900

   MARK A. PERRY, SBN 212532
      mperry@gibsondunn.com
   CYNTHIA E. RICHMAN (D.C. Bar No.
   492089; *pro hac vice*)
      crichman@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
      Washington, DC 20036
   Telephone: 202.955.8500
   Facsimile: 202.467.0539

   ETHAN D. DETTMER, SBN 196046
      edettmer@gibsondunn.com
   RACHEL S. BRASS, SBN 219301
      rbrass@gibsondunn.com
   CAELI A. HIGNEY, SBN 268644
      chigney@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street
   San Francisco, CA 94105
   Telephone: 415.393.8200
   Facsimile: 415.393.8306

   *Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DONALD R. CAMERON, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 4:19-cv-03074-YGR<br><br>**NOTICE OF WITHDRAWAL OF MARK A. PERRY**<br><br>Hon. Yvonne Gonzalez Rogers |

1  **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      PLEASE TAKE NOTICE that Mark A. Perry hereby withdraws as attorney of record for

3  Defendant Apple Inc. in this action.  Mr. Perry is no longer affiliated with Gibson, Dunn & Crutcher

4  LLP.

5      Counsel of record for Apple otherwise remains the same.

6

7  DATED:  May 9, 2022                Formerly of
                                GIBSON, DUNN & CRUTCHER LLP

8

9                              By:  */s/ Mark A. Perry*
                                    Mark A. Perry

10                             *Attorney for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2022, the foregoing **NOTICE OF WITHDRAWAL** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

DATED:  May 9, 2022

By:    _/s/ Mark A. Perry_
                    Mark A. Perry

*Attorney for Defendant Apple Inc.*