| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>  rdoren@gibsondunn.com<br>DANIEL G. SWANSON, SBN 116556<br>  dswanson@gibsondunn.com<br>JAY P. SRINIVASAN, SBN 181471<br>  jsrinivasan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>VERONICA S. MOYÉ (Texas Bar No. 24000092; *pro hac vice*)<br>  vmoye@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900 | MARK A. PERRY, SBN 212532<br>  mperry@gibsondunn.com<br>CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)<br>  crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>ETHAN D. DETTMER, SBN 196046<br>  edettmer@gibsondunn.com<br>RACHEL S. BRASS, SBN 219301<br>  rbrass@gibsondunn.com<br>CAELI A. HIGNEY, SBN 268644<br>  chigney@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306 |

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re Apple iPhone Antitrust Litigation<br><br>———————————————<br>DONALD R. CAMERON, *et al.*,<br><br>         Plaintiffs<br><br>     v.<br><br>APPLE, INC.,<br><br>         Defendants | Case Nos. 4:11-cv-06714-YGR<br>             4:19-cv-03074-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER ON DEFENDANT APPLE INC.'S ADMINISTRATIVE MOTION TO CLARIFY ORDER RE: PENDING ADMINISTRATIVE MOTIONS TO SEAL**<br><br>The Honorable Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER ON APPLE'S ADMIN. MOT. TO CLARIFY ORDER RE: SEALING
Nos. 4:11-cv-06714-YGR, 4:19-cv-303074-YGR

1    WHEREAS on December 6, 2021, the Court entered its Order on pending motions to seal in *Cameron v. Apple*, Case No. 4:19-cv-03074-YGR [Dkt. 498] (the "Order"), following the parties' Joint Statement Regarding Pending Motions to Seal filed on November 1, 2021 [Dkt. 441];

WHEREAS at page 23 of the Order, the Court entered "n/a report ends at Paragraph 229" with regard to Apple's sealing requests for Paragraphs 286 and 301 of the Schmalensee Expert Report, originally filed at Dkt. 376-8;

WHEREAS the paragraph numbering in the Schmalensee Expert Report continues into the appendices of the Report in the same PDF document;

WHEREAS Apple respectfully requests that the Court clarify that Apple's Motion to Seal the information in Paragraphs 286 and 301 [*see* Dkts. 436, 441] is granted;

WHEREAS also at page 23 of the Order, the Court granted Apple's sealing request as to information in Footnote 194 of the same Schmalensee Expert Report;

WHEREAS Apple had inadvertently withdrawn its sealing request in Paragraph 123 for that same piece of information in the parties' Joint Statement [Dkt. 441];

WHEREAS Apple respectfully requests that the Court clarify its Order to grant Apple's Motion to Seal as to the second piece of information highlighted in Paragraph 123 [*see* Dkt. 436];

WHEREAS the three pieces of information in the Schmalensee Expert Report Apple seeks to seal at Paragraphs 123, 286, and 301 are also presented for the Court's consideration in the parties' joint sealing submission in *In re Apple iPhone Antitrust Litigation*, Case No. 4:11-cv-06714-YGR, filed on December 3, 2021 at Dkt. 617, and these clarifications apply in that case, as well;

IT IS HEREBY STIPULATED that Apple's motion is unopposed, and that the information Apple seeks to seal in the Schmalensee Expert Report at Paragraphs 123, 286, and 301 should be sealed by the Court and inaccessible in the public record of these actions.

//
//
//
//
//

Gibson, Dunn & Crutcher LLP

1

STIPULATION AND [PROPOSED] ORDER ON APPLE'S ADMIN. MOT. TO CLARIFY ORDER RE: SEALING
Nos. 4:11-cv-06714-YGR, 4:19-cv-303074-YGR

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| Dated: December 20, 2021 | GIBSON, DUNN & CRUTCHER LLP |
| | By: */s/ Rachel S. Brass* _____ |
| | Theodore J. Boutrous Jr.<br>Richard J. Doren<br>Daniel G. Swanson<br>Mark A. Perry<br>Veronica S. Moyé<br>Cynthia E. Richman<br>Jay P. Srinivasan<br>Ethan D. Dettmer<br>Rachel S. Brass<br>Caeli A. Higney |
| | *Attorneys for Defendant Apple Inc.* |
| Dated: December 20, 2021 | WOLF HALDENSTEIN ADLER<br>  FREEMAN & HERZ LLP |
| | By: */s/ Rachele R. Byrd* _____ |
| | Mark C. Rifkin<br>Betsy C. Manifold<br>Rachele R. Byrd |
| | *Attorneys for Consumer Plaintiffs* |
| Dated: December 20, 2021 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: */s/ Ben M. Harrington* _____<br>Steve Berman<br>Robert F. Lopez<br>Shana E. Scarlett<br>Benjamin J. Siegel<br>Ben M. Harrington |
| | *Attorneys for Developer Plaintiffs* |

Gibson, Dunn &
Crutcher LLP

2
STIPULATION AND [PROPOSED] ORDER ON APPLE'S ADMIN. MOT. TO CLARIFY ORDER RE: SEALING
Nos. 4:11-CV-06714-YGR, 4:19-CV-303074-YGR

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~December ___, 2021~~
May 23, 2022

HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

Gibson, Dunn &
Crutcher LLP

4
STIPULATION AND ~~[PROPOSED]~~ ORDER ON APPLE'S ADMIN. MOT. TO CLARIFY ORDER RE: SEALING
Nos. 4:11-CV-06714-YGR, 4:19-CV-303074-YGR