# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

## CIVIL MINUTES

**Date:** June 7, 2022  **Time:** 2:02 – 2:28  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 19-cv-03074-YGR  **Case Name:** Cameron v. Apple Inc.

**Attorney for Plaintiff:** Steve Berman; Ben Siegel and Ben Harrington
**Attorney for Defendant:** Cynthia Richman, Eli Lazarus and Caeli Higney

**Deputy Clerk:** Aris Garcia                    **Reported by:** Lee-Anne Shortridge

## PROCEEDINGS

[465] MOTION for Attorney Fees Developer Plaintiffs' Notice of Motion and Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards; [471] MOTION for Settlement Developer Plaintiffs' Notice of Motion and Motion for Final Approval of Settlement and Response to Objectors Hearing- HELD and Submitted.

**Order to be prepared by:**
( )   Plaintiff              ( )   Defendant              (x)   Court

Plaintiff shall file the equation referenced on the record by the end of the day.