Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 256260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Settlement Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | No. 4:19-cv-03074-YGR<br><br>ADMINISTRATIVE MOTION REQUESTING JUDGMENT OF DISMISSAL WITH PREJUDICE<br><br><br>Hon. Yvonne Gonzales Rogers |

Case No.: 19-cv-03074-YGR
010818-11/1962788 V1

1    Pursuant to Federal Rule of Civil Procedure 60 or in the alternative Rule 59(e), the Developer
2    Plaintiff Settlement Class ("Plaintiffs") respectfully requests that the final judgment entered on June
3    10, 2022, at page 16 of ECF No. 491, be modified to expressly state that the Court dismisses on the
4    merits and with prejudice Plaintiffs' case against Apple Inc. Plaintiffs submit with this Motion a
5    [Proposed] Amended Final Judgment of Dismissal with Prejudice as to Apple Inc. to this effect.
6    Apple concurs with the filing of this Motion and the relief sought.
7    On June 10, 2022, this Court issued its "Order: Granting Motion for Final Approval of
8    Settlement; Granting in Part and Denying in Part Motion for Attorney's Fees, Costs, and Service
9    Award and Judgment." *See* ECF No. 491. Exhibit A to that document is the Stipulation of Settlement
10   between the Plaintiffs and Defendant Apple Inc. ("Settlement Agreement"). In the Court's June 10
11   decision, the Judgment on page 16 states in part, "**IT IS HEREBY ORDERED, ADJUDGED AND**
12   **DECREED** that *final judgment* is **ENTERED** *in accordance with the terms of the Settlement*, the Order
13   Granting Preliminary Approval of Class Action Settlement issued on November 16, 2021, and this
14   Order. This document will constitute a final judgment (and a separate document constituting the
15   judgment) for purposes of Rule 58, Federal Rules of Civil Procedure." *See* ECF No. 491 at 16 (italics
16   added; bold in original). The terms of the Settlement provide that the settlement's Effective Date
17   occurs when, among other things, "The Action is dismissed with prejudice and a final judgment is
18   entered." *See* Settlement Agreement § 1.14(i); *see also id.* §§ 1.15; 10.4 (requiring that for settlement
19   to be effectuated the Action be dismissed with prejudice).
20   Thus, by ordering "final judgment" in "accordance with the terms of the Settlement,"
21   Plaintiffs understand the Court to have dismissed the Action against Apple Inc. with prejudice.
22   However, for the avoidance of doubt and any argument that this was omitted, Plaintiffs respectfully
23   request that it be made explicit, pursuant to Rule 60, which states that a "court may correct a clerical
24   mistake or a mistake arising of oversight or omission whenever one is found in a judgment, order, or
25   other party of the record." In the alternative, Plaintiffs request that the judgment be altered or
26   amended pursuant to Rule 59(e). Also in accord with the terms of the Settlement Agreement (*see* §
27   1.27), and for the purposes of clarity, Plaintiffs request pursuant to the same rules of civil procedure
28   that the final judgment be amended to state that those persons and entities that have timely and

ADMINISTRATIVE MOTION FOR DISMISSAL WITH PREJUDICE - 1
Case No.: 19-cv-03074-YGR
010818-11/1962788 V1

validly opted-out of the settlement are not included in or bound by the judgment, with a list of those individuals and entities included as Exhibit A to the final judgment proposed herein.

For the foregoing reasons, Plaintiffs respectfully request that the final judgment be altered or amended in the manner discussed herein. Plaintiffs have submitted a [Proposed] Amended Final Judgment of Dismissal with Prejudice as to Apple Inc. to this effect along with this Motion.

DATED: July 8, 2022                HAGENS BERMAN SOBOL SHAPIRO LLP

By   */s/ Steve W. Berman*
      STEVE W. BERMAN (*pro hac vice*)

Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 260260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Settlement Class Counsel*