UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| DONALD R. CAMERON, *et al.,* | Case No. 4:19-cv-03074-YGR |
|---|---|
| Plaintiffs, | **[PROPOSED] AMENDED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO APPLE INC.** |
| v. | |
| APPLE INC., | Hon. Yvonne Gonzalez Rogers |
| Defendant. | |

1    Without affecting the finality of this Judgment or the Court's Order at ECF No. 491 in any

2    way, the Court retains jurisdiction of all matters relating to the interpretation, administration,

3    implementation, effectuation and enforcement of the Court's Order at ECF No. 491 and the

4    Settlement between the Developer Plaintiffs and Defendant Apple Inc. (*see* ECF No. 491, Ex. A).

5    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment is **ENTERED** in

6    accordance with the terms of the Settlement, the Order Granting Preliminary Approval of Class

7    Action Settlement issued on November 16, 2021, and the Court's Order at ECF No. 491. The Court

8    hereby dismisses on the merits and with prejudice this Action against Apple Inc., including the

9    Claims of the Developer Plaintiffs and the Settlement Class. However, those persons and entities

10   identified in the list attached hereto as **Exhibit A** are validly excluded from the Settlement Class.

11   Such persons and entities are not included in or bound by this Judgment. Such persons and entities

12   are not entitled to any recovery of the settlement proceeds obtained in connection with the

13   Settlement Agreement. This document will constitute a final judgment (and a separate document

14   constituting the judgment) for purposes of Rule 58, Federal Rules of Civil Procedure.

15   The parties shall file a post-distribution accounting in accordance with this District's

16   Procedural Guidance for Class Action Settlements no later than **OCTOBER 28, 2022**. The Court

17   **SETS** a compliance deadline on **OCTOBER 21, 2022** on the Court's 9:01 a.m. calendar to verify

18   timely filing of the post-distribution accounting.

19   This terminates Docket Nos. 465 and 471.

21   **IT IS SO ORDERED.**

23   DATED: _____

     Hon. Yvonne Gonzalez Rogers
     United States District Judge

[PROPOSED] AM. FINAL JUDGMENT OF DISMISSAL
AS TO APPLE INC.                                - 1
Case No. 4:19-cv-03074-YGR
010818-11/1963073 V1

## **EXHBIT A – VALID EXCLUSION REQUESTS**

| No. | Party |
|---|---|
| 1 | Pleco Inc. |
| 2 | Christian Classics Ethereal Library |
| 3 | Millennium Products, Inc. |
| 4 | Eri Lombardo |
| 5 | Gooseworks Media LLC |
| 6 | Ebranta Technologies Inc. |
| 7 | DEVONtechnologies, LLC |
| 8 | Michael Hominick |
| 9 | CoverMe Communications, Inc. |
| 10 | Justin Andrews |
| 11 | Ryan Steder |
| 12 | Nike, Inc. |
| 13 | KPAW |

[PROPOSED] AM. FINAL JUDGMENT OF DISMISSAL
AS TO APPLE INC.                                          - 2
Case No. 4:19-cv-03074-YGR

010818-11/1963073 V1