Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 256260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Interim Lead Class Counsel*

CYNTHIA E. RICHMAN (*pro hac vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8234
Facsimile: 202.530.9691

THEODORE J. BOUTROUS JR. (SBN 132099)
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CAELI A. HIGNEY (SBN 268644)
chigney@gibsondunn.com
ELI M. LAZARUS (SBN 284082)
elazarus@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Counsel for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | No. 4:19-cv-03074-YGR <br><br> STIPULATION AND [PROPOSED] ORDER <br><br> [Civil L.R. 6-2] <br><br> Hon. Yvonne Gonzalez Rogers |

Pursuant to Civil Local Rule 6-2, Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc. ("Developer Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), by and through their respective counsel, hereby agree as follows:

WHEREAS, on June 10, 2022, the Court entered an Order granting final approval of Developer Plaintiffs' class action settlement with Apple (ECF No. 491);

WHEREAS, on July 15, 2022, the Courted entered an Amended Judgement of Dismissal with Prejudice as to Apple ("Amended Judgment") (ECF No. 494);

WHEREAS, the Amended Judgement provides that the Parties shall file "a post-distribution accounting in accordance with this District's Procedural Guidance for Class Action Settlements no later than October 28, 2022" and sets "a compliance deadline on October 21, 2022 on the Court's 9:01 a.m. calendar to verify timely filing of the post-distribution accounting" (ECF No. 494);

WHEREAS, on September 14, 2022, and pursuant to the procedures set forth in the Settlement Agreement, the parties mutually accepted the Settlement Administrator's recommendation for resolving all contested settlement claims;

WHEREAS, in accordance with the Settlement Agreement, Apple distributed the Settlement Fund to the Settlement Administrator by October 14, 2022;

WHEREAS, the Settlement Administrator anticipates that distributions to Settlement Class Members will begin on or around October 26, 2022, with uncashed checks becoming void ("stale") on or around June 1, 2023;

WHEREAS, this District's Procedural Guidance for Class Action Settlements provides that a Post-Distribution Accounting be filed "[w]ithin 21 days after the settlement checks become stale," such that, despite the Parties' diligent efforts, a Post-Distribution Accounting cannot be submitted in accordance with the Procedural Guidance by the operative October 28, 2022 submission deadline;

THEREFORE, IT IS STIPULATED AND AGREED that the deadline for the parties to submit a post-distribution accounting be extended until July 7, 2023.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the compliance deadline to verify timely filing of the post-distribution accounting be extended to the Court's 9:01 a.m. calendar on June 30, 2023.

**IT IS SO STIPULATED**

STIPULATION AND [PROPOSED] ORDER - Case No. 4:19-cv-03074-YGR

| | | |
|---|---|---|
| DATED: October 18, 2022 | | HAGENS BERMAN SOBOL SHAPIRO LLP<br>Steve W. Bermam |

By: */s/ Steve W. Berman*

*Attorneys for Plaintiffs Donald R. Cameron and Pure Sweat Basketball, Inc.*

DATED: October 18, 2022    GIBSON, DUNN & CRUTCHER LLP
                           Caeli A. Higney

By: */s/ Caeli A. Higney*

*Attorneys for Defendant Apple Inc.*

\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

**E-FILING ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Steve W. Berman*
STEVE W. BERMAN