RECEIVED

JAN 11 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

January 6, 2023

To: The Honorable Yvonne Gonzalez Rogers
Judge of United States District Court, Northern District of California
1301 Clay Street
Oakland, CA 94612

Lionheart Software LLC
Daniel W Loewenherz
5610 N Scout Island Circle
Austin, TX 78731

CC: Cameron et al. v. Apple Inc., Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Re: Cameron et al. v. Apple Inc. (Case No. 4:19-cv-03074-YGR)

Dear Judge Rogers,

My name is Dan Loewenherz, and I am a software engineer and iOS app developer based in Texas. I have been building independent iOS apps since 2009 and am writing to request your assistance in resolving a matter related to Cameron et al. v. Apple Inc. (Case No. 4:19-cv-03074-YGR) class action lawsuit. I am a member of the class in this lawsuit and was never notified by the claims administrator about the settlement, which in this case was a substantial sum to which I was entitled per the outcome of the litigation.

I am attaching proof of my App Store earnings from June 2015 through April 2021 as evidence of my membership in the class. During this time, my App Store earnings from my health-related applications made approximately $75,800 in proceeds. Per the attached copy of the expected claim outcomes, this earning threshold implies a payout of $14,412.

After having read through 4:19-cv-03074-YGR, Document 471-2, either I or my company, Lionheart Software LLC, was incorrectly omitted from the list of developers as a party of the class or Angeion Group failed in their legal responsibility as a claims administrator to dutifully notify all class action members.

For smaller claim outcomes, negligence of this kind has a minimal life impact, but in this case, the sums at stake are large and considerable.

Per my records, I never received:

- An email, despite my valid email address set on my App Store Connect account at the time the notices were disseminated
- A letter, despite a valid mailing address set on my App Store Connect account
- A phone call, despite my phone number being up-to-date.

I am sending this letter to determine whether Lionheart Software LLC, or my direct individual contact information, was on this list of developers, and if not, would like to assert my rights as a class member and receive any benefits to which I may be entitled.

I am sending a copy of this letter to Angeion group, the claims administrator, and to the legal firm of Hagens Berman Sobol Shapiro LLP, representing the class members.

I would greatly appreciate your help in this matter. Thank you for considering my request.

Respectfully,
Daniel W Loewenherz

Attachments:

Exhibit A: Estimated Apple Developer Settlement Distributions
Exhibit B: Lionheart Software LLC Proceeds from 6/1/2015 - 1/3/2021
Exhibit C: <LINK> https://smallappdeveloperassistance.com/important-documents.php

Exhibit A

# Estimated Apple Developer Settlement Distributions

| TOTAL U.S. APP STORE PROCEEDS (6/4/15-12/31/20) | MINIMUM PAYMENT | PRELIMINARY ESTIMATE FOR ACTUAL PAYMENT |
|---|---|---|
| $100 or less | $250.00 | $1,029.49 |
| $100.01 - $1,000 | $500.00 | $2,058.97 |
| $1,000.01 - $5,000 | $1,000.00 | $4,117.94 |
| $5,000.01 - $10,000 | $1,500.00 | $6,176.91 |
| $10,000.01 - $50,000 | $2,000.00 | $8,235.89 |
| $50,000.01 - $100,000 | $3,500.00 | $14,412.80 |
| $100,000.01 - $250,000 | $5,000.00 | $20,589.72 |
| $250,000.01 - $500,000 | $10,000.00 | $41,179.43 |
| $500,000.01 - $1,000,000 | $20,000.00 | $82,358.86 |
| Over $1,000,000 | $30,000.00 | $123,538.29 |

Exhibit B

| | Name | Type | Platforms | Apple ID | Proceeds (USD) | Previous Range | |
|---|---|---|---|---|---|---|---|
| 1 | Health Data Importer<br>Lionheart Software LLC | App | iOS | 1158733998 | $39.9K | 0 | N/A |
| 2 | Pushpin for Pinboard<br>Lionheart Software LLC | App | iOS | 548052590 | $19.9K | $35.7K | ▼ 44% |
| 3 | Lionheart Health Importer Bundle<br>Lionheart Software LLC | App Bundle | | 1277349188 | $7.23K | 0 | N/A |
| 4 | Health CSV Importer<br>Lionheart Software LLC | App | iOS | 1275959806 | $3.50K | 0 | N/A |
| 5 | Tweet Seeker<br>Lionheart Software LLC | App | iOS | 775980722 | $1.44K | $669 | ▲ 115% |
| 6 | Full Unlock (Tweet Seeker) | In App | | 857212243 | $924 | $479 | ▲ 93% |
| 7 | Archive Import (Tweet Seeker) | In App | | 776010137 | $707 | $283 | ▲ 150% |



Lioheart Software LLC
c/o Daniel Loewenherz
5610 N Scout Island Cir
Austin, TX 78731

AUSTIN TX 785
RIO GRANDE DISTRICT
7 JAN 2023 PM 3 L

Clerk of United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

94612-520001