George Berry
1548 Crosswind Circle
Orlando, FL  32825

June 10, 2023

Mark B. Busby, Clerk of Court
Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

**FILED**

Jun 20 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Clerk of Court:

I am a member of the following class action suit:

> Cameron, et al. v. Apple Inc.
> Case No. 4:19-cv-03074-YGR
> United States District Court, Northern District of California

The Settlement Administrator has informed me that I am entitled to a settlement and they issued a check to a defunct LLC of which I am a Managing Member but I have been unable to get the Settlement Administrator to reissue a check in my name. I have been months trading email and speaking via phone and the Settlement Administrator still has not reissued the check. They say they will but they don't.

Would the Clerk's office be able to provide guidance in how I can get the Settlement Administrator to reissue my check?

Thank you very much,

*George Berry*

George Berry

Class Member ID: CAA1061638-01

Mr. Paul Berry
1548 Crosswind Cir.
Orlando, FL 32825-8868

Mark B Busby, Clerk of Court
Office of the Clerk
United States District Court
450 Golden Gate Ave.
San Francisco, CA
94102-3489

RECEIVED
JUN 20 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA