UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | No. 4:19-cv-03074-YGR <br><br> [~~PROPOSED~~] ORDER SETTING SCHEDULE FOR FURTHER DISTRIBUTIONS <br><br> Hon. Yvonne ~~Gonzales~~ Gonzalez Rogers |

Case No.: 19-cv-03074-YGR
010818-11/2280351 V1

The Court, having reviewed Developer Plaintiffs' Notice of Initial Post-Distribution Accounting and Proposed Schedule for Further Distributions, and with good cause shown, hereby sets the following procedures and schedule for further settlement distributions:

| DATE | EVENT |
| --- | --- |
| **15 Days After Date of Entry of this Order ("Order Date")** | **Notice**: Final email notice to be sent to all eligible claimants who have not provided verifiable tax identification numbers. Such notice shall state prominently that claimants failing to cure within 60 days will forfeit their claims. |
| **75 Days After Order Date** | **Deadline to Cure**: Claimants who do not supply verifiable tax identification numbers by this date will forfeit their claims and their settlement proceeds will revert to the Small Developer Assistance Fund for a second round of distribution. |
| **No Later than 150 Days from Order Date** | **Second Distribution**: Settlement Administrator to commence second round of distribution to (1) eligible claimants who redeemed their initial payments, and (2) claimants who supplied verifiable tax identification numbers by the Deadline to Cure.[1] Checks from this second distribution shall be valid for six months after issuance and expire thereafter. |
| **21 Days After Checks from Second Distribution Expire** | **Supplemental Post-Distribution Accounting**: Developer Plaintiffs will file supplemental post-distribution accounting covering all settlement payments to date. |

The Compliance Deadline for Developer Plaintiffs' post-distribution accounting, previously set for June 30, 2023, ~~is taken off calendar~~. is set for Friday, April 26, 2024. Plaintiffs will provide updates then about the supplemental post-distribution accounting. In addition, no later than two weeks from the date of this Order, plaintiffs will provide the Court an update about the status of claims of the two developers who have filed letters on the docket (Dkt. Nos. 500 and 501.)

---

[1] Such distributions to any claimants providing tax identification numbers by the Deadline to Cure shall include both the amounts they were entitled to in the initial distribution, as well the amounts they would have received in a second distribution had they cashed their initial payment.

~~[PROPOSED]~~ ORDER SETTING SCHEDULE FOR FURTHER DISTRIBUTIONS - 1
Case No.: 19-cv-03074-YGR

**IT IS SO ORDERED.**

DATED: July 7, 2023

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE