Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 256260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Interim Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　　　Defendant. | Case No. 4:19-cv-03074-YGR<br><br>**DEVELOPER PLAINTIFFS' STATUS UPDATE REGARDING DEVELOPER CORRESPONDENCE (ECF NOS. 500, 501)**<br><br>Hon. Yvonne Gonzalez Rogers |

010818-11/2315810 V1

1   Pursuant to the Court's July 7, 2023 Order (ECF No. 503), Developer Plaintiffs respectfully submit this status update regarding the correspondence filed by two developers concerning their claims (ECF Nos. 500 & 501).

**Dan Loewenherz (ECF No. 500)**: The Settlement Administrator (Angeion) has informed Mr. Loewenherz that he will be issued a payment check in the second round of settlement distributions. The second round of settlement distributions will take place no later than 150 days from the Court's July 7, 2023 Order (ECF No. 503). Regarding the notice issues Mr. Loewenherz raises, Angeion has informed Developer Plaintiffs that it directed notice to all valid email and physical addresses associated with Mr. Loewenherz's Apple developer account.

**George Berry (ECF No. 501)**: Angeion reissued a settlement check to Mr. Berry and Angeion's records indicate that it was delivered via FedEx on June 29, 2023.

DATED: July 21, 2023

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By   */s/ Steve W. Berman*
  STEVE W. BERMAN (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 260260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Settlement Class Counsel*