To: Mark B. Busby, Clerk of Court
Office of the Clerk
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

RE: Cameron et al. v. Apple Inc. (Case No. 4:19-cv-03074-YGR)

**FILED**

**JAN 1 8 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

January 5, 2024

Dear Mr. Busby and Judge Rogers,

This letter comes to the Court from aeiowu LLC; Seabaa, Inc.; SomaSim, LLC; and Trinket Studios, Inc. We are all Chicago-based video game developers who are class members in the lawsuit *Cameron v. Apple Inc.* (Case No. 4:19-cv-03074-YGR). We are all friends and share a common office space, although each of our companies is a separate entity with a separate claim. Nevertheless, we have all had similar problems with the settlement administrator in getting the settlement checks that we are owed. Despite our efforts, none of us has been paid yet. The administrator has frequently been unresponsive. Some of us have been reissued checks multiple times (at least, allegedly), and yet nothing ever actually arrives. Information has to be sent and resent. Ultimately, none of us have been paid yet, and the amounts that we are owed are significant (at least, significant to us). Copies of some of our e-mail correspondences with the administrator are included with this letter, but we would like to briefly summarize each of our problems in communicating with the administrator.

I, Greg Wohlwend, am writing on behalf of aeiowu LLC. aeiowu is Class Member ID CAM5003507-01. I am owed $5,264.99. This was allegedly paid by Check #104511. aeiowu is also the successor in interest to Mikengreg LLC, which is Class Member ID CAM5003507-02 and is owed an additional $2,799.89. On March 16, 2023, I received confirmation that I had successfully submitted my W9s for each payment. I explained to the administrator that aeiowu had bought Mikengreg, and I requested that both payments be made out to aeiowu.

On August 22, 2023, I contacted the settlement administrator to say that I still hadn't received either of the settlement checks. Hearing nothing, I followed up on September 9, 2023, asking for confirmation that my request for a reissued check had been processed. It was not until October 10, 2023 that I received a typo-laden response, "Your TIN Match has failed and we have[sic] not received a W9 in order to process the name[sic] change." This is contrary to what I was told I March. I responded the same day, and received a stock e-mail, "You have successfully submitted your W9 Form." That confirmation on October 10 was the last thing that I heard from the settlement administrator. They never confirmed that payment was being sent, and I have not received either payment as of the date of this letter.

I, Sebastian Gosztyla, am writing on behalf of Seabaa, Inc. Seabaa is Class Member ID CAM5003615-01. I am owed $20,162.20. On March 16, 2023, I was contacted by a man named Deven who said that we worked for Angeion Group, which was the settlement administrator. He said that he needed a W9 form. I received confirmation on March 27, 2023 that the W9 was

successfully submitted. I haven't heard anything from the administrator since then. On October 11, 2023, I e-mailed the administrator to say that I hadn't received payment and to ask for a status update. I followed up again on November 7, 2023. I never got an answer. I also tried to call the phone number listed on the SmallAppDeveloperAssistance.com website. I don't remember the exact dates, but I tried calling a few times, and no one ever picked up. I had originally selected to receive payment by PayPal, so payment should have been quick and direct. However, as of the date of this letter, I haven't received my payment, and I never got confirmation that anyone ever attempted to send the money in the first place.

I, Robert Zubek, am writing on behalf of SomaSim, LLC. SomaSim is Class Member ID CAM5003579-01. I am owed $6,048.66. This was allegedly paid by Check #102876. I received word from the settlement administrator on June 9, 2023 that the check that they issued on December 20, 2022 had not been cashed. I had never received the check. Per the administrator's instructions, I filled out and submitted an "Affidavit Requesting Check Reissue" on June 13, 2023. The next day, I received an e-mail stating, "your check will be included in our next batch checks."

On August 22, I received yet another notice that I had not cashed the settlement check. I still had never received any settlement check, so the failure to cash it is understandable. I again requested a reissue and was told on August 24, 2023, "At this time we will be processing submissions and anticipate payments to begin mailing ithe[sic] following two weeks." On October 23, 2023, when I *still* hadn't received payment, I sent another follow-up e-mail requesting a status update from the administrator. I never got a response to that e-mail, and the check still has not arrived as of the date of this letter.

I, Benjamin Perez, am writing on behalf of Trinket Studios, Inc. Trinket is Class Member ID CAM5001943-01. I am owed $6,048.66. This was allegedly paid by check #103308. On June 9, 2023, I received an e-mail from the settlement administrator indicating I had not cashed the settlement check that had been issued on December 28, 2022. I responded to say that I never received the check and to make sure that the administrator had my current address. On June 13, 2023, I was told, "a check will be reissued." When no check came, I sent another e-mail on August 10, 2023 to verify whether the check was actually sent. I received a response on August 14, 2023 from someone who went by "DG" (e-mail address DGinyard@angeiongroup.com) saying, "at this time there have been no reissues sent to your location." On the same day, I replied to DG and again supplied a bunch of identifying information for my claim. On August 22, 2023, I received another notice that I had not cashed the settlement check, although the check still had not arrived. That same day, I sent another email to DG to report the continued lack of said check, but I have never received another response from DG.

On September 13, 2023, I received an e-mail from the e-mail address info@smallappdeveloperassistance.com. It said, "At this time we will be processing submissions and anticipate payments to begin mailing next week." I once again confirmed my address and, on September 25, 2023, I was told that the check had been issued "on 9/22/0223[sic]." I reached out by e-mail yet again on October 6, 2023 to say that the check has still not arrived and to ask when further steps I could take. The administrator responded on October 11, 2023 to say, "We will cancel your current check and reissue via overnight FedEx to mail on 10/18/2023." I followed up on October 23, 2023 to ask for a tracking number, and again on November 2, 2023. I did not receive a response, nor have I ever been given a FedEx tracking

number to verify that the check was ever sent. As of the date of this letter, I have not received payment.

