Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
bens@hbsslaw.com
benh@hbsslaw.com

*Interim Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant. | Case No. 4:19-cv-03074-YGR<br><br>**DEVELOPER PLAINTIFFS' RESPONSE TO SETTLEMENT CLASS MEMBER LETTERS (ECF NOS. 509 & 511)**<br><br>Hon. Yvonne Gonzalez Rogers |

010818-11/2441541 V1

Developer Plaintiffs respectfully submit this this response to the letter filed by settlement class member Mad Otter Games, Inc. (ECF No. 509) and the joint letter filed by settlement class members aeiowu LLC, Seabaa, Inc., LLC, SomaSim, LLC, and Trinket Studies, Inc. (ECF No. 511). The Settlement Administrator ("Angeion") has confirmed to Class Counsel that each of these settlement class members either received and deposited its initial settlement check or has been issued a replacement. Angeion has provided the below details as to each claimant.

Mad Otter Games, Inc.'s letter indicates that it never received its initial settlement payment in an expected amount of $40,324.41. *See* ECF No. 509 at 2. Angeion's records indicate that a check in that amount was issued to Mad Otter Games, Inc. on December 20, 2022. After Mad Otter Games, Inc. reported to Angeion that it had not received the check, the check was reissued on February 17, 2023, and Angeion's records indicate that it was deposited shortly thereafter. On January 26, 2024, Mad Otter Games, Inc. confirmed to Angeion that it had in fact received and deposited its settlement check.

Settlement class member aeiowu LLC indicates that it has not received a settlement payment in an expected amount of $5,264.99 and that, as successor to settlement class member Mikengreg LLC, it is entitled to an additional distribution in the amount of $2,799.89. ECF No. 511 at 1. Angeion's records indicate that on May 16, 2023 a settlement check in the amount of $5,264.99 was issued to aeiowu LLC and directed to an address aeiowu LLC had provided. Angeion issued a replacement check to aeiowu LLC on January 31, 2024. Angeion also issued a separate check to aeiowu LLC in the amount of $2,799.89 on January 31, 2024, after receiving documentation sufficient to confirm aeiowu LLC's ownership of Mikengreg LLC. Angeion has since contacted aeiowu LLC and confirmed that it (aeiowu LLC) received both settlement checks issued on January 31, 2024.

Settlement class member Seabaa, Inc. indicates that it never received a settlement payment in an expected amount of $20,162.20. ECF No. 511 at 1. Angeion's records indicate that on May 16, 2023 a settlement check in that amount was issued to Seabaa, Inc. and directed to an address Seabaa, Inc. had provided. Angeion sent Seabaa, Inc. a replacement check on January 31, 2024. Angeion's records indicate that Seabaa, Inc.'s replacement check was delivered on February 6, 2024. Angeion has attempted numerous times to contact Seabaa, Inc. and confirm receipt. As of February 8, 2024, Angeion has not received a confirmation response.

Settlement class member SomaSim, LLC indicates that it has not received a settlement payment in an expected amount of $6,048.66. ECF No. 511 at 2. Angeion's records indicate that a settlement check in that amount was issued to SomaSim, LLC on December 20, 2022 and directed to an address SomaSim, LLC had provided. Angeion issued a replacement check to SomaSim, LLC on August 25, 2023, and again on January 31, 2024. Angeion has confirmed with SomaSim, LLC that it received the replacement check issued January 31, 2024.

Settlement class member Trinket Studies, Inc. indicates that it has not received a settlement payment in an expected amount of $6,048.66. ECF No. 511 at 2. Angeion's records indicate that a settlement check in that amount was issued to Trinket Studies, Inc. on October 18, 2022 and directed to an address Trinket Studies, Inc. had provided. Angeion issued replacement checks to Trinket Studies, Inc. on December 28, 2022, October 10, 2023, and January 31, 2024. Angeion has confirmed with Trinket Studies, Inc. that it received the replacement check issued January 31, 2024.

In sum, settlement checks have been issued and, in several instances reissued, to each of the foregoing settlement class members. With the exception of Seabaa, Inc., each class member has now confirmed receipt of their settlement payment. The correspondence Class Counsel has reviewed nevertheless indicates that the Settlement Administrator can improve its responsiveness to class member inquiries and more promptly reissue settlement checks as needed. Class Counsel continues to work with the Settlement Administrator to ensure this is accomplished throughout the remainder of the distribution period.

| | | |
|---|---|---|
| DATED: February 9, 2024 | | Respectfully submitted, |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | | By   */s/ Steve W. Berman* |
| | | STEVE W. BERMAN (*pro hac vice*) |
| | | Robert F. Lopez (*pro hac vice*) |
| | | Theodore Wojcik (*pro hac vice*) |
| | | 1301 Second Avenue, Suite 2000 |
| | | Seattle, WA 98101 |
| | | Telephone: (206) 623-7292 |
| | | Facsimile:  (206) 623-0594 |
| | | steve@hbsslaw.com |
| | | robl@hbsslaw.com |
| | | tedw@hbsslaw.com |
| | | |
| | | Benjamin J. Siegel (SBN 260260) |
| | | Ben M. Harrington (SBN 313877) |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | | 715 Hearst Avenue, Suite 300 |
| | | Berkeley, CA 94710 |
| | | Telephone: (510) 725-3000 |
| | | Facsimile:  (510) 725-3001 |
| | | bens@hbsslaw.com |
| | | benh@hbsslaw.com |
| | | |
| | | *Settlement Class Counsel* |