Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Settlement Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, et al.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>APPLE INC.<br><br>                    Defendant. | No. 4:19-cv-03074-YGR<br><br>**DEVELOPER PLAINTIFFS' UPDATE REGARDING SUPPLEMENTAL POST-DISTRIBUTION ACCOUNTING**<br><br><br>Hon. Yvonne Gonzales Rogers |

Case No.: 19-cv-03074-YGR
010818-11/2543543 V1

In accordance with the Court's July 7, 2023 Order, Developer Plaintiffs submit this update regarding supplemental distributions to eligible Settlement Class Members. *See* ECF No. 503.

The settlement administrator ("Angeion") commenced the second round of settlement distributions on December 4, 2023. Angeion issued second distributions to 8,807 eligible Settlement Class Members and, as of the date of this submission, 8,701 of these payments have been claimed. All outstanding checks from the second round of distribution will expire by June 1, 2024. Pursuant to the schedule set forth in the Court's July 7, 2023 Order, Developer Plaintiffs will submit a Supplemental Post-Distribution Accounting, including all metrics required by this District's Procedural Guidance for Class Action Settlements, by June 24, 2024.

DATED: April 26, 2024

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By   */s/ Steve W. Berman*
   STEVE W. BERMAN (*pro hac vice*)

Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Benjamin J. Siegel (SBN 260260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Settlement Class Counsel*