UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, et al., | No. 4:19-cv-03074-YGR |
| Plaintiffs, | [PROPOSED] ORDER REGARDING PROCEDURE FOR FINAL SETTLEMENT CHECK REISSUANCE PRIOR TO DISTRIBUTION TO A *CY PRES* RECIPIENT |
| v. | |
| APPLE INC. | |
| Defendant. | |
| | Hon. Yvonne Gonzales Rogers |

Case No.: 19-cv-03074-YGR
010818-11/2681229 V1

The Court, having reviewed Developer Plaintiffs' Proposed Procedure for Final Settlement Check Reissuance Prior to Distribution to a *Cy Pres* Recipient, and with good cause appearing, hereby **ORDERS** the following procedure and schedule for further Settlement distributions:

| DATE | EVENT |
| --- | --- |
| 60 Days from Entry of this Order | **Contact Details Search and Outreach**: Settlement Administrator to complete (a) credit bureau searches to identify updated contact information for Settlement Class Members with uncashed checks, and (b) phone outreach campaign to confirm mailing addresses for check reissuance and any updated payment instructions. |
| 67 Days from Entry of this Order | **Final Notification**: Settlement Administrator to send email and mail notifications to Settlement Class Members with uncashed checks advising them that one final distribution will be attempted and, if payments are not redeemed within 60 days, all proceeds will be forfeited. |
| 74 Days from Entry of this Order | **Final Payments**: Settlement administrator to issue final payments to Settlement Class Members with uncashed checks. |
| 134 Days from Entry of this Order | **Final Payments Expire**: Final payments will expire and any unclaimed funds will revert to the Settlement fund. |
| 179 Days from Entry of this Order | *Cy Pres* **Proposal**: Developer Plaintiffs to submit accounting of unclaimed funds and proposal for distribution to Girls Who Code, the *cy pres* recipient specified in the Parties' Settlement Agreement. |

**IT IS SO ORDERED.**

DATED:  July 26, 2024

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE FINAL DISTRIBUTION - 1
Case No.: 19-cv-03074-YGR