UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| DONALD R. CAMERON, et al., | No. 4:19-cv-03074-YGR |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] **ORDER AUTHORIZING FURTHER SETTLEMENT DISTRIBUTIONS PRIOR TO DISTRIBUTION OF UNCLAIMED FUNDS TO** *CY PRES* **RECIPIENT** |
| v. | |
| APPLE INC. | |
| Defendant. | |
| | Hon. Yvonne Gonzales Rogers |

The Court, having reviewed Developer Plaintiffs' Proposal for Further Settlement Fund Distributions Prior to Distribution to Cy Pres Recipient, and with good cause appearing, hereby **ORDERS**:

1. The Settlement Administrator ("Angeion") shall redistribute the unclaimed portion of the Settlement Fund ($1,332,260.66) to Settlement Class Members who redeemed their initial settlement payments.

2. Checks issued in this supplemental distribution shall remain valid for 60 days, whereupon unclaimed funds will be forfeited and returned to the settlement fund.

3. Within 30 days of supplemental checks becoming void, Developer Plaintiffs shall submit a Supplemental Post-Distribution Accounting and proposal for any further distributions, including to a *cy pres* recipient.

**IT IS SO ORDERED.**

DATED:  January 22, 2025

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER AUTHORIZING FURTHER SETTLEMENT DISTRIBUTIONS - 1
Case No.: 19-cv-03074-YGR