UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | No. 4:19-cv-03074-YGR <br><br> [~~PROPOSED~~] **ORDER AUTHORIZING FURTHER SETTLEMENT DISTRIBUTIONS PRIOR TO DISTRIBUTION OF UNCLAIMED FUNDS TO** *CY PRES* **RECIPIENT** <br><br> Hon. Yvonne Gonzales Rogers |

Case No.: 19-cv-03074-YGR
010818-11/2973388 V1

The Court, having reviewed Developer Plaintiffs' Proposal for Further Settlement Fund Distributions Prior to Distribution of Unclaimed Funds to *Cy Pres* Recipient, and with good cause appearing, hereby **ORDERS**:

1. The Settlement Administrator ("Angeion") shall redistribute the unclaimed portion of the Settlement Fund ($1,376,628.82) to Settlement Class Members who redeemed their initial settlement payments.

2. Checks issued in this supplemental distribution shall remain valid for 60 days, whereupon unclaimed funds will be forfeited and returned to the settlement fund.

3. Within 30 days of supplemental checks becoming void, Developer Plaintiffs shall submit a Supplemental Post-Distribution Accounting and proposal for any further distributions, including to a *cy pres* recipient.

**IT IS SO ORDERED.**

DATED:  May 22, 2025

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE