Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 256260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Settlement Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD R. CAMERON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | No. 4:19-cv-03074-YGR <br><br> **DEVELOPER PLAINTIFFS' PROPOSAL FOR FURTHER SETTLEMENT FUND DISTRIBUTIONS PRIOR TO DISTRIBUTION OF UNCLAIMED FUNDS TO *CY PRES* RECIPIENT** <br><br> Hon. Yvonne Gonzales Rogers |

1  Pursuant to this Court's May 22, 2025 Order Authorizing Further Settlement Distributions Prior to Distribution to *Cy Pres* Recipient (ECF No. 524), Developer Plaintiffs ("Plaintiffs") in the above-referenced action hereby submit this status report and proposal for further distributions from the settlement fund.

As set forth in the accompanying declaration of Steven Platt of Angeion Group, the last round of settlement distributions successfully paid $1,258,746.98 (93.1% of the remaining settlement fund), to participating Class members. This leaves a residual settlement fund of $92,881.84. Given the size of this residual fund, Angeion recommends another round of settlement distributions and has concluded that this will be economically feasible. After deducting $25,000 for further settlement administration costs, the average pro-rata payment from a further distribution would be approximately $12.

Developer Counsel agree with Angeion's recommendation and support it as a means of maximizing payments to the settlement class. Developer Counsel respectfully request that the Court enter the appended order authorizing another round of distributions.[1]

DATED: September 12, 2025           Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By   */s/ Steve W. Berman*
     STEVE W. BERMAN (*pro hac vice*)

Robert F. Lopez (*pro hac vice*)
Theodore Wojcik (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com
tedw@hbsslaw.com

---

[1] Developer Plaintiffs have conferred with Apple's counsel and have confirmed that Apple takes no position on this application.

Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 260260)
Ben M. Harrington (SBN 313877)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com
bens@hbsslaw.com
benh@hbsslaw.com

*Settlement Class Counsel*

DEVELOPER PLS.' PROPOSAL FOR FURTHER SETTLEMENT FUND DISTRIBUTIONS - 2
Case No.: 19-cv-03074-YGR