1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11   DONALD R. CAMERON, et al.,                    No. 4:19-cv-03074-YGR

12                            Plaintiffs,          [PROPOSED] ORDER
                                                   AUTHORIZING FURTHER
13        v.                                       SETTLEMENT DISTRIBUTIONS
                                                   PRIOR TO DISTRIBUTION OF
14   APPLE INC.                                     UNCLAIMED FUNDS TO *CY PRES*
                                                   RECIPIENT
15

16                            Defendant.

17                                                 Hon. Yvonne Gonzales Rogers

18

19

20

21

22

23

24

25

26

27

28

Case No.: 19-cv-03074-YGR
010818-11/2973388 V1

The Court, having reviewed Developer Plaintiffs' Proposal for Further Settlement Fund Distributions Prior to Distribution of Unclaimed Funds to *Cy Pres* Recipient, and with good cause appearing, hereby **ORDERS**:

1. After deducting administrative expenses not to exceed $25,000, the Settlement Administrator ("Angeion") shall redistribute the unclaimed portion of the Settlement Fund ($92,881.84) to Settlement Class Members who redeemed their initial settlement payments.

2. Checks issued in this supplemental distribution shall remain valid for 60 days, whereupon unclaimed funds will be forfeited and returned to the settlement fund.

3. Within 30 days of supplemental checks becoming void, Developer Plaintiffs shall submit a Supplemental Post-Distribution Accounting and proposal for any further distributions, including to a *cy pres* recipient.

**IT IS SO ORDERED.**

DATED:  October 6, 2025

HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE FINAL DISTRIBUTION TO CY PRES RECIPIENT - 1
Case No.: 19-cv-03074-YGR