We also note that we are not the only developers who have had problems in getting our payments from the administrator. For example, we know that the Court received a letter in June 2023 from class member George Berry, and another in November 2023 from class member Hugh Gabrielson, each of them complaining about how they had not gotten their payments. We are also aware of a thread on Reddit from April 2023 entitled "Anybody still waiting on their checks for Cameron v. Apple?" in which three different developers complained that they had not received their checks and that the settlement administrator has, e.g., been "giving me the total run-around" and "started ghosting me for the past 2 weeks."[1] One of those developers also spoke of another user in the r/iOSProgramming subreddit who "implied his checks have been bouncing and then reissued several times."[2] We understand that it is not the Court's job *per se* to advocate on our behalf. However, we have serious concerns about what is going on with the settlement administrator in this case, and we are clearly not alone. We have all tried in vain to resolve our problems directly with the administrator, and reaching out to the Court seems like our last resort. We thank the Court in advance for anything that can be done to remedy the problems that we and our fellow developers are having.

Sincerely,

Greg Wohlwend,
on behalf of aeiowu LLC

Sebastian Gosztyla,
on behalf of Seabaa, Inc.

Robert Zubek,
on behalf of SomaSim, LLC

Benjamin Perez,
on behalf of Trinket Studios, Inc.

---

[1] Reddit, "Anybody still waiting on their checks for Cameron v. Apple?"
www.reddit.com/r/iOSProgramming/comments/12r8aum/anybody_still_waiting_on_their_checks_for_cameron (last accessed at 5:31 p.m. CST, 26 Dec. 2023)
[2] *Id.*

Greg Wohlwend,
2017 W. Irving Park Rd. #2F
Chicago, IL 60618
greg@aeiowu.com

Robert Zubek,
2017 W. Irving Park Rd. #2F
Chicago, IL 60618
robert@somasim.com

Sebastian Gosztyla,
2017 W. Irving Park Rd. #2F
Chicago, IL 60618
sebastiangosztyla@gmail.com

Benjamin Perez,
2017 W. Irving Park Rd. #2F
Chicago, IL 60618
ben@trinketstudios.com

<u>aeiowu Correspondence</u>

<u>with Settlement Administrator</u>

 Gmail

Greg Wohlwend <gwohlwen@gmail.com>

---

## Final Notification

2 messages

---

**Settlement Administrator** <info@smallappdeveloperassistance.com>                Fri, Jul 21, 2023 at 7:15 PM
Reply-To: Settlement Administrator <info@smallappdeveloperassistance.com>
To: gwohlwen@gmail.com

**Small App Developer Assistance Fund**
United States District Court, Northern District of California
Case No.19-cv-3074

**FINAL NOTIFICATION**
**RESPONSE DEADLINE SEPTEMBER 20, 2023**

**FAILURE TO RESPOND WITH INFORMATION THAT MATCHES THE IRS DATABASE WILL RESULT IN FORFEITURE OF SETTLEMENT PROCEEDS**

July 20, 2023

Mikengreg LLC

This request is from Angeion Group, who is the Settlement Administrator in the *Donald R. Cameron et.al. v. Apple Inc.*, class action lawsuit and is in response to the claim form you submitted in this matter. Your claim CAM5003507-02 has been approved and your settlement payment is $2,799.89.

This settlement payment is considered income and reportable to you and the IRS on Form 1099-NEC. Prior to issuing you this payment, we need you to complete IRS Form W9 if you are a U.S. Citizen with a social security number or a Form W-8, if you are not. In order to properly complete this form, you must provide your full legal name, mailing address, social security number or tax identification number and signature. Prior to issuing your payment we will verify with the IRS that your full legal name matches the social security number in their records. If your claim and the application developer account for which you filed a claim, is owned by a business entity, the W-9 should be completed in the name of that entity and include that entity's tax identification number. If your claim and the application developer account is individually owned, the W-9 should be completed in the individual's name and include the individual's social security number. If you filed a claim that included multiple application developer accounts that were both individually owned and owned by a business entity, you will be required to complete a IRS Form W-9 for both the individual and the entity.

In order to expedite this process, you may complete an electronic IRS Form W-9 on the settlement website www.smallappdeveloperassistance.com. Your login credentials are noted below.

Notice ID: CAM5003507-02

Confirmation Code: 982162

If you are unable to access the electronic version you may download a W9 or W8 from the settlement website HERE and email it back to us at Info@smallappdeveloperassistance.com. If you are unable to email it back to us, you may mail it to:

**Small App Developer Assistance**
**c/o Settlement Administrator**
**1650 Arch Street, Ste. 2210**
**Philadelphia, PA 19103**

If you have concerns about sending this information through regular email, you may follow the instructions below to setup a secure file transfer account.

- To transfer files securely, please visit https://securefiles.angeiongroup.com/?cid=4412& lid=3249&sid=841121690 to login.
- If you need to register for a new account, visit https://securefiles.angeiongroup.com/?cid=4412& lid=3249&sid=841121690user/registration/new.
- Once set-up, upload the files and send the email to info@smallappdeveloperassistance.com

If you have questions, you may email them to the project support team at Info@smallappdeveloperassistance. com or by calling (833) 499-1411.

Regards, Settlement Administrator

---

**Greg Wohlwend** <gwohlwen@gmail.com>                                          Sat, Jul 22, 2023 at 2:03 PM
To: Settlement Administrator <info@smallappdeveloperassistance.com>

Hello, the entity involved in this settlement (Mikengreg) is inactive and was bought by my current business, aeiowu. because of that i cant fill out the w-9 for mikengreg since it's inactive. can i proceed filling out the w-9 under aeiowu? thanks

aeiowu.com

 Gmail

Greg Wohlwend <gwohlwen@gmail.com>

## Reissue of check for aeiowu LLC

5 messages

**Greg Wohlwend** <gwohlwen@gmail.com>
To: info@smallappdeveloperassistance.com

Tue, Aug 22, 2023 at 3:21 PM

I haven't received my check in the mail. I have added the info on my account and the check number below. Please send the check to

c/o Chicago Game Lab
aeiowu LLC
2017 W. Irving Park Rd
Chicago, IL 60618

member and check number info:

aeiowu LLC

Class Member ID: CAM5003507-01

Check Number: 104511

Check Amount: $5,264.99

Greg Wohlwend

aeiowu.com

**Apple Cameron Case Support** <info@smallappdeveloperassistance.com>
Reply-To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>
To: Greg Wohlwend <gwohlwen@gmail.com>

Thu, Aug 24, 2023 at 11:54 AM

Request #169831 "Re: Final Notification" was closed and merged into this request. Last comment in request #169831:

Hello, the entity involved in this settlement (Mikengreg) is inactive and was bought by my current business, aeiowu. because of that i cant fill out the w-9 for mikengreg since it's inactive. can i proceed filling out the w-9 under aeiowu? thanks

Greg Wohlwend

aeiowu.com

Zendesk

On August 22, 2023 at 8:21:43 PM UTC, Greg Wohlwend gwohlwen@gmail.com wrote:

I havent received my check in the mail. I have added the info on my account and the check number below. Please send the check to

c/o Chicago Game Lab
aeiowu LLC
2017 W. Irving Park Rd
Chicago, IL 60618

member and check number info:

aeiowu LLC

Class Member ID: CAM5003507-01

Check Number: 104511

Check Amount: $5,264.99


--
Greg Wohlwend
aeiowu.com
[NKXLWN-169MN]

---

**Greg Wohlwend <gwohlwen@gmail.com>**                                    Sat, Sep 9, 2023 at 9:42 AM
To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>

Can i get a confirmation that my reissue request has been processed?

---

**Cameron et al. v. Apple, Inc. Settlement Administrator**                Tue, Oct 10, 2023 at 1:40
<info@smallappdeveloperassistance.com>                                                        PM
Reply-To: "Cameron et al. v. Apple, Inc. Settlement Administrator" <info@smallappdeveloperassistance.com>
To: Greg Wohlwend <gwohlwen@gmail.com>


Hello Greg,


Your TIN Match has failed and we ahve not received a W9 in order to process the naem change.


For more information, please visit www.smallappdeveloperassistance.com.




Thank you,
Cameron et al. v. Apple, Inc.
Settlement Administrator.
www.smallappdeveloperassistance.com




On 2023 M09 9 14:42:37 UTC, gwohlwen@gmail.com wrote:
Can i get a confirmation that my reissue request has been processed?

On 2023 M08 24 16:54:54 UTC, info@smallappdeveloperassistance.com wrote:

Request #169831 "Re: Final Notification" was closed and merged into this request. Last comment in request #169831:

Hello, the entity involved in this settlement (Mikengreg) is inactive and was bought by my current business, aeiowu. because of that i cant fill out the w-9 for mikengreg since it's inactive. can i proceed filling out the w-9 under aeiowu? thanks

Greg Wohlwend

aeiowu.com

On 2023 M08 22 20:21:43 UTC, gwohlwen@gmail.com wrote:

I haven't received my check in the mail. I have added the info on my account and the check number below. Please send the check to

c/o Chicago Game Lab
aeiowu LLC
2017 W. Irving Park Rd
Chicago, IL 60618

member and check number info:

aeiowu LLC

Class Member ID: CAM5003507-01

Check Number: 104511

Check Amount: $5,264.99

--
Greg Wohlwend
aeiowu.com

Zendesk

[NKXLWN-169MN]

**Greg Wohlwend** <gwohlwen@gmail.com>                                    Tue, Oct 10, 2023 at 3:54 PM
To: "Cameron et al. v. Apple, Inc. Settlement Administrator" <info@smallappdeveloperassistance.com>

Ok. there are two issues here.

**ISSUE #1**
I still have not received my settlement check for CAM5003507-01. here is the address to send to and info below

c/o Chicago Game Lab
aeiowu LLC
2017 W. Irving Park Rd
Chicago, IL 60618

member and check number info:

aeiowu LLC

Class Member ID: CAM5003507-01

Check Number: 104511

Check Amount: $5,264.99


**ISSUE #2**
I have resubmitted my W9 for CAM5003507-02 under aeiowu LLC with aeiowu LLCs EIN and information. please let me know if there are other things I need to do.

aeiowu.com

 Gmail                                                      Greg Wohlwend <gwohlwen@gmail.com>

---

## W9 Form Submitted for the Cameron et al. v. Apple Inc. Settlement

1 message

---

**Claim Confirmation Email** <Confirmation@smallappdeveloperassistance.com>          Tue, Oct 10, 2023 at 3:52 PM
To: gwohlwen@gmail.com

Dear **aeiowu LLC**,

You have successfully submitted your W9 Form.

Notice ID: **CAM5003507-02**
Confirmation Code: **982162**

NAME AND CONTACT INFORMATION
Name: **aeiowu LLC**
Street Address 1: **2017 W Irving Park Rd STE 2FA**
Street Address 2:
City: **Chicago**
State: **IL**
Zip Code: **60618**
Phone Number:
Email Address: **gwohlwen@gmail.com**

Date: **10/10/2023 15:52:50**

If you have any questions regarding your Form, please provide the Notice ID listed above and email us at: Info@
SmallAppDeveloperAssistance.com.

Thank You,
Settlement Administrator
Cameron et al. v. Apple Inc. Settlement
www.SmallAppDeveloperAssistance.com

# Seabaa Correspondence
# with Settlement Administrator

# Re: Apple Cameron W9 Not Received

---

From: **Sebastian Gosztyla** | sebastiangosztyla@gmail.com                    Friday, Mar 17, 2023 at 15:10

To: **Deven Ginyard** | DGinyard@angeiongroup.com

Hey Deven,

Is there a date you need the W9 by?

Thanks!
Sebastian

> From: **Deven Ginyard** | DGinyard@angeiongroup.com                    Thursday, Mar 16, 2023 at 14:47
>
> *Hi Mr. Gosztyla,*
>
> *My name is Deven and I work for Angeion Group, who is the administrator in the Cameron v Apple class action lawsuit that you submitted a claim in. We have been trying to reach you for a number of months and have emailed and mailed numerous requests but, have not received a response.*
>
> *The claim you submitted CAM5003615 has been approved for a settlement payment totaling $20162.2. Because the basis for these settlement payments is proceeds Seabaa, Inc. earned through your developer account, these settlement proceeds are taxable income and reportable on a 1099-NEC. In order to issue your settlement payment, we need you to complete an IRS Form W9 (if applicable for – Seabaa, Inc.). You may go to the settlement website and submit this online at https://www.smallappdeveloperassistance.com/submit-w9.php by using the following credentials: Notice ID CAM5003615-01 Confirmation Code 472510.*
>
> *If you have questions, you may reach me at: 223-229-4924*
>
> *If I am not available, please leave a message and I will return your call.*
>
> *Thanks,*
>
> *Deven*
>
> **Deven Ginyard**
> *Project Support Associate*
> Angeion Group
> 1650 Arch Street, Suite 2210
> Philadelphia, PA 19103
> 223-229-4924 (D)
> 215-525-0209 (F)

DGinyard@angeiongroup.com

www.angeiongroup.com





# W9 Form Submitted for the Cameron et al. v. Apple Inc. Settlement

From: **Claim Confirmation Email** | Confirmation@smallappdeveloperassistance.com          Monday, Mar 27, 2023 at 19:12

To: **sebastiangosztyla@gmail.com**

Dear **Seabaa, Inc.,**

You have successfully submitted your W9 Form.

Notice ID: **CAM5003615-01**
Confirmation Code: **472510**

NAME AND CONTACT INFORMATION
Name: **Seabaa, Inc.**
Street Address 1: **1658 N Milwaukee Ave Ste B PMB 2580**
Street Address 2:
City: **Chicago**
State: **IL**
Zip Code: **60647**
Phone Number: **989-577-0705**
Email Address: **sebastiangosztyla@gmail.com**

Date: **3/27/2023 19:12:46**

If you have any questions regarding your Form, please provide the Notice ID listed above and email us at:
Info@SmallAppDeveloperAssistance.com.

Thank You,
Settlement Administrator
Cameron et al. v. Apple Inc. Settlement
www.SmallAppDeveloperAssistance.com

# Re: Settlement Payments

**From: Sebastian Gosztyla** | sebastiangosztyla@gmail.com        Tuesday, Nov 7, 2023 at 16:50

To: **info@smallappdeveloperassistance.com**

Hi, what's the status on this?

Thanks,
Sebastian Gosztyla

**From: Sebastian Gosztyla** | sebastiangosztyla@gmail.com        Wednesday, Oct 11, 2023 at 13:48

Hi,

I've never received a settlement payment. Can you let me know what the status on that is?

Claim: CAM5003615
Notice ID: CAM5003615-01
Confirmation Code: 472510

Company: Seabaa, Inc.

Thanks,
Sebastian

# SomaSim Correspondence
# with Settlement Administrator

Case 4:19-cv-03074-YGR   Document 511   Filed 01/18/24   Page 19 of 39



**Robert Zubek <robert@somasim.com>**

## Cameron v Apple - W9 Request - Small App Developer Assistance
1 message

**Settlement Administrator** <info@smallappdeveloperassistance.com>
Reply-To: Settlement Administrator <info@smallappdeveloperassistance.com>
To: robert@somasim.com

Wed, Nov 2, 2022 at 6:00 PM

**Small App Developer Assistance Fund**
United States District Court, Northern District of California
Case No.19-cv-3074

November 02, 2022

SomaSim LLC

This request is from Angeion Group, who is the Settlement Administrator in the *Donald R. Cameron et.al.  v. Apple Inc.*, class action lawsuit and is in response to the claim form you submitted in this matter. Your claim **CAM5003579-01** has been approved and your settlement payment is **$6,048.66**.

This settlement payment is considered income and reportable to you and the IRS on Form 1099-NEC. Prior to issuing you this settlement payment, we need you to complete IRS Form W-9, if you are a US Citizen or entity with a U.S. tax identification number or complete IRS Form W-8, if you are a foreign citizen or entity. In order to properly complete this form, you must provide your full legal name, mailing address, social security number or tax identification number and signature. Prior to issuing your payment we will verify with the IRS that your full legal name matches the social security number in their records. If your claim and the application developer account for which you filed a claim, is owned by a business entity, the W-9 should be completed in the name of that entity and include that entity's tax identification number. If your claim and the application developer account is individually owned, the W-9 should be completed in the individual's name and include the individual's social security number. If you filed a claim that included multiple application developer accounts that were both individually owned and owned by a business entity, you will be required to complete a IRS Form W-9 for both the individual and the entity.

In order to expedite this process, you may complete an electronic IRS Form W-9 on the settlement website www. smallappdeveloperassistance.com. Your login credentials are noted below.

Notice ID: **CAM5003579-01**
Confirmation Code: **892425**

If you are unable to access the electronic version you may download a W9 or W8 from the settlement website **HERE** and email it back to us at Info@smallappdeveloperassistance.com. If you are unable to email it back to us, you may mail it to:

**Small App Developer Assistance**
**c/o Settlement Administrator**
**1650 Arch Street, Ste. 2210**
**Philadelphia, PA 19103**

If you have concerns about sending this information through regular email, you may follow the instructions below to setup a secure file transfer account.

- To transfer files securely, please visit https://securefiles.angeiongroup.com/ to login.
- If you need to register for a new account, visit https://securefiles.angeiongroup.com/user/registration/new.
- Once set-up, upload the files and send the email to info@smallappdeveloperassistance.com

If you have questions, you may email them to the project support team at Info@smallappdeveloperassistance.com

Regards, Settlement Administrator

Unsubscribe

# somasim

Robert Zubek <robert@somasim.com>

## Apple Small App Developer Settlement – You Have an Uncashed Settlement Check
6 messages

**Settlement Administrator** <info@smallappdeveloperassistance.com>
Reply-To: Settlement Administrator <info@smallappdeveloperassistance.com>
To: robert@somasim.com

Fri, Jun 9, 2023 at 6:02 PM

SOMASIM LLC

Class Member ID: CAM5003579-01

Check Number: 102876

Check Amount: $6,048.66

According to our records, as of May 25, 2023, you have not cashed your settlement check we issued to you on 12/20/2022 from the class action lawsuit *Donald Cameron, et al. v. Apple Inc.* (Apple Small Application Developer Assistance Fund).

The check cashing period will expire on October 16, 2023. <u>Please make sure to cash your check</u>.
If you have not received your settlement check or otherwise need a replacement check to be mailed, contact the Settlement Administrator at: info@smallappdeveloperassistance.com.

In your request for a reissue, please make sure to include the Distribution ID at the top of this notice, the check number you want replaced and the full mailing address that it should be mailed to.

If you recently requested a reissue, you may disregard this notification.

Regards,
Administrator

*Unsubscribe*

---

**Robert Zubek** <robert@somasim.com>
To: info@smallappdeveloperassistance.com

Mon, Jun 12, 2023 at 7:14 AM

Thank you for the email.

We have not received the settlement check you mention.

Please reissue it and mail it to:
SomaSim LLC
4415 N Troy St #3
Chicago IL 60625

The check details are:
SOMASIM LLC
Class Member ID: CAM5003579-01
Check Number: 102876

Thank you in advance. And if you could please confirm the receipt of this email, it would be greatly appreciated.

Best regards,
Rob

Case 4:19-cv-03074-YGR Document 511 Filed 01/18/24 Page 22 of 39

[Quoted text hidden]

---

**Apple Cameron Case Support** <info@smallappdeveloperassistance.com>          Mon, Jun 12, 2023 at 7:15 AM
Reply-To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>
To: Robert Zubek <robert@somasim.com>

Your email (145129) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.

This email is a service from Angeion. Delivered by **Zendesk**

[RGNYWN-64YER]

---

**Customer Support (Apple Cameron Case Support)** <info@smallappdeveloperassistance.com>          Mon, Jun 12, 2023 at 11:08 AM
Reply-To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>
To: Robert Zubek <robert@somasim.com>

Thank you for contacting the Cameron et al. v. Apple, Inc. Settlement Administrator.

To have a new check mailed to you, you must perform one of the following:

1) Return the original check to the following address with a letter or note indicating why it is being returned:

Apple Cameron Settlement Administrator
1650 Arch St, Suite 2210
Philadelphia, PA 19103.

Or

2) Complete and return an affidavit form; you can find it attached to this email. Be sure the form is legible and that it includes your address, phone number and email address on page 2. The check will be sent to the address filled out in that section. When properly completed and signed, you may email or mail the affidavit according to the instructions on the form.

For more information, please visit www.smallappdeveloperassistance.com.

Thank you,
Cameron et al. v. Apple, Inc.
Settlement Administrator.
www.smallappdeveloperassistance.com

This email is a service from Angeion. Delivered by **Zendesk**

[Quoted text hidden]
[RGNYWN-64YER]

 **CAM5003579-01.pdf**
98K

---

**Robert Zubek** <robert@somasim.com>                                       Tue, Jun 13, 2023 at 10:54 PM
To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>

Hi,

Attached is the filled-out affidavit, requesting a check reissue.

Receipt confirmation would be greatly appreciated.

And if you need any more information, please let me know.

Thank you,
Rob

[Quoted text hidden]

 **Scan_20230613.pdf**
2889K

---

**Customer Support (Apple Cameron Case Support)** <info@smallappdeveloperassistance.com>   Wed, Jun 14, 2023 at 1:21 PM
Reply-To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>
To: Robert Zubek <robert@somasim.com>

Hello,

Thank you for contacting the Cameron et al. v. Apple, Inc. Settlement Administrator.

We have received your check reissue request your address will be updated in our records, and your check will be included in our next batch checks.

For more information, please visit www.smallappdeveloperassistance.com.

Thank you,
Cameron et al. v. Apple, Inc.
Settlement Administrator.
www.smallappdeveloperassistance.com

Thank You,
ZG

This email is a service from Angeion. Delivered by **Zendesk**

On June 14, 2023 at 3:55:07 AM UTC, Robert Zubek robert@somasim.com wrote:
> Hi,
>
> Attached is the filled-out affidavit, requesting a check reissue.
>
> Receipt confirmation would be greatly appreciated.
>
> And if you need any more information, please let me know.
>
> Thank you,
> Rob
>
>
> On Mon, Jun 12, 2023 at 11:08 AM Customer Support (Apple Cameron Case Support) <info@
> smallappdeveloperassistance.com> wrote:
> [Quoted text hidden]

[RGNYWN-64YER]



Robert Zubek <robert@somasim.com>

# Apple Small App Developer Settlement – You Have an Uncashed Settlement Check

6 messages

---

**Settlement Administrator** <info@smallappdeveloperassistance.com>
Reply-To: Settlement Administrator <info@smallappdeveloperassistance.com>
To: robert@somasim.com

Tue, Aug 22, 2023 at 2:50 PM

<b>FINAL NOTIFICATION</b>

SomaSim LLC

Class Member ID: CAM5003579-01

Check Number: 102876

Check Amount: $6,048.66

We mailed you a settlement check in the class action lawsuit, Donald Cameron, et al. v. Apple Inc. (Apple Small Application Developer Assistance Fund).

According to our records, as of August 16, 2023, you have not cashed your settlement check. Please make sure to cash your check.

If you no longer have your check or never received it and want a replacement check to be mailed, contact the Settlement Administrator at: info@smallappdeveloperassistance.com.

**All reissue requests must be received no later than September 22, 2023.**

In your request for a reissue, please make sure to include the Distribution ID at the top of this notice, the check number you want replaced and the full mailing address that it should be mailed to.

Regards,

Administrator

Unsubscribe

---

**Robert Zubek** <robert@somasim.com>
To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>
Cc: Matthew Viglione <matt@somasim.com>

Tue, Aug 22, 2023 at 4:28 PM

Hi,

We have not received the settlement check. Please reissue.

Details:
SomaSim LLC
Class Member ID: CAM5003579-01
Check Number: 102876
Check Amount: $6,048.66

This is the second time you sent a check which has not arrived at our location. (Please see prior email thread from June.)

Can you reissue and send it via a tracked courier (e.g. FedEx) with a signature requirement?

Thank you,
Robert
[Quoted text hidden]

---

**Apple Cameron Case Support** <info@smallappdeveloperassistance.com>                    Thu, Aug 24, 2023 at 11:39 AM
Reply-To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>
To: Robert Zubek <robert@somasim.com>
Cc: Matthew Viglione <matt@somasim.com>

Request #216625 "Missing check" was closed and merged into this request. Last comment in request #216625:

Hi,

We have still not received the settlement check. Please reissue.

Details:
SomaSim LLC
Class Member ID: CAM5003579-01
Check Number: 102876

This is the second time you sent us an email about the uncashed check - but we have not received the check in the first place. (Please see prior email thread from June 9th.)

Can you please reissue and this time send it via a tracked courier (e.g. FedEx) with a signature requirement?

Please kindly let me know about the next steps.

Thank you,
Robert

This email is a service from Angeion. Delivered by Zendesk

[Quoted text hidden]
[6R36RG-J1D4V]

---

**Apple Cameron Case Support** <info@smallappdeveloperassistance.com>                    Thu, Aug 24, 2023 at 2:40 PM
Reply-To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>
To: Robert Zubek <robert@somasim.com>
Cc: Matthew Viglione <matt@somasim.com>

Hello Robert,

We have received your reissue request and it will be processed. At this time we will be processing submissions and anticipate payments to begin mailing ithe following two weeks.

For more information, please visit www.smallappdeveloperassistance.com.

Thank you,

Cameron et al. v. Apple, Inc.

Settlement Administrator.

www.smallappdeveloperassistance.com


On 2023 M08 24 16:39:08 UTC, Customer Support info@smallappdeveloperassistance.com wrote:

> Request #216625 "Missing check" was closed and merged into this request. Last comment in request #216625:
>
> Hi,
>
> We have still not received the settlement check. Please reissue.
>
> Details:
> SomaSim LLC
> Class Member ID: CAM5003579-01
> Check Number: 102876
>
> This is the second time you sent us an email about the uncashed check - but we have not received the check in the first place. (Please see prior email thread from June 9th.)
>
> Can you please reissue and this time send it via a tracked courier (e.g. FedEx) with a signature requirement?
>
> Please kindly let me know about the next steps.
>
> Thank you,
> Robert
>
> [Quoted text hidden]


This email is a service from Angeion. Delivered by Zendesk

[6R36RG-J1D4V]

---

**Robert Zubek <robert@somasim.com>**                                    Thu, Aug 24, 2023 at 4:31 PM
To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>

Thank you for the reply and the status update.

Can you please send the check via FedEx or Priority Mail with signature requirement? Given that it's been lost in the mail before, this would be highly preferable.

Thank you.


[Quoted text hidden]

---

**Robert Zubek** <robert@somasim.com>
Mon, Oct 23, 2023 at 8:47 PM
To: Settlement Administrator <info@smallappdeveloperassistance.com>

Hi,

I'm writing regarding the following check:
SomaSim LLC
Class Member ID: CAM5003579-01
Check Number: 102876

We still haven't received this check.

We have requested a reissue twice - on June 12th and again on August 22nd, both times well before any deadlines. But we still haven't received it.

We request that you honor the request for reissue, and send the check immediately.

Thank you,

Robert


[Quoted text hidden]

# Trinket Studios Correspondence with Settlement Administrator

 Gmail

**Ben Perez <ben.jacob.perez@gmail.com>**

---

## Reissue check 103308 for Trinket Studios
6 messages

---

**Ben Perez** <ben.jacob.perez@gmail.com>
To: info@smallappdeveloperassistance.com

Mon, Jun 12, 2023 at 11:39 AM

Hello,

We've not received the settlement check for *Donald Cameron, et al. v. Apple Inc*. Here are our developer details and the settlement check information:

TRINKET STUDIOS
Class Member ID: CAM5001943-01
Check Number: 103308
Check Amount: $6,048.66

Our business address is:

2017 W Irving Park Rd STE 2F
Chicago, IL 60618

Please let me know if you need any more information.

---

**Apple Cameron Case Support** <info@smallappdeveloperassistance.com>
Reply-To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>
To: Ben Perez <ben.jacob.perez@gmail.com>

Mon, Jun 12, 2023 at 11:39 AM

Your email (145213) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.

This email is a service from Angeion. Delivered by **Zendesk**

[N6L5M1-PEL25]

---

**Customer Support (Apple Cameron Case Support)**
<info@smallappdeveloperassistance.com>
Reply-To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>
To: Ben Perez <ben.jacob.perez@gmail.com>

Tue, Jun 13, 2023 at 1:42 PM

Good Day Ben,

Your address will be updated and a check will be reissued.

Thank you,
Cameron et al. v. Apple, Inc.
Settlement Administrator.

www.smallappdeveloperassistance.com
[TH]


This email is a service from Angeion. Delivered by Zendesk


[Quoted text hidden]
[N6L5M1-PEL25]

---

**Ben Perez** <ben.jacob.perez@gmail.com>                                    Thu, Aug 10, 2023 at 11:34 AM
To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>

Hi,

Following up on this earlier support ticket. It's been almost two months since the check was presumably reissued to the supplied address, and we've not yet received it. Can you verify that it was sent? Alternatively, and perhaps preferred, is there a way we can receive the settlement electronically?

Thanks,
Ben
[Quoted text hidden]

---

**Apple Cameron Case Support** <info@smallappdeveloperassistance.com>         Thu, Aug 10, 2023 at 11:34 AM
Reply-To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>
To: Ben Perez <ben.jacob.perez@gmail.com>


Your email (195524) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.



This email is a service from Angeion. Delivered by Zendesk


[N6JGYR-GL335]

---

**Apple Cameron Case Support** <info@smallappdeveloperassistance.com>         Mon, Aug 14, 2023 at 11:38 AM
Reply-To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>
To: Ben Perez <ben.jacob.perez@gmail.com>


Good afternoon, Mr. Perez.

We have received your reissue request, at this time there have been no reissues sent to your location. Please contact me at DGinyard@angeiongroup.com so we may further discuss reissue options.

Regards,
DG


On 2023 M08 10 16:34:22 UTC, Ben Perez ben.jacob.perez@gmail.com wrote:

This is a follow-up to your previous request #145213 "Reissue check 103308 for Tr..."
Hi,

Following up on this earlier support ticket. It's been almost two months since the check was presumably reissued to the supplied address, and we've not yet received it. Can you verify that it was sent? Alternatively, and perhaps preferred, is there a way we can receive the settlement electronically?

Thanks,
Ben

[Quoted text hidden]

 Gmail

**Ben Perez <ben.jacob.perez@gmail.com>**

---

## Continuing conversation RE: reissue check 103308 for Trinket Studios
2 messages

---

**Ben Perez** <ben.jacob.perez@gmail.com>
To: DGinyard@angeiongroup.com

Mon, Aug 14, 2023 at 11:54 AM

Hello,

Per your request I'm continuing the conversation that was taking place via Zendesk.

As a slight bit of extra context, I reached out on June 12th because on June 9th I received an email from info@ smallappdeveloperassistance.com indicating that a check had been issued December 28, 2022. However, that email did not indicate where the check had been addressed.

Then, in response to my June 12th email, I received the following response:

> Good Day Ben,
>
> Your address will be updated and a check will be reissued.
>
>
> Thank you,
> Cameron et al. v. Apple, Inc.
> Settlement Administrator.
> www.smallappdeveloperassistance.com
> [TH]

But again, about two months have passed and we've not received anything at the updated address.

Here's the identifying information again:

TRINKET STUDIOS
Class Member ID: CAM5001943-01
Check Number: 103308
Check Amount: $6,048.66

Our business address is:

2017 W Irving Park Rd STE 2F
Chicago, IL 60618

Let me know if you need anything further.

Ben

---

**Ben Perez** <ben.jacob.perez@gmail.com>
To: DGinyard@angeiongroup.com

Tue, Aug 22, 2023 at 9:22 PM

Hi,

Following up again. I received yet another automated email from info@smallappdeveloperassistance.com indicating that a settlement check was mailed but has not been deposited:

Trinket Studios
Class Member ID: CAM5001943-01
Check Number: 103308
Check Amount: $6,048.66
We mailed you a settlement check in the class action lawsuit, Donald Cameron, et al. v. Apple Inc. (Apple Small Application Developer Assistance Fund).
According to our records, as of August 16, 2023, you have not cashed your settlement check. Please make sure to cash your check.
If you no longer have your check or never received it and want a replacement check to be mailed, contact the Settlement Administrator at: info@smallappdeveloperassistance.com.
**All reissue requests must be received no later than September 22, 2023.**
In your request for a reissue, please make sure to include the Distribution ID at the top of this notice, the check number you want replaced and the full mailing address that it should be mailed to.
Regards,
Administrator

Again, is there anything I can do to remedy this situation?
[Quoted text hidden]

 Gmail

Ben Perez <ben.jacob.perez@gmail.com>

---

## Continued lack of communication regarding check reissue
10 messages

---

**Ben Perez** <ben.jacob.perez@gmail.com>                                                                      Thu, Aug 31, 2023 at 11:27 AM
To: Apple Cameron Case Support <info@smallappdeveloperassistance.com>

Hello,

This pertains to a request to reissue the settlement check for the following claim:

TRINKET STUDIOS
Class Member ID: CAM5001943-01
Check Number: 103308
Check Amount: $6,048.66

On 03/28/2022, I submitted a claim form for the above named developer account which I administrate. The address I
supplied at that time was 3318 Elm Avenue, Brookfield IL, 60513.

On 06/09/2023, I received an email indicating I had not cashed the check that had been issued on 12/28/2022.

On 06/12/2023, I sent an email to this address supplying an updated mailing address for our new office at 2017 W Irving
Park Rd, STE 2F, Chicago IL, 60618.

On 06/13/2023, I received an email indicating that the address had been updated to the Irving Park location, and that a
check would be reissued.

On 08/10/2023 I sent an email to this address indicating that I still had not received the check at the Irving Park location.

On 08/14/2023 I received a reply indicating that:
> We have received your reissue request, at this time there have been no reissues sent to your location. Please contact
> me at DGinyard@angeiongroup.com so we may further discuss reissue options.

On the same day, I replied to the indicated email address and again supplied all of the information.

On 08/22/2023 I received an email once again reminding me that I had not cashed the supposedly supplied check, and
on the same day I sent another email to DGinyard@angeiongroup.com to report the continued lack of said check.

On 08/25/2023 I received a letter in the mail at the supplied Brookfield address that is a copy of the email I was sent on
08/22/2023.

To date I still have not heard anything further from someone at this email address, nor have I received any emails
from DGinyard@angeiongroup.com in spite of the directions to email that address off of this support inbox.

Once more, I would like to request a reissue of the settlement check for the claimant information at the top of this email,
and/or otherwise communication of any kind from this support channel.

Ben

---

**Cameron et al. v. Apple, Inc. Settlement Administrator**                                                      Wed, Sep 13, 2023 at
<info@smallappdeveloperassistance.com>                                                                                        2:16 PM
Reply-To: "Cameron et al. v. Apple, Inc. Settlement Administrator" <info@smallappdeveloperassistance.com>
To: Ben Perez <ben.jacob.perez@gmail.com>

Hello Ben,

We have received your reissue request and it will be processed. At this time we will be processing submissions

and anticipate payments to begin mailing next week, please provide your updated address so we may reissue via overnight on 9/20/2023.

For more information, please visit www.smallappdeveloperassistance.com.

Thank you,
Cameron et al. v. Apple, Inc.
Settlement Administrator.
www.smallappdeveloperassistance.com

This email is a service from Angeion. Delivered by Zendesk

[Quoted text hidden]
[6RKGMD-Y2JGD]

---

**Ben Perez** <ben.jacob.perez@gmail.com>                                    Wed, Sep 13, 2023 at 3:31 PM
To: "Cameron et al. v. Apple, Inc. Settlement Administrator" <info@smallappdeveloperassistance.com>

Great!

Again, the updated address is:
2017 W Irving Park Rd STE 2F, Chicago, IL 60618

Thanks,
Ben
[Quoted text hidden]

---

**Cameron et al. v. Apple, Inc. Settlement Administrator**                      Mon, Sep 25, 2023 at 2:08
<info@smallappdeveloperassistance.com>                                                          PM
Reply-To: "Cameron et al. v. Apple, Inc. Settlement Administrator" <info@smallappdeveloperassistance.com>
To: Ben Perez <ben.jacob.perez@gmail.com>

Hello Ben,

Your check was issued to the provided address on 9/22/0223.

For more information, please visit www.smallappdeveloperassistance.com.

Thank you,
Cameron et al. v. Apple, Inc.
Settlement Administrator.
www.smallappdeveloperassistance.com

This email is a service from Angeion. Delivered by Zendesk

On September 13, 2023 at 8:32:07 PM UTC, ben.jacob.perez@gmail.com wrote:
> Great!
>
> Again, the updated address is:
> 2017 W Irving Park Rd STE 2F, Chicago, IL 60618
>
> Thanks,
> Ben
>
> [Quoted text hidden]
[6RKGMD-Y2JGD]

---

**Ben Perez** <ben.jacob.perez@gmail.com>                    Fri, Oct 6, 2023 at 12:35 PM
To: "Cameron et al. v. Apple, Inc. Settlement Administrator" <info@smallappdeveloperassistance.com>
Bcc: Tom Eastman <tom@trinketstudios.com>

Hi,

We still have not received the check reissued on 09/22. I've reached out to the local post office and there is no mail being held for us with the address I supplied to you.

If the sender was not USPS, is there a tracking number for whichever service was used?

What further steps can we take here? This will have been, to my knowledge, the third attempt to issue this settlement check, all of which have failed to reach us.

Thanks,
Ben
[Quoted text hidden]

---

**Cameron et al. v. Apple, Inc. Settlement Administrator**            Fri, Oct 6, 2023 at 12:36 PM
<info@smallappdeveloperassistance.com>
Reply-To: "Cameron et al. v. Apple, Inc. Settlement Administrator" <info@smallappdeveloperassistance.com>
To: Ben Perez <ben.jacob.perez@gmail.com>

Your email (460193) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.

This email is a service from Angeion. Delivered by Zendesk

[NK5XL0-LVNXN]

---

**Cameron et al. v. Apple, Inc. Settlement Administrator**            Wed, Oct 11, 2023 at 9:01 AM
<info@smallappdeveloperassistance.com>
Reply-To: "Cameron et al. v. Apple, Inc. Settlement Administrator" <info@smallappdeveloperassistance.com>
To: Ben Perez <ben.jacob.perez@gmail.com>

Hello Ben,

We will cancel your current check and reissue via overnight FedEx to mail on 10/18/2023.

For more information, please visit www.smallappdeveloperassistance.com.



Thank you,
Cameron et al. v. Apple, Inc.
Settlement Administrator.
www.smallappdeveloperassistance.com


On 2023 M10 6 17:36:08 UTC, ben.jacob.perez@gmail.com wrote:

> This is a follow-up to your previous request #230135 "Continued lack of communica..."
> Hi,
>
> We still have not received the check reissued on 09/22. I've reached out to the local post office and there is no mail being held for us with the address I supplied to you.
>
> If the sender was not USPS, is there a tracking number for whichever service was used?
>
> What further steps can we take here? This will have been, to my knowledge, the third attempt to issue this settlement check, all of which have failed to reach us.
>
> Thanks,
> Ben

[Quoted text hidden]

---

**Ben Perez** <ben.jacob.perez@gmail.com>                     Mon, Oct 23, 2023 at 12:31 PM
To: "Cameron et al. v. Apple, Inc. Settlement Administrator" <info@smallappdeveloperassistance.com>, Trinket Studios <team@trinketstudios.com>

Hi,

Is there a tracking number for the FedEx that was due to be mailed last Wednesday? We still haven't received it.

Thanks,
Ben
[Quoted text hidden]

---

**Cameron et al. v. Apple, Inc. Settlement Administrator**                     Mon, Oct 23, 2023 at 12:31
<info@smallappdeveloperassistance.com>                                         PM
Reply-To: "Cameron et al. v. Apple, Inc. Settlement Administrator" <info@smallappdeveloperassistance.com>
To: Ben Perez <ben.jacob.perez@gmail.com>
Cc: Trinket Studios <team@trinketstudios.com>

Your email (477135) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.

This email is a service from Angeion. Delivered by Zendesk

[112E30-RKWVE]

---

**Tom Eastman** <tom@trinketstudios.com>                                    Thu, Nov 2, 2023 at 10:49 AM
To: "Cameron et al. v. Apple, Inc. Settlement Administrator" <info@smallappdeveloperassistance.com>
Cc: Ben Perez <ben.jacob.perez@gmail.com>, Trinket Studios <team@trinketstudios.com>

Hi!

Can we get a status update on this? It's been 10 days and the whole point of attempting FedEx was so that we could get a tracking number and figure out what's going wrong.

We receive mail at our address daily and have never had a problem receiving mail. Looking forward to getting this resolved asap.

Tom Eastman
President :: Trinket Studios

[Quoted text hidden]